# UNITED STATES DISTRICT COURT
## for the
### District of Minnesota

_Dennis Richard Steiner et.al.,_
Plaintiff   )
v.           )   Civil Action No.
Minnesota Department of Human Services, et.al.,   )
Defendant   )

**APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COST**
(Long Form)

| Affidavit in Support of the Application | Instructions |
|---|---|
| I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested. I declare under penalty of perjury that the information below is true and understand that a false statement may result in a dismissal of my claims.<br><br>Signed: _Dennis Steiner_   Date: _12/5/2011_ | Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0", "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number. |

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly income Amount during the past 12 months | | Income amount expected Next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 175.00 | $ NA | $ 175.00 | $ NA |
| Self-employment | $ NA | $ NA | $ NA | $ NA |
| Income from real property (such as rental income) | $ NA | $ NA | $ NA | $ NA |
| Interest and dividends | $ NA | $ NA | $ NA | $ NA |
| Gifts | $ NA | $ NA | $ NA | $ NA |
| Alimony | $ NA | $ NA | $ NA | $ NA |
| Child support | $ NA | $ NA | $ NA | $ NA |

SCANNED
JGK  DEC 21 2011
U.S. DISTRICT COURT ST. PAUL

AO 239 (01/09; Minn. Dist. Ct. MODIFIED 10/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | | | |
|---|---|---|---|---|
| Retirement (such as social security, pensions, annuities, insurance) | $ NA | $ — | $ — | $ — |
| Disability (such as social security, insurance payment) | $ NA | $ — | $ — | $ — |
| Unemployment payments | $ NA | $ — | $ — | $ — |
| Public-assistance (such as welfare) | $ NA | $ — | $ — | $ — |
| Other (specify): | $ NA | $ — | $ — | $ — |
| Total monthly income: | $ NA | $ — | $ — | $ — |

2. List your employment history for the past two years, most recent employer first, (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| MSOP-Shop | 1111 Highway 73 Moose Lake MN 55767 | 8/17/2009 | & 175.00 & 175.00 |

3. List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| NA | | | & |
| | | | & |
| | | | & |

4. How much cash do you and your spouse have? $ 0

Below, State any money you or your spouse have in bank accounts or in any other financial institution.

| Financial institution | Type of account | Amount you have | Amount your spouse has |
|---|---|---|---|
| Twin City Federal | Checking | & 137.50 | & NA |
| | | & | & NA |
| | | & | & NA |

If you are a prisoner, you must have an authorized prison official complete the Certificate of Authorized Prison Official provided on Page 6 of this application. The certificate must be filed with this application.

AO 239 (01/09; Minn. Dist. Ct. MODIFIED 10/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Assets owned by you or your spouse | |
|---|---|
| Home *(Value)* | $ NA |
| Other real estate *(Value)* | $ NA |
| Motor Vehicle #1 *(Value)* | $ NA |
|    Make and year: | |
|    Model: | |
|    Registration#: | |
| Motor Vehicle #2 *(Value)* | $ NA |
|    Make and year: | |
|    Model: | |
|    Registration#: | |
| Other assets *(Value)* | $ NA |
| Other assets *(Value)* | $ NA |

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| NA | $ | $ |
| | $ | $ |
| | $ | $ |

7. State the persons who rely on you or your spouse for support.

| Name (or, if under 18, initials only) | Relationship | Age |
|---|---|---|
| NA | | |
| | | |
| | | |

AO 239 (01/09; Minn. Dist. Ct. MODIFIED 10/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

| | You | Your spouse |
|---|---|---|
| Rent or home-mortgage payment *(including lot rented for mobile home)* <br> Are real estate taxes included? ☐ Yes ☐ No <br> Is property insurance included? ☐ Yes ☐ No | $ NA | $ NA |
| Utilities *(electricity, heating fuel, water, sewer, and telephone)* | $ NA | $ |
| Home maintenance *(repairs and upkeep)* | $ NA | $ |
| Food | $ 60.00 | $ |
| Clothing Laundry and dry-cleaning | $ NA | $ |
| Medical and dental expenses | $ NA | $ |
| Transportation *(not including motor vehicle payments)* | $ NA | $ |
| Recreation, entertainment, newspaper, magazines, etc. | $ 12.00 | $ |
| | $ | $ |
| Insurance *(not deducted from wages or included in mortgage payments)* | | |
|     Homeowner's or renter's: | $ NA | $ |
|     Life: | $ NA | $ |
|     Health: | $ NA | $ |
|     Motor vehicle: | $ NA | $ |
|     Other: | $ NA | $ |
| Taxes *(not deducted from wages or included in mortgage payments)(specify)*: | $ NA | $ |
| Installment payments | | |
|     Motor vehicle: | $ NA | $ |
|     Credit Cards *(name)*: | $ NA | $ |
|     Department store *(name)*: | $ NA | $ |
|     Other: | $ NA | $ |
| Alimony, maintenance, and support paid to others | $ NA | $ NA |

AO 239 (01/09; Minn. Dist. Ct. MODIFIED 10/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | |
|---|---|---|
| Regular expenses for operation of business, profession, or farm *(attach detailed statement)* | $ NA | $ NA |
| Other *(specify)*: | $ NA | $ |
| **Total monthly expenses:** | $ 77.00 | $ |

9. Do you expect any major changes to your monthly income or expenses or in your assests or liablilities during the next 12 months?

   ☐ Yes  ☒ No    If yes, describe on an attached sheet.

10. Have you paid – or will you be paying – an attorney any money for services in connection with this case, including the completion of this form? ☐ Yes ☒ No

    If yes, how much? $ NA
    If yes, state the attorney's name, address, and telephone number:

11. Have you paid – or will you be paying – anyone other than an attorney *(such as a paralegal or a typist)* any money for services in connection with this case, including the completion of this form? ☐ Yes ☒ No

    If yes, how much? $ NA
    If yes, state the attorney's name, address, and telephone number:

12. Provide any other information that will help explain why you cannot pay the costs of these proceedings.
    I have been locked in this place for 20 years! Very little work avaliable.

13. Identify the city and state of your legal residence.
    Moose Lake, MN.
    Your daytime phone number: 218 351 1900 Enter 11927
    Your age: 62   Your years of schooling: 12+
    Last four digits of your social-security number: 3704