**UNITED STATES DISTRICT COURT**
FOR THE
DISTRICT OF MINNESOTA

Chambers of
**DONOVAN W. FRANK**
DISTRICT JUDGE

Warren E. Burger Federal Building
and United States Courthouse
316 North Robert Street, Suite 724
St. Paul, Minnesota 55101
(651) 848-1290

January 12, 2012

| | |
|---|---|
| Mr. Kevin Scott Karsjens<br>1111 Highway 73<br>Moose lake, MN  55767 | Craig Allen Bolte, #216757<br>1111 Highway 73<br>Moose Lake, MN  55767 |
| David LeRoy Gamble, #201715<br>1111 Highway 73<br>Moose Lake, MN  55767 | Dennis Richard Steiner<br>1111 Highway 73<br>Moose Lake, MN  55767 |
| Kevin John DeVillion<br>1111 Highway 73<br>Moose Lake, MN  55767 | Kaine Joseph Braun<br>1111 Highway 73<br>Moose Lake, MN  55767 |
| Peter Gerard Lonergan, #134611<br>1111 Highway 73<br>Moose Lake, MN  55767 | Brian Keith Hausfeld<br>1111 Highway 73<br>Moose Lake, MN  55767 |
| James Matthew Noyer, Sr.<br>1111 Highway 73<br>Moose Lake, MN  55767 | Christopher John Thuringer<br>1111 Highway 73<br>Moose Lake, MN  55767 |
| James John Rud, #115262<br>1111 Higway 73<br>Moose Lake, MN  55767 | Kenny S. Daywitt<br>1111 Highway 73<br>Moose Lake, MN  55767 |
| James Allen Barber, #158529<br>1111 Highway 73<br>Moose Lake, MN  55767 | Bradley Wayne Foster<br>1111 Highway 73<br>Moose Lake, MN  55767 |

Re:   *Kevin Scott Karsjens; David LeRoy Gamble, Jr.; Kevin John Devillion; Peter Gerard Lonergan; James Matthew Noyer, Sr.; James John Rud; James ALlen Barber; Craig Allen Bolte; Dennis Richard Steiner; Kaine Jospeh Braun; Brian Keith Hausfeld; Christopher John Thuringer; Kenny S. Daywitt; and Bradley Wayne Foster v. Minnesota Department of Human Services; Minnesota Sex Offender Program;*

January 12, 2012
Page 2

> *Lucinda Jesson; Kevin Moser; Dennis Benson; Michael Tessner; Tom Lundquist; Jim Berg; Ann Zimmerman; Laurie Severson; Greg Carlson; Dr. Elisabeth Barbo; Mehrdad Sabestari; Terry Kneisel; Scott Benoit; Susan Johnson; Jean Seykora; John Doe, whose true name is unknown; and Jane Doe, whose true name is unknown*
> **Civil No. 11-3659 (DWF/JSM)**

Dear Gentlemen:

Unlike criminal cases where there is a legal right to counsel, a person filing a civil case such as yours has no legal right to have the Court appoint a lawyer to assist him or her. However, the Minnesota Chapter of the Federal Bar Association (FBA) operates a program of volunteer lawyers who donate their time to assist unrepresented individuals. The program is called the FBA *Pro Se* Project. Your case is being referred to the FBA *Pro Se* Project and you may be able to obtain a lawyer at no cost to you through this program.

If you choose to participate in the *Pro Se* Project, the Coordinator, Tiffany Sanders, will attempt to put you in contact with a lawyer who will provide you with a general opinion on the merits of your claims and offer you advice on how to proceed. The volunteer lawyer may agree to represent you, but there is no requirement that he or she do so or that any lawyer be appointed to assist you. If you would like a volunteer lawyer to review your case, you must inform Ms. Sanders of your desire to participate in the *Pro Se* Project.

If you choose not to participate in the program, or if a lawyer does not agree to represent you, your case will proceed and you will continue to appear *pro se*; that is, on your own behalf. Regardless of whether a lawyer represents you, every case in Federal Court is governed by the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the District of Minnesota. Just as a lawyer would, you will need to comply with these rules if you continue to appear *pro se*.

The contact information for the FBA *Pro Se* Coordinator appears below. If you do not hear from Ms. Sanders within seven days of this letter and you are interested in participating in the FBA *Pro Se* Project attorney referral program, please contact Ms. Sanders directly.

January 12, 2012
Page 3

       Tiffany Sanders
       FBA *Pro Se* Project Coordinator
       P.O. Box 24378
       Minneapolis, MN 55424
       (612) 965-3711
       proseproject@q.com

                            Very truly yours,

                            s/Donovan W. Frank

                            DONOVAN W. FRANK
                            United States District Judge

DWF:rlb
c:     Tiffany Sanders