UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Kevin Scott Karsjens, David Leroy Gamble, Jr., Kevin John DeVillion, Peter Gerard Lonergan, James Matthew Noyer, Sr., James John Rud, James Allen Barber, Craig Allen Bolte, Dennis Richard Steiner, Kaine Joseph Braun, Brian Keith Hausfeld, Christopher John Thuringer, Kenny S. Daywitt, Bradley Wayne Foster,<br><br>                    Plaintiffs,<br><br>v.<br><br>Minnesota Department of Human Services, et al.,<br><br>                    Defendants. | Court File No. 11-cv-03659 (DWF/JSM)<br><br>**NOTICE OF APPEARANCE** |

The undersigned attorneys hereby notify the Court and counsel that Daniel E. Gustafson, Karla M. Gluek, David A. Goodwin and Raina E. Challeen shall appear as counsel of record for Plaintiffs in the above-captioned matter.

Dated: January 20, 2012                s/Daniel E. Gustafson
                                       Daniel E. Gustafson (#202241)
                                       Karla M. Gluek (#238399)
                                       David A. Goodwin (#386715)
                                       Raina E. Challeen (#392127)
                                       **Gustafson Gluek PLLC**
                                       650 Northstar East
                                       608 Second Avenue South
                                       Minneapolis, Minnesota  55402
                                       Tel: (612) 333-8844
                                       Fax: (612) 339-6622

                                       *Attorneys for Plaintiffs*

24109