# UNITED STATES DISTRICT COURT
### District of MINNESOTA

Kevin Scott Karsjens, et al.,

    Plaintiffs,

v.

Lucinda Jesson, et al.,

    Defendants.

Civ. No. 11-3659 (DWF/JJK)

**ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES**

Having considered the applications to proceed without prepayment of fees under 28 USC §1915,

**IT IS ORDERED** that the applications at Doc. Nos. 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15 are:

X   GRANTED.

Date: July 3, 2012

s/ *Jeffrey J. Keyes*
Signature of Judicial Officer
JEFFREY J. KEYES,
U.S. MAGISTRATE JUDGE
Name and Title of Judicial Officer