**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Kevin Scott Karsjens, David                    Civ. No. 11-3659 (DWF/JJK)
Leroy Gamble, Jr., Kevin John
DeVillion, Peter Gerard
Lonergan, James Matthew
Noyer, Sr., James John Rud,
James Allen Barber, Craig
Allen Bolte, Dennis Richard
Steiner, Kaine Joseph Braun,
Brian Christopher John
Thuringer, Kenny S. Daywitt,
and Bradley Wayne Foster,

                    Plaintiffs,                    **ORDER**

v.

Lucinda Jesson, Dennis Benson,
Kevin Moser, Tom Lundquist,
Greg Carlson, and Ann
Zimmerman, in their individual
and official capacities,

                    Defendants.

Over the past couple years, a number of patients civilly committed to the

MSOP filed federal complaints against various state employees associated with

the MSOP. The complaints allege violations of the patients' civil rights pursuant

to 28 U.S.C. § 1983 and other statutes.  On January 20, 2012, at the Court's

request, the Gustafson Gluek PLLC filed Notices of Appearance in two cases,

*Thompson v. Ludeman, et al.*, 11-CV-01704 (DWF/JJK), and *Karsjens, et al. v.*

1

*Minnesota Department of Human Services, et al.*, 11-CV-0359 (DWF/JSM).  The

*Karsjens* case was initially filed on December 21, 2011, as a proposed class

action.  The *Thompson* case was filed on June 27, 2011, and an Amended

Complaint was filed on August 2, 2011.  On January 11, 2012, Magistrate Judge

Keyes issued a Report and Recommendation in that case in response to the

Defendants' Motion to Dismiss.  The Report and Recommendation found that

some of the claims should survive the motion to dismiss.

On January 25, 2012, Chief Judge Davis issued an Order staying all of the

*pro se* MSOP cases with the exception of the *Thompson* and *Karsjens* actions

pending the resolution of the outstanding Motion for Class Certification filed in the

*Karsjens* case.  On February 6, 2012, Chief Judge Davis issued an Amended

Order applying the stay to additional MSOP cases that were unintentionally

omitted from his previous order.

On February 8, 2012, Judge Frank issued an Order staying the *Thompson*

litigation until further notice, and setting a deadline for filing an Amended

Complaint in the *Karsjens* action by February 29, 2012.  The First Amended

Complaint in the *Karsjens* case was filed on March 15, 2012.

On July 24, 2012, Judge Frank issued an Order (*see* Doc. No. 203),

certifying *Karsjens* as a Rule 23(b)(2) class action.  Judge Frank certified the

(b)(2) class as: "All patients currently civilly committed in the Minnesota Sex

Offender Program pursuant to Minn. Stat. § 253B."

Discovery in this matter was stayed on November 9, 2012 (*see* Doc.

No. 275), and the stay was continued on January 24, 2013 (*see* Doc. No. 285),

and March 22, 2013 (*see* Doc. No. 292), so that settlement talks would be

explored.  The stay on discovery expires on June 22, 2013.

On June 6, 2013, the Plaintiffs submitted a draft Settlement Agreement to

Defendants and Defendants are scheduled to respond in writing to that draft

Settlement Agreement by June 27, 2013.

Given the expiration of the stay of discovery and the current settlement

posture, the Parties have stipulated to the following schedule.

### ORDER

Accordingly, **IT IS HEREBY ORDERED** that the following schedule shall

be followed by the parties in this case:

**<u>Pleadings</u>**

1.      Plaintiffs shall have until **August 8, 2013**, to file a Second Amended

Complaint.  Defendants shall be given a reasonable opportunity to meet and

confer with Plaintiffs on the proposed Second Amended Complaint prior to filing;

2.      Defendants shall have until **September 9, 2013**, to file a Motion to

Dismiss;

3.      Plaintiffs shall file their response to the Motion to Dismiss in

accordance with the Local Rules;

4.      Defendants shall file their reply to Plaintiffs response in accordance with the Local Rules.

**Discovery**

1.      Plaintiffs shall serve discovery requests by **August 1, 2013**;

2.      Defendants shall provide any objections to Plaintiffs' discovery requests by **September 2, 2013**;

3.      The Parties shall meet and confer regarding any objections to discovery in accordance with the Local Rules;

4.      No discovery responses shall be due until after the Court issues an order regarding Defendants' Motion to Dismiss.

**Other Motions**

1.      Plaintiffs shall re-file their Motion for Payment of Fees and Costs by **August 22, 2013**;

2.      Plaintiffs shall have until **August 22, 2013**, to file a Motion for Preliminary Injunctive Relief if they so choose.


Date: June 20, 2013                   _s/ Jeffrey J. Keyes_____
                                      JEFFREY J. KEYES
                                      United States Magistrate Judge