UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Kevin Scott Karsjens, David Leroy Gamble, Jr., Kevin John DeVillion, Peter Gerard Lonergan, James Matthew Noyer, Sr., James John Rud, James Allen Barber, Craig Allen Bolte, Dennis Richard Steiner, Kaine Joseph Braun, Christopher John Thuringer, Kenny S. Daywitt, Bradley Wayne Foster and Brian K. Hausfeld,<br><br>Plaintiffs,<br><br>v.<br><br>Lucinda Jesson, Dennis Benson, Kevin Moser, Tom Lundquist, Greg Carlson, and Ann Zimmerman, in their individual and official capacities,<br><br>Defendants. | Civ. No. 11-3659 (DWF/JJK)<br><br><br><br>**SCHEDULING ORDER** |

Based on the joint proposed scheduling order submitted to the Court, the files and records herein, and the arguments of counsel at the September 10, 2013 scheduling conference, the Court enters the following Scheduling Order to be followed in this case going forward:

**(a)   Discovery Limitations**

(1)   The use and numbers of discovery procedures shall be as follows:

(A) <u>50</u> interrogatories per side;
(B) <u>100</u> document requests per side;
(C) <u>25</u> factual depositions per side;
(D) <u>100</u> requests for admission per side;

1

    (E) <u>1</u> Rule 35 medical examinations per side (if necessary)

**(b)**  **Discovery Schedule/Deadlines**

 (1) The following shall be the deadline by which parties shall make Fed R. Civ. P 26(a)(1) initial disclosures:

 <u>October 1, 2013</u>

 (2) The discovery deadlines shall be as follows:

  (A) deadline for completion of discovery related to **preliminary injunctions** including service and response to interrogatories, document requests, requests for admission and scheduling of factual depositions related to preliminary injunction:

  <u>December 15, 2013</u>

  (B) deadline for completion of discovery related to **class certification of a Rule 23 (b)(3)** class including service and response to interrogatories, document requests, requests for admission and scheduling of factual depositions relating to class certification of a Rule 23(b)(3) class:

  <u>March 31, 2014</u>

  (C) deadline for completion of discovery related to **all other non-expert discovery**, including service and response to interrogatories, document requests, requests for admission and scheduling of factual depositions related to all other non-expert discovery:

  <u>June 30, 2014</u>

  (B) deadline for completion of all Rule 35 medical examinations:

  <u>June 30, 2014</u>

**(c)**  **Experts**

The parties anticipate that they will require expert witnesses at time of trial.

 (1) The Plaintiffs anticipate calling 2 - 3 experts in the fields of:

        Psychiatry/Psychology/Institutional issues/Sex Offender Treatment/Security

(2)     The Defendants anticipate calling 2 - 3 experts in the fields of:

        Psychiatry/Psychology/Institutional issues/Sex Offender Treatment/Security

(3)     The deadlines for disclosure of experts and experts' opinions consistent with Rule 26(a)(2), as modified by Local Rule 26.3, are as follows:

    (A)     Deadlines for completion of disclosure or discovery of the substance of expert witness opinions.  Within 3 business days of the service of an expert report, all data which the expert relied upon for his or her conclusions shall be disclosed to opposing counsel, together with any programs necessary to access or utilize such data (if such programs are not commercially available):

        **Opening expert reports (for the party with the burden of proof):** June 15, 2014

        **Responsive reports:** July 30, 2014

        **Reply reports:** August 31, 2014

    (B)     Deadlines for completion of expert witness depositions, if any:

        September 15, 2014

**(d) Motion Schedule**

(1)     Motions shall be filed and served on or before the following dates:

    (A)     Non-dispositive motions:  July 30, 2014

    (C)     Dispositive Motions or Any Motions Relating to Experts:  November 15, 2014

**(e)** **Trial-Ready Date**

(1) The parties agree that the case will be ready for trial on or after:

<u>April 15, 2015</u>

(2) A final pretrial conference will be scheduled for a date to be determined.

Date: September 10, 2013

<u> s/ Jeffrey J. Keyes </u><br>
JEFFREY J. KEYES<br>
United States Magistrate Judge