UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Kevin Scott Karsjens, David Leroy Gamble, Jr., Kevin John DeVillion, Peter Gerard Lonergan, James Matthew Noyer, Sr., James John Rud, James Allen Barber, Craig Allen Bolte, Dennis Richard Steiner, Kaine Joseph Braun, Christopher John Thuringer, Kenny S. Daywitt, Bradley Wayne Foster and Brian K. Hausfeld,<br><br>      Plaintiffs,<br><br>v.<br><br>Lucinda Jesson, Dennis Benson, Kevin Moser, Tom Lundquist, Nancy Johnston, Janine Hebert and Ann Zimmerman, in their individual and official capacities,<br><br>      Defendants. | Court File No. 11-cv-03659 (DWF/JJK)<br><br>**JOINT MOTION TO ADOPT BRIEFING SCHEDULE** |

  Pursuant to the direction of the Magistrate Judge, the parties submit the following briefing schedule for the motions set forth below that are scheduled to be heard at 9:00 a.m. on February 14, 2014 or as soon thereafter as counsel may be heard, before the Honorable Judge Donovan W. Frank, in Courtroom 7C, Warren E. Burger Federal Building and United States Courthouse, 316 North Robert Street, St. Paul, Minnesota 55101:

  1. Plaintiffs Motion for Declaratory Judgment;

  2. Plaintiffs' Motion for Preliminary Injunction for the Appointment of a Special Master to Oversee the Minnesota Sex Offender Program;

30115

    3. Plaintiffs' Motion for Preliminary Injunction to Provide Less Restrictive Alternative Treatment Facilities and to Re-evaluate Class Members; and

    4. Defendant's Motion to Dismiss Plaintiffs' Second Amended Complaint

Pursuant to the Court's September 10, 2013 Scheduling Order, discovery related to the preliminary injunction motions shall be completed by December 15, 2013. Based on that date, the parties have agreed to the following schedule for briefing of the motions set forth above.

> Plaintiffs' Amended Motions Regarding Preliminary Injunctions and Declaratory Judgment and Defendants' Amended Motion to Dismiss and Supporting Memoranda and exhibits will be due on **December 20, 2013**.
>
> Plaintiffs' Response to Defendants' Motion to Dismiss and Defendants' Response to Plaintiffs' Motions Regarding Preliminary Injunctions and Declaratory Judgment will be due on **January 15, 2014**.
>
> Defendants' Reply to the Motion to Dismiss and Plaintiffs' Reply to the Motions Regarding Preliminary Injunctions and Declaratory Judgment will be due on **January 31, 2014**.

Dated: September 16, 2013

By: s/Daniel E. Gustafson
    Daniel E. Gustafson (#202241)
    Karla M. Gluek (#238399)
    David A. Goodwin (#386715)
    Raina C. Borrelli (#392127)
    **Gustafson Gluek PLLC**
    120 South Sixth Street
    #2600
    Minneapolis, Minnesota 55402
    Tel: (612) 333-8844
    Fax: (612) 339-6622

    *Counsel for Plaintiffs*

By: s/Ricardo Figueroa
    Steven H. Alpert (#1351)
    Ricardo Figueroa (#282224)
    Assistant Attorneys General
    Office of the Attorney General
    445 Minnesota Street
    Suite 900
    St. Paul, MN 55101-2128
    Tel: (651) 282-5700
    Fax: (651) 282-5832

    *Counsel for Defendants*

30115