UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Kevin Scott Karsjens, David Leroy Gamble, Jr., Kevin John DeVillion, Peter Gerard Lonergan, James Matthew Noyer, Sr., James John Rud, James Allen Barber, Craig Allen Bolte, Dennis Richard Steiner, Kaine Joseph Braun, Christopher John Thuringer, Kenny S. Daywitt, Bradley Wayne Foster and Brian K. Hausfeld, and all others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>Lucinda Jesson, Dennis Benson, Kevin Moser, Tom Lundquist, Nancy Johnston, Janine Hebert, and Ann Zimmerman, in their individual and official capacities,<br><br>        Defendants. | Civil No. 11-3659 (DWF/JJK)<br><br><br><br><br><br><br><br>**ORDER** |

The following matters will be heard before the Honorable Judge Donovan W. Frank, at 9:00 a.m. on February 14, 2014, or as soon thereafter as counsel may be heard, in Courtroom 7C, Warren E. Burger Federal Building and United States Courthouse, 316 North Robert Street, St. Paul, Minnesota 55101:

    1.    Plaintiffs Motion for Declaratory Judgment;

    2.    Plaintiffs' Motion for Preliminary Injunction for the Appointment of a Special Master to Oversee the Minnesota Sex Offender Program;

    3.    Plaintiffs' Motion for Preliminary Injunction to Provide Less Restrictive Alternative Treatment Facilities and to Re-evaluate Class Members; and

    4.    Defendant's Motion to Dismiss Plaintiffs' Second Amended Complaint.

Pursuant to the parties' Joint Motion to Adopt Briefing Schedule filed on September 16, 2013, (Doc. No. [339]), the Court further Orders the following Briefing Schedule related to these Motions:

1. Plaintiffs' Amended Motions Regarding Preliminary Injunctions and Declaratory Judgment and Defendants' Amended Motion to Dismiss and Supporting Memoranda and exhibits will be due on **December 20, 2013**.

2. Plaintiffs' Response to Defendants' Motion to Dismiss and Defendants' Response to Plaintiffs' Motions Regarding Preliminary Injunctions and Declaratory Judgment will be due on **January 15, 2014**.

3. Defendants' Reply to the Motion to Dismiss and Plaintiffs' Reply to the Motions Regarding Preliminary Injunctions and Declaratory Judgment will be due on **January 31, 2014**.

Dated:  September 24, 2013        s/Donovan W. Frank
                                              DONOVAN W. FRANK
                                              United States District Judge