**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Kevin Scott Karsjens, et al.,                    Civ. No. 11-3659 (DWF/JJK)

        Plaintiffs,

v.

Lucinda Jesson, in her official capacity         **ORDER/NOTICE OF**
as Commissioner of the Minnesota                 **SETTLEMENT CONFERENCE**
Department of Human Services, et al.,

        Defendants.

---

A settlement conference will be held on **November 12, 2013, at 8:30 a.m.**, in Chambers 646, U.S. Courthouse, 316 North Robert Street, St. Paul, Minnesota, before United States Magistrate Judge Jeffrey J. Keyes.

Counsel who <u>will actually try the case armed with full settlement discretion</u>, shall be present.  This means that each party must attend through a person who has the power to change that party's settlement posture during the course of the conference.  If the party representative has a limit, or "cap" on his or her authority, this requirement is not satisfied.

Date:   October 17, 2013

                                          *s/ Jeffrey J. Keyes*
                                          JEFFREY J. KEYES
                                          United States Magistrate Judge