UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Kevin Scott Karsjens, David Leroy Gamble, Jr., Kevin John DeVillion, Peter Gerard Lonergan, James Matthew Noyer, Sr., James John Rud, James Allen Barber, Craig Allen Bolte, Dennis Richard Steiner, Kaine Joseph Braun, Christopher John Thuringer, Kenny S. Daywitt, Bradley Wayne Foster, Brian K. Hausfeld, and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Lucinda Jesson, Dennis Benson, Kevin Moser, Tom Lundquist, Nancy Johnston, Jannine Hébert, and Ann Zimmerman, in their individual and official capacities,<br><br>Defendants. | Civil No. 11-3659 (DWF/JJK)<br><br><br><br><br><br><br><br>**ORDER GRANTING LEAVE TO FILE AN AMICUS BRIEF** |

This matter is before the Court on the American Civil Liberties Union ("ACLU") and Dean Eric Janus's letter request for leave to file an amicus brief (Doc. No. 379). Plaintiffs support the request (Doc. No. 391), and Defendants take no position with respect to the request (Doc. No. 394).

Based upon the foregoing, and the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. The ACLU and Dean Janus shall file their amicus brief on or before **December 27, 2013**.

2. Plaintiffs and Defendants may each file a written response to the amicus brief on or before **January 3, 2014**.

Dated: December 11, 2013        s/Donovan W. Frank
                                DONOVAN W. FRANK
                                United States District Judge