UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Kevin Scott Karsjens, David Leroy Gamble, Jr., Kevin John DeVillion, Peter Gerard Lonergan, James Matthew Noyer, Sr., James John Rud, James Allen Barber, Craig Allen Bolte, Dennis Richard Steiner, Kaine Joseph Braun, Brian Christopher John Thuringer, Kenny S. Daywitt, Bradley Wayne Foster, and Brian K. Hausfeld and others similarly situated,<br><br>　　　　　　　Plaintiffs,<br>　vs.<br><br>Lucinda Jesson, Dennis Benson, Kevin Moser, Tom Lundquist, Nancy Johnston, Jannine Hébert, and Ann Zimmerman, in their individual and official capacities,<br><br>　　　　　　　Defendants. | Civil File No. 11-cv-3659 (DWF/JJK)<br><br><br><br><br>**DEFENDANTS RULE 702 MOTION TO EXCLUDE TESTIMONY OF DR. MICHAEL F. CALDWELL** |

Pursuant to Fed. R. Evid. 702, Defendants move to exclude the testimony of Dr. Michael F. Caldwell. The reasons for this Motion are stated in Defendants' Memorandum of Law and other supporting documents filed with this Motion.

Dated: January 28, 2015.　　　　　　　　OFFICE OF THE ATTORNEY GENERAL
　　　　　　　　　　　　　　　　　　　　State of Minnesota

　　　　　　　　　　　　　　　　　　　　**s/ Nathan Brennaman**
　　　　　　　　　　　　　　　　　　　　NATHAN BRENNAMAN
　　　　　　　　　　　　　　　　　　　　Deputy Attorney General
　　　　　　　　　　　　　　　　　　　　Atty. Reg. No. 0331776

SCOTT H. IKEDA
Assistant Attorney General
Atty. Reg. No. 0386771

AARON WINTER
Assistant Attorney General
Atty. Reg. No. 0390914

ADAM WELLE
Assistant Attorney General
Atty. Reg. No. 0389951

445 Minnesota Street, Suite 1100
St. Paul, Minnesota 55101-2128
(651) 757-1415 (Voice)
(651) 282-5832
(651) 296-1410 (TTY)
nate.brennaman@ag.state.mn.us

Attorneys for Defendants