UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Kevin Scott Karsjens, David Leroy Gamble, Jr., Kevin John DeVillion, Peter Gerard Lonergan, James Matthew Noyer, Sr., James John Rud, James Allen Barber, James Craig Allen Bolte, Dennis Richard Steiner, Kaine Joseph Braun, Brian Christopher John Thuringer, Kenny S. Daywitt, Bradley Wayne Foster, and Brian K. Hausfeld and others similarly situated,<br><br>               Plaintiffs,<br><br>vs.<br><br>Lucinda Jesson, Dennis Benson, Kevin Moser, Tom Lundquist, Nancy Johnston, Jannine Hébert, and Ann Zimmerman, in their individual and official capacities,<br><br>               Defendants. | Civil File No. 11-cv-3659 (DWF/JJK)<br><br><br><br>**DEFENDANTS' EXHIBIT LIST AND OBJECTIONS TO PLAINTIFFS' EXHIBITS** |

Pursuant to the Court's November 7, 2014 order and further directions, Defendants submit the following exhibit list and objections to Plaintiffs' lists.

## DEFENDANTS' EXHIBIT LIST

Defendants reserve the right to introduce or otherwise use at trial any document identified in Plaintiffs' exhibit list, reserve the right to introduce or otherwise use any document not identified herein for purposes of rebuttal or impeachment, and reserve the right to move to introduce exhibits not identified herein to respond to new material information or circumstances.

1

Defendants also have several motions in limine pending and those motions will also affect the admissibility of some of the parties' exhibits. Defendants' objections and its own exhibit list is not a waiver of those previously asserted motions. In addition and because Defendants do not know how Plaintiffs will actually put in their case, Defendants reserve the right to assert objections based on Plaintiffs' actual use of the documents at trial, and reserve the right to object to the admission of documents on either parties' exhibit list on any grounds permitted under the Federal Rules of Evidence. In particular, by designating documents identified by Plaintiffs on their exhibit list, Defendants in no way concede that such documents are admissible if also offered by Plaintiffs. Defendants reserve the right to amend or supplement this exhibit list based on Plaintiffs' case. Defendants further object under Federal Rule of Evidence 106 to any incomplete or partial exhibits. Defendants reserve the right to object to any physical or demonstrative exhibits following their inspection.

| Def.'s Ex. # | Description and Date of Document | Plaintiffs' Ex. No. | Plaintiffs' Objections |
|---|---|---|---|
| 1 | Treatment Overview Policy 203.005 (effective 5/6/2014) | 201 | |
| 2 | 2014 Clinician's Guide (AEO) | 207 | |
| 3 | 2013 Clinicians Guide 1-2013 (AEO) | | |
| 4 | 2014 Program Theory Manual | | |
| 5 | 2013 Program Theory Manual | 206 | |
| 6 | Matrix Factor Scoring Manual | | |
| 7 | Treatment Progression Policy 203.010 | | |
| 8 | Matrix Cards Phase I | | |
| 9 | Matrix Cards Phase II | | |
| 10 | Matrix Cards Phase III | | |
| 11 | Vocational Programming Policy 104.600 | | |
| 12 | Phase I Module Matrix | | |
| 13 | Phase Level Summary | | |
| 14 | MSOP Phases Slide | | |

| 15 | MSOP Phase Level Comparison Chart | 295 | |
| 16 | MSOP Phase Progression Numbers 2011-2014 | 297 | |
| 17 | Phase Level Progression/Regression | 296 | |
| 18 | 706 Experts' Report | 255 | |
| 19 | 2011 Site Visit Report | 46 | |
| 20 | 2012 Site Visit Report | 43 | |
| 21 | 2013 Site Visit Report | 9 | |
| 22 | Johnston Response to 2012 Site Visit Report | 92 | |
| 23 | 2014 Site Visit Report Part 1 | | |
| 24 | 2014 Site Visit Report Part 2 | | |
| 25 | MPET Report 2-13-2013 | 48 | |
| 26 | Johnston Response to MPET Report 3-21-2013 | 68 | |
| 27 | Jumper & Carabello Report 12-12-2014 | | F.R.E. 801, 802 |
| 28 | Jumper & Carabello Reply 12-19-2014 | | F.R.E. 801, 802 |
| 29 | Office of Legislative Auditor Report 3-2011 | | |
| 30 | MSOP Update to Legislative Auditor 4-8-2013 | 95 | |
| 31 | Minn. Stat. Ch. 253D | 195 | |
| 32 | Call v. Gomez, 535 N.W.2d 312 (Minn. 1995) | | F.R.E. 402, 403 |
| 33 | SRB Policy 203.060 | 230 | |
| 34 | SRB Petition Form | | |
| 35 | Policy Development and Maintenance Policy 100.100 | | |
| 36 | Client Telephone Use Policy 302.210 | | |
| 37 | Client Movement Policy 300.050 | 161 | |
| 38 | Therapeutic Recreation Programming Policy 204.050 | | |
| 39 | Yard Use Policy 302.330 | 242 | |
| 40 | Visiting Policy 302.100 | 240 | |
| 41 | CPS Client Visits Policy 602.100 | | |
| 42 | Spiritual Practices Policy 302.300 | | |
| 43 | Client Mail Policy 302.030 | 160 | |
| 44 | Searches-Clients Policy 301.010 | | |
| 45 | Searches-Areas Policy 301.011 | | |
| 46 | Transports Policy 301.090 | 239 | |
| 47 | Use of Force and Restraints Policy 301.080 | | |
| 48 | Client Behavioral Expectations Policy 303.010 | | |
| 49 | Behavioral Expectation Handbook Policy 303.010A | | |
| 50 | High Security Area Policy 301.087 | | |
| 51 | Media Possession by Clients Policy 302.230 | 185 | |
| 52 | Media Possession by CPS Clients Policy 602.230 | 186 | |
| 53 | Client Hygiene Dress Code Policy 303.020 | 159 | |
| 54 | Contraband Policy 301.030 | | |
| 55 | Client Property Policy 302.250 | 162 | |
| 56 | CPS Client Property Policy 602.300 | 171 | |

| 57 | Client Social Welfare Policy 104.3000 | | |
| 58 | Searches-Areas Policy 301.011 (Duplicate of DEF #45) | | |
| 59 | Transports Policy 301.090 (Duplicate of DEF #46) | 239 | |
| 60 | Admission Policy 202.100 | | |
| 61 | CPS Policy 601.010 | | |
| 62 | Client Placement Policy 202.010 | | |
| 63 | Client Rights and Responsibilities Policy 100.300 (updated 11/4/2014) | 292 | |
| 64 | Grievances Policy 303.100  (updated 11/4/2014) | 291 | |
| 65 | Program Licensing and Oversight Policy 100.200 | | |
| 66 | Plaintiffs' Responses to Defs' 1st Set of Interrogatories 6-18-2014 | 110 | |
| 67 | Plaintiffs Supp. Responses to Defs' 1st Set of Interrogatories 9-3-2014 | 151 | |
| 68 | Plaintiffs' 2d Supp. Responses to Defs' 1st Set of Interrogatories 11-7-2014 | 37 | |
| 69 | Plaintiffs' 3d Supp. Responses to Defs' 1st Set of Interrogatories 12-12-2014 | 216 | |
| 70 | Plaintiffs' 4th Supp. Responses to Defs' 1st Set of Interrogatories 1-8-2015 | | |
| 71 | Request for Proposals for Private Contractors 8-1-2013 | | |
| 72 | Trainings Summary | | We have not yet received this document in a form we can review and thus reserve the right to make objections. |
| 73 | Jesson SRB Order 5-13-2013 | | |
| 74 | Rule 26 Variance | | |
| 75 | Order re Judicial Appeal Panel Appointments 9-8-2014 | | |
| 76 | Order re Judicial Appeal Panel Appointments  6-26-2013 | | |
| 77 | SRB & Judicial Appeal Panel Reimbursement Rates 2014 | | |
| 78 | Minn. Judicial Branch letter to Commissioner Jesson 1-25-2012 | | |
| 79 | 2011 Annual Performance Report | 197 | |
| 80 | 2012 Annual Performance Report | | |
| 81 | 2013 Annual Performance Report | 198 | |
| 82 | MSOP Quarterly Treatment Program Report 2010 Q1 | | |
| 83 | MSOP Quarterly Treatment Program Report 2010 | | |

| | | | |
|---|---|---|---|
| | Q2 | | |
| 84 | MSOP Quarterly Treatment Program Report 2010 Q3 | | |
| 85 | MSOP Quarterly Treatment Program Report 2010 Q4 | | |
| 86 | MSOP Quarterly Treatment Program Report 2011 Q1 | | |
| 87 | MSOP Quarterly Treatment Program Report 2011 Q2 | | |
| 88 | MSOP Quarterly Treatment Program Report 2011 Q3 | | |
| 89 | MSOP Quarterly Treatment Program Report 2011 Q4 | | |
| 90 | MSOP Quarterly Treatment Program Report 2012 Q1 | | |
| 91 | MSOP Quarterly Treatment Program Report 2012 Q2 | | |
| 92 | MSOP Quarterly Treatment Program Report 2012 Q3 | | |
| 93 | MSOP Quarterly Treatment Program Report 2012 Q4 | | |
| 94 | MSOP Quarterly Treatment Program Report 2013 Q1 | | |
| 95 | MSOP Quarterly Treatment Program Report 2013 Q2 | | |
| 96 | MSOP Quarterly Treatment Program Report 2013 Q3 | | |
| 97 | MSOP Quarterly Treatment Program Report 2013 Q4 | | |
| 98 | MSOP Quarterly Treatment Program Report 2014 Q1 | | |
| 99 | MSOP Quarterly Treatment Program Report 2014 Q2 | | |
| 100 | MSOP Quarterly Treatment Program Report 2014 Q3 | | |
| 101 | MSOP Quarterly Treatment Program Report 2014 Q4 | | |
| 102 | Karsjens Commitment Order 2-9-2010 | | F.R.E. 801, 802, 402, 403 |
| 103 | Karsjens Individual Treatment Plan 12-18-2013 (confidential) | 302 | F.R.E. 402 and 403 to the extent it addresses offense history |
| 104 | Karsjens Quarterly Progress Report 4-14-2014 (confidential) | 302 | F.R.E. 402 and 403 to the extent it addresses offense history |

| 105 | Karsjens Quarterly Progress Report 7-14-2014 (confidential) | 302 | F.R.E. 402 and 403 to the extent it addresses offense history |
| 106 | Karsjens Quarterly Progress Report 9-30-2014 (confidential) | 302 | F.R.E. 402 and 403 to the extent it addresses offense history |
| 107 | Karsjens Annual Treatment Report 12-31-2013 (confidential) | 302 | F.R.E. 402 and 403 to the extent it addresses offense history |
| 108 | Karsjens Annual Treatment Report 1-12-2015 (confidential) | 302 | F.R.E. 402 and 403 to the extent it addresses offense history |
| 109 | Karsjens Mental Status Examination (Karsjens Dep. Ex. 3) (confidential) | 302 | F.R.E. 402 and 403 to the extent it addresses offense history |
| 110 | Karsjens Progress Note 4-27-2012 (confidential) | 302 | F.R.E. 402 and 403 to the extent it addresses offense history |
| 111 | Karsjens Progress Note 9-25-2012 (confidential) | 302 | F.R.E. 402 and 403 to the extent it addresses offense history |
| 112 | Braun Commitment Order | | F.R.E. 402, 403, 801, 802 |
| 113 | Braun Quarterly Report 3-7-2014 (confidential) | 301 | F.R.E. 402 and 403 to the extent it addresses offense history |
| 114 | Braun Quarterly Report 9-30-2014 (confidential) | 301 | F.R.E. 402 and 403 to the extent it addresses offense history |
| 115 | Braun Quarterly Report 12-17-2014 (confidential) | 301 | F.R.E. 402 and 403 to the extent it addresses offense history |
| 116 | Braun Annual Report 4-30-2014 (confidential) | 301 | F.R.E. 402 and 403 to the extent it addresses offense history |
| 117 | Braun Individual Treatment Progress Report 4-22-11 (confidential) (Duplicate of DEF #122) | 301 | F.R.E. 402 and 403 to the extent it addresses offense history |
| 118 | Braun Individual Treatment Plan 4-13-2010 (confidential) | 301 | F.R.E. 402 and 403 to the extent it addresses offense history |
| 119 | Braun Individual Treatment Plan 3-29-2011 (confidential) | 301 | F.R.E. 402 and 403 to the extent it addresses offense history |
| 120 | Braun Individual Treatment Plan 4-29-13 | 301 | F.R.E. 402 and 403 to |

| | | | |
|---|---|---|---|
| | (confidential) | | the extent it addresses offense history |
| 121 | Braun Progress Note 1-9-2013 (confidential) | 301 | F.R.E. 402 and 403 to the extent it addresses offense history |
| 122 | Braun Progress Report 4-22-2011 (confidential) | 301 | F.R.E. 402 and 403 to the extent it addresses offense history |
| 123 | Buse Commitment Order 7-11-1997 (confidential) | | F.R.E. 402, 403, 801, 802 |
| 124 | Buse Initial Social History Assessment 8-3-1997 (confidential) | | F.R.E. 402, 403, 801, 802 |
| 125 | Buse Quarterly Progress Report 11-28-2012 (confidential) | | F.R.E. 402 and 403 to the extent it addresses offense history |
| 126 | Buse Quarterly Progress Report 2-28-2013 (confidential) | | F.R.E. 402 and 403 to the extent it addresses offense history |
| 127 | Buse Sex Offender Assessment 5-5-2012 (confidential) | | F.R.E. 402 and 403 to the extent it addresses offense history |
| 128 | Buse Individual Treatment Plan 8-28-2012 (confidential) | | F.R.E. 402 and 403 to the extent it addresses offense history |
| 129 | Buse Individual Treatment Plan 9-9-2013 (confidential) | | F.R.E. 402 and 403 to the extent it addresses offense history |
| 130 | Gamble Commitment Order 6-7-2010 (confidential) | | F.R.E. 402, 403, 801, 802 |
| 131 | Gamble Individual Treatment Plan 12-28-2009 (confidential) | | F.R.E. 402 and 403 to the extent it addresses offense history |
| 132 | Gamble Individual Treatment Plan 5-18-2010 (confidential) | | F.R.E. 402 and 403 to the extent it addresses offense history |
| 133 | Gamble Individual Treatment Plan 12-28-2010 (confidential) | | F.R.E. 402 and 403 to the extent it addresses offense history |
| 134 | Gamble Individual Treatment Plan 12-28-2011 (confidential) | | F.R.E. 402 and 403 to the extent it addresses offense history |
| 135 | Gamble Individual Treatment Plan 2-27-2013 (confidential) | | F.R.E. 402 and 403 to the extent it addresses offense history |
| 136 | Gamble Individual Treatment Plan 1-14-2014 | | F.R.E. 402 and 403 to |

|     |                                                                                 |  |                                                                          |
| --- | ------------------------------------------------------------------------------- | --- | ------------------------------------------------------------------------ |
|     | (confidential)                                                                  |  | the extent it addresses offense history                                  |
| 137 | Gamble Quarterly Progress Report 3-15-2011 (confidential)                       |  | F.R.E. 402 and 403 to the extent it addresses offense history            |
| 138 | Gamble Quarterly Progress Report 9-15-2011 (confidential)                       |  | F.R.E. 402 and 403 to the extent it addresses offense history            |
| 139 | Gamble Quarterly Progress Report 3-15-2012 (confidential)                       |  | F.R.E. 402 and 403 to the extent it addresses offense history            |
| 140 | Gamble Quarterly Progress Report 9-15-2012 (confidential)                       |  | F.R.E. 402 and 403 to the extent it addresses offense history            |
| 141 | Gamble Quarterly Progress Report 3-15-2013 (confidential)                       |  | F.R.E. 402 and 403 to the extent it addresses offense history            |
| 142 | Gamble Quarterly Progress Report 4-2-2014 (confidential)                        |  | F.R.E. 402 and 403 to the extent it addresses offense history            |
| 143 | Gamble Quarterly Progress Report 8-13-2014 (confidential)                       |  | F.R.E. 402 and 403 to the extent it addresses offense history            |
| 144 | Gamble Quarterly Progress Report 10-10-2014 (confidential)                      |  | F.R.E. 402 and 403 to the extent it addresses offense history            |
| 145 | Gamble Annual Treatment Report 2-6-2014 (confidential)                          |  | F.R.E. 402 and 403 to the extent it addresses offense history            |
| 146 | Gamble Annual Treatment Report 1-8-2015 (confidential)                          |  | F.R.E. 402 and 403 to the extent it addresses offense history            |
| 147 | DeVillion Commitment Order 5-7-1991                                             |  | F.R.E. 402, 403, 801, 802                                                 |
| 148 | DeVillion Commitment Order 7-16-1990                                            |  | F.R.E. 402, 403, 801, 802                                                 |
| 149 | DeVillion Administrative Restriction Memos (DeVillion Dep. Ex. 8) (confidential) |  | F.R.E. 402 and 403 to the extent it addresses offense history            |
| 150 | DeVillion Individual Treatment Plan 7-25-2014 (confidential)                    |  | F.R.E. 402 and 403 to the extent it addresses offense history            |
| 151 | DeVillion Individual Treatment Plan 1-8-2013 (confidential)                     |  | F.R.E. 402 and 403 to the extent it addresses offense history            |

8

| 152 | DeVillion Quarterly Progress Report 11-17-2014 (confidential) | | F.R.E. 402 and 403 to the extent it addresses offense history |
|---|---|---|---|
| 153 | DeVillion Quarterly Progress Report 8-15-2014 (confidential) | | F.R.E. 402 and 403 to the extent it addresses offense history |
| 154 | DeVillion Quarterly Progress Report 7-15-2014 (confidential) | | F.R.E. 402 and 403 to the extent it addresses offense history |
| 155 | DeVillion Annual Treatment Report 4-11-2014 (confidential) | | F.R.E. 402 and 403 to the extent it addresses offense history |
| 156 | DeVillion Group Note 2-19-2014 (confidential) | | F.R.E. 402 and 403 to the extent it addresses offense history |
| 157 | DeVillion Group Note 5-15-2014 (confidential) | | F.R.E. 402 and 403 to the extent it addresses offense history |
| 158 | Lonergan Initial Commitment Assessment 2-12-2007 (confidential) | | F.R.E. 402, 403, 801, 802 FRCP 26 (improper attempt to submit expert testimony by a non-expert) |
| 159 | Lonergan Psychological Evaluation 9-12-2007 (confidential) | 303 | F.R.E. 402, 403, 801, 802 FRCP 26 (improper attempt to submit expert testimony by a non-expert) |
| 160 | Lonergan Commitment Order 1-9-2008 | | F.R.E. 402, 403, 801, 802 |
| 161 | Lonergan Commitment Order 5-13-2009 (Duplicate of DEF #160) | | F.R.E. 402, 403, 801, 802 |
| 162 | Lonergan BER 5-19-2014 (confidential) | 303 | F.R.E. 402 and 403 to the extent it addresses offense history |
| 163 | Lonergan Individual Treatment Plan 3-27-2014 (confidential) | 303 | F.R.E. 402 and 403 to the extent it addresses offense history |
| 164 | Lonergan Quarterly Progress Report 3-17-2012 (confidential) | 303 | F.R.E. 402 and 403 to the extent it addresses offense history |
| 165 | Lonergan Quarterly Progress Report 6-17-2012 (confidential) | 303 | F.R.E. 402 and 403 to the extent it addresses |

| | | | |
|---|---|---|---|
| | | | offense history |
| 166 | Lonergan Quarterly Progress Report 12-17-2013 (confidential) | 303 | F.R.E. 402 and 403 to the extent it addresses offense history |
| 167 | Lonergan Quarterly Progress Report 4-17-2014 (confidential) | 303 | F.R.E. 402 and 403 to the extent it addresses offense history |
| 168 | Lonergan Quarterly Progress Report 6-19-2014 (confidential) | 303 | F.R.E. 402 and 403 to the extent it addresses offense history |
| 169 | Lonergan Quarterly Progress Report 8-22-2014 (confidential) | 303 | F.R.E. 402 and 403 to the extent it addresses offense history |
| 170 | Lonergan Annual Treatment Report 10-24-2014 (confidential) | 303 | F.R.E. 402 and 403 to the extent it addresses offense history |
| 171 | Lonergan Annual Treatment Report 11-5-2013 (confidential) | 303 | F.R.E. 402 and 403 to the extent it addresses offense history |
| 172 | Lonergan Group Progress Note 6-10-2014 (confidential) | 303 | F.R.E. 402 and 403 to the extent it addresses offense history |
| 173 | Lonergan Group Progress Note 7-15-2013 | 303 | F.R.E. 402 and 403 to the extent it addresses offense history |
| 174 | Lonergan Group Progress Note 1-9-2013 (confidential) | 303 | F.R.E. 402 and 403 to the extent it addresses offense history |
| 175 | Lonergan BER Hearing Findings Report 2-20-2014 (confidential) | 303 | F.R.E. 402 and 403 to the extent it addresses offense history |
| 176 | Noyer Commitment Order 7-16-2004 (confidential) | | F.R.E. 402, 403, 801, 802 |
| 177 | Noyer Commitment Order 5-3-20014 (confidential) | | F.R.E. 402, 403, 801, 802 |
| 178 | Noyer Notice of Adult Release Violation(s) and Right to Hearing 4-18-2005 (confidential) | | F.R.E. 402 and 403 to the extent it addresses offense history |
| 179 | Noyer MSOP Media Review Form (confidential) | | F.R.E. 402 and 403 to the extent it addresses offense history |
| 180 | Noyer MSOP Progress Note 1-11-2013 (confidential) | | F.R.E. 402 and 403 to the extent it addresses offense history |
| 181 | Noyer MSOP Progress Note dated 8-22-2012 | | F.R.E. 402 and 403 to |

| | | | |
|---|---|---|---|
| | (confidential) | | the extent it addresses offense history |
| 182 | Noyer MSOP Individual Treatment Plan 4-10-2012 (confidential) | | F.R.E. 402 and 403 to the extent it addresses offense history |
| 183 | Noyer Psychological Report 4-28-2004 (confidential) | | F.R.E. 402 and 403 to the extent it addresses offense history |
| 184 | Noyer Individual Treatment Plan 8-15-2014 (confidential) | | F.R.E. 402 and 403 to the extent it addresses offense history |
| 185 | Noyer Quarterly Progress Report 6-6-2014 (confidential) | | F.R.E. 402 and 403 to the extent it addresses offense history |
| 186 | Noyer Quarterly Progress Report 9-25-2014 (confidential) | | F.R.E. 402 and 403 to the extent it addresses offense history |
| 187 | Noyer Quarterly Progress Report 12-9-2014 (confidential) | | F.R.E. 402 and 403 to the extent it addresses offense history |
| 188 | Noyer Annual Treatment Report 3-14-2014 (confidential) | | F.R.E. 402 and 403 to the extent it addresses offense history |
| 189 | Rud Commitment Order 9-23-2010 | | F.R.E. 402, 403, 801, 802 |
| 190 | Rud Commitment Order 7-9-2010 | | F.R.E. 402, 403, 801, 802 |
| 191 | Rud Individual Treatment Plan 8-30-2013 (confidential) | | F.R.E. 402 and 403 to the extent it addresses offense history |
| 192 | Rud Individual Treatment Plan 11-1-2010 (confidential) | | N F.R.E. 402 and 403 to the extent it addresses offense history |
| 193 | Rud SRB Treatment Report 8-23-2010 (confidential) | | F.R.E. 402 and 403 to the extent it addresses offense history |
| 194 | Rud Individual Treatment Plan 11-5-2014 (confidential) | | F.R.E. 402 and 403 to the extent it addresses offense history |
| 195 | Rud Quarterly Progress Report 2-18-2014 (confidential) | | F.R.E. 402 and 403 to the extent it addresses offense history |
| 196 | Rud Quarterly Progress Report 5-27-2014 (confidential) | | F.R.E. 402 and 403 to the extent it addresses |

| | | | |
|---|---|---|---|
| | | | offense history |
| 197 | Rud Quarterly Progress Report 10-30-2014 (confidential) | | F.R.E. 402 and 403 to the extent it addresses offense history |
| 198 | Rud Annual Treatment Report 8-16-2013 (confidential) | | F.R.E. 402 and 403 to the extent it addresses offense history |
| 199 | Rud Annual Treatment Report 7-25-2014 (confidential) | | F.R.E. 402 and 403 to the extent it addresses offense history |
| 200 | Rud Group Progress Note 5-23-2014 (confidential) | | F.R.E. 402 and 403 to the extent it addresses offense history |
| 201 | Barber Commitment Order 9-13-2004 | | F.R.E. 402, 403, 801, 802 |
| 202 | Barber Individual Treatment Plan 12-4-2012 (confidential) | 299 | F.R.E. 402 and 403 to the extent it addresses offense history |
| 203 | Barber Individual Treatment Plan 12-23-2014 (confidential) | 299 | F.R.E. 402 and 403 to the extent it addresses offense history |
| 204 | Barber Quarterly Progress Report 9-23-2014 (confidential) | 299 | F.R.E. 402 and 403 to the extent it addresses offense history |
| 205 | Barber Quarterly Progress Report 5-3-2014 (confidential) | 299 | F.R.E. 402 and 403 to the extent it addresses offense history |
| 206 | Barber Quarterly Progress Report 7-2-2014 (confidential) | 299 | F.R.E. 402 and 403 to the extent it addresses offense history |
| 207 | Barber Annual Treatment Report 1-22-2014 (confidential) | 299 | F.R.E. 402 and 403 to the extent it addresses offense history |
| 208 | Barber Treatment Memos (Barber Dep. Ex. 12) (confidential) | 299 | F.R.E. 402 and 403 to the extent it addresses offense history |
| 209 | Barber Heath Quarterly Assessment 8-5-2014 (confidential) | 299 | F.R.E. 402 and 403 to the extent it addresses offense history |
| 210 | Bolte Commitment Order 5-17-2007 | | F.R.E. 402, 403, 801, 802 |
| 211 | Bolte Psychological Assessment 1-13-2007 (confidential) | 300 | F.R.E. 402 and 403 to the extent it addresses offense history |
| 212 | Bolte Quarterly Progress Report 10-13-2013 | 300 | F.R.E. 402 and 403 to |

| | (confidential) | | the extent it addresses offense history |
|---|---|---|---|
| 213 | Bolte Quarterly Progress Report 1-2-2014 (confidential) | 300 | F.R.E. 402 and 403 to the extent it addresses offense history |
| 214 | Bolte Quarterly Progress Report 4-25-2014 (confidential) | 300 | F.R.E. 402 and 403 to the extent it addresses offense history |
| 215 | Bolte Individual Treatment Plan 5-21-2012 (confidential) | 300 | F.R.E. 402 and 403 to the extent it addresses offense history |
| 216 | Bolte Individual Treatment Plan 5-20-2010 (confidential) | 300 | F.R.E. 402 and 403 to the extent it addresses offense history |
| 217 | Bolte Individual Treatment Plan 12-13-2012 (confidential) | 300 | F.R.E. 402 and 403 to the extent it addresses offense history |
| 218 | Bolte Polygraph Report 11-6-2013 (confidential) | 300 | F.R.E. 402 and 403 to the extent it addresses offense history |
| 219 | Bolte Annual Treatment Report 5-21-2012 (confidential) | 300 | F.R.E. 402 and 403 to the extent it addresses offense history |
| 220 | Bolte Annual Treatment Report 7-3-2013 (confidential) | 300 | F.R.E. 402 and 403 to the extent it addresses offense history |
| 221 | Bolte Annual Treatment Report 5-27-2014 (confidential) | 300 | F.R.E. 402 and 403 to the extent it addresses offense history |
| 222 | Steiner Admission of SP Petition and Waiver of Hearing | 306 | F.R.E. 402 and 403 to the extent it addresses offense history |
| 223 | Steiner Commitment Order | 306 | F.R.E. 402 and 403 to the extent it addresses offense history and 801, 802 |
| 224 | Steiner Annual Treatment Report 2013 (confidential) | 306 | F.R.E. 402 and 403 to the extent it addresses offense history |
| 225 | Steiner Individual Treatment Plan 7-25-2014 (confidential) | 306 | F.R.E. 402 and 403 to the extent it addresses offense history |
| 226 | Steiner Quarterly Progress Report 4-15-2014 (confidential) | 306 | F.R.E. 402 and 403 to the extent it addresses offense history |

| 227 | Steiner Quarterly Progress Report 6-26-2014 (confidential) (Duplicate of DEF #226) | 306 | F.R.E. 402 and 403 to the extent it addresses offense history |
| 228 | Steiner Quarterly Progress Report 10-29-2014 (confidential) | 306 | F.R.E. 402 and 403 to the extent it addresses offense history |
| 229 | Steiner Annual Treatment Report 8-11-2014 (confidential) | 306 | F.R.E. 402 and 403 to the extent it addresses offense history |
| 230 | Steiner Maintenance Polygraph Report (confidential) | 306 | F.R.E. 402 and 403 to the extent it addresses offense history |
| 231 | Steiner PPG 8-13-2014 (confidential) | 306 | F.R.E. 402 and 403 to the extent it addresses offense history |
| 232 | Steiner Group Notes (Steiner Dep. Ex. 22) (confidential) | 306 | F.R.E. 402 and 403 to the extent it addresses offense history |
| 233 | Steiner Offense History Assignment (confidential) | 306 | F.R.E. 402 and 403 to the extent it addresses offense history |
| 234 | Braun Commitment Order 5-13-2000 | | F.R.E. 402, 403, 801, 802 |
| 235 | Braun Examiner's Report 2-9-1998 | | F.R.E. 402, 403, 801, 802, FRCP 26 (improper attempt to submit expert testimony by a non-expert) |
| 236 | Braun Individual Treatment Plan 3-7-2014 (confidential) | 301 | F.R.E. 402 and 403 to the extent it addresses offense history |
| 237 | Braun Quarterly Progress Report 10-21-2014 (confidential) | 301 | F.R.E. 402 and 403 to the extent it addresses offense history |
| 238 | Braun Annual Treatment Report 4-30-2014 (confidential) | 301 | F.R.E. 402 and 403 to the extent it addresses offense history |
| 239 | Thuringer Commitment Order 2-25-2009 | | F.R.E. 402 and 403 to the extent it addresses offense history and 801, 802 |
| 240 | Thuringer Individual Treatment Plan 10-2-2013 (confidential) | 308 | F.R.E. 402 and 403 to the extent it addresses offense history |

| 241 | Thuringer Quarterly Progress Report 4-11-2014 (confidential) | 308 | F.R.E. 402 and 403 to the extent it addresses offense history |
|---|---|---|---|
| 242 | Thuringer Quarterly Progress Report 6-6-2014 (confidential) | 308 | F.R.E. 402 and 403 to the extent it addresses offense history |
| 243 | Thuringer Quarterly Progress Report 9-17-2014 (confidential) | 308 | F.R.E. 402 and 403 to the extent it addresses offense history |
| 244 | Thuringer Annual Treatment Report 7-15-2014 (confidential) | 308 | F.R.E. 402 and 403 to the extent it addresses offense history |
| 245 | Thuringer Progress Notes I (Thuringer Dep. Ex. 12) (confidential) | 308 | F.R.E. 402 and 403 to the extent it addresses offense history |
| 246 | Thuringer Progress Notes II (Thuringer Dep. Ex. 13) (confidential) | 308 | F.R.E. 402 and 403 to the extent it addresses offense history |
| 247 | Thuringer Memos (Thuringer Dep. Ex. 14) (confidential) | 308 | F.R.E. 402 and 403 to the extent it addresses offense history |
| 248 | Thuringer Progress Note 10-18-2013 (confidential) | 308 | F.R.E. 402 and 403 to the extent it addresses offense history |
| 249 | Daywitt Initial Commitment Order 5-13-2009 | | F.R.E. 402, 403, 801, 802 |
| 250 | Daywitt Order for Indefinite Commitment 9-22-2009 | | F.R.E. 402, 403, 801, 802 |
| 251 | Daywitt Individual Treatment Plan 6-9-2013 (confidential) | | F.R.E. 402 and 403 to the extent it addresses offense history |
| 252 | Daywitt Quarterly Progress Report 9-23-2014 (confidential) | | F.R.E. 402 and 403 to the extent it addresses offense history |
| 253 | Daywitt Quarterly Progress Report 5-9-2014 (confidential) | | F.R.E. 402 and 403 to the extent it addresses offense history |
| 254 | Daywitt Quarterly Progress Report 12-19-2014 (confidential) | | F.R.E. 402 and 403 to the extent it addresses offense history |
| 255 | Daywitt Annual Treatment Report 7-7-2014 (confidential) | | F.R.E. 402 and 403 to the extent it addresses offense history |
| 256 | Daywitt Progress Notes I (Daywitt Dep. Ex. 27) (confidential) | | F.R.E. 402 and 403 to the extent it addresses |

| | | | |
|---|---|---|---|
| | | | offense history |
| 257 | Daywitt Progress Notes II (Daywitt Dep. Ex. 28) (confidential) | | F.R.E. 402 and 403 to the extent it addresses offense history |
| 258 | Daywitt Health Quarterly Assessment 12-13-2013 (confidential) | | F.R.E. 402 and 403 to the extent it addresses offense history |
| 259 | Daywitt Major BERs (Daywitt Dep. Ex. 2) (confidential) | | F.R.E. 402 and 403 to the extent it addresses offense history |
| 260 | Foster Commitment Order 6-19-2007 | | F.R.E. 402, 403, 801, 802 |
| 261 | Foster Commitment Order 5-14-2007 | | F.R.E. 402, 403, 801, 802 |
| 262 | Foster Consent to Treatment 6-5-2007 (confidential) | | F.R.E. 402 and 403 to the extent it addresses offense history |
| 263 | Foster Individual Treatment Plan 2-14-2014 (confidential) | | F.R.E. 402 and 403 to the extent it addresses offense history |
| 264 | Foster Quarterly Progress Report  8-14-2014 (confidential) | | F.R.E. 402 and 403 to the extent it addresses offense history |
| 265 | Foster Quarterly Progress Report 5-23-2014 (confidential) | | F.R.E. 402 and 403 to the extent it addresses offense history |
| 266 | Foster Quarterly Progress Report 6-16-2014 (confidential) | | F.R.E. 402 and 403 to the extent it addresses offense history |
| 267 | Foster Annual Treatment Report 11-24-2014 (confidential) | | F.R.E. 402 and 403 to the extent it addresses offense history |
| 268 | Foster Annual Treatment Report 1-10-2014 (confidential) | | F.R.E. 402 and 403 to the extent it addresses offense history |
| 269 | Foster Group Progress Notes 2007-2014 (confidential) | | F.R.E. 402 and 403 to the extent it addresses offense history |
| 270 | Foster BER 2-25-2011 (confidential) | | F.R.E. 402 and 403 to the extent it addresses offense history |
| 271 | Foster Psychological Assessment 5-2-2007 (confidential) | | F.R.E. 402, 403, 801, 802 |
| 272 | Hausfeld Commitment Order 3-25-1999 | | F.R.E. 402, 403, 801, 802 |

| 273 | Hausfeld Individual Treatment Plan 10-9-2014 (confidential) | | F.R.E. 402 and 403 to the extent it addresses offense history |
|---|---|---|---|
| 274 | Hausfeld Quarterly Progress Report 3-20-2014 (confidential) | | F.R.E. 402 and 403 to the extent it addresses offense history |
| 275 | Hausfeld Quarterly Progress Report 7-11-2014 (confidential) | | F.R.E. 402 and 403 to the extent it addresses offense history |
| 276 | Hausfeld Quarterly Progress Report 12-17-2014 (confidential) | | F.R.E. 402 and 403 to the extent it addresses offense history |
| 277 | Hausfeld Letter from Persons 3-18-2014 (confidential) | | F.R.E. 402 and 403 to the extent it addresses offense history |
| 278 | Hausfeld Neuropsychological Evaluation 4-8-2005 (confidential) | | F.R.E. 402 and 403 to the extent it addresses offense history |
| 279 | Hausfeld Neuropsychological Evaluation 4-8-2013 (confidential) | | F.R.E. 402 and 403 to the extent it addresses offense history |
| 280 | Hausfeld Progress Notes (Hausfeld Dep. Ex. 34) (confidential) | | F.R.E. 402 and 403 to the extent it addresses offense history |
| 281 | Hausfeld Treatment Memo 7-26-2013 (confidential) | | F.R.E. 402 and 403 to the extent it addresses offense history |
| 282 | Hausfeld Annual Treatment Report 10-3-2014 (confidential) | | F.R.E. 402 and 403 to the extent it addresses offense history |
| 283 | Hausfeld IPP 8-2-2013 (confidential) | | F.R.E. 402 and 403 to the extent it addresses offense history |
| 284 | Manahl Individual Treatment Plan 8-30-2013 (confidential) | 304 | F.R.E. 402 and 403 to the extent it addresses offense history |
| 285 | Manahl Quarterly Progress Report 10-3-2014 (confidential) | 304 | F.R.E. 402 and 403 to the extent it addresses offense history |
| 286 | Manahl Sex Offender Assessment 10-18-2013 (confidential) | 304 | F.R.E. 402 and 403 to the extent it addresses offense history |
| 287 | Michaels Individual Treatment Plan 5-12-2011 (confidential) | 305 | F.R.E. 402 and 403 to the extent it addresses offense history |

| 288 | Michaels Individual Treatment Plan 2-25-2013 (confidential) | 305 | F.R.E. 402 and 403 to the extent it addresses offense history |
| 289 | Michaels Annual Treatment Report 2-11-2012 (confidential) | 305 | F.R.E. 402 and 403 to the extent it addresses offense history |
| 290 | Karsjens Petition 10-20-2011 (confidential) | 302 | |
| 291 | Karsjens Risk Assessment 1-30-2014 (confidential) | 302 | F.R.E. 402 and 403 to the extent it addresses offense history |
| 292 | Karsjens SRB Treatment Report 2-22-2012 and Addendum (confidential) | 302 | F.R.E. 402 and 403 to the extent it addresses offense history |
| 293 | Karsjens SRB Report and Recommendation 3-28-2012 (confidential) | 302 | F.R.E. 402 and 403 to the extent it addresses offense history |
| 294 | Karsjens Psychosexual Evaluation 4-29-2013 (confidential) | 302 | F.R.E. 402 and 403 to the extent it addresses offense history |
| 295 | Karsjens SCAP Order 7-17-2013 | 302 | F.R.E. 402 and 403 to the extent it addresses offense history |
| 296 | Karsjens v. Jesson, No. A13-1746, 2014 WL 902860 (Minn. App. Mar. 10, 2014) | | F.R.E. 402, 403 |
| 297 | Braun Petition Disposition 5-13-2008 | 301 | F.R.E. 402 and 403 to the extent it addresses offense history |
| 298 | Braun Risk Assessment 4-2-2008 (confidential) | 301 | F.R.E. 402 and 403 to the extent it addresses offense history |
| 299 | Braun SRB Findings & Recommendation 4-28-2008 (confidential) | 301 | F.R.E. 402 and 403 to the extent it addresses offense history |
| 300 | Gamble Petition 7-2-2013 | | |
| 301 | Gamble Risk Assessment 2-24-2014 (confidential) | | F.R.E. 402 and 403 to the extent it addresses offense history |
| 302 | Gamble SRB Treatment Report 2-11-2014 & Addendum (confidential) | | F.R.E. 402 and 403 to the extent it addresses offense history |
| 303 | Gamble SRB Report and Recommendation 4-28-2014 (confidential) | | F.R.E. 402 and 403 to the extent it addresses offense history |
| 304 | DeVillion SRB Report and Recommendation 2-16-1992 (confidential) | | F.R.E. 402 and 403 to the extent it addresses |

| | | | |
|---|---|---|---|
| | | | offense history |
| 305 | DeVillion SCAP Order 4-15-1992 | | F.R.E. 402 and 403 to the extent it addresses offense history |
| 306 | DeVillion SRB Report and Recommendation 12-14-1992 (confidential) | | F.R.E. 402 and 403 to the extent it addresses offense history |
| 307 | DeVillion SRB Report and Recommendation 6-19-1995 (confidential) | | F.R.E. 402 and 403 to the extent it addresses offense history |
| 308 | DeVillion SRB Report and Recommendation 8-1-1996 (confidential) | | F.R.E. 402 and 403 to the extent it addresses offense history |
| 309 | DeVillion SRB Report and Recommendation 3-13-2001 (confidential) | | F.R.E. 402 and 403 to the extent it addresses offense history |
| 310 | DeVillion SCAP Order 11-25-2002 | | F.R.E. 402 and 403 to the extent it addresses offense history |
| 311 | DeVillion SCAP Order 10-9-2008 | | F.R.E. 402 and 403 to the extent it addresses offense history |
| 312 | DeVillion SCAP Order 2-26-2009 | | F.R.E. 402 and 403 to the extent it addresses offense history |
| 313 | DeVillion SRB Petition 11-7-2010 (confidential) | | F.R.E. 402 and 403 to the extent it addresses offense history |
| 314 | DeVillion SRB Packet 5-2-2011 (confidential) | | F.R.E. 402 and 403 to the extent it addresses offense history |
| 315 | DeVillion Risk Assessment 1-25-2011 (confidential) | | F.R.E. 402 and 403 to the extent it addresses offense history |
| 316 | DeVillion Risk Assessment Update 4-5-2011 (confidential) | | F.R.E. 402 and 403 to the extent it addresses offense history |
| 317 | DeVillion SRB Report and Recommendation 6-2-2011 (confidential) | | F.R.E. 402 and 403 to the extent it addresses offense history |
| 318 | DeVillion SCAP Examiner Assessment 11-29-2011 (confidential) | | F.R.E. 402 and 403 to the extent it addresses offense history |
| 319 | DeVillion SCAP Order 10-26-2012 | | F.R.E. 402 and 403 to the extent it addresses |

| | | | offense history |
|---|---|---|---|
| 320 | Lonergan SRB Petition 4-2-2010 | 303 | |
| 321 | Lonergan SRB Petition 5-20-2013 | 303 | |
| 322 | Lonergan Risk Assessment 10-5-2010 (confidential) | 303 | F.R.E. 402 and 403 to the extent it addresses offense history |
| 323 | Lonergan Risk Assessment 1-21-2014 (confidential) | 303 | F.R.E. 402 and 403 to the extent it addresses offense history |
| 324 | Lonergan SRB Treatment Report 1-22-2014 (confidential) | 303 | F.R.E. 402 and 403 to the extent it addresses offense history |
| 325 | Lonergan SRB Report and Recommendation 5-8-2014 (confidential) | 303 | F.R.E. 402 and 403 to the extent it addresses offense history |
| 326 | Lonergan SRB Report and Recommendation 12-27-2010 (confidential) | 303 | F.R.E. 402 and 403 to the extent it addresses offense history |
| 327 | Lonergan SCAP Order 3-23-2011 | 303 | F.R.E. 402 and 403 to the extent it addresses offense history |
| 328 | Rud Petition 6-2-2013 | | |
| 329 | Rud Risk Assessment 3-17-2014 (confidential) | | F.R.E. 402 and 403 to the extent it addresses offense history |
| 330 | Rud SRB Treatment Report 2-22-2014 (confidential) | | F.R.E. 402 and 403 to the extent it addresses offense history |
| 331 | Rud SRB Report and Recommendation 4-10-2014 (confidential) | | F.R.E. 402 and 403 to the extent it addresses offense history |
| 332 | Rud SCAP Order 8-15-2014 | | F.R.E. 402 and 403 to the extent it addresses offense history |
| 333 | Barber SCAP Order 7-1-2009 | 299 | F.R.E. 402 and 403 to the extent it addresses offense history |
| 334 | Barber Petition 3-4-2004 | 299 | |
| 335 | Barber Petition 2-4-2009 | 299 | |
| 336 | Barber SCAP Order 5-26-2009 | 299 | F.R.E. 402 and 403 to the extent it addresses offense history |
| 337 | Barber Petition 2-14-2010 | 299 | |
| 338 | Barber SRB Report and Recommendation 9-29-2010 (confidential) | 299 | F.R.E. 402 and 403 to the extent it addresses |

| | | | offense history |
|---|---|---|---|
| 339 | Barber SCAP Order 10-6-2011 | 299 | F.R.E. 402 and 403 to the extent it addresses offense history |
| 340 | Barber Petition 5-23-2013 | 299 | |
| 341 | Barber Risk Assessment 1-6-2014 (confidential) | 299 | F.R.E. 402 and 403 to the extent it addresses offense history |
| 342 | Barber SRB Treatment Report 1-6-2014 (confidential) | 299 | F.R.E. 402 and 403 to the extent it addresses offense history |
| 343 | Barber SRB Report and Recommendation 2-5-2014 (confidential) | 299 | F.R.E. 402 and 403 to the extent it addresses offense history |
| 344 | Steiner SRB Treatment Report 7-15-2004 (confidential) | 306 | F.R.E. 402 and 403 to the extent it addresses offense history |
| 345 | Steiner SRB Treatment Report 1-23-2008 (confidential) | 306 | F.R.E. 402 and 403 to the extent it addresses offense history |
| 346 | Steiner SRB Treatment Report 10-10-2012 and Addendum (confidential) | 306 | F.R.E. 402 and 403 to the extent it addresses offense history |
| 347 | Steiner Risk Assessment 9-20-2012 and Addendum (confidential) | 306 | F.R.E. 402 and 403 to the extent it addresses offense history |
| 348 | Steiner Petition 7-19-2012 | 306 | |
| 349 | Steiner SRB Report and Recommendation 1-11-2013 (confidential) | 306 | F.R.E. 402 and 403 to the extent it addresses offense history |
| 350 | Steiner SCAP Order of Dismissal 4-14-2008 | 306 | F.R.E. 402 and 403 to the extent it addresses offense history |
| 351 | Steiner SCAP Examiner Assessment 10-7-2014 (confidential) | 306 | F.R.E. 402 and 403 to the extent it addresses offense history |
| 352 | Daywitt Petition 5-22-2013 | | |
| 353 | Daywitt Treatment Report 12-30-2013 (confidential) | | F.R.E. 402 and 403 to the extent it addresses offense history |
| 354 | Daywitt Risk Assessment 1-28-2014 (confidential) | | F.R.E. 402 and 403 to the extent it addresses offense history |
| 355 | Daywitt SRB Report and Recommendation 2-23-2014 (confidential) | | F.R.E. 402 and 403 to the extent it addresses |

| | | | |
|---|---|---|---|
| | | | offense history |
| 356 | Daywitt Order Appointing Examiner 5-30-2014 | | F.R.E. 402 and 403 to the extent it addresses offense history |
| 357 | Foster Petition 10-29-2012 | | |
| 358 | Foster Risk Assessment 1-22-2013 (confidential) | | F.R.E. 402 and 403 to the extent it addresses offense history |
| 359 | Foster SRB Treatment Report 1-23-2013 (confidential) | | F.R.E. 402 and 403 to the extent it addresses offense history |
| 360 | Foster SRB Report and Recommendation 2-18-2013 (confidential) | | F.R.E. 402 and 403 to the extent it addresses offense history |
| 361 | Foster SCAP Examiner Assessment 1-22-2013 (confidential) | | F.R.E. 402 and 403 to the extent it addresses offense history |
| 362 | Foster SCAP Order 5-8-2014 | | F.R.E. 402 and 403 to the extent it addresses offense history |
| 363 | Foster v. Jesson, No. A14-1119, 2014 WL 7237372 (Minn. App. Dec. 22, 2014) | | F.R.E. 402, 403 |
| 364 | Hausfeld SRB Treatment Report 4-9-2006 (confidential) | | F.R.E. 402 and 403 to the extent it addresses offense history |
| 365 | Hausfeld SRB Report and Recommendation 5-7-2006 (confidential) | | F.R.E. 402 and 403 to the extent it addresses offense history |
| 366 | Hausfeld Examiner Assessment (Dr. Alberg) 12-8-2006 (confidential) | | F.R.E. 402 and 403 to the extent it addresses offense history |
| 367 | Hausfeld SCAP Order 1-19-2007 | | F.R.E. 402 and 403 to the extent it addresses offense history |
| 368 | Hausfeld Petition 7-30-2008 | | |
| 369 | Hausfeld SRB Treatment Report 5-21-2009 (confidential) | | F.R.E. 402 and 403 to the extent it addresses offense history |
| 370 | Hausfeld SRB Report and Recommendation 7-30-2009 (confidential) | | F.R.E. 402 and 403 to the extent it addresses offense history |
| 371 | Hausfeld Examiner Assessment (Dr. Alberg) 2-26-2010 (confidential) | | F.R.E. 402 and 403 to the extent it addresses offense history |
| 372 | Hausfeld SCAP Order 3-19-2010 | | F.R.E. 402 and 403 to |

| | | | |
|---|---|---|---|
| | | | the extent it addresses offense history |
| 373 | Hausfeld Petition 6-17-2011 | | |
| 374 | Hausfeld Risk Assessment 8-30-2011 (confidential) | | F.R.E. 402 and 403 to the extent it addresses offense history |
| 375 | Hausfeld SRB Report and Recommendation 11-21-2011 (confidential) | | F.R.E. 402 and 403 to the extent it addresses offense history |
| 376 | Hausfeld Examiner Report (Dr. Donchenko) 12-7-2012 (confidential) | | F.R.E. 402 and 403 to the extent it addresses offense history |
| 377 | Hausfeld SCAP Order 1-18-2013 | | F.R.E. 402 and 403 to the extent it addresses offense history |
| 378 | Hausfeld Petition 10-17-2013 | | |
| 379 | Hausfeld SRB Treatment Report 7-24-2014 (confidential) | | F.R.E. 402 and 403 to the extent it addresses offense history |
| 380 | Hausfeld Risk Assessment 8-25-2014 (confidential) | | F.R.E. 402 and 403 to the extent it addresses offense history |
| 381 | Hausfeld SRB Report and Recommendation 9-22-201 (confidential)4 | | F.R.E. 402 and 403 to the extent it addresses offense history |
| 382 | Michaels SRB Treatment Report 4-15-2013 (confidential) | | F.R.E. 402 and 403 to the extent it addresses offense history |
| 383 | Michaels SRB Report and Recommendation 5-28-2013 (confidential) | | F.R.E. 402 and 403 to the extent it addresses offense history |
| 384 | Karsjens Newsletter 5-4-2012 | | F.R.E. 402, 403, 801, 802 |
| 385 | Karsjens Newsletter 12-9-2012 | | F.R.E. 402, 403, 801, 802 |
| 386 | Karsjens Newsletter 3-30-2013 | | F.R.E. 402, 403, 801, 802 |
| 387 | Karsjens Newsletter 12-25-2012 | | F.R.E. 402, 403, 801, 802 |
| 388 | Karsjens Newsletter 2-20-2014 | | F.R.E. 402, 403, 801, 802 |

### DEFENDANTS' OBJECTIONS TO PLAINTIFFS' EXHIBIT LIST

Defendants restate their objections described in their filed exhibit list on January 28. (Doc. 774, at 11-15.) With the Court's direction received later that day, (Doc. 809, at 4,) Defendants had just 36 hours to quickly review and object to Plaintiffs' final 308 exhibits while responding to Plaintiffs' 22 deposition designations (of available witnesses) and two motions in limine, while Plaintiffs had 8 days to review and object to Defendants' list. Thus, Defendants reserve the right to raise applicable objections at trial in addition to the objections identified below, which provide explanation and context to the objections identified in Plaintiffs' exhibit list filed today.

Defendants object to the exhibits identified in lines 18 and 130 of Plaintiffs' exhibit list on grounds attorney client privilege or work product protection. Subject to the order regarding privileged and confidential information dated September 18, 2014 (Doc. No. 602), Defendants request those documents' immediate sequestration or destruction pursuant to Fed. R. Civ. P. 26(b)(5)(b) and that order.

Defendants object to the following lines in Plaintiffs' exhibit list that don't describe a document that Defendants can review and consider for possible objection (e.g., "Christopher Thuringer Individual Tx Files," "MSOP Policies as of January 2012," ML April 29-May 1, 2014 and June 10-12, 2014 Site Visits"): 78, 155, 191, 194, 233, 243, 244, 299, 300, 301, 302, 303, 304, 305, 306, 307, 308. Plaintiffs' lack of specificity make it impossible for Defendants to separately and individually object. Plaintiffs' failure, therefore, has forced Defendants to have to reserve their right to object.

Defendants object to the exhibits identified the following lines as irrelevant and unduly prejudicial under FRE 402 and 403 based on their time of creation being long before the relevant period in this case: 4, 5, 15, 25, 49, 56, 69, 81, 116, 118, 162, 164, 169, 187, 219, and 251.

Defendants object to the exhibits identified in the following lines to the extent they show, at most, issues regarding implementation of policies and are therefore not relevant to this official-capacity suit and inadmissible under FRE 402 or 403: 1, 6, 7, 12, 14, 16, 24, 26, 28, 33, 38, 39, 44, 45, 51, 55, 58, 60, 61, 62, 65, 66, 67, 69, 70, 71, 73, 74, 75, 91, 83, 87, 88, 91, 96, 98, 100, 102, 105, 106, 107, 108, 109, 112, 113, 114, 117, 119, 122, 125, 126, 127, 129, 130, 131, 134, 136, 138, 140, 144, 147, 148, 149, 180, 188, 220, 224, 232, 237, 253, 255, 259, 264, 265, 273, 274, 275, 276, 285, 290.

Defendants object to the exhibits identified in the following lines in Plaintiffs' list to the extent they involve subpopulations or individualized issues not applicable in this Rule 23(b)(2) class action: 7, 12, 14, 16, 24, 26, 82, 32, 33, 38, 39, 44, 45, 55, 58, 60, 61, 62, 65, 66, 67, 70, 75, 88, 93, 94, 96, 97, 104, 105, 106, 107, 108, 109, 112, 115, 117, 120, 129, 134, 138, 139, 140, 144, 146, 147, 148, 190, 199, 202, 212, 220, 224, 226, 232, 237, 259, 264, 265, 273, 274, 275, 276, 285, 290.

Defendants object to the exhibits identified in the following lines in Plaintiffs' list to the extent they are Task Force and settlement-related documented inadmissible under FRE 408, 402, 602, and 702: 35, 41, 269.

Defendants object to the following documents as otherwise containing hearsay, lacking foundation, and lacking relevance: 10, 27, 28, 51, 53, 57, 59, 61, 77, 85, 99, 139, 170, 172, 176, 192, 193, 227, 241, 260, 262, 267, 268, 269, 271, 281, 289.

Defendants object to the following documents filed or submitted by Plaintiffs in this litigation (e.g., their own Third Amended Complaint, their own interrogatory responses) as containing inadmissible hearsay: 36, 37, 101, 110, 111, 151, 152, 214, 215, 216, 238.

Dated:  January 30, 2015.

OFFICE OF THE ATTORNEY GENERAL
State of Minnesota

**s/ Nathan Brennaman**
NATHAN BRENNAMAN
Deputy Attorney General
Atty. Reg. No. 0331776

SCOTT H. IKEDA
Assistant Attorney General
Atty. Reg. No. 0386771

AARON WINTER
Assistant Attorney General
Atty. Reg. No. 0390914

ADAM WELLE
Assistant Attorney General
Atty. Reg. No. 0389951

445 Minnesota Street, Suite 1100
St. Paul, Minnesota 55101-2128
(651) 757-1415 (Voice)
(651) 282-5832 (Fax)
(651) 296-1410 (TTY)
nate.brennaman@ag.state.mn.us

Attorneys for Defendants