# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL BENCH TRIAL

Kevin Scott Karsjens, et al.,
        Plaintiffs,

v.

Lucinda Jesson, et al.,
        Defendants.

**COURT MINUTES**
Case Number: CV 11-3659 DWF/JJK

| | |
|---|---|
| Date: | March 12, 2015 |
| Court Reporter: | Jeanne Anderson/Paula Richter |
| Courthouse: | St. Paul |
| Courtroom: | 7C |
| Time Commenced: | 9:04 AM |
| Time Concluded: | 1:30 PM |
| Sealed Hearing Time: | |
| Time in Court: | 4 Hours & 26 Minutes |

Trial before Donovan W. Frank, United States District Judge, at St. Paul, Minnesota.

APPEARANCES:

  For Plaintiff:    Dan Gustafson, Karla Gluek, Raina Borrelli
  For Defendant:  Nathan Brennaman, Scott Ikeda, Aaron Winter, Adam Welle

PROCEEDINGS:

- ☐ **Jury Selection.**
- ☐ **BENCH Trial - Began**.
- ☐ **BENCH Trial - Ended**
- ☐ Jury impaneled (File list of jurors).
- ☐ Opening statements.
- ☒ **BENCH Trial Held.**
- ☒ Trial continued to March 16, 2015.
- ☐ Plaintiff's witnesses:
- ☒ Defendant's witnesses:   Thomas McCartney, Jane Romayne, David Bornus, Elizabeth Peterson
- ☐ Plaintiff rests.   ☐ Defendant rests.
- ☐ Closing arguments.
- ☐ Jury received case at.
- ☐ Jury resumed deliberations on.
- ☐ Jury returned at without verdict. IT IS ORDERED: to separate and to return and resume deliberations on.

- ☐ Verdict Rec'd at for:
  - ☐ Plaintiff
  - ☐ Defendant

- ☐ Court's Ruling:
  - ☐ Judgment in favor of Plaintiff.
  - ☐ Judgment in favor of Defendant.

IT IS ORDERED:

☐ Oral motion to dismiss for judgment as a matter of law.
☐ Clerk to file Verdict and enter Judgment.
☐ Clerk to file Verdict, but withhold entry of Judgment until further order.
☐ Clerk to file Order.
☐ Clerk to file Order and enter Judgment.
☐ Clerk to enter Judgment.
☐ Written order forthcoming.
☐ Case submitted.

CLERK'S USE ONLY:

☐ Number of trial days with evidence - .
☐ Exhibits returned to counsel or parties.

s/B. Schaffer
Signature of Courtroom Deputy