# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL BENCH TRIAL

Kevin Scott Karsjens, et al.,
        Plaintiffs,

v.

Lucinda Jesson, et al.,
        Defendants.

**COURT MINUTES**
Case Number: CV 11-3659 DWF/JJK

| | |
|---|---|
| Date: | March 18, 2015 |
| Court Reporter: | Jeanne Anderson |
| Courthouse: | St. Paul |
| Courtroom: | 7C |
| Time Commenced: | 9:00 AM |
| Time Concluded: | 12:00 PM |
| Sealed Hearing Time: | |
| Time in Court: | 3 Hours |

Trial before Donovan W. Frank, United States District Judge, at St. Paul, Minnesota.

APPEARANCES:

    For Plaintiff:    Dan Gustafson, Karla Gluek, Raina Borrelli
    For Defendant:    Nathan Brennaman, Scott Ikeda, Aaron Winter, Adam Welle

PROCEEDINGS:

- ☐ **Jury Selection.**
- ☐ **BENCH Trial - Began**.
- ☒ **BENCH Trial - Ended**
- ☐ Jury impaneled (File list of jurors).
- ☐ Opening statements.
- ☐ **BENCH Trial Held.**
- ☐ Trial continued to
- ☐ Plaintiff's witnesses:
- ☐ Defendant's witnesses:
- ☒ Plaintiff rests.   ☒ Defendant rests.
- ☐ Closing arguments.
- ☐ Jury received case at.
- ☐ Jury resumed deliberations on.
- ☐ Jury returned at without verdict. IT IS ORDERED: to separate and to return and resume deliberations on.

- ☐ Verdict Rec'd at for:
  - ☐ Plaintiff
  - ☐ Defendant

- ☐ Court's Ruling:
  - ☐ Judgment in favor of Plaintiff.
  - ☐ Judgment in favor of Defendant.

IT IS ORDERED:

- ☐ Oral motion to dismiss for judgment as a matter of law.
- ☐ Clerk to file Verdict and enter Judgment.
- ☐ Clerk to file Verdict, but withhold entry of Judgment until further order.
- ☐ Clerk to file Order.
- ☐ Clerk to file Order and enter Judgment.
- ☐ Clerk to enter Judgment.
- ☐ Written order forthcoming.
- ☐ Case submitted.

CLERK'S USE ONLY:

- ☐ Number of trial days with evidence - .
- ☐ Exhibits returned to counsel or parties.

s/B. Schaffer  
Signature of Courtroom Deputy