Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MINNESOTA


KEVIN SCOTT KARSJENS,

DAVID LEROY GAMBLE JR.,

et al.,

        Plaintiffs,

  v.                    No. 11-3659 (DWF/JJK)

LUCINDA JESSON, DENNIS

BENSON, et al.,

        Defendants.



VIDEO DEPOSITION OF JAMES HAAVEN

Taken in behalf of Plaintiffs

Friday, October 17, 2014

JAMES HAAVEN   10/17/2014

Page 2

1      BE IT REMEMBERED THAT, pursuant to the Federal

2   Rules of Civil Procedure, the deposition of JAMES

3   HAAVEN was taken before Marilynn T. Hoover, a

4   Certified Shorthand Reporter in Oregon; on Friday,

5   October 17, 2014, commencing at the hour of 9:17

6   a.m.; at BEOVICH WALTER & FRIEND, 1001 S.W. Fifth

7   Avenue, Suite 1200, in Portland, Oregon.

8

9                    APPEARANCES

10   GUSTAFSON GLUEK, PLLC

11      BY MR. DAVID A. GOODWIN

12      120 S. Sixth Street, Suite 2600

13      Minneapolis, Minnesota 55402

14      Telephone:  612-333-8844

15      On behalf of Plaintiffs

16

17   STATE OF MINNESOTA OFFICE OF ATTORNEY GENERAL

18      BY MR. SCOTT HIROMI IKEDA

19      1400 Bremer Tower

20      445 Minnesota Street

21      St. Paul, Minnesota 55101

22      Telephone:  651-296-3353

23      On behalf of Defendants

24

25   ALSO PRESENT:  Mr. Mick Irwin, videographer

JAMES HAAVEN  10/17/2014

Page 3

1                    EXAMINATION INDEX

2                                                    PAGE

3   Examination by Mr. Goodwin                        5

4   Examination by Mr. Ikeda                         207

5   Further examination by Mr. Goodwin               239

6

7                        *    *    *

8

9                    EXHIBIT INDEX

10  EXHIBIT NO.   DESCRIPTION                        PAGE

11  Exhibit 1     Subpoena to testify at a deposition

12                in a civil trial                     7

13  Exhibit 2     March 2011 evaluation report        45

14  Exhibit 3     2011 annual performance report      113

15  Exhibit 4     2013 annual performance report      142

16  Exhibit 5     Amendment No. 2 to B-36809          192

17  Exhibit 6     04/15/2009 site visit report        227

18  Exhibit 7     10/08/2010 site visit report        228

19  Exhibit 8     12/27/2012 site visit report        236

20

21

22

23

24

25

JAMES HAAVEN   10/17/2014

Page 4

23                     JAMES HAAVEN,

24     called as a witness, being duly sworn on oath, was

25     examined and did testify as follows:

JAMES HAAVEN   10/17/2014

Page 5

6         Would you please state your name for the

7    record.

8         A.   Yes.  James Lee Haaven.

JAMES HAAVEN  10/17/2014

Page 9

14      Q.   And so in what years did you perform

15   annual evaluations for MSOP?

16      A.   Again, I don't -- I believe the first one

17   was either -- it was 2006, I believe; and then we

18   did a review every year except 2008, I believe, is

19   the one year that we didn't.

20      Q.   And do you know why there was no review

21   that year?

22      A.   That year was because there was a major

23   change, a shift organizationally, as to under what

24   governmental body that MSOP would fall, as well as a

25   pretty significant change of internal leadership.

JAMES HAAVEN  10/17/2014

Page 10

1   So it was more a logistical issue, just trying to

2   organize such a thing and...

3        Q.   And -- Well, okay.  First I'd like to

4   cover some of your background.

5             Can you give me a -- Describe your

6   educational background for me.

7        A.   My educational -- Well, let's see.  I

8   graduated with a bachelor's of science degree in

9   civil engineering in 1966 and then attended a

10  community college for 15 credits but did not finish

11  a degree in psychology.  I then completed a degree,

12  a bachelor of arts degree, in sociology in 1973.  In

13  1975, I completed a master's of arts degree in

14  behavioral science from Pacific Lutheran University

15  in Tacoma, Washington.

16       Q.   And outside of those degrees, do you have

17  any sort of professional certificates or licenses?

18       A.   I was certified -- a certified clinician

19  here in the state of Oregon, but I don't believe I'm

20  certified at the moment.  I was just checking my --

21  whether I had paid my dues for this year yet, so I'm

22  not sure.  Since I don't do any work in this area, I

23  don't pay any particular attention; but I was

24  certified as a certified clinician.  Those are the

25  only certifications that I have.

JAMES HAAVEN   10/17/2014

Page 11

1    Q.   And have you had any sort of training on

2  sex offender treatment specifically?

3    A.   Yes.  Extensively through conferences, and

4  I've been actively engaged with the Association for

5  Treatment of Sexual Abusers since its founding; and

6  so I'm actively engaged in all of the training

7  processes through that, as well as many other

8  conferences I've attended through the years.

9    Q.   So outside of ATSA, are you a member of

10  other professional organizations related to

11  treatment?

12    A.   Well, National Association of Persons with

13  Developmental Disabilities is the only other

14  organization that I'm a member of.

15    Q.   And have you ever published any papers on

16  the -- in the area of sex offender treatment or...

17    A.   Yes.

18    Q.   And what were the -- How many of the

19  papers?

20    A.   You know, I don't know for sure, but I'm

21  going to guess it's at about eight or nine.  One --

22  Almost all of those were -- One -- About ten:  One

23  informational packet, the rest were articles, and

24  one was a book.

25    Q.   And what was the book on?

JAMES HAAVEN   10/17/2014

Page 12

1      A.   The book was just -- I think it was called

2  Model Residential Program.   It was written in 1990,

3  Residential -- Model Residential Program for Persons

4  with Intellectual Disabilities, with sexual

5  offending issues.

6      Q.   And since 1990, has -- have you updated

7  that book?

8      A.   Not that book, no.

9      Q.   And what are the -- You said you'd

10 published other --

11     A.   Yes.  I've published other chapters in

12 books, regarding treatment issues, assessment

13 issues.  I'm also one of the co-authors and primary

14 authors of the development of a new risk assessment

15 tool called Armadillo S.

16     Q.   Armadillo S?

17     A.   The Armadillo S.

18     Q.   And what does that measure?

19     A.   Again, it's a risk management tool for

20 persons with intellectual disabilities, with sexual

21 offending issues.

22     Q.   Is that test still in the developmental

23 stage or is that used anywhere?

24     A.   It is now used here in the United States

25 as well as other countries.  The Web site for it is

1    Armadillo.net.

2         Q.    And how is that different than other -- Is

3    this an actuarial test?

4         A.    No, it isn't, actually.  It was -- Again,

5    it was designed as a management guideline assessment

6    process to assist people in how to develop treatment

7    strategies and support systems for persons with

8    these particular types of problems.  In the process,

9    of course, some of the authors of the tool, as well

10   as other persons around the country, have now used

11   that tool in trying to see if it's also predictive

12   -- has predictive validity.  There's only been three

13   studies done in that regards -- somewhat, again,

14   small studies; so at this point we could not say

15   that it's a predictive instrument yet.

16        Q.    And who are the co-authors of that, the

17   Armadillo S?

18        A.    Doug Bower, and William Lindsay, and

19   Joseph Skadalin, S-K-A-D-A-L-I-N, and Freese, Mike

20   Freese, and Frank Limbrick.  They're all from other

21   countries; so I say by name, yet I've never met --

22   I've only met two others, two of them.

23        Q.    And so what -- Why did you -- What

JAMES HAAVEN  10/17/2014

Page 14

11    Q.    And do you know how many programs use the

12  Armadillo?

13    A.    I don't.  They use it in a broad range of

14  different ways.  I do know that it's -- there's

15  certainly a number of states that use this.  I do

16  consulting up in New York, Pennsylvania, certainly

17  all throughout New Mexico.  It's used up in Canada

18  in various areas.  In fact, I'm doing trainings in

19  that regard next week in Toronto.  It's used rather

20  extensively in Australia and New Zealand.  It's also

21  been introduced to Scandinavian countries.  It's

22  used in the United Kingdom, where I've done

23  training.

24        So, again, I really don't know, but it's

25  -- it's one of the few tools available for this type

JAMES HAAVEN  10/17/2014

Page 15

1   of issue in this area, so it's...

2       Q.   Okay.  Do you know if the Minnesota Sex

3   Offender Program uses the Armadillo S?

4       A.   They don't.  They're familiar with it, but

5   the reason that it's not as applicable in this

6   regard is it's primarily used as a risk management

7   tool for persons that are moving to community

8   settings; so that's when it becomes much more

9   applicable.  Within institutional settings, it

10  really doesn't give significant useful information,

11  so that's why it's not used there.

12      Q.   Okay.  And so, now, as I understand it,

13  you have a private practice?

14      A.   I do consulting as my private practice,

15  yes --

16      Q.   And what --

17      A.   -- and training.

18      Q.   And consulting on what specifically?

19      A.   Almost all of my consulting now is pretty

20  much exclusive to special needs populations, persons

21  with -- especially with intellectual disabilities

22  and persons with mental health issues and other

23  types of psychiatric disorders.

24      Q.   And is your consulting on those

25  populations generally or populations who are in

JAMES HAAVEN  10/17/2014

Page 16

1  prisons or some sort of confinement?

2      A.   All settings.  All variety of settings.

3      Q.   And prior to your current consulting

4  practice, did you work in this field?

5      A.   Yes.

6      Q.   In what?

7      A.   I worked about -- I was about eight years

8  at the -- at Western State Hospital, where I was

9  clinician and then also became program director of

10  outpatient services.  And, again, that's where I

11  initially started specific work, working with issues

12  around sexual offending issues.

13          And then I was the unit director for two

14  programs in the state of Oregon, at Oregon State

15  Hospital:  One program for 24 years; and the other

16  program, that I think I just previously told you

17  about, due to the class action suit, I inherited and

18  I had that for about 18 years in parallel with the

19  other program.  Both of those programs are focusing

20  primarily on persons with intellectual disabilities;

21  and most of those folks, the focus was sexual

22  offending issues.

23      Q.   So for -- So for the Western State

24  Hospital, that -- those were special needs people

25  with --

JAMES HAAVEN   10/17/2014

Page 17

1        A.    They were special needs.

2        Q.    And also some with sex offender issues?

3        A.    Yes.

4        Q.    And the same for the Oregon State

5    Hospital?

6        A.    Yes.

7        Q.    And when -- You were eight years at

8    Western States Hospital.  Do you -- When did you

9    start there?

10       A.    Must have been around 1972, I think, is

11   when I started.  Between '72 and 1980 is when I was

12   there.

13       Q.    And Oregon State Hospital was after that?

14       A.    Was after that, until 19 -- until 2004.

15       Q.    And so how -- how did you come to be an

16   evaluator for the MSOP program?

17       A.    Since I had been involved with the -- with

18   the class action suit in Washington that was

19   initiated in 1994, was my initial experience with

20   civil commitment programming.  After that, I became

21   more involved with doing some consulting training in

22   other civil commitment programs.  It was just sort

23   of a collection of civil commitment programs -- I'm

24   trying to think now.

JAMES HAAVEN  10/17/2014

Page 18

1  Ridge program wanted to have an advisory team; and

2  so, in looking at who might present the expertise

3  needed, that they were looking for, they identified

4  three of us.  And primarily my focus was in the area

5  around special needs programming, thing of that

6  sort.  And so we just sort of came together as such

7  and were invited to be part of that; and since then,

8  we have done some other evaluations as a team.

9      Q.   So is it the same group of people you work

10  with who evaluate the Wisconsin program and the

11  Minnesota program?

12      A.   Yes.  We don't evaluate the Wisconsin

13  program now.  We did, I believe, for either five or

14  six years; I'm not sure.  I think their last

15  evaluation there was four years ago, I believe.

16      Q.   And do you know why -- Let me step back.

17          Do you know if that program is still

18  receiving annual evaluations?

19      A.   I don't believe so.  I believe ours was

20  the last -- who knows?  I don't know all the

21  reasoning why; funding issues and the like.

22          But I might add, also, that the last year

23  we did an evaluation, they also expanded the

24  advisory group to two other additional people, a

25  psychiatrist and another psychologist.

JAMES HAAVEN  10/17/2014

Page 19

1     Q.   And who -- So who were the people on the
2     original Wisconsin --
3     A.   It would be Robert McGrath and William
4     Murphy who were the other two evaluators of MSOP.
5     Q.   And do you know who the additional two
6     people were that were added?
7     A.   It was a Dr. Stephen Hucker, and Robert
8     Hare was the psychologist -- the other psychologist.
9     Q.   And is that H-A-R-E?
10    A.   H-A-R-E.
11    Q.   And so is that from the Hare
12    psychiatric --
13    A.   Yes.  PCL-R.
14    Q.   PCL-R.  So for the Minnesota program, do
15    you recall, was it something that MSOP contacted you
16    or...
17    A.   I was -- I was asked to come to do
18    training at MSOP for the special needs program on
19    the St. Peter side in 2005, I believe.  Plus, I had
20    been involved with MSOP -- in fact, I did initial
21    training for special needs population when it was
22    first developed back in 1995, I think, something of
23    that nature.  I can't remember the first year.  So I
24    was sort of known in that area.
25              So I was brought in in 2005 for the S -- I

JAMES HAAVEN   10/17/2014

Page 20

1   think they called it the special needs services

2   program of the MSOP at the time; and, in doing so,

3   they also asked me some specific questions to

4   respond to.  When I did, I then shared with them

5   what we do in some of the other civil commitment

6   programs:  That, by having a team look at this, you

7   get a broader perspective.  And it was from those

8   discussions that they then asked -- invited us as a

9   team to return from then on.  So I think -- I think

10  it was 2005 I came in; and 2006, I think, was our

11  first time as a team together.

12       Q.   And do you remember specific --

25       Q.   BY MR. GOODWIN:  And so what other

JAMES HAAVEN  10/17/2014

Page 21

1  programs do you evaluate, outside of MS -- Go ahead.

2      A.    MSOP is the only site that we're doing

3  right now, routinely, yearly; but we have done --

4  and, again, we haven't -- The ones that we've done

5  together, we've did approximately six years in a

6  row, six to seven years at Wisconsin.  We did one

7  yearly evaluation for New York.  We did a yearly

8  evaluation for Kansas.  I did evaluations for the

9  special needs part of the Washington program.

10          And, again, they -- they can speak to --

11  because they have -- Bob and Bill have also done

12  some yearly reviews; and, again, I -- they would

13  have to respond to that -- for several years in

14  Florida.  I did training and consultation in Florida

15  but was not part of a yearly, annual evaluation.

16          Now, I've done trainings in other civil

17  commitment programs and consultation; but, as far as

18  an actual evaluation report, that is -- I've only

19  been involved with the states I mentioned, which was

20  New York, Kansas, Minnesota, Wisconsin, and

21  Washington.

22      Q.    And so what other states have you

23  consulted with, related to sex offender --

24      A.    Yeah.  Where I didn't do program reports,

25  like I said, one was Florida; Arizona; Texas, which

1    is an outpatient program; and Virginia.  And let me

2    think.  I think I believe that's what I -- I don't

3    recall.

JAMES HAAVEN   10/17/2014

Page 23

24      Q.   So for the Minnesota program specifically,

25   was it something that the program initiated, it

JAMES HAAVEN  10/17/2014

Page 24

1  sounds like, and came to you and said, "We'd like an

2  evaluation"?  Or is there some sort of statutory

3  requirement that you're aware of that they -- the

4  basis for --

5          MR. IKEDA:  Objection.  Foundation.

6          THE WITNESS:  I'm not familiar with if

7  there was any.

8      Q.    BY MR. GOODWIN:  Okay.  So how about --

9  Can you walk me through the process of what you do

10  as part of the evaluation, how that works.

11     A.    Well --

12     Q.    Excuse me.  As it relates to MSOP

13  specifically.

14     A.    Yes.  And the way in which we do this is

15  we, each year -- again, we're told we're invited, if

16  we're going to be returning to the process.  If so,

17  then a meeting is set up, usually with the --

18  initially with the clinical executive director.  And

19  then to decide as to, again, what is going to be the

20  structure of that, the days are going to be the same

21  days, same types of site visits, where the site

22  visits will be at, also what we feel is the areas

23  that we want to explore.  And, for the most part, we

24  -- we dictate, you know, as to where the focus of

25  the attention is going to be.  There might be -- The

JAMES HAAVEN   10/17/2014

Page 25

1    clinical director may ask -- there's some particular

2    areas of concern that they have that they'd like us

3    to look at, so they would ask us if we could

4    accommodate that in the process.

5          So that's kind of how it's initially set

6    up.  And then, from there, they then set up whatever

7    logistics we ask for as to where we want to visit,

8    where we want to go, time periods, things of that

9    nature.

10         Q.   And are you currently planning on

11   performing an evaluation for MSOP for this -- this

12   year?

13         A.   Yes, in December.

14         Q.   And, as part of that evaluation, have you

15   started the process of contacting the clinical

16   executive director yet?

17         A.   Not as to the actual content of where

18   we're going to put our focus, no.  Only the days

19   that we're going to be in and how many days at each

20   site.

21         Q.   So for this year, are there any specific

22   areas that you've been asked to look at?

23         A.   No.

24         Q.   And for -- Do you recall other specific

25   areas you've been asked to look at regarding MSOP?

JAMES HAAVEN   10/17/2014

Page 26

1    A.   Yeah.  For the most part, the requests

2  from MSOP to us of specific things to look at or

3  things to respond to are actually very -- usually

4  very limited.  And so I'm sort of going from memory

5  here:  It seems like -- like once there was a

6  question, could we look at -- Do we think that MSOP

7  should do psychosexuals on -- with individuals who

8  -- psychosexual evaluations with persons who have

9  not been committed to the civil commitment program?

10  There was questions like, Should we integrate

11  persons that have behavioral problems into one area

12  or mix them within units?  So it's questions like

13  that, but I would say it's no more than maybe four

14  or five requests over the six, seven years, that I

15  can remember specific to that.  It's usually left up

16  to us:  Where do we want to explore the coming year?

17        Now, we do that by looking at our reports,

18  the areas that we think need to be followed up on.

19  If there's areas that we thought that there might

20  have been some areas of concern, we want to see if

21  changes have taken place.  So we pretty much set the

22  agenda.  In fact, we totally set the agenda.

23    Q.   Okay.  And so, outside of meeting with the

24  executive clinical director, do you meet with other

25  staff?

JAMES HAAVEN 10/17/2014

Page 27

1      A.   Not necessarily.  We might coordinate some

2   logistical things, like through the clinical

3   director at St. Peter's -- Haley Fox, possibly, or

4   Tom Lundquist, in Moose Lake.  But, for the most

5   part, the organizing of the evaluation process is

6   through the clinical executive director, who of

7   course is working through the executive director,

8   Nancy Johnston; but, almost exclusively, our

9   discussion is with the clinical director.

10     Q.   But once you're actually into the

11  evaluation process, as part of that evaluation, do

12  you have formal meetings with clinicians who -- who

13  deal with clients --

14     A.   Yes.

15     Q.   -- or other people?

16     A.   Yes.  We are given full access to any

17  information or any persons or any settings, and so

18  we meet with the a wide array of folks --

19  administrators, clinicians, as well as we meet with

20  clients.

21     Q.   So, as far as on the administration side,

22  so you meet with clinicians and -- If you can recall

23  the role -- the roles of people you meet with?

24     A.   We meet with folks at all levels.  We want

25  to meet with manage -- super -- clinic -- clinical

JAMES HAAVEN  10/17/2014

Page 28

1  supervisors; we meet with the frontline clinicians;

2  we meet with security staff, residential staff.  So

3  we try to touch all levels of engagement that

4  persons are going to have with the clients.

5      Q.   So, for instance, the clinicians you meet

6  with, how -- who selects which clinicians you sit

7  down with?

8      A.   Well, we don't select a particular person,

9  but we select groups, and we also decide how we want

10  to meet with them.  So, for instance, sometimes we

11  might not want to meet with some people

12  individually.  Sometimes we asked if we could meet

13  with them as groups.  Sometimes we'll say we want

14  them as a group but we don't want supervisors

15  present.  So we do it in a variety of ways, kind of

16  depending on how we think we're going to get the

17  best information.

18          And it's also somewhat fluid.  Once we get

19  to MSOP, the schedule may be modified and changed --

20  in fact, almost always is; because, as we see

21  particular issues, concerns, or contradictory

22  information, we want to interview and review more

23  situations and individuals; and so we'll make those

24  requests, of which MSOP always responds.

25      Q.   So for a situation where you would say you

JAMES HAAVEN  10/17/2014

Page 29

1  want to meet with a group without the supervisors

2  present, what -- what would trigger you to want to

3  meet without the supervisors there?

4      A.    Because we want them to be able to feel

5  that they can share information openly and not feel

6  any sort of pressure in that regard.  Even though

7  they're not necessarily stating they feel pressure,

8  we know that anytime your boss is sitting in the

9  room, you're not going to talk the same way that you

10  would otherwise; so we try to get a range of

11  different ways that we can get information.

12      Q.    So do you recall, from any of those

13  meetings specifically where you have said you don't

14  want to have supervisors there, where there's been

15  any discussion about concern about those, say,

16  clinicians, that their supervisors are -- they would

17  say something that would upset their supervisors?

18      A.    I really can't speak to what would be

19  upsetting to their supervisors.  Certainly, in doing

20  a process like that, they're going to share some

21  information that the supervisors, I'm sure,

22  sometimes would rather not be said -- I mean, for

23  sure.

24      Q.    Okay.

25      A.    But it's a -- it's a quite open process.

JAMES HAAVEN  10/17/2014

Page 30

1  I think, over the years -- that's the other strength

2  of coming back yearly, that there's a trust in the

3  process.  We do not ever share names or particular

4  information shared by an individual, As we share

5  with them openly that what we're looking for is

6  broad themes.  So, for instance, if someone says

7  that there's a problem in a particular area, we

8  don't necessarily take that as fact.  We then start

9  checking to see:  Is this a theme of other people

10  having the similar kinds of issues?  And...

11       Q.   And you said you also meet with clients as

12  part --

13       A.   Yes.

14       Q.   -- of the evaluation?  So how -- how are

15  the clients selected that you meet with?

16       A.   We do it in various -- We've done it in

17  various ways.  It's usually as a group, small

18  groups.  I believe the last time we did it a little

19  differently.  We asked to see -- There's a -- They

20  now have sort of a representative kind of government

21  process, and so we asked if we could talk with that

22  group.  We felt these are folks who are rather

23  assertive and we could have opportunity again to

24  speak with them.  And, again, when we do that, we do

25  that without staff presence.

JAMES HAAVEN  10/17/2014

Page 31

1    Q.   And do you meet -- Do you make it a point

2  to specifically meet with clients in, say, the

3  alternative program or outside of the conventional

4  treatment program?

5    A.   Again, we try to get -- yeah, we try to

6  get a mix.  I -- My attention particularly is

7  focused on the special needs area; and so I do,

8  maybe more than in some of the other areas, sort of

9  float around the units and have more what I'd call

10  informal contact with clients and staff.  I find

11  that's a better, more useful way of trying to gather

12  information, working with special needs populations.

13    Q.   So, at this point, since you've been there

14  a couple of years, I assume the people recognize you

15  and approach you?

16    A.   Everybody recognizes -- Oh, yes.  It's,

17  "He's back."

18    Q.   You're probably pretty popular while

19  you're there.

20    A.   That's good and bad.

21    Q.   And so -- And then, as part of the client

22  review, I know you meet with the clients, and then

23  do you review client files?  Is that part of the

24  process?

25    A.   Now, we do, but not as one might in, say,

JAMES HAAVEN  10/17/2014

Page 32

1   what you'd call a certification or accreditation

2   process.  And the reason for that is that we're

3   looking more specifically at sort of the big ticket

4   items.  For instance, are the plans reflective of

5   the assessments?  Are the things that they're

6   working on and measuring for progress related to

7   things that have been identified within the plans?

8           So we will make some probes into some of

9   the charts on our visits in that regard, but we

10  don't really do a chart audit per se; because there

11  also is another level of a licensure or -- of where

12  there is chart auditing.  And so, you know, we trust

13  that they can do that much better than we can, in a

14  very limited amount of time we're trying to do it,

15  really, three and a half days.  But, for what we

16  need to do and what we think is important for what

17  we're attempting to do on the overall effectiveness

18  of the program, we do make probes and spot checks of

19  the charts.

20  Q.   And you just mentioned that you're there

21  generally for three and a half days; is that --

22  A.    Well, when I say three and a half -- We're

23  actually there for the whole week, but the last day

24  is a debriefing of the -- from our -- what we've

25  seen, sort of some of the broad issues that we've

JAMES HAAVEN   10/17/2014

Page 33

1    seen.  We debrief with the clinical director and the

2    executive director individually.  So it really

3    leaves four days, and part of that day is traveling

4    between St. Peter's and Moose Lake.  So I'd say

5    three and a half, for sure, full days; three and a

6    half to four days, where we're on site.

7        Q.   And do you feel like that's enough time to

8    give the program an --

9        A.   Yes.

21       Q.   Are you familiar with other sex offender

22   treatments programs that are accredited by JCAHO?

23       A.   You know, I can't specifically state who

24   is at this point.  I don't know.  There's -- I

25   believe there is, but they are very few that

JAMES HAAVEN  10/17/2014

Page 34

1   actually fall under JCAHO.

2       Q.   Are there any other accreditation entities

3   that would apply to a program for sex offender

4   treatment?

5       A.   Well, it depends.  Sometimes states --

6   states have their own internal requirements for

7   programming.  I know that -- I think Minnesota has

8   some of its own licensure requirements.  So every

9   state may have its own internal licensure systems.

10  We try to stay away from the things that are already

11  being done, especially if it isn't really meeting

12  the need that we need for the more broader scope

13  questions.

14      Q.   And what would be the benefit of

15  accreditation of a program?

16      A.   The part that is problematic is that, even

17  under Joint Commission, no one has come up with an

18  accreditation system for person -- for programs

19  specific to sex offenders, that are high intensity

20  programs of this kind.  I mean, this is a rather

21  unique group, a unique mental health situation, in a

22  sense.  And, quite frankly, being involved in a

23  program, even under a class action suit at the

24  Oregon State Hospital, that was under the Joint

25  Commission standards, they basically threw up their

JAMES HAAVEN   10/17/2014

Page 35

1  hands and said, "We really don't have accreditation

2  standards."  So it's very limited right now.

3        So there are places that do have some

4  accreditation systems, especially Canada and the

5  U.K.  So then the question is:  Is that a good thing

6  or not?  I guess I'm not really the best person to

7  decide that, because I haven't worked actively.  My

8  other -- The other two evaluators on this team have

9  been engaged actively in those two systems in Canada

10  and the U.K. and have a better insight.  I would

11  only have opinions; and, quite frankly, I don't

12  believe that it's useful to share.

13     Q.   So it sounds like it doesn't come as a big

14  surprise to you that MSOP is not accredited?

15     A.   Not at all, no.  In fact, it would be a

16  bit of a surprise if it was, considering the

17  difficulty in how you do -- how you pull that off.

18     Q.   But did you say the Washington program is

19  accredited?

20     A.   The Washington program, I don't believe,

21  is at this point.  And I'm not sure -- and, again,

22  the other -- one the other evaluators may -- know

23  but it seemed to me that the New York program was;

24  but, again, very few.

Page 37

4      Q.   And so after having spent some time

5   evaluating the Wisconsin program and the Minnesota

6   program, what is your understanding of why Wisconsin

7   has been able to successfully treat and release

8   patients, whereas Minnesota has not?

9      A.   Well, there's -- there's many, many

10   different factors.  First of all, this is a

11   difficult group to place, and so you have to have

12   buy-in at all levels of government and you have to

13   have -- you also have to have a system that can

14   accommodate the movement to the community.  And so

15   it, depending on those variables, can have an

16   effect.

17         Wisconsin's process is a one-tier process,

18   versus Minnesota, which has a two-tier process of

19   review, to be able to move out into the community.

20   So it, by the very nature of that, usually will lend

21   itself to a much higher threshold to which someone

22   can actually move into the community.  So that's one

23   piece.

24         The other part of it of course is just the

25   politics of the problem itself:  Being able to find

JAMES HAAVEN 10/17/2014

Page 38

1 placement in the community and get cooperation

2 within the community to which that placement can

3 take place, including other -- what I'd call

4 step-down agencies, things of that nature, that will

5 take these folks.

6 So there's a lot of different pieces that

7 go into it; so as to exactly why the -- I don't

8 know. They certainly put a lot of effort and

9 funding specifically into that, as well as statutory

10 process to assist and facilitate that happening in

11 Wisconsin. As to the actual programming, I did not

12 see necessarily a change of programming that made

13 the difference. I thought their programming was

14 pretty much the same as it was before, from when

15 they were moving very few people to where they were

16 moving more people -- not, again, a large amount,

17 but more people. The programming itself, I don't

18 think, was almost -- it was secondary, from what I

19 could -- from what I could observe.

20 Q. So you'd mentioned that politics is

21 sometimes an issue here.

22 Are you aware of how politics in Minnesota

23 -- Is there -- In your opinion, do politics override

24 the clinician -- the therapeutic decisions?

25 MR. IKEDA: Object to the form.

JAMES HAAVEN   10/17/2014

Page 39

1   Foundation.  Speculation.

2          THE WITNESS:  Yeah.

3      Q.   BY MR. GOODWIN:  You can answer if you

4   can.

5      A.   Yeah, I have no -- I really have no guess

6   on that.

7      Q.   Is there a -- As part of the annual

8   evaluation, is there a written goal or objective to

9   the evaluation you do for the MSOP?

10     A.   No.

11     Q.   So what do you understand the purpose of

12  the annual evaluation for MSOP to be?

13     A.   MSOP is inviting us to come in and take a

14  look to see if they're operating within best

15  practice standards within our field.  And if there

16  are particular things -- in other words, are there

17  particular strengths that they're demonstrating that

18  should not be eroded; and, number two, are there

19  particular barriers to providing appropriate -- best

20  practice treatment, as well as movement through the

21  programs.  That's our -- our overall.  So it's --

22  it's a pretty broad review, but -- in other words,

23  is this an effective process to actually accomplish

24  the goal of what the MSOP is trying to accomplish?

25     Q.   And do you think that this is an effective

JAMES HAAVEN  10/17/2014

Page 40

1   process to achieve the goal of what MSOP is trying

2   to accomplish?

3        A.   Yes, I think it is, considering there's

4   barriers -- many barriers in the way of the success

5   that everybody wants to have.

6        Q.   And what are those barriers that you see?

7        A.   Well, I think, again, that gets kind of

8   back to the evaluation report.  We've identified

9   within MSOP what we see as some of the barriers, you

10  know, limitations, and those have been articulated

11  within those evaluations.  And then of course

12  there's the external barriers, over which we have no

13  control.  Like I say, the review process is a bit

14  different in Minnesota than other states.

19        Q.   BY MR. GOODWIN:  As far as you know, has

20  MSOP ever successfully treated and released a

21  patient from its program?

22        A.   They've released -- They've released

23  someone from the program.  And so when you say

24  "successfully," I think the process worked as it

25  should.  That particular -- That one particular

JAMES HAAVEN  10/17/2014

Page 41

1  person ended up back in MSOP, but those are other

2  issues; but I think the process -- yes, I think,

3  where it -- where it happened, it worked; you know,

4  it was appropriate.

5      Q.    BY MR. GOODWIN:  Well, so are you familiar

6  with the -- and without getting into the whole legal

7  process of it -- but are you aware that there's the

8  full discharge and then there are provisional

9  discharge options for a patient that's in MSOP?

10     A.    Um-hum.

11     Q.    But, to date, MSOP has not been able to

12  fully discharge any patient.  Is that a surprise to

13  you?

14     A.    Not a surprise, no.

JAMES HAAVEN   10/17/2014

Page 42

20      Q.   Are you -- Are you aware that there's a

21   female patient in the MSOP program?

22      A.   Yes.  Yeah.

23      Q.   And are you aware that she is housed in a

24   unit with other male sex offenders?

25      A.   Did not know that until I read about it in

JAMES HAAVEN  10/17/2014

Page 43

1  a newspaper thing, I believe.  And, in fact, when I

2  got that -- In fact, I realized that when I saw --

3  went through the e-mails that I think is attached.

4  I contacted my -- my other evaluator friends and

5  said, "Have you heard about this?  What about that?"

6  you know.

7          So did we know that there was a female?

8  We did, vaguely, that there was an individual.  We

9  -- I, quite frankly, assumed, at the time, that that

10 was part of the St. Peter's facility of this -- the

11 hospital side, of where this person was.  So, in

12 fact, in that e-mail, I believe I even asked:  "I'm

13 confused.  Why did we not ask where this person was

14 living?  And number two, conditions?"  Because it

15 stymied me as to how did this, in a sense, get past

16 us?  And so that question was raised.

17     Q.   And in -- And what was your conclusion?

18 How do you think that happened?

19     A.   I don't know.  I don't know.

20          I mean, as to why we did?  Because we're

21 looking at broad issues, for starters; and so when

22 you hear "a person" in a particular -- I guess we

23 just didn't focus in on that particular client.  We

24 look at sort of the broad range.  In other words, if

25 they had had a program or a unit for persons, female

JAMES HAAVEN   10/17/2014

Page 44

1  offenders, what have you, we would have looked at

2  that more prominently.  I, quite frankly, wasn't

3  even quite aware, you know, where she even was

4  housed; and I still don't know quite -- well, I

5  didn't even ask the question.

6          Q.   So, as part of the evaluation, did you

7  ever -- was she ever in any of the groups that --

8          A.   No.

9          Q.   -- that you met with?

10         A.   No.

11         Q.   So have you ever met --

12         A.   No.

13         Q.   -- with her?

14         A.   No.

15         Q.   Or have you -- And in your informal time

16  on the MSOP grounds, did you ever interact with her

17  at all?

18         A.   No.

19         Q.   Do you --

20         A.   I still don't know where she's housed, or

21  was housed.

JAMES HAAVEN   10/17/2014

Page 45

2       Q.   And what other programs are you aware of?

3       A.   Well, the one I was most familiar with was

4 Washington; and they -- that person was housed

5 initially at the women's correctional facility.

6       Q.   And was that also just one individual

7 or --

8       A.   One individual.

9       Q.   And is that the only other program you

10 know of that?

11       A.   That's the only one that I've actively

12 been involved with, yeah.

13       Q.   And so it sounds like, is it fair to say

14 you were surprised to learn that this -- this

15 individual, this woman, was living among men at

16 MSOP?

17       A.   Yes.

18       Q.   Do you think it's best practices for a

19 women to live amongst male patients in a sex

20 offender program?

21       A.   No.

JAMES HAAVEN  10/17/2014

Page 47

1    Q.   Do you -- Do you agree with that as a

2  representation of the phase 1 of the MSOP treatment?

3    A.   Right.  I think, with complying with

4  facility rules, there's a therapeutic purpose in

5  that regards.  In other words, do they demonstrate

6  behavioral self-management such that they can comply

7  in inappropriate ways and in various stations.  So

8  that is the treatment purpose, so that they then can

9  move on to other levels and more sophisticated

10 self-regulation.  But I think the facility rules

11 piece, I think, is more than just compliance per se;

12 it has a very specific treatment component to it.

13   Q.   Well, maybe -- Can you expand on what the

14 treatment component is?

15   A.   Well, again, it really has to do with

16 being able to show attentiveness so they can get the

17 most benefit out of the treatment experience:  In

18 other words, being able to sit in a group without

19 becoming highly disruptive, things of that nature,

20 so they can get full benefit.

21      Secondly, that they can have general

22 compliance within a living environment -- so, again,

23 that all the attention and focus is not on just

24 accommodating daily frustrations; that they can move

25 on to more broader treatment type of issues.

JAMES HAAVEN  10/17/2014

Page 48

1          So it's really more what I'd call a

2    stabilization of the person's condition, such that

3    they can get the most benefit from going into a more

4    sex offender specific kind of focus.

5          Q.    And do you think it's fair to say that

6    most people who are in the MSOP program are coming

7    from -- likely coming from prison?

8          A.    Yes.

9          Q.    Do you think that, if they've spent some

10   time, presumably -- if they spent time in prison,

11   that they would have gained these skills to learn

12   how to comply with a structural environment such as

13   MSOP?

14         A.    To some degree.  To some degree, yes -- in

15   other words, the compliance, following sort of --

16   follow the rules; but not necessarily the skill set

17   to how to manage their own sense, as far as

18   attentiveness, how to get active participation

19   within the treatment process to get the full benefit

20   from the experience.  And that's what the focus,

21   then, has to be for -- in many ways, it's

22   preparation for treatment; and that you don't

23   usually receive in an institutional setting.

24         Q.    And just to step back:  Have you been

25   involved in any sex offender treatment programs in

JAMES HAAVEN   10/17/2014

Page 49

1    prison settings?

2         A.   Yes.

3         Q.   In which -- which -- which prisons or, I

4    should say, which states?

5         A.   Well, in the state of Oregon.  And I'm

6    actively engaged in all the prison systems of

7    Scotland and England.  I'm engaged in -- Let me

8    think.  I was involved of course with Washington in

9    their prison system, as well, before, other than

10   just their civil commitment program.

11           Those are the only that I can think of on

12   site.  I mean, I've done a lot of training in

13   states, specific to institutional treatment

14   programming within the prisons; but as to actively

15   engaged, going into the prisons, looking at their

16   facilities, looking at the process, I can't think

17   beyond what I just mentioned.

18        Q.   So you have not had any involvement with

19   the Minnesota --

20        A.   Corrections?

21        Q.   -- corrections?

22        A.   Not, again, where I went -- I'm trying to

23   think.  Have I ever gone on site?  I've had a lot of

24   discussions with folks with their sex offender

25   program in the correctional system through the

JAMES HAAVEN   10/17/2014

Page 50

1   years, in providing information, curriculum, things

2   of that nature.  But I'm just trying to think now,

3   have I ever been?  I don't think I've actually been

4   on the site, corrections site.

5        Q.   Well, how -- how is MSOP different from a

6   prison to you?

7        A.   Well, of course, for starters, the intent

8   of course is versus -- is different in and it's

9   reflected in the environment.  For instance, rather

10  than just containment, safe -- safety within that

11  containment, that it has a therapeutic focus; so the

12  environmental aspect of it is part of the therapy

13  process.  So there's a softening -- So starting, for

14  starters, just environmentally, there's a softening

15  of the environment to make it more therapeutic.

16       Q.   And how would -- How do you -- How is it

17  softened?  Can you describe the softening?

18       A.   In a number of different ways.  And,

19  again, that's even part of our discussions in our

20  reports.  But by the very furniture that one puts

21  someplace, is putting carpeting, having collection

22  areas to where people can be engaged in activity.

23  It's a -- The interaction between security staff and

24  clients is a significant difference in the two types

25  of settings, because a security staff have their

JAMES HAAVEN   10/17/2014

Page 51

1   primary role as security, but yet there's a

2   therapeutic component to what they're doing.  And,

3   thirdly, of course is the activity itself.  The

4   activities themselves are introduced to provide a

5   particular treatment outcome, where, in prison,

6   there isn't activity specific for treatment outcome.

7   There might be diversional activities to keep peace,

8   peace on the ranch, but it's a very different kind

9   of intensity of focus in that regard.

10       Q.   But as far as the -- for instance, the new

11  unit that was constructed up at MSOP, is the overall

12  layout of the building with the housing units and

13  where the patients sleep, is that comparable to a

14  prison layout?

15       A.   Yes.  If you're talking about the new

16  complex, the 90-bed -- 96-bed units?

17       Q.   Right.

18       A.   Yes.

19       Q.   And even the -- I believe there's

20  something like 68 unit -- 68-bed units --

21       A.   Right.  Pods, yeah.  Yeah, I'd say that

22  structure is similar to prison settings.

23       Q.   Does that -- In your opinion, does that

24  structure inhibit the therapeutic nature of --

25       A.   I think, again, in our reports, we

JAMES HAAVEN   10/17/2014

Page 52

1   reflected our concerns, community reports, that type

2   of architectural approach and structure can be

3   limiting and can create barriers; and, therefore, we

4   suggested that this is an area that needs to have

5   attention in how to soften that issue, how to

6   address the counter-therapeutic aspect of that kind

7   of an environmental structure.

JAMES HAAVEN   10/17/2014

Page 53

 9      Q.   Okay.  In the next page, if you go to page

10   57, it talks about the type of treatment at MSOP,

11   towards the bottom, I think it's the last paragraph,

12   and it talks about the type of treatment.

13           So, "the treatment at MSOP facilities

14   consists primarily of six hours of group therapy.

15   Group therapy is commonly used in sex offender

16   treatment programs.  Individual therapy is provided

17   only in special circumstances at Moose Lake.

18   Individual therapy is available for clients in

19   phase 3 of the program at St. Peter."

20           And, again, this is from 2011.  Do you

21   know, has that changed?

22      A.   It has changed somewhat.  Again, it's in

23   the report.  Because each year, I believe -- this is

24   2010 -- 2011, I think that it went to something like

25   eight hours, and I think 2012 was -- or 2013 went up

JAMES HAAVEN   10/17/2014

Page 54

1   to nine; so there's been a gradual continued

2   increase in treatment hours.

15      Q.   Do you think individual therapy would be

16   appropriate for patients in phase 1 of treatment?

17      A.   I think it has limited use.  It would be

18   much more of a -- it would be very focused.  In

19   general, I think, considering what the focus is of

20   that phase, I think that it's -- it is less -- would

21   be less called for.

Page 55

10      Q.   BY MR. GOODWIN:  Well, when -- If you've

11   been evaluating the program since 2006 and there

12   have been leadership changes, when there's

13   leadership changes in the program, is there

14   generally a change to the structure of the program?

15      A.   Yes.

16      Q.   And do you know why that would be?

17      A.   Well, there's -- there's a number of

18   reasons.  You get a new set of eyes looking at the

19   issues.  And, secondly, a person may come in with

20   additional kinds of expertise that they want to

21   introduce into the -- into the system.  I mean, you

22   know, it's hard -- You look at these programs, in

23   particular MSOP specifically, with -- they have gone

24   through remarkable amount of change, you know, as to

25   structure leadership changes as well as then just

Page 56

1   the growth.  The growth process has been very

2   significant in relation to the many programs that we

3   see.  So does that cause some disruption?  Yes.

4        Q.   Do you think that disruption has held

5   clients back from progressing through the program?

6        A.   I can't speak specifically, but I'd be

7   inclined to think that it would have some impact.

JAMES HAAVEN   10/17/2014

Page 59

18      Q.   Okay.  And if you would turn to the next

19   page, 62, it's talking about the amount of

20   treatment.  And if I -- And, again we'll get to your

21   report specifically in a little bit.  But if I

22   recall correctly, your evaluations have found MSOP,

23   the amount of treatment to be within the range of

24   best practices but at the lower end.  Is that fair

25   to say?

JAMES HAAVEN   10/17/2014

Page 60

1    A.   I think we made a statement, something in

2    regards to "lower end" in one of our earlier ones,

3    as that has moved up; that now the level of

4    treatment services -- or treatment dosage, as such,

5    is nine hours, I believe was the last, falls well

6    within the mean of other civil commitment programs.

7    Q.   Okay.  And here, if you look, there's a

8    bullet point about a third of the way down the page:

9    "The amount of treatment delivered at MSOP

10   facilities is lower than at any other adult

11   inpatient treatment program in the state."

12        And if you -- if you go down a little

13   further, it talks about how the Department of

14   Corrections has a minimum of average 12 hours per

15   week for sex offender treatment in the primary

16   phases of treatment.  And further down, it talks

17   about Alpha Human Services, which is a program

18   outside of the Department of Human Services, the

19   Department of Corrections, where it provides a 20.5

20   hours of scheduled group therapy per week.

21        Does it come as a surprise to you that a

22   program that's designed specifically for inpatient

23   sex offender treatment offers less treatment than

24   these other programs?

25   A.   Not necessarily -- because, again, the 12

JAMES HAAVEN  10/17/2014

Page 61

1   hours versus nine hours, the definition is what

2   treatment is.

3          I do know that at MSOP they are very

4   sensitive to the fact that treatment is treatment.

5   In other words, there's a number of things that can

6   be therapeutic but not necessarily would be seen as

7   treatment hours, being looked at through sort of a

8   legal microscope.  And so I think they've always

9   been quite sensitive about making sure that their

10  hours meet that criteria.

11         Now, I don't know what the other programs

12  -- when they say 12 hours or 14 hours, I'm really

13  not sure.  Sometimes some people look at certain

14  recreational hours that are prescriptive in some way

15  and they look at that as a therapeutic process.  I

16  used to do that in the programs I was involved with

17  all the time and meet Joint Commission standards;

18  but yet at MSOP they do not do that.  If they in

19  fact did that, as I had suggested early years on,

20  they more than likely would be scrutinized that

21  that's really not treatment hours; but yet it would

22  meet accreditation standards.

23         So I don't know what this sort of means.

24  All I know is that they fall well within the mean of

25  other civil commitment programs of sex offender

Page 62

1    specific treatment.

JAMES HAAVEN  10/17/2014

Page 64

3          Do you think that's a valid criticism of

4    the program?

5          A.    I don't think -- I don't think it really

6    states that more -- That question -- That issue is

7    much more complex than what that states.  I think it

8    understates the issue.  For instance, from the

9    literature, using the risk principle, the

10   risk-needs-responsivity model, that the -- that

11   higher risk should have higher level of intensity of

12   treatment.  That makes sense.  Then the question is:

13   How intense should it be?

14          When you take a look at what does

15   "intense" mean, and you look at, especially from the

16   literature from what -- the "what works" literature

17   that identified the whole risk principle came from,

18   the Canadian system, that nine hours a week would be

19   considered high-level intensity treatment.

20          So, with that said, then the question

21   comes back to:  Yeah, but what about these other

22   programs that have more?  Well, one can raise the

23   question:  Maybe they're doing more treatment than

24   they need to or should.  Because part of the risk

25   principle is this:  That if you have lower risk and

JAMES HAAVEN   10/17/2014

Page 65

1    you're providing high-risk intensity, in fact it

2    could be contraindicated.

3           So one could almost make the argument that

4    it's sort of one size fits all.  Now, at MSOP it is

5    sort of one size fits all, in that they've all been

6    identified as high-risk individuals.  So I don't

7    think -- I think it can be very misleading, what

8    that says, from my -- from my judgment.

9           MR. GOODWIN:  Okay.  Do you want to take a

24          Are you -- Are you familiar with the

25    matrix?

JAMES HAAVEN   10/17/2014

Page 66

1      A.    Yes.

2      Q.    And is that -- It sounds like it's a

3  fairly common structure for this type of treatment

4  program?

5      A.    Yes.

15      Q.    BY MR. GOODWIN:  Well, how about in 2011,

16  when this was written?  Do you think, in 2011, at

17  that time, that the matrix factors were overly

18  subjective?

19      A.    We addressed in a number of our

20  evaluations the need for more clarity and behavioral

21  markers in regards to the matrix process.  So when

22  you say '11:  '11 was better than '10, and '10 was

23  better than '09; so there's been ongoing progress in

24  that regard, but we have indicated that -- what has

25  been an ongoing issue in giving attention to the

JAMES HAAVEN   10/17/2014

Page 67

1   definition.

2        Q.   Do you think that, or have you seen MSOP

3   establish more objective measures for these

4   matrix --

5        A.   Yes.

6        Q.   And what would be an example of --

7        A.   Well, I can't give a specific example,

8   other than to say that they -- they created a Likert

9   scale for measurement -- and, again, when I was

10  involved with the phase progression evaluation --

11  that gave more behavioral description to all of the

12  various treatment targets, areas of the matrix

13  system.  So it was significantly improved from what

14  we saw certainly back in 2009; there's been a

15  continual improvement in that regard.

16       Q.   And you said a Likert scale.  What is a

17  Likert scale?

18       A.   A Likert scale is a one to five and what

19  does each -- if you give it a one or two, what does

20  that mean behaviorally?  How would you know it's a

21  two?  It isn't just -- Rather than guessing, how is

22  it actually defined in such a way that you'd know

23  how to give it an actual numerical score?  And that

24  definition and behavioral clarity was significantly

25  improved over the past three years, the past three

JAMES HAAVEN   10/17/2014

1    evaluations that we looked at.

Page 69

23          Well, first of all is the PPG, or the

24     penile plethysmograph, is that a -- as far as you

25     know, a valid tool to measure sexual interest?

JAMES HAAVEN  10/17/2014

Page 70

1    A.   It's one of the -- Yes, it's one of the

2  tools that oftentimes is used in the battery for

3  measuring deviant sexual arousal.

4    Q.   Is that -- Would you characterize that as

5  a reliable measure of deviant sexual arousal?

6    A.   It's -- Like most of these tools, it

7  should not be relied upon on its own; but, yeah,

8  it's a common and important assessment tool as part

9  of the battery of assessing deviant sexual arousal.

10    Q.   And do you know when PPGs are administered

11  in MSOP, as far as by -- what I mean, in the

12  treatment progression of PPG?

13    A.   You know, I don't know exactly, but I'm

14  assuming that this is done from a treatment

15  perspective; that once they get into phase 2, it's

22    Q.   Okay.  Do you know when a polygraph would

23  be administered to an individual in the MSOP

24  program?

25    A.   Well, my understanding is polygraph is

JAMES HAAVEN  10/17/2014

Page 71

1    first initiated when they're starting to do their

2    disclosures of past history, past offenses -- which

3    is, again, usually the first part of this phase 2;

4    but, again, I can't -- I can't say specifically just

5    when it's initiated.  But the -- I knew -- I know

6    more about the intent:  The intent is to identify an

7    accurate sexual history.

8        Q.   Okay.  And the Abel Assessment of Sexual

9    Interest, the same, is that -- Well, first of all,

10   what is the Abel Assessment of Sexual Interest?

11       A.   It's what we call a visual reaction time.

12   Instead of measuring penile reactive response to

13   stimuli, it's -- instead, it is a visual reaction to

14   stimuli.  So as you respond to a picture, you then

15   hit a button, and so how quickly you respond to that

16   visual reaction is being measured.  So it's a

17   measurement of sexual interest versus just sexual

18   arousal.

JAMES HAAVEN   10/17/2014

Page 72

18      Q.   Okay.  And then if you'd turn over to page
19  79, it addresses clients with cognitive deficits.
20  And in the section right by the alternative program,
21  on the side there, there's a point:  "MSOP's lowest
22  functioning clients may not be able to complete the
23  treatment program."
24          Do you think that's an accurate statement?
25          MR. IKEDA:  Objection.  Vague as to time.

JAMES HAAVEN  10/17/2014

Page 73

1    Q.   BY MR. GOODWIN:  Do you think it was

2    accurate in 2011?

3    A.   There may have been some -- There may have

4    been some clients that may have had difficulty with

5    the material.  And I believe we shared that in one

6    of the reports -- I can't remember it was the 2011

7    report -- to make sure that, with the new curriculum

8    that they were developing, the psychoeducational

9    curriculum, that some of that needed the language.

10   And, again, the MSOP was well aware of that and, in

11   fact, were working on that.  But that was one of the

12   responses we had in our evaluation, that some of the

13   material is still at a higher level than what might

14   be comprehended by some of the clients.

15   Q.   And, granted, you -- I know you haven't

16   conducted your evaluation for the 2014 year yet;

17   but, as far as you know, in 2013, had MSOP addressed

18   those issues?

19   A.   They had addressed most of those issues.

20   They just hadn't changed the language on all of the

21   psychoeducational modules, but -- So what that meant

22   was we went in and looked what they were actually

23   doing within the classroom itself.  And, for the

24   most part, what we saw was that the facilitators

25   were adapting information.  What we suggested,

JAMES HAAVEN   10/17/2014

Page 74

1   again, that it needs to be more manualized so

2   everybody is doing the same thing.  But they were --

3   it was -- they were making reasonable accommodation,

4   from what we observed.

5       Q.   And, as far as you know, have -- has the

6   treatment for people with these cognitive

7   difficulties been manualized?

8       A.   It hasn't been completed, but they are in

9   the process of doing that.

JAMES HAAVEN  10/17/2014

Page 75

17    Q.   Well, if there's roughly 700 people in the

18   MSOP program and, say, roughly a hundred people are

19   in the alternative program, does that strike you as

20   a high percentage of people with these cognitive

21   disabilities in a program like this?

22    A.   No.  No.  We generally see that -- you're

23   talking about 10 to 15 percent, to see people fall

24   in special needs, because keeping in mind

25   alternative programs, a broad -- somewhat a broad

JAMES HAAVEN  10/17/2014

Page 76

1  range of folks might fall into that.  And so, yeah,

2  that seems reasonable from other experience and

3  settings I've been in.

20      Q.  As far as you know, has there been any

21  change to the -- to the program for alternative

22  program clients, where they have a different

23  yardstick per se to be measured by for completion of

24  the program?

25      A.  They are, but I can't say specifically

JAMES HAAVEN  10/17/2014

Page 77

1   what that is; but, definitely, the threshold has

2   been modified.  As to what degree it's been modified

3   on paper, I certainly know that when they review as

4   to -- anytime that you have a scoring of the matrix,

5   there's some subjectivity to the process.  And all

6   I'm saying is that, one, there's been a significant

7   change as to the thinking about what the criteria of

8   the threshold should be; and, number two, they're

9   actively engaged in the program of actually

10  redefining what the thresholds are as well.

11       Q.   And outside of the clients who are in the

12  alternative program, there's been some -- and it

13  shows up in the auditor's report, about concern

14  about clients who are not officially in the

15  alternative program but have other cognitive or

16  mental illness problems that are so significant that

17  that's interrupting their ability to get through the

18  treatment program.

19            Are you aware of any efforts to address

20  how to modify the program to fit people, say, with

21  cognitive difficulties, that don't score into the

22  alternative program officially?

23       A.   I can't speak specifically to what

24  mechanisms have been implemented per se.  We've had

25  a lot of discussion in this regard, in the last

JAMES HAAVEN  10/17/2014

Page 78

1  three years, within our reports.  And part of that

2  is sort of having a process by which, if a person

3  isn't moving -- and there might be barriers to why

4  they're moving, that may be the very issues you said

5  -- there needs to be a mechanism in place that

6  alerts the system that they're not moving and there

7  are some issues that need to be addressed, and that

8  there is a response to that, in other words, a

9  written response as to why that person isn't making

10  it and what accommodation should be made, especially

11  unique to a person who's having issues with mental

12  health or mental issue -- mental illness types of

13  issues.

14        So we have talked in terms of a mechanism

15  needs to be instituted that catches these folks and

16  then creates a sense of accountability that we're

17  doing something about that.  And that's been, I

18  believe, in our last two reports we've shared that,

19  as well as in the phase progression report, I think

20  that was also stated as a mechanism to be

21  instituted.

22        Q.   And, as far as you know, has such a

23  mechanism been put in place in MSOP?

24        A.   The last report, we did not see a formal

25  mechanism; it's been more of an informal -- in other

JAMES HAAVEN  10/17/2014

Page 79

1    words, a person moving within the team process

2    there's a discussion:  What's holding the person up,

3    what have you.  We suggested a bit more formalized

4    approach to that process, and a more documented

5    approach.

6         Q.   But at this point is there any formal

7    process to catch these people?

8         A.   My recollection, we did not see that in

9    the last evaluation, a formal procedural process and

10   how that happens.

20        Q.   Have you had any -- Are you aware of

21   clients in the program who -- who can no longer --

22   who can learn no more from the MSOP treatment?

23        A.   Again, I can't speak to specific clients;

24   I can only look at it in looking at the alternative

25   program.  And we have suggested in the reports that

JAMES HAAVEN   10/17/2014

Page 80

1   there are clients that may likely have reached

2   maximum benefit within that experience and could

3   receive services in a different setting, and -- and,

4   again, a mechanism on how -- how that is done.

5           Certainly, MSOP, in our last meeting, a

6   lot of discussions as to attempts to do that.  I

7   think, at the time, there was attempt to transfer

8   and move some folks to Cambridge; and I think there

9   was some limitations put on that, outside of the

10  MSOP process.  So there's a great deal of attention

11  being given to that, and it's very likely that there

12  are some folks that are -- have received a maximum

13  benefit.

JAMES HAAVEN   10/17/2014

'

22        Q.   Well, so for -- Would you say that you see

23   MSOP as coming from a correctional perspective?

24        A.   Not a correction -- It comes from a

25   treatment perspective; but what I'm saying, it's

JAMES HAAVEN  10/17/2014

Page 92

1  more grounded in issues of -- these folks, number

2  one, have come from a correctional setting -- versus

3  St. Peter's, those folks came from community and

4  mental health settings.  So that -- I guess what I'm

5  saying is that it has a correctional influence to

6  the process by the very nature of where they came

7  from, as well as some of the security procedures

8  that have to be instituted that are going to draw

9  upon correctional experience for providing security.

10        I mean, the intent and the focus has

11  always been -- from what we have seen, was from a

12  mental health perspective; but, clearly, we're

13  dealing with clients that spend most of -- many

14  years in correctional settings.

JAMES HAAVEN   10/17/2014

Page 93

22      Q.   BY MR. GOODWIN:  Okay.  Well, would you --
23   Is MSOP -- Can you maybe explain a little bit about
24   the -- there's the -- is it the cognitive based
25   approach and the skills based approach?  Is that a

JAMES HAAVEN  10/17/2014

Page 94

1  fair --

2      A.  They're not separate.  It utilizes a

3  cognitive behavioral focus of treatment which gives

4  particular attention to skill building.  And so

5  that's -- that is what we generally see is the

6  primary focus in treatment programs in the field,

7  and that's what we said in our reports is what the

8  MSOP has been demonstrating.

20      Q.  BY MR. GOODWIN:  Currently, if there's an

21  individual who lacks the cognitive ability to

22  complete the program but they're kept in this MSOP

23  facility as opposed to someplace else, is that

24  counter-productive?

25      A.  I think that -- that any -- anytime that

JAMES HAAVEN  10/17/2014

Page 95

1    -- Boy, I got something in my throat.

2         Q.    Yeah.

3         A.    Anytime that a person's in a program and

4    they're not able to move through the prescribed

5    steps of how to progress through that process due to

6    -- they're incapacitated in some way, whether it has

7    to do with mental health issues or intellectual

8    deficit, that issue needs to be addressed as to what

9    is another alternative for that individual, yes.

10        Q.    And, to your knowledge, has -- has MSOP

11   done that?

12        A.    I can't speak to specific cases.  I can

13   only specifically speak to one.  What we have

14   suggested in our evaluations is that they need to

15   look at alternative options.  And we've also

16   suggested that, if a person gets to that state,

17   there needs to be an evaluation specific to what are

18   the barriers; again, those barriers be addressed

19   within the setting; and, if not, what are some

20   alternatives to that; and that, in our discussions

21   with the team, that they have made specific -- given

22   specific attention and effort to that.

23             Now, as to the actual results of all of

24   that, I can't speak or give any specifics to that;

25   but that has been something that clearly has been

1   given specific attention by MSOP and us as

2   evaluators.

3       Q.   So these issues that -- These

4   recommendations, as far as you know, has MSOP

5   implemented any of these recommendations that you've

6   -- or your -- the evaluators have suggested?

7       A.   They've -- Yeah, they've done a number of

8   things.  Again, they've tried to find some

9   alternative placement.  They have made -- tried to

10  make adjustments within the system, for instance,

11  when you said "cognitive," some of the cognitive

12  therapies, and addressing those issues in ways that

13  are appropriate for persons at this level of

14  functioning.  So they have made significant change

15  of accommodation of the actual treatment materials

16  and the treatment focus, and they are looking and

17  have been looking at alternative placements.

JAMES HAAVEN   10/17/2014

Page 97

e

23        Q.   Okay.  Do you -- As far as you know, does

24   MSOP provide individualized treatment plans for each

25   patient in the MSOP program?

JAMES HAAVEN  10/17/2014

1          A.    Yes.

JAMES HAAVEN  10/17/2014

Page 99

1     Q.   Okay.  And down towards the bottom of page

2  83, there's the bullet point that says:  "MSOP has

3  had difficulty identifying and meeting the needs of

4  some clients with low IQs, learning disabilities,

5  memory problems, and certain less obvious cognitive

6  problems."

7          And starting with 2011, do you think that

8  was a fair criticism in 2011?

9     A.   Well, I guess, in terms of what -- you

10  know, what some clients -- There's going to be some

11  clients, because they're in the process of trying to

12  modify the cycle educational modules for these

13  individuals, as I had mentioned before, how to

14  identify thresholds to where the person might be

15  able to go to a less restrictive setting and reach

16  maximum benefit.  So we look at sort of the themes

17  and the trends, and the trends were -- has been very

18  positive in the efforts in reducing barriers to that

19  happening.  Is there some -- And 2011 still had some

20  difficulty meeting it?  It would seem to me that

21  would be accurate.

22     Q.   Is that accurate still today?

23     A.   As of our last report two years ago, I

24  don't believe we make -- made a statement as

25  specific to that, other than, again, that there

JAMES HAAVEN  10/17/2014

Page 100

1   needs to be continued attention to make sure that

2   the readability of the material, things of that

3   nature, is a continual focus.

4          But, you know, this is not unique to

5   programs like this, in that persons with

6   intellectual disabilities, until it becomes much

7   more manualized, there's always going to be sort of

8   a clinical drift because you're dealing with folks

9   that have such a wide assortment of disorders.  And

10  so it isn't like there's an easy way to do that.

11  Every program I've ever worked in, it's almost like

12  an ongoing project to make sure that you're adapting

13  the program to the unique needs of an individual who

14  might be mentally ill, intellectually deficit, a

15  brain trauma.  You know, we're dealing with some 250

16  different syndromes when we talk about special needs

17  clients.

18         So it's an ongoing process.  Our

19  evaluations has been that -- that we shared some of

20  the areas to give continued attention to, and that

21  there has been significant movement and progress in

22  that area.

23     Q.   And if you look at the last sentence in

24  the -- on the page there:  "Failing to identify and

25  meet the special needs of clients at MSOP facilities

Page 101

1   can result in a client not participating in

2   treatment," and it goes on from there.

3        But do you think -- Well, first of all, do

4   you think that's accurate, that if there's a person

5   who can't participate in treatment, that would

6   affect their motivation to continue treatment?

7        A.   Yes.

8        Q.   And this is an issue that's -- that's come

9   up in your reports and elsewhere, that motivation is

10  a concern at MSOP, given the fact that nobody has

11  been successfully released from the program.

12       Do you -- How is MSOP addressing those

13  issues, that you've seen?

14       A.   Well, I think they've been giving it a lot

15  of particular attention, and part of it is just from

16  a therapeutic perspective.  They did a great deal of

17  training in the areas of motivational interviewing

18  itself, which is a motivational process, and so they

19  -- they did a lot of training in regards to that.

20  They also, I believe, have tried to, again, create

21  more what I'd call therapeutic environments to where

22  -- which is also a motivating process, as to -- They

23  have talked in terms of -- The movement has changed.

24  There has been more movement between phases, which

25  is also motivating, and so...

Page 102

1    They also have the issue of -- They

2  created, I believe, some kind of a committee that

3  had to do with -- that clients are actively engaged

4  in and doing -- looking at environmental effects and

5  to try to make the environment a more motivational

6  experience.  And so I think they're doing quite a

7  range of different things.

8    I do know that they've given really a lot

9  of attention, in relation to when I see other

10  programs, to this issue, primarily because of the

11  very problems that they're fully aware of as well,

12  is that, when you don't have movement, it has

13  damaging effects on motivation of clients.

14    Q.   Okay.  And the next paragraph there, it's

15  talking about the issue of motivation and it starts

16  off with:  "Suspicions that clients are malingering

17  can also affect whether clients' special needs are

18  identified in a timely way.  Treatment is hard for

19  many clients, and clinicians sometimes suspect that

20  a client is unwilling to put in the hard work

21  required, rather than being unable to do the work."

22    From what you've seen in the program, have

23  you seen -- do you think that's an accurate

24  statement as it was in 2011?

25    A.   Well, I guess I look at the various parts

JAMES HAAVEN  10/17/2014

Page 103

1    of that.  "Suspicion the clients are malingering can

2    also affect whether the clients' special needs are

3    identified in a timely way."  That can happen, yes.

4         "Treatment is hard for many clients and

5    clinicians sometimes suspect that a client is

6    unwilling to put in the hard work."  That can --

7    That happens, I'm sure; but I did not see it as a

8    trend or an overarching issue, or we would have

9    identified -- we would have stated that as such in

10   our reports.  Because that's the kind of thing we

11   look for, is overarching attitudes that are getting

12   in the way of progress.

13        So are there incidents of that?  I would

14   expect so.  And does it seem to be a prominent

15   feature over what has happened in the program?  I

16   did not see that.

17        Q.   And as part of your evaluation, how would

18   -- how would you identify that?  Through...

19        A.   The way we try to collect information,

20   because we're looking at components of the program

21   and that sort of -- just saying:  Is it happening?

22   What is the quality of it happening?

23        The other thing we want to look at is sort

24   of the attitudes and the culture.  And the way in

25   which we do that is, again, to meet with a broad

JAMES HAAVEN   10/17/2014

Page 104

1   range of folks under different experiences, talking

2   with them in groups, then debriefing with them after

3   they've done treatment activities, to kind of get a

4   feel as to how they think about their work, how they

5   think about the clients that they're working with.

6          And so we're very engaged in trying to

7   look at sort of trends that could be getting in the

8   way of creating a culture that is nonmotivating.

9          Q.   Okay.  And the second to last paragraph,

10  about halfway through, starts with, on the right

11  side of the paragraph:  "Failure to address learning

12  disabilities or academic deficits can hold clients

13  back."

14         Do you think that's an accurate statement?

15         A.   Yes.  Failure to address can hold a client

16  back, yes.

17         Q.   And have you seen -- How has MSOP

18  addressed that issue?

19         A.   Well, obviously, initial testing, for

20  starters, as to what is the intellectual

21  functioning.  Also, to a large degree, MSOP has

22  somewhat had the benefit, since they started with

23  sort of the SNS program, a lot of folks with

24  experience and working with persons with

25  intellectual disabilities.  That sort of expertise

JAMES HAAVEN  10/17/2014

Page 105

1   has then sort of been brought to bear within the

2   MSOP program.

3        So I would suggest that more staff --

4   Likely what we saw is a lot -- staff seemed to have

5   a sensitivity to this issue and to identify when

6   people are running into intellectual deficit blocks.

7   So, to a large degree, the program has quite a bit

8   of sophistication in this regard.  And how that has

9   happened?  Well, part of it is training, I suppose;

10  but they also have a very engaged alternative

11  program, that's directed there by Haley Fox, who is

12  trained in this area, specifically, working with

13  these kinds of issues.  So I think that has really

14  impacted the entire system.  There's definitely a

15  sensitivity to these types of barriers when they're

16  being presented.

17       Q.   And are you aware of -- Maybe on the

18  sensitivity to these issues, are you aware of

19  actions MSOP has taken to address them specifically?

20       A.   Again, I don't -- can't -- I don't have

21  examples of particular cases.  I just know that --

22  that what we observed was where they would make

23  specific adaptations to various approaches, to

24  various material that was provided to the clients.

25  So, in that sense, clearly, someone was making

JAMES HAAVEN  10/17/2014

Page 106

1  decisions that modifications needed to be made and

2  were being made; so I saw -- clearly saw examples of

3  that happening.

4       Q.   And assuming there's been movement within

5  the program, though, to your understanding, none of

6  these people have been able to actually exit the

7  program; is that accurate?

8       A.   No one has left the program, no.

22       Q.   BY MR. GOODWIN:  Well, do you know how

23  someone ends up in the alternative program or not?

24       A.   I know one -- one route that a person --

25  If a person is having difficulties with material,

JAMES HAAVEN  10/17/2014

Page 107

1  and it could be because of intellectual deficit,

2  things of that nature, that are getting in the way,

3  there's team meetings of which the team then will

4  raise it to another level of review and then they

5  assess the situation at the time.

6       So there are a lot of systems in terms of

7  the treatment review and ways in which that can be

8  introduced for discussion as to whether the person

9  should be transferred, as to what the actual

10  criteria, the decision is.  In many cases like this,

11  it requires more sophistication of a process than it

12  does a strict criteria, because a strict criteria

13  could miss out on -- again, there's so many nuances

14  to this kind of problem area, that you have to have

15  a good system versus specific criteria.

16  Q.  BY MR. GOODWIN:  But as far as you've

17  seen, does MSOP have an adequate system to --

18  A.  I did not see anything that raised alarms

19  as to deficiency.  There was a system in place; it

20  seemed to be working.

21       Now, we have not, obviously, gone in to

22  take a look at all cases as to whether certain

23  people have been denied or if there's persons being

24  missed.  That would take a much more intense review.

JAMES HAAVEN   10/17/2014

Page 112

22      Q.   Is other programs you look at, is that

23   standard to wait until later phases to begin

24   reintegration, or is there more of a range on them?

25      A.   No.   It's usually at some phase towards

JAMES HAAVEN  10/17/2014

Page 113

1    the end of treatment.

2              (Exhibit 3 marked.)

3         Q.   BY MR. GOODWIN:  Okay.  I'd like to go to

4    this, I believe it's Exhibit 3, the 2011 annual

5    performance report.

6              Do you recognize this document?

7         A.   No.

8         Q.   Okay.  Well, if you'd turn to page 35, at

9    the heading it's appendix 1.

10        A.   Okay.

11        Q.   And do you recognize this portion of the

12   document that I --

13        A.   Yes.  Yes.

14        Q.   And so it lists you, Robert McGrath, and

15   William Murphy as the site visitors for the report;

16   is that correct?

17        A.   Yes.

18        Q.   And so you -- It also lists the date of

19   the visits as December 12th to 16th, 2011.  Is

20   that --

21        A.   Yes.

Page 119

19      Q.   And as far as process groups, is there --

20   is it preferable to have process groups versus

21   individual therapy?  Or do you know why -- I mean,

22   I'll just leave it at that.

23           Why does MSOP, as you understand it, use

24   group therapy as opposed to individual therapy?

25      A.   Well, there's -- again, there's a number

Page 120

1   of reasons.  What we see generally in the field is

2   that we're going to see group process used, and

3   that, by having a group dynamic, that people can

4   also learn from each other in that process, as well

5   as it increases accountability in the process

6   because there's other people that give feedback,

7   people that are also going through sort of that same

8   treatment change process.

9        So group therapy, in and of itself, can be

10  a very powerful tool in the change process.  So

11  you're generally going to see -- You're always going

12  to see group process, or group therapy, as part of

13  the delivery system, working with sexual offenders.

14       Q.   And is -- In the programs, other the

15  programs you look at, is individual therapy

16  typically a part of that?

17       A.   Sometimes, but not always.  It varies.  It

18  also varies with individuals.  For instance, you

19  oftentimes might see more individual therapy

20  provided for persons who have special needs issues.

21  You'll see sometimes more individual work done with

22  folks that are in alternative special needs

23  programs.

24       Q.   And, currently, does -- as far as you

25  know, does MSOP offer that type of individual

Page 121

1  therapy for people in the alternative program?

2      A.    Yes.

3      Q.    And does it generally offer that type of

4  therapy to people in the conventional program as

5  well?

6      A.    Well, it somewhat, again, varies.  In the

7  conventional program phase 3, it does; and in

8  phase 2 at St. Peter's, it does.  It generally does

9  not in phase 2 in Moose Lake.  It doesn't mean that

10  there aren't some options or opportunity for that;

11  but, generally speaking, individual therapy is not

12  utilized in phase 2, Moose Lake.

13      Q.    Now, I know there's some -- My

14  understanding is there's some patients who are in

15  phase 2 at Moose Lake and some people who are in

16  phase 2 at St. Peter.

17      A.    Yes.

18      Q.    Is that your understanding as well?

19      A.    Yes.

20      Q.    Is it different?  Is the treatment

21  different if you're in the phase 2 if you're at

22  Moose Lake versus St. Peter?

23      A.    I can only speak, again, sort of to our

24  comments, is that there is some difference in

25  programming between the two; and that was one of the

JAMES HAAVEN  10/17/2014

Page 122

1    issues we raised, that there needs to be more of

2    consolidation of consistency in that regard.  And

3    one of those inconsistencies was phase 2 at Moose

4    Lake had -- did not have individual counseling, and

5    St. Peter's did.

6         Q.   And do you know if that issue's been

7    resolved?  Is there individual counseling available

8    at both facilities now?

9         A.   I don't -- It wasn't as of the last

10   report, which would have been December 2013.

                                              that new

21   program materials developed are appropriate for

22   clients with special needs, or develop parallel

23   materials."

24        A.   Yes.

25        Q.   And at the time you wrote this, since

Page 123

1  then, has that happened?

2      A.   There's been progress made, but it still

3  has not been completed, especially with the change

4  of all of the manualizing of all the

5  psychoeducational modules hadn't been completed yet.

6      Q.   So then, as this process is occurring, is

7  it -- is it possible that there are people who are

8  not getting treatment that they can comprehend?

9      A.   No, I can't say that; because, as I said

10  before, even though it's maybe not manualized, it is

11  -- it's not -- we questioned what the consistency

12  might be, since they are adapting those issues as

13  they go on.  So the facilitators will adapt to

14  particular needs of the client at the time.

15      So we did see they're adapting.  Now, the

16  question is:  Is it consistent across the board for

17  all folks, since we don't have a manualized system

18  to look at?  So it raised a question, but we -- I

19  can't answer the question as to whether there were

20  no adaptations made.

JAMES HAAVEN   10/17/2014

Page 124

5      Q.   And if you'd skip down under the heading

6   5, "program sequence," the last full paragraph

7   there.  Again, this issue of:  "We are concerned

8   about the high number of clients in phase 1 of the

9   program and small number of clients in phase 3 of

10  the program."

11          Is -- In 2013, is that still a valid

12  concern?

13      A.   Yes.  We've presented it as a valid

14  concern, I believe, in all of our reports since

15  2006.

Page 125

17      So taking that first part about having the
18  program ensure that about 80 percent of the focus of
19  the treatment manual is on dynamic risk factors:  Do
20  you know if that is the case in the current program
21  manual?
22      A.   I don't think we spoke specifically to
23  that; because, at this point in time, again, in
24  2011, it was still draft form.  And that -- The
25  reason I believe we did not address that is that we

JAMES HAAVEN   10/17/2014

Page 126

1  felt that it was addressing the focus for being

2  empirically supported dynamic risk factors, that

3  piece of it.

4         That's the part of that sentence you're

5  talking about; right?

6         Q.   Right, that first part.

7         A.   All right.

8         Q.   And so if 80 percent of the manual is

9  focused on those dynamic risk factors, then what

10 would the other remaining portion of the manual

11 consist of?

12        A.   Well, again, it can have to do with areas

13 and issues that may have to do with motivational

14 aspects of programming but not necessarily are

15 grounded in empirical evidence as such.

16        Again, this is a new area.  This is an

17 area where there's a lot of -- some practice that is

18 done that seems to be in the right direction, but

19 cannot be supported with -- empirically grounded at

20 this point.  So we did not address that, because the

21 theory manual did -- the treatment manual did

22 highlight that more specifically than here in 2011

23 from this report.  And, again, I'm speaking now to

24 the first part of that sentence.

25        Q.   Sure.  And then moving on to the second

JAMES HAAVEN  10/17/2014

Page 127

1  part of that sentence, that about "50 percent of the

2  client treatment time is devoted to skill practice."

3          So that was one of the recommendations of

4  the group?

5      A.   I think we've stated in, I don't know,

6  maybe the last three or four reports, that it falls

7  less than that.  And I believe, in the last report,

8  we said a similar statement.  There's been

9  improvement, but it still does not meet that

10  threshold that we had suggested.  I think -- I think

11  we also state that some inconsistency in some places

12  and situations they were, and others they were not,

13  but it wasn't consistent.

14      Q.   And why is that the target, 50 percent of

15  the time spent on skills practice?

16      A.   Well, again, we're -- we're just drawing

17  from the general literature, the general literature

18  and the specific literature that has come out,

19  again, the criminology work.  And that was, again,

20  stating sort of the preface of these reports, of the

21  "what works" literature that's come primarily out of

22  Canada, institutional treatment programming.

23      Q.   And the "what works" programming, is that

24  the risk responsivity --

25      A.   Yes.

JAMES HAAVEN   10/17/2014

Page 128

1      Q.    -- model?

2      A.    Yes.  Yeah, the Andrews Bonta.

3      Q.    And that's -- Is that standard modeled for

4   this type of treatment?

5      A.    For institutional programming, yes.

6      Q.    Are you aware of -- Are any of the other

7   programs that you evaluate or have evaluated, do

8   they use a different model?

9      A.    No.  For the most part, the risk/needs

10   response activity is pretty much standard

11   expectation within programming.  That's the most

12   recent literature we have of research, anyway,

13   specific to what are critical elements in a change

14   process when working with offender populations.

15      Q.    And in the next paragraph, it's talking

16   about the structure of the treatment and the hours

17   spent.  And the conclusion there:  "Consequently, we

18   recommend that the program increase the number of

19   treatment hours devoted to delivering services

20   according to the forthcoming structured skill base

21   psychoeducational model" -- "modules and increase

22   the number of group process hours" -- "process group

23   hours."

24         As far as you know, has that occurred?

25      A.    I think what we -- Yeah, just so I can be

JAMES HAAVEN   10/17/2014

Page 129

1   clear:  You're talking about the last part of that

2   where we said, "We recommend that the program

3   increase the number of treatment hours devoted to

4   delivering services to the forthcoming structured

5   skill psychoeducational module and decrease the

6   number of process group hours."  Is that what you --

7       Q.   Right.

8       A.   Yes.

9       Q.   And so has that happened?

10      A.   Yes.

19           Do you -- Is MSOP, in your opinion,

20   providing enough opportunities for community

21   outings?

22      A.   I'm not quite sure when you say "enough."

23   It's increased.  It's increased from this particular

24   report, 2011 to 2013.  It seems to be appropriate,

25   you know, the pace of involvement in the community

JAMES HAAVEN   10/17/2014

Page 130

1   of the -- Again, we're talking about this relatively

2   small program.  But we didn't see anything out of

3   the ordinary of concern in that -- in that respect,

4   and that's why we didn't identify that as

5   problematic in our recent report in 2013.

6       Q.   So for other programs that you evaluate,

7   or have evaluated, is there -- are there programs

8   that initiate things like community outings and more

9   interaction with society earlier on in the program?

10      A.   I can't -- I mean, I can't speak

11  specifically anymore, I mean, because some of the

12  programs have been programs only that I saw a number

13  of years ago.

14           But, for the most part, this is generally

15  what you'll see when a person gets to this point, is

16  when you start the transition process to the

17  community.  So this is -- this does not -- this is

18  not out of what you would expect in looking at civil

19  commitment programs.

20      Q.   And my understanding is that, in the past,

21  and this is -- this is some years ago, maybe before

22  you were associated or affiliated with the program,

23  but there was more, particularly on the St. Peter

24  campus, patients even in phase 2 had more

25  opportunities to go off campus and interact with

JAMES HAAVEN  10/17/2014

Page 131

1   people outside a secure perimeter.

2           Is that something you see as beneficial to

3   treatment?

4       A.   Integration in the community is

5   beneficial, yes.

6       Q.   And this has become an issue recently

7   about some of these people who go from spending a

8   fairly lengthy time in prison and then a fairly

9   lengthy time in the MSOP program, so that they've --

10  you know, some people have spent a good portion of

11  their life within some sort of institution.

12      A.   Right.

13      Q.   Would it be beneficial to help people

14  reintegrate into life after MSOP by initiating some

15  of these opportunities earlier?

16      A.   It may.

17      Q.   Do you see a possible negative therapeutic

18  impact on having these opportunities early in the

19  program, like I said, in phase 2 at one time, and

20  then have those opportunities retracted across the

21  board for people in phase 2?

22      A.   In other words, just so I'm clear, you're

23  saying:  Was it detrimental to them to have some of

24  these privileges and then have them removed?  I

25  think that's always a disruptive kind of thing when

JAMES HAAVEN   10/17/2014

Page 132

1    you have certain freedoms and opportunities and then

2    those are changed.

15         Q.   BY MR. GOODWIN:  Well, currently -- we'll

16   start there -- do you see a problem with a hostility

17   between staff and clients at the MSOP?

18         A.   No.  Well, I take that back.

19              Certainly, there's some hostility towards

20   the program by clients, because of the very issues

21   that we're talking about.  But, no, I don't

22   generally see a hostility between -- on a personal

23   level, between staff and clients.

24         Q.   When you've had meetings with clients as

25   part of the annual evaluations, has this been an

JAMES HAAVEN  10/17/2014

Page 133

1  issue that you recall coming up?

2      A.   Not that specifically.  Issues were

3  different.

4      Q.   What -- When you have had these meetings,

5  what were some of the issues that did come up, that

6  struck you as concerns from the clients?

7      A.   Well, they sort of ranged.  One was, you

8  know, why can't we have the number of things we used

9  to have?  And so it had to do with just general

10 privileges within an institutional setting.  So

11 that's one.

12      And the other thing is just sort of the

13 overarching concern, and that is:  Nobody gets out

14 of this place.  And that's, I think, what we've

15 shared in all the reports, that it's -- this is the

16 predominant issue of everyone, is that, "Why do

17 anything?  Nothing happens."

18      Q.   And that actually leads into this next --

19 the last paragraph starting on that page:  "Although

20 the program has made strides in preparing clients

21 for discharge, none have yet been discharged.  This

22 is partly due to the slow movement through the

23 program and the multiple legislatively required

24 steps for discharge in Minnesota.  The lack of

25 anyone getting out can be demoralizing to clients

JAMES HAAVEN   10/17/2014

Page 134

1   and staff, and, in the long-term, will likely

2   increase security concerns."

3           Do you still agree with that statement?

4       A.   Yes.

5       Q.   And what -- when you said "this can

6   increase security concerns," what do you mean by

7   that?

8       A.   Well, when people become hopeless in a

9   process, they start reacting within the environment

10  they're in; and so -- because of frustration and

11  anger and what have you.  And so it's pretty common,

12  when people don't have a sense of movement or change

13  or opportunity, that they start acting that

14  frustration out.

5      Q.   Okay.  And if you'd turn to page 9 of

6   eleven, there's the service documentation is the

7   topic and it's talking about the documentation in

8   the client records.  And in here, the final

9   sentence:  "Several of the records of the treatment

10  group progress reviews were limited in content

11  regarding examples that indicated progress by the

12  client."

13            Is that -- Is that still a concern, the

14  amount of documentation of client progress at MSOP?

15      A.   In one area, there's -- The one area

16  that's part of this -- that comment is -- has

17  improved, and that is to -- that the progress

18  itself, how it's documented mainly, because the

19  matrixes are clearer, the behavioral descriptions

20  are clearer, and therefore the documentation

21  reflects that.

22            What is not still reflected, and is in our

23  2013 as well as, I think, our 2012 report, is --

24  what isn't documented as clearly as we would suggest

25  as to what those barriers are, why they're not

JAMES HAAVEN  10/17/2014

Page 136

1    moving and what is being done about it.

12       Q.   Generally, my understanding, and correct
13   me if I'm wrong, is that, you know, if there's an
14   incident where someone's acting out of line, they --
15   there's a series of major/minor redirection.  These
16   are things that go in someone's file to show that
17   they're falling -- I think it's "behavioral
18   control," is the term is used.
19            Are you aware of any system in MSOP -- So
20   I guess the point I'm making is:  These generally
21   reflect negative behavior; is that fair to say?
22       A.   Yes.
23       Q.   Are you familiar with any sort of system
24   in MSOP that reflects achievements, or sort of a
25   counter to that, where you're saying, "Hey, this

Page 137

1    person's" -- "You get a gold star," something to

2    that effect?

3        A.    Yeah --

4            MR. GOODWIN:  Your microphone just fell.

5            THE VIDEOGRAPHER:  You lost your mike.

6    Thank you, sir.

7            THE WITNESS:  Not specific, you know, like

8    a report that's a standalone; but it is -- it

9    certainly is embedded within the documentation of

10   progress reviews, and those are reviewed during

11   their quarterly meetings.

12       Q.    BY MR. GOODWIN:  Well, is it a concern

13   that you have this full system for recognizing and

14   correcting negative behavior, but the positive

15   behavior, it sounds like, is primarily recognized in

16   the treatment records; and then if there's a

17   concurrent lack of records in the treatment, is it

18   -- is there a concern that the negative issues are

19   more identifiable than -- than any positive behavior

20   that's been exhibited by a client?

21       A.    It could be.  And that's why -- that's why

22   we asked questions about the BER system.  It's out

23   of those questions we asked, is why the MSOP -- and

24   I think it was in, again, the '12 or '13 report they

25   did a review of their BERs as to what is the impact,

JAMES HAAVEN   10/17/2014

Page 138

1  who's receiving them, how frequently are they being

2  used, what have you, so to bring greater attention

3  to that issue.

4          It's also why we looked at that in the --

5  when we did the program on phase progression to see,

6  are BERs part of the process that's getting in the

7  way of people progressing?  In other words, are they

8  getting an inordinate amount of attention that is

9  creating a problem?

10          So we have -- we have looked at those

11  issues.  In looking at those particular issues,

12  there was nothing that seemed to indicate -- and

13  that's why we did not state that, specifically to

14  the fact that they seemed to create an inordinate

15  barrier to the process.  But it's certainly

16  something one always has, and that's why we've

17  highlighted it, that the program has to continue to

18  look at that BERs don't take and get that kind of

19  attention that could have that kind of impact.  But

20  it has been looked at and it has been addressed, and

21  MSOP has been looking at it as to, you know, what is

22  the general impact of BERs.

23          So that's as far as we've gone with

24  reviewing that up to this point.  Again, it's been

25  only a recent move to where we've been looking at it

JAMES HAAVEN  10/17/2014

Page 139

1  in the past two to three years.

2      Q.   Maybe to step back for some perspective:

3  Is -- Are the recommendations you make, is there any

4  obligation for MSOP to follow, or are these

5  advisory?

6      A.   Totally advisory.

7      Q.   Are you aware of any agency or entity

8  outside of MSOP, that provides direction to MSOP,

9  that they're compelled to respond to?

10      A.   None other than -- and, again, I don't

11  know the specifics -- there is some licensure

12  requirements as an institutional setting; and what

13  the specifics of that is, I'm not sure.  Of course

14  this -- these reports also become public record; so,

15  again, how they're utilized within, you know, other

16  parts of the agencies, I can't speak to.

17      Q.   Okay.  Well, just to turn towards the last

18  -- or page 10 of eleven here.  Actually, sorry, it

19  starts off on the bottom of page 9 of eleven.

20           "Over the past few years, there was a

21  shift increasing security procedures, client

22  restrictions, and security staff having more

23  exclusive" -- "having a more exclusive role.  During

24  this site visit, there was a noticeable increase in

25  discussions and actions being taken to balance

Page 140

1   security needs with clients' treatment needs."

2          And, as far as you're aware, have there

3   been any changes that have resulted from these

4   discussions --

5          A.   Yes.

6          Q.   -- about --

7          A.   Sorry.

8          Q.   -- just about balancing security and

9   treatment?

10         A.   Yes.

11         Q.   And what are some of those?

12         A.   Again, it's hard for me to just be

13  specific, other than I know that there's been a

14  number of just rules, regulations, expectations that

15  have changed, that, again, have softened -- softened

16  the environment as to -- Also, there's been a

17  significant change in the level of movement that

18  people can have within the setting, going from one

19  place to the other without being restricted or

20  having staff escort.

21         So, yeah, there's been a very noticeable

22  change in the reduction of what -- you know, of

23  restrictions and rule policy that was not necessary,

24  and there has been increased movement.

JAMES HAAVEN  10/17/2014

Page 142

 9              (Exhibit 4 marked.)

10        Q.   BY MR. GOODWIN:  Okay.  Are you familiar

11   with this document?

12        A.   Yeah, generally.

13        Q.   And if you would -- Now, this is the full

14   annual report.

15        A.   Right.

16        Q.   And if you'd turn to page 35, this is the

17   appendix.  Again, it looks like this was authored by

18   you, Robert McGrath, and William Murphy?

19        A.   Yes.

23        Q.   And the date of report was -- was January

24   7th, 2014; is that --

25        A.   Yes.

JAMES HAAVEN   10/17/2014

Page 143

1      Q.   -- your -- accurate?

2           So prior to -- Do you submit this report

3      to -- Does it go to -- Who does it go to when you're

4      done with it?

5      A.   We send this report to the -- to the

6      clinical director and executive director.

7      Q.   And prior to them getting the report, do

8      they have input on the -- on the report as you're

9      drafting it?

10     A.   They have input, yes.

11     Q.   Do they review drafts of it?

12     A.   Well, how the process works is this, is

13     that once we have done the report -- We want to make

14     sure that the report reflects accurately.  The

15     people want basic things, basic -- the names of

16     individuals, titles, dates, sometimes the particular

17     numbers that we have taken from them and that we

18     want to make clear:  Is that what the number is?  So

19     it's those types of edits that we ask for.  What we

20     don't do is solicit or respond to changes of any

21     kind of content of the reports.  That's the

22     expectation we have, as well as they well

23     understand.

24          And so, yes, they do see the draft; and,

25     yes, they can give input as to edits, which usually

JAMES HAAVEN    10/17/2014

Page 144

1   are quite infrequent; but they do review it prior to

2   us completing it.

3        Q.    So for this 2013 report, do you recall if

4   -- So that would be Jannine Hébert and Nancy

5   Johnston who would review it?

6        A.    Yes.

7        Q.    Do you -- Do you recall if either one of

8   them had any edits to the document?

9        A.    You know, I can't remember for sure.  That

10  would have to be a question, I think, shared with --

11  because I think the final review edit of this was

12  with Bob McGrath, Robert McGrath, but it would be

13  very -- it would have been of very small edits;

14  otherwise, we would have had a meeting about that,

15  in any way -- which, again, I -- we've never come

16  across in the seven years; but it would have to be

17  very, again, "typo" type of edits.

18       Q.    Okay.  And at the bottom of the first page

19  here, under the summary of findings, the last full

20  paragraph:  "MSOP, however, is responsible for

21  providing timely and effective treatment designed to

22  help clients reduce their risk to sexually reoffend

23  and reintegrate back into the community."

24            Is that -- Do you agree with that

25  statement still?

JAMES HAAVEN  10/17/2014

Page 145

1        A.    Yes.

2        Q.    Do you think that MSOP is providing

3    effective treatment to satisfy that?

4        A.    Yes.

5        Q.    And how -- how is that possible if

6    nobody's actually been reintegrated?

7        A.    Well, because treatment and movement is

8    two different things that have different variables

9    involved.  And, as we've shared in other reports,

10   there's a number of things that MSOP could do that

11   we feel could address this issue of slow movement,

12   as well as we've addressed the issue that there's

13   also external issues that are affecting the

14   movement.

15           So the components of the treatment, the

16   model of the treatment, in most part, is intact as a

17   program that has capacity to move people; but then

18   there's these barriers as to why the movement isn't

19   happening.  So I'm separating the treatment from

20   progress.

21       Q.    So for some of these things where it's

22   been recurring issues, you know, that have been

23   raised periodically and regularly in the annual

24   evaluation reports you've written, is:  After having

25   done this for a number of years, is MSOP responsive

JAMES HAAVEN   10/17/2014

Page 146

1   to these reports?

2        A.   They have been.

3        Q.   And in what ways?

4        A.   Well, I'm saying, if you take a look at

5   all of the different things we recommend, has there

6   been any progress in those areas?  Or in some of

7   those areas we've made the suggestion but no

8   attention was either drawn to it or any change made?

9   That would be pretty rare.  In fact, it's hard for

10  me, because we always go back to the very things we

11  made suggestions and recommendations about, to see

12  if something's happened.

13          Now, one could raise the issue:  Is it

14  happening fast enough?  That's another -- it would

15  be a separate issue.  But they have been very

16  responsive to all of our recommendations, and I

17  can't think or point to a situation to where we made

18  a recommendation, that they didn't give some

19  additional attention to on our follow-up from

20  between that and the next follow-up evaluation.

21       Q.   Well, to get back to the point you just

22  made:  Do you think the changes are happening fast

23  enough?

24       A.   No.

25       Q.   If -- What do you think is the most

JAMES HAAVEN  10/17/2014

Page 147

1    important change that you would like to see, that is

2    not happening fast enough?

3         A.    You're talking about within MSOP?

4         Q.    Right.

5         A.    Within MSOP, I think a mechanism or a

6    system to identify barriers of progress so that

7    there can be a more specific and timely response to

8    that.  And we've recommended that in our last two

9    reports and, I believe, also in a phase progression

10   evaluation that we did last year in February.

JAMES HAAVEN  10/17/2014

Page 148

10      Q.   Well, given that the growth at Moose Lake

11   and the chronic problems with getting full

12   employment there, do you think the combination of

13   growing a client base and a limited pool of staff to

14   fill the positions there has compromised the

15   treatment at Moose Lake?

16      A.   I think it's had an impact, yes.  And we

17   stated that in our reports, that we feel that that

18   may be limiting, because -- I think we shared in one

19   report how some of the comments of clients as well

20   as staff shared that it's difficult to work through

21   some of the issues because the group sizes were

22   larger and what have you, because, again, of lack of

23   staffing.  So it seems totally reasonable that --

24   that it would be part of the problem, yes.

25      Q.   And so that impact, is that a negative

JAMES HAAVEN   10/17/2014

Page 149

1   impact on the treatment program?

2        A.   Yeah.  Not having adequate staff to

3   deliver the services is.

4        Q.   And are you concerned that that is holding

5   back patient progress through the program?

6        A.   Can't speak to it specifically, point to a

7   causal relationship; but I think that it's another

8   issue or a barrier that one has to overcome, that

9   can impact progress.

JAMES HAAVEN   10/17/2014

Page 151

3      Q.   BY MR. GOODWIN:  Well, looking at the

4   documents reviewed and the individuals contacted

5   about your analysis of the program, outside of the

6   clients that you've interviewed, is it -- is it fair

7   to say that the source of your information comes

8   from MSOP?

9      A.   Yes.

18      Q.   Okay.  And then under that same

19   "procedures" section, towards the bottom, it's

20   talking about -- there's -- three lines up from the

21   bottom:  "Attended the following treatment groups"

22   -- I guess it's four lines up.  It says:  "No

23   treatment or psychoeducational groups were held at

24   St. Peter during the visit, as it was a modified

25   programming week and these groups were not held."

JAMES HAAVEN  10/17/2014

Page 152

1          Do you see that at the bottom of the --

2     page 36?

3          A.    Bottom of page 36?

4          Q.    Just -- Just the point about there was no

5     program because it was a modified programming week

6     at St. Peter.

7          A.    Right.  Right.  Okay.

8          Q.    What is a modified programming week?

9          A.    What it means is, it's actually something

10    that we had -- I'm not sure if we had put it in a

11    report, but we had discussions about what to do to

12    allow people to have breaks in between various

13    psychoeducational programming; that the intensity of

14    people being in programming nonstop, not having

15    breaks, can be problematic.  It also gives an

16    opportunity by having breaks so people can do

17    paperwork, what have you, to catch up, rethink as to

18    what they want to do next, but at the same time to

19    not have as sort of a time-out -- because these

20    folks are there and they need to have continued

21    attention to their needs, therefore to develop what

22    we call modified programming.

23          So that's what this is:  Instead of the

24    right -- the tradition -- the typical training that

25    we have, they have these modified programming

JAMES HAAVEN  10/17/2014

Page 153

1  periods of time, relatively brief periods of time,

2  to where it's still providing a treatment focus but

3  it's just doing it in a different kind of way.

4      Q.   And so how -- If you were a patient in the

5  MSOP program during a modified programming week, how

6  -- how would it look different than a regular

7  programming week?

8      A.   It can vary in a bunch of different ways.

9  Some of the things that are done is doing things as

10  a group, full group, larger group activities, group

11  activities that have particular attention to

12  anywhere from motivational kinds of focus to

13  enhancing the treatment culture, to actually

14  providing specific kind of information, or having

15  served show-and-tells so people are sharing

16  information from the things they've learned from the

17  previous period of time.

18      So there's a lot of different ways you can

19  do modified programming.  I know they've done it --

20  done it in a number of different ways.  We've sat in

21  on some of that programming to see if it's actually

22  grounded and, from a therapeutic perspective,

23  providing a service.  And we feel that it is.  But

24  that's the value of it:  It's trying provide a break

25  for people from the routine, as well as opportunity

Page 154

1   for people to sort of refuel until they go into the

2   next segment.

Page 155

25        Q.   And as part of your evaluation of the

JAMES HAAVEN   10/17/2014

Page 156

1  program, do you attend or do you go to all the

2  units?  By that, I mean there's -- there's the

3  conventional treatment units and then there's the

4  alternative units; but then there's also the young

5  adult unit, there's the NOVA unit for high mental

6  illness people, and the -- I think it's beta unit

7  for geriatric and, I think, physically disabled

8  people.

9          Is that -- Is that part of your --

10     A.   Yes.

11     Q.   -- review?

12     A.   We try to -- We go to all the different

13  settings.  As to how much time or what we do in

14  those settings kind of depends from what we've seen

15  from the year before to see if we need to follow up

16  our concern in particular areas we want to visit.

 4      Q.   And, also, in talking between these

 5   facilities, I also want to make note:  You said you

 6   paid particular attention to omega units at Moose

 7   Lake.  And omega units, I think, are described as

 8   behavioral therapy units where -- Maybe, can you

 9   describe what "omega unit" means to you?

10      A.   Well, yeah.  This is, again, dealing with

11   persons that are highly disruptive to the

12   environment and which may be generated either from

13   just reaction to not wanting to comply with issues,

14   to persons who are having other types of significant

15   health or mental health issues.  And so omega units,

16   then, is a place to provide sort of a time-out for

17   the individual, as well as focused support and

18   treatment to get them stabilized so they can go back

19   into the -- back to their parent units.

20      Q.   And so why did -- why did that require

21   particular attention, in your mind?

22      A.   This is an area where I maybe provide

23   additional attention to; because working with

24   special needs populations, these are the folks that

25   oftentimes are most vulnerable, in vulnerable

Page 158

1  situations; they're in more isolated type of

2  situations.  So as to what is happening in those

3  types of settings, it is usually something that I

4  think we're quite sensitive about.  We're sensitive

5  to the fact that persons who are highly disruptive

6  might end up in sort of dead-end situations or what

7  we might call a back-ward situation.  So we're --

8  we're -- we put a great deal of attention to make

9  sure that people don't fall through the cracks in

10  that regard.

11      Q.   And since you've been analyzing or

12  reviewing the MSOP program over the years, have you

13  seen a change in how the omega unit is handled?

14      A.   Actually, it's very -- they do an

15  impressive job.  They really -- From what I've seen

16  in many places, they -- part of it is because

17  they've got some very good people working in those

18  settings, the people that are in charge of those

19  particular units.

20          The other thing is we had asked them to

21  put together sort of a protocol procedure as to how

22  you evaluate as to when they get there, as well as

23  to get them back and get people back in a timely way

24  and to reintegrate them effectively to the parent

25  units again; and they responded to all of our

JAMES HAAVEN  10/17/2014

Page 159

1    recommendations.

2            And so, yes.  But that's why we keep

3    attention to that area; it's what we call a

4    high-risk area for neglect.

5        Q.   And as you've been looking at the MSOP

6    program over the years, have you seen it -- have

7    there been incidents that have raised concern about

8    neglect in the omega unit?

9        A.   There hasn't been.  The only issue I think

10   we've raised in any report was from 2011, I think,

11   to '12 -- or was it '12 to '13 -- that they didn't

12   have as much staffing, so they couldn't do as much

13   individualized counseling as they had done before.

14   We were concerned about that; but, at the same time,

15   because of the very skilled staff they have in those

16   units, we've saw that, again, adequate and

17   appropriate treatment was still being provided, but

18   our concern was that -- to not continue in a setting

19   of understaffing in those; and, again, it's stated

20   in one of the last two reports, I know.

21       Q.   And for those omega units, are they

22   individual units as opposed to are they -- How many

23   people are in any given omega cell?

24       A.   I can't say for certain.  They are

25   separate, they are separate structures.  They're all

JAMES HAAVEN  10/17/2014

Page 160

1  within the same pod area, but they are separate.

2  I'm trying to think.  I think the most restrictive

3  area maybe has about four or five living quarters.

4      Q.   But that in each living unit -- That's

5  just for one person; right?  They're --

6      A.   In the area that is the most restrictive,

7  they have a place where a person can be fully

8  isolated, as well as another area where they may

9  have three or four persons.  So I can't remember the

10  exact number of beds, but they have the full

11  continuum of what we'd call safety precautions that

12  they can -- they can introduce, from a person being

13  totally removed from other individuals, to where

14  they're also in highly supervised small environment,

15  small population units.

16      Q.   Well, I guess the question I'm getting at

17  is:  In general, most patients in the MSOP program

18  are double bunked and have a roommate.  But the

19  omega unit, as I understand it, are those people

20  double bunked in omega units, or are they --

21      A.   No.

22      Q.   Do they have their own -- They don't.

23          And is there -- What is the time line?  Is

24  there a set time line for how long a person is in

25  omega, as far as you've seen?

JAMES HAAVEN   10/17/2014

1        A.    Again, I can't speak.  I'm sort of

2    guessing from memory, but there is some kind of

3    protocol review.  They're looking usually within,

4    you know, days, weeks; and certainly 30 days is sort

5    of what would be sort of outer limit.  There's some

6    people who might be there longer but, no, they're

7    very conscious about quick movement.  And there has

8    been continued active recycling, moving people

9    through those units; so they're not -- clients are

JAMES HAAVEN   10/17/2014

Page 162

7      Q.   Okay.  And for the next point, for

8   responsivity, the second sentence there:  "Programs

9   should consider responsivity issues such as clients'

10  motivation, intelligence, psychopathy, mental

11  illness, and cultural issues."

12        Do you think that MSOP adequately does

13  that?

14        A.   Yes.

JAMES HAAVEN  10/17/2014

Page 163

3      Q.   Sure.  In relation to the alternative

4  program, has the MSOP adequately adjusted the

5  program to present it in a way that an individual in

6  the alternative program can understand it and

7  complete the program?

8      A.   I guess I can't say it as an absolute.

9  There's been continued improvement in that -- in

10  that regard.

11      Q.   Well, do you -- do you see the program, as

12  it's structured now, as a -- as a barrier to someone

13  who was -- who might be in the alternative program

14  with intellectual disabilities?

15      A.   Are we talking now specifically to the

16  materials as to the responsivity issue itself?

17      Q.   Yes.

18      A.   I don't see it as significant, a

19  significant barrier to what could be getting in the

20  way of movement.

21      Q.   Well, if it's -- if the program -- if the

22  program, as it's structured and delivered, is not a

23  barrier, what would be a barrier to movement within

24  the alternative program?

25           MR. IKEDA:  Object to the form.  Vague.

JAMES HAAVEN   10/17/2014

Page 164

1    Speculative.

2          Q.    BY MR. GOODWIN:  You can answer.

3          A.    Well, I can only say, specific as to the

4    barriers to movement, again, are articulated in the

5    progress evaluation report that -- that I support;

6    and those recommendations were very specific to

7    phase progression and what we saw as the barriers to

8    those.  Again, I -- we can review those, but I'd be

9    guessing to go from memory what we stated; but we

10   identified rather specifically what we saw as the --

11   what was inhibiting the progress of clients.

JAMES HAAVEN   10/17/2014

Page 165

10      Q.   And the next sentence is:  "The program

11   also needs to ensure that factors considered for

12   program movement are related to risk to reoffend."

13           Is -- Is that a concern, that there are

14   factors that are considered, that aren't related to

15   risk to re --

16      A.   Is this --

17      Q.   Sorry.  The last sentence of page 39.

18      A.   Okay.  So what is the question, then, with

19   39?

20      Q.   So the sentence says:  "The program also

21   needs to ensure that factors considered for program

22   movement are related to risk to reoffend."

23           By the fact that you and your group raised

24   this issue, is that a concern that there are factors

25   that are being considered, that aren't related to

1    risk to reoffend?

2          A.    It's a concern that maybe.

JAMES HAAVEN   10/17/2014

8      Q.   And so is there a difference in how you

9  approach the treatment model in a facility like

10 MSOP, as opposed to something that is explicitly a

11 correctional facility?

12     A.   Not in terms of working with the

13 theoretical treatment model that you would use the

14 delivery of services to provide best practice.  It

15 should look the same.

16     Q.   Okay.  And if you move down the last

17 paragraph of that section:  "Our review of treatment

18 records, staff interviews, and group observations at

19 both sites indicated that use of skill, teaching,

20 and practice in core and psychoeducation groups was

21 very infrequent."

22          Is -- Is that an accurate observation?

23     A.   Yes.

24     Q.   And is that a concern?

25     A.   Yes.

JAMES HAAVEN   10/17/2014

Page 177

7      Q.    Okay.  And then for the program monitoring

8    and evaluation, the third paragraph there:  "In our

9    last report, we recommended that the program

10   consider whether the risk management committee

11   should focus on reviewing progress from phase 3 to

12   CPS rather than from phase 2 to phase 3."

13            Why did you make that recommendation?

14      A.    We made that recommendation, first of all,

15   not based on that we could see that it was creating

16   a problem of movement.  We raised the issue because

17   of our concern that anytime you raise another level

18   of review, that that can create just another

19   inherent boundary to movement.  And so we cautioned

20   as to why you want to increase -- have another

21   review process, because of the potential that it

22   could create.

23      Q.    And the last paragraph there, this talks

24   about the concern about people not moving through

25   different phases in a timely fashion.

JAMES HAAVEN  10/17/2014

Page 178

1        Do you know if MSOP has -- has responded

2   to this concern raised here?

3        A.   Which particular concern?

4        Q.   So it's -- So starting with the first

5   sentence there:  "Although there is increased

6   movement between phases, we recommend, as we did

7   last year, that a formal system be developed to

8   clinically review those clients who, in a reasonable

9   period, are failing to progress between phases."

10       A.   They were in the process in our

11  discussions of creating a more formal approach.

12  Informally, they were addressing those issues now

13  more in the quarterly meetings as to what was

14  getting in the way.  We also saw it in some

15  documentation.  But as to a consistent formal system

16  across programming, that was not yet present.

JAMES HAAVEN   10/17/2014

 7       Q.   In the third paragraph from the bottom,

 8   it's talking about clinical supervisors and

 9   supervision of the clinical treatment.  And partway

10   through that paragraph, it states:  "However,

11   supervisors rarely conduct direct observation of

12   staff leading groups."

13            And is that -- is that accurate as far as

14   you know?

15       A.   Yes.

16       Q.   And is that a concern for you?

17       A.   Yes.

18       Q.   And do you know why there has been limited

19   amount of supervision observing the actual group

20   therapy?

21       A.   I can share the response to that is that

22   it is the intent and what is the expectation of the

23   program to actually do that; but it would be kind of

24   -- again, because of staffing shortages, which

25   allows a person with that time.  Because they're

JAMES HAAVEN   10/17/2014

Page 180

1 trying to maintain with the shortage of staff to

2 make sure they're still providing the treatment

3 hours; and to provide -- take -- move those hours to

4 more supervision hours means they could have a

5 direct impact on the actual services, delivery of

6 services.  So that's why it's not happened, is what

7 -- is what they shared with us.

8    Q.   So, as you understand it, the reason there

9 has been -- not been this supervision of group

10 therapy is, is it fair to say, it's just a staffing

11 issue with having adequate --

12    A.   That seems to be, since there's an intent

13 to do it and everyone's supported doing it and

14 everyone that we've talked to, from administrative

15 to clinical, but yet it's not happening.  And it

16 seemed -- the only thing that really seemed to make

17 most sense was that it's the logistics.

18    Q.   And what is the concern about not having

19 the supervisors directly observe the group?

20    A.   One, that you're going to get clinical

21 drift, people doing their own thing, in a sense.

22 There's -- It reduces the consistency of programs

23 across programs.  It also reduces the amount of

24 feedback for facilitators to become more effective

25 at what they're doing.

JAMES HAAVEN  10/17/2014

Page 186

6    Q.   Well, in that -- in that same sentence, it

7    says:  "Overall, staff were positive about the more

8    open movement."

9         Did you -- Did you have any discussion

10   with -- with clients about their perception of the

11   AMS system?

12   A.   There was, there was some.  And aside from

13   sometimes a person saying, you know, "I'm in a

14   prison; they treat me like a prisoner" -- because,

15   again, we're trying to look at themes.  The theme

16   that seemed to be more impactful was:  Everyone was

17   pleased that there was more movement.

18   Q.   And has that -- So what has been your

19   general view of the AMS system as to how it's

20   affected the Moose Lake?

21   A.   Our initial reaction to it was somewhat

22   skeptical, and we were rather pleased to see that it

23   seemed to actually bring about the effects that

24   we're -- that everyone was looking for; and that was

25   that, rather than just another way of trying to have

JAMES HAAVEN   10/17/2014

Page 187

1    tight security, that in fact it was reinforcing and

2    enhancing movement within the system.  We were very

3    skeptical whether that would take place; and we were

4    quite pleased, quite frankly, to see, you know, that

5    was the case.  That was the first time I had

6    experienced working with that system and good

7    results, from first blush anyway.

Page 196

22        Q.   BY MR. GOODWIN:  Okay.  I just have a

23   couple brief questions to follow up with.

24             First of all, about the campus arrangement

25   for MSOP, the fact that there's a part of the

1  program in Moose Lake and part of the program in

2  St. Peter's, is that a concern?  I know it's come up

3  as far as having consistent treatment from campus to

4  campus; but, overall, the structure of the program,

5  to have two distinct campuses like that, is that a

6  concern for you?

7      A.    Not necessarily.  It can have as many

8  advantages as disadvantages; so, no, I -- I think it

9  can be done.  There's a logistics, like you said,

10  consistency; but also advantages of having another

11  place that people can go to and...

JAMES HAAVEN   10/17/2014

Page 198

13      Q.   And we haven't spent much time talking

14   about it today, but I wanted to address the group of

15   the juvenile offenders or the young adult offender

16   group.

17           In your opinion, is it proper to

18   indefinitely civilly commit an individual who has no

19   adult criminal record?

20      A.   I really don't have a response to that.

21   Usually, issues around adolescent histories and

22   juvenile issues, I usually defer to William Murphy,

23   who has had extensive -- extensive experience in

24   that area over many years.

25           So, as evaluators, we sort of bring

JAMES HAAVEN   10/17/2014

Page 199

1  certain areas of focus of expertise, and that's why

2  the three of us work together.  And this is --

3  that's his area of expertise.

4       Q.   Well, given that's his area of expertise,

5  has he ever raised concerns, in your discussions

6  with you and the other evaluators, about -- about

7  the fact that there are people who are civilly

8  committed indefinitely, who have no adult

9  convictions?

10      A.   I can't recall, because -- On the other

11 hand, I can't recall that we were even aware that

12 there's individuals there that only had adolescent

13 history.

14      Q.   Now that you know that there are

15 individuals who have no adult criminal convictions,

16 that are indefinitely committed to the MSOP program,

17 is that a concern that you plan on addressing in the

18 next evaluation?

19      A.   That would raise -- That would raise a

20 concern.  Again, our evaluation, we're looking at

21 larger themes of issues, versus individual clients;

22 but if that is part of a process, that would be an

23 area of concern, yes.

JAMES HAAVEN   10/17/2014

Page 200

6    Q.   And outside of the roadblocks and the
7  release of patients, as far as the court process and
8  the legal steps to get out of the MSOP, in your
9  experience, having spent some time there, do you see
10  individuals, either people you formally or
11  informally interviewed, where you said, "This person
12  doesn't belong in a confined situation like this, in
13  a high security civil commitment"?
14    A.   No, never specifically to a client -- I
15  mean, about a particular client.  I know we're sort
16  of looking in broader terms, our concern:  Because
17  of the way the system -- the structure is set up for
18  movement, that persons could end up being stymied
19  from that process.  And, again, that's reflected, I
20  think, in all our reports in that regard.

JAMES HAAVEN  10/17/2014

Page 202

24        Q.   BY MR. GOODWIN:  Well, in your mind, is it

25    possible to complete the MSOP program?

JAMES HAAVEN   10/17/2014

Page 203

1      A.    Again, as to -- and what you -- how are

2    you defining "complete the program"?

3      Q.    How would you define it?

4      A.    It depends -- The program, to me, it would

5    be the ability to move people through, into the

6    provisional -- through the provisional discharge

7    process.  And so that -- that, to me, is the -- is

8    what you're trying to accomplish.  And as we've

9    stated before, few people are getting to that point,

10   and that's problematic.

23      Q.    Is it -- As far as you know, will MSOP

24   support a petition for full or provisional discharge

25   from the program if a patient has not completed the

Page 204

1    treatment program?

2        A.    I'm not sure; because, again, it gets back

3    to:   What is completion of the program?   Because we

4    looked at situations like the folks that were going

5    to move to Cambridge.   There's -- There's some

6    variance as to what "completion" actually means, and

7    I think that has -- attention has been given to

8    that.

9             As to whether -- what that line is now or

10   what that criteria is, at this time, I really -- I

11   don't have specifics, what that would be at this

12   point.

JAMES HAAVEN   10/17/2014

Page 205

8      Q.   Well, looking at other programs you've

9  evaluated, are there -- do they contain sort of a

10  completion where you can say, "Okay.  Here are the

11  objective measures.  I've" -- "I've done A, B, C, D.

12  I've met the requirements and I'm done with this

13  program"?

14      A.   Yes, similar to MSOP.  In other words,

15  that's what the matrix system is:  Have they met the

16  criteria?  And the matrix system is that criteria,

17  the matrix scoring.

JAMES HAAVEN   10/17/2014

Page 207

19      Q.   And in -- Is it accurate to say that --
20   Well, let's talk about the program as it exists now.
21          Is it your opinion that the program
22   operates consistent with best practices?
23      A.   Yes.
24      Q.   And, in fact, in your reports, you say
25   that you evaluated the program against international

JAMES HAAVEN  10/17/2014

Page 208

1   best practice standards and guidelines in the field;

2   is that correct?

3        A.   Yes.

4        Q.   And, in your reports, you found that MSOP

5   was indeed operating the program consistent with

6   those standards and best practice and guidelines;

7   right?

8        A.   Yes.

9        Q.   And that's a conclusion that the three of

10  you reached unanimously; is that right?

11       A.   Yes.

12       Q.   Now, one of the things that Mr. Goodwin

13  asked you about was accreditation by the Joint

14  Commission.

15            Do you remember that area of inquiry?

16       A.   Yes.

17       Q.   Okay.  And you had talked about how

18  they're -- they're really -- I don't know if you

19  said the word "impossible," but you said it was

20  difficult to come up with accreditation standards

21  for sex offender treatment program like MSOP; is

22  that correct?

23       A.   I did.

24       Q.   And if someone were sort of -- Or is there

25  an organization out there that -- that, you know,

JAMES HAAVEN  10/17/2014

Page 209

1  someone can look to, to figure out, you know, what

2  best practices might be?

3      A.   I think the closest you can come to

4  accreditation process -- because there are

5  accreditation systems in Canada and in the U.K., and

6  so those are sort of the -- I would say, the most

7  useful guides that we have at this point.

8      Q.   Well, in the United States, there's an

9  organization called the Association for the

10  Treatment of Sexual Abusers; is that right?

11     A.   Yes.

12     Q.   Now, is that one place that you would look

13  to?

14     A.   Well, it's one place that we look to; but

15  it has more to do -- more specifically to, again,

16  practice standards and guidelines.  It doesn't

17  necessarily speak specifically to structure of a

18  civil commitment program.  But, yes, it does provide

19  -- in the field in general, it is the most

20  established standards of practice that we have in

21  the field.

22     Q.   And I guess I've noticed in your reports

23  that you comment on the fact that there are a good

24  number of MSOP employees that attend the ATSA

25  conferences.

JAMES HAAVEN   10/17/2014

Page 210

1          A.   Yes.

12          Q.   Well, as Mr. Goodwin led you through a

13     couple of your prior reports -- specifically I'm

14     talking about Exhibits 2, 3, and 4 -- he pointed out

15     some sentences here and there in the report, where

16     you and the others made recommendations or

17     identified areas of concern.

18               Do you remember all of this testimony --

19          A.   Yes.

20          Q.   -- that just happened?

21               Is it fair to say that, notwithstanding

22     the issues that Mr. Goodwin has identified, you

23     know, in these sentences located within your longer

24     reports, that, notwithstanding those things, it's

25     still the three -- your opinion at least, that the

JAMES HAAVEN   10/17/2014

Page 211

1    program operates within best practices.   Right?

2          A.   Yes.

25          Q.   Now, I know you testified about the other

JAMES HAAVEN  10/17/2014

Page 212

1  programs around the United States and around the

2  world, that you've evaluated.

3      Whenever you evaluate a program, have you

4  ever evaluated a program and said, "This is a

5  perfect program, there are no" -- "I have no

6  recommendations for improvement"?

7      A.   No.

8      Q.   It's fair to say, Mr. Haaven, in your

9  mind, for a program to operate within best

10  practices, it doesn't have to be absent any kind of

11  recommendation for improvement; correct?

12      A.   Correct.  In fact, I would go on to say

13  that to be within best practice is to have an

14  advisory component to where you're getting feedback

15  as to other areas to where there could be

16  potentially clinical drift or program drift in a way

17  that it could in any way potentially compromise the

18  integrity of the programming.

19      Q.   So you actually -- If I understand your

20  testimony correctly, it's your position, Mr. Haaven,

21  that the fact that MSOP has brought the three of you

22  in to evaluate them on an annual basis is actually

23  consistent with best practices?

24      A.   Yes.

Page 213

14      Q.   How is phase 1 of the MSOP program

15   reflective of current research or experience or

16   practices in the field of sex offender treatment?

17      A.   Again, it's -- it's -- it's -- it's

18   congruent with what is -- what the literature would

19   expect, and that is preparatory.  You're trying to

20   identify, one, preparation of -- that the person is

21   treatment ready, in a sense.  It's the phase of

22   motivation, the person identifying what their goals

23   might be and looking forward.  So in that sense.

24   And that's why I think I clarified that it's more

25   than just compliance with the rules; that it's

JAMES HAAVEN   10/17/2014

Page 214

1   preparatory process and the person becoming engaged

2   in the treatment process, before you start moving

3   more specifically into sex offender specific focus.

4        Q.   So, in your experience and your opinion,

5   is the treatment phase design at MSOP consistent

6   with other treatment program designs in other civil

7   commitment programs?

8        A.   With the ones that I've observed, yes.

9        Q.   What do you say to people who may argue

10  that they don't get any sex offender treatment in

11  phase 1 of the treatment program?  Do you agree or

12  disagree with that statement?

13       A.   I disagree.

14       Q.   And why do you disagree, in your

15  professional opinion?

16       A.   Well, because, again, I think sometimes

17  it's not clearly understood what phase 1 is, again.

18  It's preparation, it's motivation, it's engagement.

19  It's not necessarily learning specific skills how

20  not to offend; that's the next phase.  But to move

21  into that phase without first having the person

22  prepared, motivated, and involved in the process, is

23  contraindicated.

JAMES HAAVEN   10/17/2014

Page 218

19      Q.   And so when you said compare -- Your --
20   And so your testimony then, sir, is that the 84
21   percent treatment participation rate compares
22   favorably with other programs?
23      A.   Other civil commitment programs.
24      Q.   Broadly speaking -- I know that you have
25   some recommendations about skill building,

JAMES HAAVEN   10/17/2014

Page 219

1  psychodynamic approach, things like that; but,

2  broadly speaking, do you have -- do you see

3  significant problems with the program manual at

4  MSOP?

5      A.   No.

6      Q.   The theory manual at MSOP?

7      A.   And, again, you're talking -- you're just

8  talking about significant concerns?  No.

9      Q.   With respect to the goal matrix, we talked

10  about the Likert scale and things like that, is --

11  is the goal matrix something you'd expect to see at

12  a program like MSOP?

13      A.   Yes.

14      Q.   And that goal matrix is, in your opinion,

15  professional opinion, consistent with best practices

16  in the field?

17      A.   Yes.

18      Q.   Throughout your report, the three of you

19  looked at 12 areas; right?

20      A.   Um-hum.  Yes.

21      Q.   And how did you decide what those 12 areas

22  would be?

23      A.   Again, those 12 areas that we're looking

24  at, we're drawing, again, from the literature and

25  worked in the "what works" literature, criminology

JAMES HAAVEN  10/17/2014

Page 220

1   literature.

2       Q.   And I'm -- I'm going to ask you to just

3   speak for yourself:  But when the -- when you're

4   looking at these 12 areas and you're saying the

5   program operates within best practices, what are you

6   judging that against?

7       A.   Well, it's -- it's a range of things;

8   because, first of all, we have the criminology

9   literature:  So within those areas of practice,

10  there's certain kind of general expectations.  We

11  then look at more specific treatment strategy

12  practice standards, and that's where we utilize the

13  Association for Treatment of Sexual Abuser

14  standards, which are maybe the most recognized

15  standards in the field.  The third area that we look

16  at is what do other civil commitment programs do, by

17  looking at the surveys from the civil commitment

18  programs as to level of service, participation, or a

19  range of things that they put out in their surveys,

20  so we have an idea.  And then we also look at what

21  is general consensus within -- within the field

22  itself.  And the fourth thing is from our own

23  observations of other -- comparing it to other

24  programs.  So that's really kind of the basis.

25           I -- There's really only one other piece

JAMES HAAVEN  10/17/2014

Page 221

1   to this, and that's the important piece, and that's

2   our familiarity with the accreditation process of

3   programs like this, which are in the U.K.  Again,

4   Robert McGrath and William Murphy have been

5   specifically contracted and worked with the

6   accreditation system in the U.K.  I have worked as a

7   consultant in special needs process in getting their

8   adapted programs up to meeting accreditation

9   standards.  So we have that familiarity also with

10  accreditation system, so that's where we draw from.

14          Over the last six, seven, or eight times

15  you've reviewed the MSOP program, each time you

16  spend a day or two in St. Peter and a day or two in

17  Moose Lake; right?

18      A.   Yes.

19      Q.   And so you consider yourself familiar with

20  the physical plant of both facilities?

21      A.   Yes.  We're provided a tour, as well as we

22  make requests to see particular areas.  So, yes,

23  we're very familiar with all of the plant area.

24      Q.   And you're familiar that, with respect to

25  phase progression -- whether it's phase 1, phase 2,

JAMES HAAVEN   10/17/2014

Page 222

1 phase 3, or even CPS -- that there are different

2 levels of liberty, for lack of a better term that I

3 can think of off the top of my head, among those

4 groups of clients at MSOP.  Is that accurate to say?

5      A.   Yes.

6      Q.   And so the complaints, say, from someone

7 who's in phase 1 at MSOP about their liberty and the

8 rules they live by would be different than someone

9 who lives at CPS.  Is that fair to say?

10      A.   Yes.

11      Q.   And, in fact, one might expect that the

12 difference -- or that the complaints about liberty

13 and rules, and things of that nature, would be

14 different among someone who -- or between someone

15 who's at phase 1 at Moose Lake and even phase 2 or 3

16 at St. Peter; correct?

17      A.   Yes.

18      Q.   Going back to the goal matrix:  In one of

19 your reports, you said something along the lines of

20 the goal matrix clearly links the key dynamic risk

21 factors that should be addressed in an effective sex

22 offender treatment program to MSOP's phases of

23 treatment.

24           Does that sound like a conclusion you

25 would have reached?

JAMES HAAVEN   10/17/2014

Page 223

1        A.    Yes.

2        Q.    And, I guess, in looking at your reports

3    and listening to your testimony in response to

4    Mr. Goodwin's questions, you -- it sounds to me that

5    the -- and so correct me if I'm wrong, but it sounds

6    to me that the concerns you have sort of deal with

7    the implementation of the goal matrix or how people

8    are being scored, for example?

9        A.    Yeah.   That was one of the concerns we

10   had, more significant concerns we had.

11       Q.    But not necessarily with the structure of

12   the goal matrix, the structure of the goal matrix

13   itself?

14       A.    That's a fair statement, yes.

15       Q.    Is it accurate to say that you've actually

16   seen improvement in the area of concern that we just

17   talked about over the years?

18       A.    The question was:   Have we seen

19   improvement?   Yes.

20       Q.    Let's look at Exhibit 4, page 35, your --

21   your site visit report.   And just for authentication

22   purposes, Mr. Haaven, why don't you page through to

23   the end and confirm for me that this is in fact your

24   report dated January 7th, 2014.

25       A.    Yes, this is.

JAMES HAAVEN  10/17/2014

Page 224

1    Q.   Well, with respect to program sequence, if

2    we look at page 39 through page 40, in that first

3    sentence, you note that "the overall program

4    sequence is logical and appears to be responsive to

5    clients' treatment needs and learning styles."

6         Is that accurate?  To the best of your

7    knowledge as you sit here today, is that still

8    accurate?

9    A.   Yes.

10   Q.   And in several of your reports, you also

11   note -- you have praise for the recreation,

12   education, and vocational services program; right?

13   A.   Yes.

14   Q.   In fact, I think, in one of your reports,

15   you identified the vocational program as a "model

16   program and the strongest one we have seen in a

17   civil commitment program."

18        Does that sound familiar to you?

19   A.   Yes.

20   Q.   Is that still your opinion, as we sit here

21   today?

22   A.   Yes.

23   Q.   Give me a sense of what -- What's the

24   value of a recreation, education, and vocational

25   services program at a -- at the MSOP?

JAMES HAAVEN   10/17/2014

Page 225

1      A.   A couple of things.  One is, particularly

2   in institutional settings, you want to have an array

3   of diversional activities to, in a sense, sort of

4   provide a quality of life experience.  It speaks,

5   again, to anyone that's involved in a treatment

6   program or a change process needs to have basic

7   needs in their life met; so the diversional aspect

8   is one important piece, again, for preparedness for

9   change.

10          The second part to that is that it gives

11  an opportunity to see how skills learned and the

12  treatment -- more specific treatment activities are

13  generalized to, again, more normative types of

14  behaviors and more disinhibited types of behaviors,

15  to see what effect the treatment might be having.

16      Q.   Now, again, vocational services was one

17  that you pointed out as a model program in the

18  country.

19          What about vocational services in

20  particular at MSOP makes it a model program?

21      A.   Well, one, most of the programs you see,

22  they're sort of doing -- making -- building widgets;

23  and it's -- and, instead, their program is actually

24  doing some really interesting contracts, meaningful

25  -- work that is seen as meaningful by the clients

JAMES HAAVEN  10/17/2014

Page 226

1  that are working in them.  Their compensation, paid

2  compensation, the way it's done.  Also the training

3  they receive.  And, really, the kind of -- what we

4  saw as skill building within the vocational, beyond

5  just the skill itself, of how to get along with the

6  boss, how to develop work type of behaviors.

7       So we saw on many levels, from a

8  therapeutic perspective as well diversional

9  perspective as well as a skill opportunity

10 perspective, that they're actually learning some

11 marketable skills when hopefully they would get out.

12      Q.   Is a vocational program, in your view, I

13 mean, is that part of a treatment -- a sex offender

14 treatment program?

15      A.   We usually do not see it specified as one

16 of the components of a sex offender treatment

17 program, but yet it would be rare to find someone

18 working in our business that wouldn't say vocational

19 training is an important part -- which is sort of a

20 contradiction, in a sense, but in fact it's very

21 important.

22      Q.   Because it teaches the skills that you

23 just talked about?

24      A.   Right.  And it's a generalizing of those

25 skills to a -- to a marketable profession.  And

JAMES HAAVEN 10/17/2014

Page 227

1 especially working with men, to which much of their

2 identity is associated with their value and worth in

3 the workforce, it has -- it's a significant part of

4 the change process.

7 is what we've marked as Exhibit 6.

8          Do you recognize that document?

9     A.   Yes.

10    Q.   What is it?

11    A.   It's, again, our site visit report from

12 2009.

13    Q.   And is this the document that you and the

14 two others prepared?

15    A.   Yes.

16    Q.   If you look at page 4, in the second

17 paragraph, you'll note that there's some language

18 that says:  "The program has been sensitive to

19 responsivity issues."  Do you see that?

20    A.   Yes.

21    Q.   "The MSOP has developed specific programs

22 for those high in psychopathy, for young adult

23 offenders, for those with significant mental health

24 issues, and those with lower IQ and impaired

25 learning ability."  Correct?

JAMES HAAVEN   10/17/2014

Page 228

1      A.   Yes.

2      Q.   Now, I know that was five years ago.  Is

3  that still your opinion today?

4      A.   Yes.

5              (Exhibit 7 marked.)

6      Q.   BY MR. IKEDA:  Mr. Haaven, in front of you

7  is what's been marked Exhibit 7.

8           Do you recognize that document?

9      A.   Yes.

10     Q.   And what is it?

11     A.   It's our site visit report for 2010.

12     Q.   And if you look at page 4 -- This is the

13  language that I asked about earlier, so...

14           "Since the last site visit, the program

15  has finalized and implemented the goal matrix for

16  phases 1, 2, and 3.  This document clearly links the

17  key dynamic risk factors that should be addressed in

18  an effective sex offender treatment program to

19  MSOP's phasing" -- "phases of treatment."

20           Did I read that correctly?

21     A.   Yes.

22     Q.   And that is your opinion still today?

23     A.   Yes.

24     Q.   One of the things that you identified in

25  this report is you questioned whether two-hour group

JAMES HAAVEN  10/17/2014

Page 229

1    -- whether two hours of group sessions were

2    effective and appropriate for learning style.

3              Do you remember that --

4        A.   Yes.

5        Q.   -- in the alternative program?

6        A.   Yes.

7        Q.   Do you know whether MSOP has done anything

8    about that?

9        A.   They reduced the length of the group time.

10       Q.   You also, the three of you, opine in the

11   next paragraph on the use of the behavior therapy

12   unit and the high security unit.  And you've

13   believed that, at least as to the high security

14   unit, length of stay was appropriate for the client

15   population in the MSOP.

16             That -- That is your conclusion; right?

17       A.   Yes.

18       Q.   In every year of your reviews, at least

19   going back to 2009, one of the -- We can move along.

20   You can put that Exhibit aside.

21             One of the things with respect to

22   administrative structure and program organization is

23   the three of you have consistently used language

24   that says "a strong administrative structure is in

25   place and processes ensure ongoing staff

JAMES HAAVEN  10/17/2014

Page 230

1  communication."  Correct?

2      A.   Yes.

3      Q.   And so that's something -- a theme that

4  you saw throughout your reviews?

5      A.   Yes.  That's a area we give attention to.

6      Q.   So fair to say that the -- Ms. Hébert is

7  the clinical director?

8      A.   Yes.

9      Q.   And she is one of the people that you

10  think is part of the strong administrative

11  structure?

12      A.   Yes.

13      Q.   And Nancy Johnston as well?

14      A.   Yes.

JAMES HAAVEN  10/17/2014

Page 233

2      Q.   With respect to the issue of community

3   outings, is it your testimony that one would expect

4   to see community outings happen around the time that

5   MS -- that it happens in MSOP's program?

6      A.   Yes.

7      Q.   So with respect to that issue, you think

8   that MSOP's policy is consistent with best

9   practices?

10     A.   Yes.

11     Q.   As part of your review, you've talked

12  about how you also review some client files; right?

13     A.   Yes.

14     Q.   And one of the things that you were asked

15  about earlier was, "Well, where" -- "Where would

16  someone find positive things about a client at

17  MSOP?"

18          Isn't it true, Mr. Haaven, that in fact

19  there are positive things that are said about

20  clients in progress notes?

21     A.   Yes.

22     Q.   And there are often positive things that

23  are said about clients in their quarterly and annual

24  treatment reports; right?

25     A.   Yes.

JAMES HAAVEN   10/17/2014

Page 234

1    Q.   When the three of you go to MSOP for your

2    site visits and to prepare your reports, your

3    testimony is that you have complete access to both

4    the facility and records?

5    A.   Yes.

6    Q.   Have you ever been denied access to a part

7    of MSOP when -- when you asked for it?

8    A.   No.

9    Q.   Have you ever been denied a file or a

10   record when you've asked for it?

11   A.   No.

12   Q.   And is it up to the three of you to

13   determine what to review?

14   A.   Yes.

15   Q.   What to write your report about?

16   A.   The only end -- There's two parts:  As to

17   what we're going to write our report about, included

18   in that report might be some specific questions that

19   they want us to respond to as problem areas that

20   they're having concern with, that we could give

21   additional consultation to.  That would be the only

22   addition to what we're going to be reviewing.

23   Q.   What do you think about that, the fact

24   that MSOP asks you to help them problem solve with

25   -- with these problem areas?

JAMES HAAVEN  10/17/2014

Page 235

1      A.   Well, I think, every time that we've done

2   the debriefing with all staff afterwards, we share

3   with them that this is rather unique that somebody

4   would invite you in to snoop around in your back

5   yard and give you total access to find any dirt.

6   And so that's rather unique but also an important

7   piece of the programs like this; because you can

8   have drift in issues that can go, you know,

9   unaddressed.  And so we try to certainly let the

10  program know that's a -- that's a very powerful kind

11  of intervention that they've introduced.

JAMES HAAVEN   10/17/2014

Page 236

14        Q.   BY MR. IKEDA:  Mr. Haaven, in front of you
15   is what's been marked as Exhibit 8.
16            Do you recognize that document?
17        A.   Yes.
18        Q.   What is it?
19        A.   It's our site visit report for MSOP for
20   2012.
21        Q.   And so that's the report that you and the
22   two others drafted; correct?
23        A.   That's right.

JAMES HAAVEN   10/17/2014

Page 237

15      Q.   BY MR. IKEDA:  So, Mr. Haaven, are you

16  familiar -- I think in your December 2012 report, so

17  that's Exhibit 8 that you have in front of you, you

18  -- A couple of the things that you identified in the

19  "facility and treatment environment" section, so

20  we're looking on page 12 and 13 --

21      A.   Yes.

22      Q.   -- is you testified about how you and the

23  two other experts were skeptical about the AMS, how

24  useful the AMS would be, and it turned out to be

25  positive.  Right?

JAMES HAAVEN  10/17/2014

Page 238

1    A.   Yes.

2    Q.   And then one of the other things you

3  identified was clients -- if you look at the last

4  sentence of the second paragraph:  "Clients are also

5  being allowed to choose roommates with staff

6  approval, which the clients also see as positive."

7       Do you see that as a positive development

8  for MSOP?

9    A.   Yes.

10   Q.   And why is that?

11   A.   Well, again, I think that who you live

12  with is a very significant decision that a person is

13  allowed to have.

14   Q.   Does that go to sort of the theme that we

15  had talked about earlier regarding the softening of

16  MSOP?

17   A.   Softening of the environment and the

18  empowering, clients feeling more empowered.

19   Q.   Because, in fact, in January -- in your

20  January 2014 report, in that same section, you talk

21  about how the environment is less restrictive and

22  clients have more freedom of movement; right?

23   A.   Yeah.  You said 2014?

24   Q.   January of -- So that would be --

25   A.   Oh, yeah.

JAMES HAAVEN   10/17/2014

Page 239

1        Q.   -- your 2013 report?

JAMES HAAVEN   10/17/2014

Page 240

2      Q.   Do you see that at other programs?

Specifically when you were at Wisconsin, did they

use double bunking?

5      A.   Boy, I can't remember now.  All I know is

some -- most programs had multiple housing and

double bunking.  Some do not, but my experience is

that the majority have that, but I'm trying think.

9           Let me think here.  Wisconsin?  It seemed

to me in Wisconsin most of the housing was single.

familiar with any
17   person in the MSOP program, who has been discharged
18   from the program without participating in treatment?
19        A.   No.

JAMES HAAVEN   10/17/2014

Page 247

21        Q.    Okay.  We can move on.

22              So, we were talking about phase 1 earlier,

23    and Mr. Ikeda, when he was questioning about you

24    that, he -- I believe your response was along the

25    lines of that phase 1 serves as a preparatory

JAMES HAAVEN   10/17/2014

Page 248

1    process before going to sex offender specific

2    treatment.  Is that --

3         A.   Yes.

4         Q.   -- accurate?

5              So is sex offender specific treatment --

6    Outside of the benefits of the rule -- learning to

7    follow rules and the structure, is there a sex

8    offender specific treatment offered to a client in

9    phase 1 at MSOP?

10        A.   Well, maybe I should -- Let me -- Let me

11   clarify.

12             When I say that it's more focused sex

13   offender specific, if we looked at "is it part of a

14   sex offender programming?" certainly the first stage

15   is, because the first stage is, again, motivation

16   and involvement and engagement of the individual in

17   the process.  So, in a sense, that's the sex

18   offender specific focus.  When you move to the next

19   phase, it's focusing more on the specific strategies

20   on how one manages their sexual offending pattern

21   itself.  So that's sort of the distinction between

22   the two.

23        Q.   But that sort of treatment regarding sex

24   offender specific patterns and offending, is that

25   offered in phase 1 at MSOP, as far as you know?

JAMES HAAVEN  10/17/2014

Page 249

1          A.    My understanding is that's not the intent.

**A**

**Abel** 69:22 71:8,10
**abilities** 162:17
**ability** 58:20 77:17 82:5
94:21 178:23 191:25
203:5 204:18 227:25
241:24 242:20
**able** 29:4 36:7,9,17,22
37:7,19,25 41:11 47:16
47:18 72:22 86:10
89:22 90:3,3 91:2 95:4
96:24 97:8,8,9,18 98:4
99:15 106:6 108:16
156:18 187:11 188:24
**abridged** 150:20
**absent** 212:10
**absolute** 163:8
**Abuser** 220:13
**Abusers** 11:5 209:10
**academic** 58:21 104:12
**accept** 244:23
**accepted** 174:24
**access** 27:16 117:21,22
198:9 234:3,6 235:5
**accommodate** 25:4
37:14 232:24
**accommodating** 47:24
**accommodation** 74:3
78:10 96:15
**accommodations** 125:3
232:19,20
**accomplish** 39:23,24
40:2 203:8
**accountability** 78:16
120:5 190:21
**accounts** 188:11
**accreditation** 32:1 33:12
33:14,16,19 34:2,15,18
35:1,4 61:22 208:13,20
209:4,5 221:2,6,8,10
**accredited** 33:22 35:14
35:19 210:5,9
**accrediting** 33:15
**accuracy** 217:6

**accurate** 71:7 72:24 73:2
76:13 84:13 85:10 89:3
89:5 99:21,22 101:4
102:23 104:14 106:7
143:1 170:22 172:18
175:1 179:13 182:7
192:4 207:19 222:4
223:15 224:6,8 248:4
252:14
**accurately** 143:14
**achieve** 40:1
**achievements** 136:24
**acknowledged** 110:14
**acronym** 216:23
**across-the-board** 141:23
**act** 172:25
**acted** 33:17
**acting** 134:13 136:14
**action** 4:15 5:19,20 7:10
7:15 13:25 16:17 17:18
34:23 36:24
**actions** 105:19 139:25
**active** 48:18 161:8
**actively** 11:4,6 33:16
35:7,9 45:11 49:6,14
77:9 102:3 243:10
**activities** 51:4,7 104:3
134:25 153:10,11
178:25 225:3,12
**activity** 50:22 51:3,6
128:10 154:18,19
**actual** 21:18 25:17 38:11
67:23 68:15 95:23
96:15 107:9 111:25
179:19 180:5 200:21
**actuarial** 13:3
**acute** 183:22
**ad** 74:18 75:6
**adapt** 74:17,19 81:23
123:13
**adaptations** 105:23
123:20,24
**adapted** 74:14 124:3
221:8
**adapting** 73:25 100:12

123:12,15 169:16
**add** 18:22 184:16
**added** 19:6
**addition** 62:3 72:1
234:22
**additional** 18:24 19:5
55:20 146:19 157:23
234:21
**address** 52:6 77:19 85:17
104:11,15 105:19
125:25 126:20 145:11
150:21 167:2 185:7
189:11 191:5 198:14
211:22 242:2
**addressed** 66:19 73:17
73:19 78:7 95:8,18
104:18 138:20 145:12
148:7 164:23 165:3
170:2 184:13 222:21
228:17
**addresses** 72:19
**addressing** 96:12 101:12
126:1 165:4 176:10
178:12 199:17
**adequacy** 184:1
**adequate** 81:13 107:17
149:2 159:16 180:11
184:7
**adequately** 162:12 163:4
**ADJOURNED** 251:25
**adjudicated** 112:7
**adjusted** 163:4
**adjusting** 162:18
**adjustments** 96:10
**administered** 70:10,23
**administration** 27:21
57:19
**administration's** 58:1
**administrative** 180:14
190:6,8,22 229:22,24
230:10
**administrators** 27:19
190:10 231:18 240:16
**admitted** 106:12
**adolescent** 198:21

199:12
**adult** 60:10 156:5 175:5
198:15,19 199:8,15
200:1 227:22 241:22
242:11 250:10
**adults** 250:16
**advance** 213:2
**advantages** 197:8,10
**adverse** 185:25
**advisory** 18:1,24 23:19
23:22 139:5,6 212:14
**affect** 89:8 101:6 102:17
103:2
**affiliated** 130:22
**affirmatively** 241:2
**afternoon** 207:4
**age** 175:13
**agencies** 38:4 81:19
139:16
**agency** 139:7
**agenda** 26:22,22
**ago** 5:12 18:15 22:13,16
22:20 23:5 33:10 37:2
56:8 85:19 99:23
130:13,21 228:2
**agree** 47:1 55:5 66:12
94:16 134:3 144:24
214:11 249:6
**agreed** 246:23
**agreement** 7:15,19
**Ah** 6:25
**ahead** 21:1 65:21
**aided** 252:11
**al** 1:6,10 4:11,12
**alarms** 107:18
**alerts** 78:6
**allocated** 168:2
**allow** 152:12 192:15
**allowed** 89:1 90:18 92:19
238:5,13
**allowing** 189:17,17
**allows** 109:8 179:25
**Alpha** 60:17 63:25
**alternative** 31:3 54:12
72:20 74:23 75:8,10,19

75:25 76:6,8,19,21
77:12,15,22 79:13,24
82:8,10 83:3,4,17
84:10 88:10,20,23
90:16 93:6 95:9,15
96:9,17,20,24 97:9,18
98:5,20 105:10 106:10
106:13,17,23 108:2
120:22 121:1 156:4
162:19,24 163:3,6,13
163:24 173:12,16
175:9 229:5 242:24
243:2
**alternatives** 83:10 95:20
**Amendment** 3:16
**amount** 32:14 38:16
55:24 56:9 59:19,23
60:9 111:18 119:16
124:20 135:14 138:8
161:22 176:23 179:19
180:23 194:3,4 195:10
**AMS** 185:7,10,15,18
186:11,19 187:10
237:23,24
**analogous** 247:11
**analysis** 91:10 150:2,9
150:24 151:5
**analyzing** 158:11
**Andrews** 128:2
**anger** 134:11 172:2
**annual** 3:14,15 9:12,15
18:18 21:15 23:7 36:2
39:7,12 52:12 113:4
132:4,25 142:4,14
145:23 203:12 207:13
212:22 233:23
**answer** 6:1 39:3 84:18
90:4 123:19 150:14
164:2 203:21 215:3
230:19
**answered** 92:24 247:15
**answers** 6:5
**anybody** 8:24 9:8 36:18
134:16 250:4
**anymore** 109:4 130:11

157:3 200:3 201:22
**anytime** 6:17 29:8 77:4
89:10,17 94:25 95:3
175:16 177:17
**anyway** 128:12 187:7
**apologizing** 213:1
**appeal** 215:15,16 216:2,3
216:10
**appearances** 2:9 4:17
**appeared** 172:15 252:5
**appearing** 8:8
**appears** 63:23 181:17
224:4
**appendix** 113:9 118:3
142:17
**applicable** 15:5,9
**applied** 216:24
**applies** 141:23
**apply** 34:3
**appreciate** 207:1
**approach** 31:15 52:2
79:4,5 93:25,25 115:2
119:2,17 170:9 171:6
171:18 178:11 183:19
191:17 219:1
**approaches** 91:13
105:23 166:8
**appropriate** 39:19 41:4
54:16 80:18,20 81:16
82:4 85:24 91:7 96:13
110:3 118:19 122:15
122:21 129:24 159:17
176:6 183:1 205:1,5
229:2,14
**appropriately** 183:1
**approval** 238:6
**approve** 215:16
**approved** 205:5 215:11
**approximately** 21:5 37:1
218:14
**apt** 245:8,11
**arbitrarily** 93:14
**architectural** 52:2
**area** 10:22 11:16 15:1
18:4 19:24 22:21 26:11

30:7 31:7 52:4 58:3
68:7 69:3,11,11,13
70:20 97:4,4 100:22
105:12 106:14 107:14
109:20,21 126:16,17
135:15,15 154:11
157:22 159:3,4 160:1,3
160:6,8 172:1 184:18
198:24 199:3,4,23
201:18 208:15 220:15
221:23 223:16 230:5
241:17 249:2 250:18
250:19
**areas** 14:18 24:22 25:2
25:22,25 26:18,19,20
31:8 50:22 67:12 68:5
68:16,21 84:1 86:15,16
100:20 101:17 126:12
146:6,7 148:6,8 156:16
167:4,6 171:24 172:3
189:17 195:14 199:1
210:17 212:15 219:19
219:21,23 220:4,9
221:22 234:19,25
250:20
**argue** 214:9
**argument** 65:3
**Arizona** 21:25 22:4,6,11
**Armadillo** 12:15,16,17
13:17 14:8,12 15:3
**Armadillo.net** 13:1
**arousal** 70:3,5,9 71:18
**arrangement** 196:24
**arrangements** 81:5,6
**array** 27:18 81:11,18
110:5 225:2
**articles** 11:23
**articulate** 36:12
**articulated** 40:10 164:4
167:12
**arts** 10:12,13
**aside** 186:12 229:20
236:24
**asked** 19:17 20:3,8 25:22
25:25 28:12 30:19,21

43:12 92:23 117:25
137:22,23 158:20
181:10 208:13 217:22
228:13 230:20 232:7
233:14 234:7,10
235:12 247:15 249:5
**asking** 42:13 93:1 213:8
245:22
**asks** 234:24
**aspect** 50:12 52:6 225:7
**aspects** 126:14
**assertive** 30:23
**assess** 70:19 107:5
**assessing** 70:9
**assessment** 12:12,14
13:5 69:22 70:8 71:8
71:10 243:18
**assessments** 32:5
**assist** 13:6 38:10
**assistant** 4:20 207:7
**associated** 8:15 130:22
172:5 227:2
**Association** 11:4,12
209:9 220:13
**assortment** 100:9
**assume** 31:14 206:8
**assumed** 43:9 91:8
**Assumes** 41:18 93:17
98:10 136:6 245:17
**assuming** 7:23 70:14
93:14 106:4 245:9
246:3
**ATSA** 11:9 209:24
**attached** 43:3
**attachments** 172:4
**attempt** 80:7
**attempted** 195:18
**attempting** 32:17
**attempts** 80:6
**attend** 156:1 209:24
**attended** 10:9 11:8 62:22
151:21 155:8
**attention** 10:23 24:25
31:6 47:23 52:5 62:15
66:25 76:16 80:10 83:9

83:15,20 85:20,23 94:4
95:22 96:1 97:5 98:14
100:1,20 101:15 102:9
114:25 118:25 119:2,4
119:18 138:2,8,19
146:8,19 152:21
153:11 157:6,21,23
158:8 159:3 166:7
167:4,5,14 173:20
183:14,14,21 185:21
186:4 202:15 204:7
230:5
**attentiveness** 47:16
48:18
**attitudes** 103:11,24
192:9
**attitudinal** 86:17
**attorney** 2:17 4:21,21
207:7
**attorneys** 4:16
**audible** 142:22
**audit** 32:10 117:17
**audited** 169:12
**auditing** 32:12
**auditor** 114:3,5,12,17
**auditors** 46:1 52:9 132:6
203:14
**auditor's** 57:2,15 65:21
77:13 114:19 142:7
230:16 231:2 240:12
**audits** 183:11,12
**Australia** 14:20
**authentication** 223:21
**authored** 142:17
**authority** 190:21 191:8
**authors** 12:14 13:9
**available** 14:7,25 53:18
54:5 122:7 205:2
206:25
**Avenue** 2:7
**average** 60:14
**aware** 8:14 24:3 38:22
41:7 42:20,23 44:3
45:2 58:12 73:10 77:19
79:20 81:15 91:1 98:19

102:11 105:17,18
106:21 128:6 136:19
139:7 140:2 149:17
185:9 199:11 204:20
242:6,10,12,14,18,20
**awful** 196:3
**a.m** 2:6

---

**B**

**B** 205:11
**bachelor** 10:12
**bachelor's** 10:8
**back** 18:16 19:22 30:2
31:17 40:8 41:1 48:24
52:9 53:8 56:5 62:17
64:21 65:19 67:14 84:5
88:9 104:13,16 110:25
112:16 132:18 139:2
144:23 146:10,21
149:5 157:18,19
158:23,23 166:5,13
167:11,22 193:11
196:21 204:2 222:18
229:19 235:4 236:12
251:16
**background** 10:4,6
46:17 57:11,21 58:4
**backgrounds** 57:23
**back-ward** 158:7
**back-warded** 161:10
**bad** 31:20
**balance** 85:6 118:15,19
139:25
**balancing** 140:8
**Barbeau** 190:11
**barrier** 90:1 138:15
149:8 163:12,19,23,23
191:16
**barriers** 39:19 40:4,4,6,9
40:12 52:3 78:3 95:18
95:18 99:18 105:15
135:25 145:18 147:6
164:4,7 202:11 215:18
**base** 128:20 148:13
**based** 93:24,25 94:12

165:6 177:15
**baseline** 23:19
**basic** 46:23 143:15,15
225:6
**basically** 34:25 173:3
193:11
**basis** 24:4 174:4 212:22
220:24
**battery** 70:2,9
**bear** 105:1 215:3
**becoming** 47:19 214:1
**bed** 236:7
**beds** 160:10
**beginning** 46:11 76:5
111:2 249:4
**begins** 4:2
**behalf** 1:16 2:15,23 4:19
5:4
**behavior** 68:23 72:2
136:21 137:14,15,19
172:10 205:25 229:11
**behavioral** 10:14 26:11
47:6 66:20 67:11,24
68:5,7,16 94:3 119:3
119:17 135:19 136:9
136:17 157:8 166:9
184:25 206:11
**behaviorally** 67:20 69:15
**behaviors** 173:2 225:14
225:14 226:6
**believe** 5:17 9:16,17,18
10:19 18:13,15,19,19
19:19 22:2 23:8,10,17
30:18 33:25 35:12,20
43:1,12 51:19 53:23
56:9 59:7 60:5 62:9
73:5 78:18 85:22 87:9
99:24 101:20 102:2
110:12 113:4 124:14
125:25 127:7 147:9
149:15 217:16 247:24
**believed** 229:13
**believes** 79:15
**belong** 200:12 246:21
**beneficial** 131:2,5,13

149:25 151:11
**benefit** 34:14 47:17,20
48:3,19 80:2,13 99:16
104:22
**benefits** 248:6
**Benson** 1:10 4:12
**BEOVICH** 2:6
**BER** 137:22
**BERs** 137:25 138:6,18
138:22
**best** 6:25 28:17 35:6
39:14,19 45:18 59:17
59:24 118:21 170:14
171:6 181:22 207:22
208:1,6 209:2 211:1
212:9,13,23 219:15
220:5 224:6 233:8
249:5,7,10,17
**beta** 156:6
**better** 31:11 32:13 35:10
66:22,23 84:4,5 169:20
184:12 189:7 190:1
222:2
**beyond** 49:17 69:18
188:3 226:4
**biased** 190:23
**big** 32:3 35:13
**bigness** 189:7
**Bill** 21:11 23:1 195:13
**bit** 35:16 40:13 59:21
65:21 79:3 93:23 105:7
111:9 118:5,14 122:13
155:13 168:6 179:3
213:1 236:1
**black** 141:9
**blanket** 89:8
**blended** 86:4
**blind** 141:22
**block** 94:10
**blocks** 105:6
**blush** 187:7
**board** 93:9,13 123:16
131:21 141:10,21
**Bob** 21:11 23:1 144:12
195:13

**body** 9:24 141:7
**Bonta** 128:2
**book** 11:24,25 12:1,7,8
  111:3,25
**books** 12:12
**boss** 29:8 226:6
**bottom** 53:11 99:1
  139:19 144:18 151:19
  151:21 152:1,3 161:13
  164:13 179:7 181:23
  190:7 240:15
**bounced** 193:11
**boundary** 177:19
**Bower** 13:18
**box** 141:9
**Boy** 95:1 240:5
**brain** 100:15
**break** 6:16 65:10 110:19
  153:24 167:17
**breakdown** 166:12
**breaks** 152:12,15,16
**Bremer** 2:19
**brevity** 217:3
**brief** 5:24 153:1 196:23
  239:8
**briefly** 6:22
**bring** 14:2 138:2 149:25
  168:14 186:23 198:25
**brings** 202:15
**broad** 14:13 30:6 32:25
  39:22 43:21,24 75:25
  75:25 81:11 103:25
**broader** 20:7 34:12
  47:25 89:8 134:24
  175:15 200:16 202:6
**broadly** 218:24 219:2
**broken** 72:1
**brought** 7:13 19:25
  105:1 211:4 212:21
**buffer** 135:4
**build** 171:22
**building** 51:12 94:4
  119:18 166:9 168:3
  171:8,14,19,21 173:9
  218:25 225:22 226:4

**bullet** 55:1 60:8 66:7
  83:1 84:9 88:15 99:2
  108:4 109:5 231:1,6,15
  231:22 240:14 241:18
**bunch** 153:8 189:19
**bunked** 160:18,20
**bunking** 239:23 240:4,7
**business** 226:18
**button** 71:15
**buy-in** 37:12
**B-36809** 3:16

---
### C

**C** 205:11
**calendared** 154:5
**call** 31:9 32:1 38:3 48:1
  59:17 71:11 101:21
  134:25 152:22 158:7
  159:3 160:11 188:10
  196:7 216:4,19 217:1
**called** 4:24 9:3 12:1,15
  20:1 54:21 111:13
  141:9 209:9 235:19
**calls** 84:16,17 206:17
  244:12 247:14
**Cambridge** 80:8,16
  81:14 83:14,18 176:19
  176:21 177:2 204:5
**camouflage** 188:19
**camouflaged** 188:10,24
  235:17
**campus** 90:15,16 130:24
  130:25 196:24 197:3,4
**campuses** 197:5
**Canada** 14:17 35:4,9
  127:22 168:24 169:13
  169:24 209:5
**Canadian** 64:18
**capability** 204:17
**capacity** 7:12,13 94:11
  145:17
**caption** 252:6
**care** 129:12 149:16
  176:14
**carpeting** 50:21

**carried** 118:8
**carve** 250:19
**case** 4:14 7:3,9,12,17
  54:8 90:23 97:22 108:7
  117:20,24 125:20
  187:5 200:5 204:25
  249:22
**cases** 6:22 95:12 97:21
  105:21 107:10,22
  167:4 201:6 202:15
  204:25
**catch** 79:7 152:17
**catches** 78:15
**category** 119:6
**causal** 149:7
**cause** 56:3
**cautioned** 177:19
**caveats** 205:23
**cell** 159:23
**central** 46:9 72:13
**certain** 61:13 87:19
  89:21 99:5 107:22
  132:1 159:24 171:25
  174:17 189:18 199:1
  220:10
**certainly** 8:15,19 14:15
  14:16 29:19 38:8 67:14
  77:3 80:5 86:15 97:4
  132:19 137:9 138:15
  148:7 161:4 193:15
  235:9 243:1 248:14
**CERTIFICATE** 252:1
**certificates** 10:17
**certification** 32:1
**certifications** 10:25
**certified** 2:4 10:18,18,20
  10:24,24 252:2
**certify** 252:3
**chance** 155:3
**change** 9:23,25 38:12
  55:14,24 56:9,12,19
  68:14 76:21 77:7 86:22
  90:9 93:13 96:14 120:8
  120:10 123:3 128:13
  134:12 140:17,22

  146:8 147:1 158:13
  171:6 225:6,9 227:4
**changed** 28:19 52:15
  53:21,22 57:4 73:20
  74:13 86:6,7 88:5,8
  93:5 101:23 132:2
  140:15
**changes** 26:21 54:25
  55:3,12,13,25 96:19
  97:17 116:18,21 140:3
  143:20 146:22
**changing** 58:17
**chapters** 12:11
**characterization** 192:4
**characterize** 70:4
**characterized** 242:7
**charge** 158:18 193:16
**chart** 32:10,12 52:13
  68:4,19
**charts** 32:9,19 33:11
  117:22 118:1 182:24
  183:4,5,10,12
**check** 176:11
**checking** 10:20 30:9
**checks** 32:18
**child** 175:14
**childlike** 175:18
**choke** 116:13
**choose** 238:5
**choosing** 239:16
**chose** 117:23
**chronic** 148:11
**circumstances** 53:17
  249:22
**civil** 2:2 3:12 4:14 5:18
  10:9 17:20,22,23 20:5
  21:16 26:9 36:24 49:10
  53:4 60:6 61:25 114:3
  130:18 156:23 173:23
  181:9 200:13 209:18
  214:6 218:15,23
  220:16,17 224:17
  252:4
**civilly** 157:1 198:18
  199:7 216:9

**clarified** 213:24
**clarify** 176:6 246:17
  247:17 248:11
**clarity** 66:20 67:24 69:9
  185:1
**class** 5:20 7:10,15 16:17
  17:18 34:23
**classes** 58:25
**classroom** 73:23
**clean** 6:19
**clear** 6:2 36:2 62:25
  92:25 119:17 129:1
  131:22 136:2 143:18
  245:21
**clearer** 135:19,20
**clearly** 83:15 92:12
  95:25 105:25 106:2
  135:24 162:4 214:17
  222:20 228:16
**client** 31:21,23 43:23
  71:25 72:2,4,8 101:1
  102:20 103:5 104:15
  123:14 124:22 125:15
  127:2 135:8,12,14
  137:20 139:21 148:13
  150:21,22 155:8,9,10
  200:14,15 229:14
  233:12,16 243:5 248:8
**clients** 27:13,20 28:4
  30:11,15 31:2,10,22
  46:21 50:24 53:18 54:5
  56:5 71:23 72:19,22
  73:4,14 75:10 76:8,10
  76:22 77:11,14 79:15
  79:21,23 80:1 82:23
  83:5 84:10,12 87:2,11
  87:13 88:22,23 90:18
  90:21 92:13,16 94:11
  94:13 98:17 99:4,10,11
  100:17,25 102:3,13,16
  102:17,19 103:1,2,4
  104:5,12 105:24
  106:12 108:3 115:6,6
  115:15 117:7,8 122:16
  122:22 124:8,9 129:15

132:17,20,23,24 133:6
  133:20,25 140:1
  144:22 148:19 151:6
  155:23 161:9 162:9
  164:11 168:4,13
  173:15,19 175:5,18
  176:6,24,25 178:8,24
  186:5,10 188:17 190:1
  190:12 191:10 199:21
  218:13 222:4 224:5
  225:25 233:20,23
  238:3,4,6,18,22
**clinic** 27:25
**clinical** 20:15,18,23
  24:18 25:1,15 26:24
  27:2,6,9,25 33:1 57:20
  57:20 58:3,4 79:14
  100:8 117:6 143:6
  179:8,9 180:15,20
  182:1 190:9,10 193:20
  193:24 212:16 230:7
**clinically** 178:8
**clinical/reintegration**
  190:14
**clinician** 10:18,24 16:9
  38:24 57:9 231:8,13
  240:14
**clinicians** 27:12,19,22
  28:1,5,6 29:16 57:4,22
  58:2,4,10 72:2 102:19
  103:5 230:21 231:10
  231:19 240:17 241:1
**close** 190:24
**closely** 74:24
**closest** 191:1 209:3
**cognitive** 72:19 74:6
  75:20 77:15,21 93:24
  94:3,21 96:11,11 99:5
  119:3,17 162:17 166:8
**cognitively** 94:12
**cognitively-based** 76:9
**coin** 197:12
**collaboration** 182:6,16
  182:20 183:17
**collaborative** 182:4

**collect** 103:19
**collection** 17:23 50:21
  189:17
**collectively** 193:23
**college** 10:10
**combination** 148:12
**combine** 110:3
**come** 8:17,21 17:15
  19:17 23:20,23 34:17
  35:13 39:13 52:11,25
  55:19 60:21 92:2 101:8
  127:18,21 132:4 133:5
  144:15 162:17 175:22
  188:15 189:24 197:2
  198:11 203:12 208:20
  209:3 232:8
**comes** 64:21 91:24 151:7
  169:7 251:7
**comfortable** 183:11
**coming** 26:16 30:2 48:6
  48:7 82:7 91:23 133:1
**comings** 188:1
**commencing** 2:5
**comment** 135:16 209:23
**comments** 121:24 148:19
  189:14 205:7
**Commission** 33:18 34:17
  34:25 61:17 208:14
  210:8
**commit** 198:18
**commitment** 17:20,22
  17:23 20:5 21:17 26:9
  49:10 53:4 60:6 61:25
  114:4 130:19 156:24
  173:23 181:9 200:13
  209:18 214:7 218:15
  218:23 220:16,17
  224:17
**commitments** 112:12
**committed** 26:9 157:1
  191:23 199:8,16 216:9
**committee** 102:2 177:10
  189:25 215:13
**common** 66:3 69:3 70:8
  134:11

**commonly** 53:15
**communication** 230:1
**community** 10:10 15:7
  37:14,19,22 38:1,2
  42:5 52:1 62:4,20 82:1
  82:3 92:3 111:23
  129:13,16,20,25 130:8
  130:17 131:4 134:21
  135:2,3 144:23 174:25
  176:23 190:25 233:2,4
  243:20
**community-based** 81:7
**comparable** 51:13 188:8
  246:4
**compare** 218:19
**compares** 218:15,21
  245:25
**comparing** 220:23
**comparison** 245:8,11
**compelled** 139:9
**compensation** 211:23
  226:1,2
**competence** 58:19 59:11
**complaints** 222:6,12
**complete** 72:22 76:9,11
  94:12,22 98:4,6 163:7
  202:19,22,25 203:2
  204:14 205:6 234:3
**completed** 10:11,13 74:8
  123:3,5 124:4 203:17
  203:25 205:24
**completing** 75:4 144:2
  205:20 243:15
**completion** 14:9 76:23
  204:3,6 205:10,19
**complex** 42:9 51:16 64:7
  189:3
**complexity** 235:25
**compliance** 47:11,22
  48:15 213:25
**comply** 46:22 47:6 48:12
  157:13
**complying** 47:3
**component** 47:12,14
  51:2 129:14 212:14

components 42:1,15
  103:20 145:15 171:14
  226:16 249:9
comprehend 75:4 123:8
comprehended 73:14
compromise 212:17
compromised 148:14
  196:12
computer 252:11
concept 135:2
concepts 46:23
conceptualization 169:6
concern 25:2 26:20
  29:15 40:15 42:19 53:6
  53:7 77:13 85:5,19
  101:10 110:9 124:12
  124:14 130:3 133:13
  135:13 137:12,18
  156:16 159:7,18
  164:18 165:1,3,4,13,24
  166:2,21 167:6 170:24
  173:25 177:17,24
  178:2,3 179:4,16
  180:18 182:9 183:23
  183:24,25 184:9,20
  189:7,8 190:16 191:5,9
  194:15 195:23 197:2,6
  198:1,6 199:17,20,23
  200:16 201:9 202:3
  203:15 210:17 214:24
  223:16 234:20 244:20
concerned 59:8,15 124:7
  149:4 159:14 173:22
  183:16 191:13 194:8
concerns 8:16,19 28:21
  52:1 85:21 133:6 134:2
  134:6 174:11 175:3
  178:20 182:1 185:22
  199:5 219:8 223:6,9,10
conclude 243:19
concludes 251:5
concluding 245:6
conclusion 43:17 55:6
  82:21 84:17,25 94:17
  128:17 206:18 208:9

222:24 229:16 244:13
  245:17 247:15
conclusions 221:11
concurrent 137:17
condition 48:2
conditions 43:14
conduct 179:11
conducted 63:1 73:16
  115:4 132:5
conferences 11:3,8
  209:25
confined 200:12
confinement 16:1
confirm 179:4 223:23
confused 43:13
confusing 184:11
congruent 213:18
connected 172:8
connotation 169:21
conscious 161:7
consensus 220:21
Consequently 128:17
consider 70:18 162:9
  177:10 197:20 221:19
consideration 196:10
considerations 249:19
considered 64:19 165:11
  165:14,21,25 166:4
  169:18
considering 35:16 40:3
  54:19
consist 126:11
consistency 122:2 123:11
  125:4 180:22 184:19
  191:1 197:10
consistent 123:16 127:13
  178:15 197:3 207:22
  208:5 212:23 214:5
  217:5 219:15 231:24
  232:4 233:8
consistently 184:14
  229:23
consists 53:14
consolidation 122:2
constitute 205:20

constitutes 252:14
constraint 42:10
constraints 80:19
constructed 51:11
consult 8:24 22:11
consultant 5:18 7:7 14:2
  221:7
consultation 21:14,17
  22:18 193:9 234:21
consulted 21:23
consulting 14:16 15:14
  15:18,19,24 16:3 17:21
  22:9 193:16
contact 31:10 191:7
  192:1
contacted 19:15 43:4
  151:4
contacting 25:15
contain 205:9
containment 50:10,11
content 25:17 135:10
  143:21
context 8:18 169:3,23
contexts 169:1
continual 67:15 100:3
  165:1
continue 101:6 129:13
  138:17 159:18 164:15
  183:1 217:10
continued 54:1 100:1,20
  152:20 161:8 163:9
continues 23:7 124:16
  175:3 176:1
continuing 71:20 173:10
continuity 55:4 129:12
  176:14 190:24 191:1
  191:14
continuum 160:11
  171:17
contract 193:3,6,18,25
  194:3,10,17,20,23
  195:18,19,21,23
contracted 108:10,21
  109:3 221:5
contracting 108:6

contracts 195:12 225:24
contradiction 226:20
contradictory 28:21
contraindicated 65:2
  214:23
contrast 231:20 240:19
  243:12
contribute 124:17
contributed 55:3
control 40:13 80:17
  136:18
conventional 31:3 121:4
  121:7 156:3 176:25
  182:1
conversation 237:7
convictions 199:9,15
  200:1 250:10
cooperation 38:1 68:24
coordinate 27:1
coordination 190:15
copy 217:15 237:11
core 170:20
correct 113:16,22 134:15
  136:12 169:19 207:14
  208:2,22 212:11,12
  222:16 223:5 227:25
  230:1 231:13 236:22
  237:5 241:25 247:12
correcting 137:14
correction 91:24 168:12
  168:23
correctional 45:5 49:25
  86:9 91:17,23 92:2,5,9
  92:14 111:14 168:2,7,9
  168:11,12,13,16,19,21
  168:24 169:3,4,7,9,12
  169:22,23 170:11
  185:23 192:6
corrections 49:20,21
  50:4 60:14,19 170:4
correctly 22:24 59:22
  164:20 194:1 212:20
  218:17 228:20 231:22
  249:16
corresponding 68:5

counsel 252:9
counseling 122:4,7
 159:13
counselors 57:3 178:24
count 188:13,24
counted 69:8 187:16
 188:11
counter 136:25
counter-productive
 94:15,24
counter-therapeutic
 52:6 89:20 141:19
counting 188:16,19
countries 12:25 13:21
 14:21
country 13:10 156:24
 225:18
counts 187:9,11,14,21
 188:9,12,15 235:13,17
couple 5:24 31:14 84:7
 85:18 87:15 91:12
 117:5 196:23 210:13
 225:1 237:18 239:6
 250:18
course 13:9 27:7 36:23
 37:24 40:11 49:8 50:7
 50:8 51:3 114:8 139:13
 187:8 193:21 200:25
 200:25 215:10
court 1:1 4:13 5:17 6:2
 6:10 13:25 200:7
 215:13,15,25 216:2,10
 251:13
cover 10:4 231:16
covered 185:6
co-authors 12:13 13:16
co-therapist 59:3
CPS 81:25 115:10
 177:12 190:8,12,13
 222:1,9
cracks 158:9
create 14:3 52:3 101:20
 138:14 177:18,22
 185:23 206:1 242:1
created 67:8 86:14 102:2

111:23 185:1
creates 78:16 187:16
creating 83:10,21 104:8
 138:9 177:15 178:11
 193:18
credit 124:20,21 125:7
 232:10
credits 10:10
criminal 57:23 112:9
 198:19 199:15 200:1
 230:22 250:10
criminogenic 168:4
criminology 127:19
 219:25 220:8
criteria 61:10 77:7
 106:12,16,20,21 107:10
 107:12,12,15 124:2,2
 124:25 164:16 201:11
 201:22 204:10 205:16
 205:16 206:4,20
critical 128:13 129:13
 194:15 195:24
criticism 64:3 99:8
 187:13
CSR 252:25
cultural 91:13 162:11
culture 103:24 104:8
 153:13 168:14,16
current 16:3 57:19 68:11
 88:23 125:20 142:8
 194:4 213:15
currently 25:10 75:13
 85:14 89:1,1 94:20
 120:24 132:15
curriculum 50:1 73:7,9
 124:2
cut 211:13
cycle 99:12

_____
 D
_____

D 205:11
daily 47:24
damaging 102:13
date 23:4 41:11 113:18
 142:23

dated 223:24
dates 143:16
David 1:5 2:11 4:11,18
 5:4
day 32:23 33:3 111:2
 187:9 188:9 207:12
 221:16,16 250:8
 252:20
days 24:20,21 25:18,19
 32:15,21 33:3,5,6
 161:4,4
dead-end 158:6
deal 27:13 80:10 101:16
 141:14 147:16 158:8
 172:25 223:6
dealing 92:13 100:8,15
 110:6 157:10
debate 63:5
debrief 33:1
debriefing 32:24 104:2
 174:3 235:2
December 25:13 113:19
 122:10 217:25 237:16
decide 24:19 28:9 35:7
 219:21
decision 93:21 107:10
 182:4 183:7 215:22
 238:12
decisions 38:24 106:1
 215:5
decrease 129:5
defendants 1:11 2:23
 4:13,22 9:2 207:8
defer 198:22
deficiency 107:19
deficit 95:8 100:14 105:6
 107:1
deficits 72:19 104:12
define 203:3
defined 67:22 69:15
 119:15
defining 203:2
definitely 77:1 105:14
definition 61:1 67:1,24
degree 10:8,11,11,12,13

42:3 48:14,14 74:21
 77:2 88:2 104:21 105:7
 116:17,24 134:18,18
 170:2 189:13 202:14
 240:22
degrees 10:16 57:7
 230:22 231:19 240:18
deliver 149:3
delivered 60:9 163:22
 169:2
delivering 128:19 129:4
delivery 98:15 120:13
 170:14 180:5
democratic 155:11
demonstrate 47:5
demonstrating 39:17
 94:8
demoralizing 133:25
denied 107:23 234:6,9
Dennis 1:9 4:12
Department 60:13,18,19
 81:3 170:4
departments 182:6
depending 28:16 37:15
 117:15
depends 34:5 82:13
 156:14 203:4
deposed 6:23,24 9:4
deposition 1:15 2:2 3:11
 4:3 5:9,14,19,23 7:2
 8:7,23 9:11 251:5,25
 252:17
describe 10:5 50:17
 111:9 157:9 193:5
described 118:7 155:15
 157:7 172:17
description 3:10 67:11
 111:6
descriptions 135:19
design 80:23 118:9 214:5
designed 13:5 60:22
 63:22 144:21
designs 214:6
despite 206:14
determine 71:23 118:18

234:13
**detrimental** 90:11
  131:23
**develop** 13:6,24 14:3
  122:22 152:21 171:23
  172:3 176:3 226:6
**developed** 19:22 81:7
  83:3 122:15,21 169:11
  176:7 178:7 227:21
  241:20
**developing** 73:8 192:9
**development** 12:14
  81:21 173:4 238:7
**developmental** 11:13
  12:22 81:3
**deviant** 70:3,5,9,19
**devoted** 125:15 127:2
  128:19 129:3
**DHS** 109:7
**diagnosis** 242:24
**dictate** 24:24
**difference** 38:13 50:24
  121:24 170:8 173:9
  222:12
**different** 13:2 14:14
  23:18,22,22 29:11
  37:10 38:6 40:14 44:25
  44:25 50:5,8,18 51:8
  58:25 68:9,9,10,21
  69:14 76:22 80:3 81:12
  87:19 91:13 93:8
  100:16 102:7 104:1
  112:11 117:13 119:9
  119:14 121:20,21
  128:8 133:3 145:8,8
  146:5 149:12 153:3,6,8
  153:18,20 156:12
  166:6 169:22,25
  171:24 177:25 197:21
  222:1,8,14
**differently** 30:19
**difficult** 37:11 62:19
  63:6 148:20 197:19
  208:20 236:2
**difficulties** 74:7 77:21

106:25
**difficulty** 35:17 73:4
  99:3,20 108:5 198:3
**dignity** 175:4
**diminished** 178:25
**diploma** 57:24 58:11
  230:22 231:12
**direct** 8:18 179:11 180:5
**directed** 105:11
**direction** 36:25 110:15
  126:18 139:8 162:6
**directly** 80:22 180:19
  188:4 193:21
**director** 16:9,13 20:16
  20:16,18,23 24:18 25:1
  25:16 26:24 27:3,6,7,9
  33:1,2 79:14 143:6,6
  190:13 193:20,22,24
  230:7
**dirt** 235:5
**disabilities** 11:13 12:4,20
  14:5 15:21 16:20 75:21
  81:4 82:17 99:4 100:6
  104:12,25 111:7
  163:14
**disability** 81:21,22 82:14
  174:25
**disabled** 82:18 156:7
  175:5
**disadvantages** 197:8
**disagree** 214:12,13,14
**discharge** 41:8,9,12
  97:10 98:21 133:21,24
  190:13 200:24 201:11
  203:6,16,24 204:24
  215:1,1 216:9 242:9
  243:15
**discharged** 97:19 133:21
  215:6,6,23,24 242:13
  242:17 244:9,17
**disciplines** 182:3
**disclosures** 71:2
**discontinuation** 194:16
**discussed** 202:13 232:18
  235:24 241:20

**discussion** 9:1 27:9
  29:15 77:25 79:2 98:22
  107:8 108:15 119:9
  149:23 150:10 186:9
  202:16 232:18,22
  243:1,9 250:21
**discussions** 8:16,18,22
  20:8 49:24 50:19 80:6
  95:20 97:3 114:23
  125:1,1 139:25 140:4
  152:11 174:1 178:11
  189:23 199:5
**disinhibited** 225:14
**disorders** 15:23 100:9
**disruption** 56:3,4
**disruptive** 47:19 131:25
  157:11 158:5 187:25
**distinct** 197:5
**distinction** 248:21
**District** 1:1,2 4:13,14
  5:17
**diversion** 52:8
**diversional** 51:7 134:25
  225:3,7 226:8
**DOC** 63:25
**document** 8:3,5 113:6,12
  114:8 142:11,21 144:8
  176:4,8 227:8,13 228:8
  228:16 236:16
**documentation** 135:6,7
  135:14,20 137:9
  178:15 182:23 183:20
  184:6,8
**documented** 79:4 135:18
  135:24
**documents** 149:12 151:4
  237:4,9
**doing** 14:18 17:21 20:2
  21:2 22:17 29:19 33:15
  51:2 58:24 59:1,1,2,3
  64:23 71:24 73:23 74:2
  74:9 75:6 78:17 83:25
  91:8 102:4,6 108:11
  117:17 153:3,9 154:9
  180:13,21,25 188:15,16

196:5 207:13 213:1
  225:22,24
**dosage** 60:4
**double** 69:8 160:18,20
  239:22 240:4,7
**Doug** 13:18
**downloaded** 193:13
**Dr** 19:7 20:17 190:11
**draft** 125:24 143:24
**drafted** 236:22
**drafting** 143:9
**drafts** 143:11
**draw** 92:8 168:25 221:10
**drawing** 127:16 169:8,10
  171:17 219:24
**drawn** 146:8
**drift** 100:8 180:21
  212:16,16 235:8
**drive** 237:1
**due** 16:17 95:5 133:22
  179:1
**dues** 10:21
**duly** 4:24 252:7
**duties** 109:17
**duty** 84:22
**DWF/JJK** 1:8 4:15
**dynamic** 68:3,4,8,15,20
  120:3 125:14,19 126:2
  126:9 172:5 222:20
  228:17

### E

**earlier** 60:2 116:7 130:9
  131:15 155:13 168:6
  179:3 207:11 210:3
  213:5 228:13 232:7
  233:15 235:13 238:15
  247:22 249:12 250:12
**early** 6:25 61:19 131:18
  237:8
**easier** 148:9
**easiest** 113:25
**easily** 175:17
**easy** 100:10 147:14,22
  188:12 198:8

eat 188:14
edit 144:11
edits 143:19,25 144:8,13
  144:17
education 224:12,24
  231:8
educational 10:6,7 99:12
effect 37:16 90:9 137:2
  142:2 171:4 176:15
  185:21 191:10 225:15
effective 39:23,25 144:21
  145:3 167:25 168:2
  174:13 180:24 190:19
  222:21 228:18 229:2
effectively 158:24
  181:18
effectiveness 32:17
  62:23 150:11 188:5
effects 102:4,13 171:1
  186:23
effort 38:8 95:22 147:16
  147:25 188:18
efforts 77:19 83:24 99:18
eight 11:21 16:7 17:7
  53:25 195:11 211:16
  221:14
either 9:17 18:13 82:16
  144:7 146:8 157:12
  184:10 200:10 203:16
elements 72:2 128:13
  200:22
eleven 113:24 118:3
  122:18,19 125:11
  135:6 139:18,19
eligible 42:4 231:20
  240:18
Elizabeth 190:11
embedded 137:9
emotional 172:1
emphasis 166:9
emphasize 118:10
empirical 126:15 174:12
empirically 125:14
  126:2,19
employees 209:24

240:21
employment 148:12
empowered 238:18
empowering 238:18
encountered 82:16
ended 41:1
ends 106:23
engaged 11:4,6 33:16
  35:9 36:14 49:6,7,15
  50:22 77:9 87:10,13
  88:1,3 102:3 104:6
  105:10 196:8 214:1
  243:10
engagement 7:18 28:3
  87:22,24 214:18
  248:16
engaging 87:2
engineering 10:9
England 49:7
enhance 173:3 190:15
enhancement 172:16
enhancing 153:13 187:2
enjoy 196:5
enrolled 218:13
ensure 122:14,20 125:12
  125:18 129:17 165:11
  165:21 229:25
enter 89:10
entire 105:14 201:13
entities 34:2 194:23
entity 139:7 150:10
  151:12
environment 47:22
  48:12 50:9,15 85:7
  86:14 87:7,10,14 89:9
  89:19,21 90:7,12 93:15
  102:5 134:9,22 140:16
  157:12 160:14 185:5
  185:24 187:17 188:5
  188:22 189:15 190:1,2
  191:3 192:8 237:19
  238:17,21
environmental 50:12
  52:7 90:9 102:4 189:24
environmentally 50:14

environments 101:21
  176:23
equips 58:5
eroded 39:18
escort 140:20
especially 15:21 34:11
  35:4 64:15 78:10 81:20
  123:3 174:8 227:1
  232:25
essentially 92:17 166:22
  170:3 198:2
establish 23:19 67:3
  193:7
established 132:8 193:6
  209:20
establishing 217:10
et 1:6,10 4:11,12
evaluate 18:10,12 20:13
  21:1 42:6 128:7 130:6
  158:22 164:15 195:6
  212:3,22
evaluated 36:1 108:19
  128:7 130:7 205:9
  207:25 212:2,4
evaluating 37:5 55:11
  91:5 108:25 194:12
  197:13 249:24
evaluation 3:13 5:15
  18:15,23 21:7,8,15,18
  22:25 23:1 24:2,10
  25:11,14 27:5,11,11
  30:14 33:10,14 39:8,9
  39:12 40:8 44:6 59:8
  67:10 73:12,16 79:9
  95:17 103:17 110:9
  114:3,13,20 145:24
  146:20 147:10 150:1
  155:25 164:5 165:8
  167:13 173:22 177:8
  199:18,20 216:1,18
evaluations 9:15 18:8,18
  21:8 23:7 26:8 36:2
  40:11 42:18 59:22
  66:20 68:1 85:18 95:14
  100:19 132:25 149:18

167:5
evaluator 17:16 43:4
evaluators 9:13 19:4
  23:11 35:8,22 36:13
  84:2 96:2,6 97:5
  155:24 166:22 179:5
  182:10 189:8 198:25
  199:6 245:24
events 172:25
everybody 31:16 40:5
  74:2 141:24
everyone's 180:13
evidence 40:18 41:19
  93:18 98:10 126:15
  136:6 174:12,19
  245:18
exact 23:4 160:10
exactly 38:7 70:13 74:11
  93:1 110:1 155:20
  215:14
examination 3:1,3,4,5
  5:1 207:2 239:13 252:9
  252:15
examined 4:25 252:8
example 57:22 62:2 67:6
  67:7 71:25 72:3,7 86:5
  90:14,17 93:3 147:18
  188:6 191:22 223:8
examples 105:21 106:2
  135:11
exchange 92:21
excited 196:7
exclude 182:2
exclusive 15:20 139:23
  139:23
exclusively 27:8
Excuse 24:12 89:13
executive 20:16 24:18
  25:16 26:24 27:6,7
  33:2 79:14 143:6
  193:22
exhibit 3:9,10,11,13,14
  3:15,16,17,18,19 7:25
  8:2 45:23,25 113:2,4
  142:9 167:24 192:23

192:25 193:2 218:4,8
223:20 227:5,7 228:5,7
229:20 230:15 236:13
236:15 237:17 241:4
241:14,15
**exhibited** 137:20
**Exhibits** 210:14
**exist** 81:20 249:18
**existing** 240:21
**exists** 112:1 207:20
**exit** 106:6 182:17
**expand** 47:13
**expanded** 18:23
**expanding** 135:2 147:23
198:5
**expansion** 197:14,17
**expect** 103:14 115:1
130:18 182:15 213:19
219:11 222:11 231:11
233:3
**expectation** 69:13
128:11 136:9 143:22
179:22
**expectations** 140:14
220:10
**expected** 46:22 76:8,10
176:24
**expedited** 201:23
**expenses** 193:10,10
**experience** 17:19 47:17
48:20 58:22 76:2 80:2
82:15 83:11 89:3 92:9
102:6 104:24 106:14
198:23 200:9 213:15
214:4 225:4 240:7
243:13
**experienced** 187:6
**experiences** 104:1
**expert** 70:21
**expertise** 18:2 55:20
58:25 59:9 104:25
199:1,3,4
**experts** 237:23
**explain** 93:23 118:14
251:7

**explicitly** 170:5,10
**explore** 24:23 26:16
**expressed** 181:25
**expression** 192:7,15,20
**extensive** 198:23,23
**extensively** 11:3 14:20
**external** 40:12 145:13
**eyes** 55:18
**e-mail** 43:12
**e-mails** 43:3 193:13

---

**F**

**facilitate** 38:10
**facilitator** 74:18
**facilitators** 73:24 74:15
74:16 123:13 180:24
**facilities** 49:16 53:13
60:10 81:15 83:21 89:2
100:25 122:8 141:1,12
157:5 185:9,11 221:20
249:8
**facility** 43:10 45:5 46:22
47:4,10 72:1 74:18,22
81:14 94:14,15,23
111:14 112:1 141:7
147:24 170:9,11
176:19,21 177:2,5
185:4 188:9 197:15,20
197:22 198:2 213:11
234:4 235:14 237:19
**fact** 14:18 19:20 26:22
28:20 30:8 35:15 43:1
43:2,12 46:19 57:6
61:4,19 63:2 65:1
73:11 86:14 93:7
101:10 110:14 116:8
138:14 146:9 156:17
158:5 165:23 166:7
173:17 181:21 184:6
187:1 193:12 194:9,25
196:25 197:18 199:7
206:15 207:24 209:23
211:5 212:12,21
222:11 223:23 224:14
226:20 231:15 233:18

234:23 238:19 244:23
249:25 250:5
**factor** 68:8
**factors** 37:10 66:17 68:4
68:10,11,15,20 124:17
125:14,19 126:2,9
165:11,14,21,24 166:3
172:5 222:21 228:17
**facts** 40:18 41:18 93:17
98:10 136:6 245:17
**failing** 100:24 178:9
**Failure** 104:11,15
**fail-safe** 59:10
**fair** 45:13 48:5 52:20
59:24 66:11 94:1 99:8
115:8 116:4,9 136:21
151:6 155:2,16 161:20
164:21 166:16 180:10
187:13 191:18 193:15
200:22 205:19 210:21
212:8 222:9 223:14
230:6 242:4 249:6
250:11
**fairly** 66:3 97:4 131:8,8
156:19 185:20 189:6
191:18
**fall** 9:24 34:1 61:24
75:23 76:1 158:9
**falling** 136:17
**falls** 42:9 60:5 119:6
127:6 141:17 172:23
**familiar** 8:11 15:4 24:6
33:19,21 41:5 45:3
46:4,6 65:24 81:25
93:19 106:19 136:8,23
141:11 142:10 149:13
185:14 192:24 201:25
206:19 216:20 221:19
221:23,24 224:18
237:16 244:16 247:2,4
250:17
**familiarity** 8:12 221:2,9
**far** 21:17 27:21 40:19
48:17 51:10 58:8,9
69:24 70:11 73:17 74:5

74:16,19 76:20 78:22
85:7 96:4,18 97:23
107:16 113:22 119:19
120:24 128:24 138:23
140:2 154:4 160:25
162:18 179:13 191:19
196:4 197:3 200:7
203:23 204:13 240:20
243:13,22 244:8
248:25
**fashion** 177:25
**fast** 146:14,22 147:2
**faster** 147:12,14 148:2
**favorably** 218:15,22
245:25
**feature** 103:15
**February** 147:10 162:3
165:8
**Federal** 2:1 252:4
**fee** 193:9,16
**feedback** 120:6 180:24
212:14
**feel** 24:22 29:4,5,7 33:7
104:4 116:24 145:11
148:17 153:23 175:20
183:10 184:17 188:20
190:1 243:19
**feeling** 86:18 115:22
238:18
**fell** 137:4
**felt** 30:22 126:1 174:6
183:14 211:18
**female** 42:21 43:7,25
44:24
**field** 14:7 16:4 39:15
94:6 120:1 208:1
209:19,21 213:16
219:16 220:15,21
**Fifth** 2:6
**fight** 206:10
**figure** 209:1
**file** 136:16 234:9
**filed** 201:7
**files** 31:23 233:12
**fill** 148:14

**filled** 147:19
**final** 14:9 57:18 79:12
  125:13 135:8 144:11
  201:8 216:11
**finalized** 228:15
**finally** 106:9 181:23
  190:5 206:6 250:7
**find** 31:10 37:25 96:8
  198:11 226:17 233:16
  235:5
**findings** 144:19
**fine** 56:16
**finish** 5:25 10:10 204:15
  204:17 232:2
**firm** 106:12
**first** 9:16 10:3 14:9
  17:25 19:22,23 20:11
  37:2,10 55:5 66:11
  68:21 69:23 71:1,3,9
  76:5 94:9,10 101:3
  125:17 126:6,24
  132:11 144:18 172:12
  172:18 173:14 177:14
  178:4 182:23 186:1
  187:5,7 190:16 192:3
  196:24 214:21 215:9
  220:8 224:2 248:14,15
  252:7
**fit** 77:20 83:22 84:22
  117:23 206:20
**fits** 65:4,5
**five** 18:13 26:14 53:2
  67:18 122:17 160:3
  182:24 183:4 194:6
  216:16 217:4 228:2
**flash** 236:25
**flippant** 211:12
**float** 31:9
**Florida** 21:14,14,25
**fluid** 28:18
**focus** 16:21 18:4 24:24
  25:18 43:23 47:23 48:4
  48:20 50:11 51:9 54:19
  58:1 84:6 85:20 86:3,4
  87:16,25 89:24 92:10

94:3,6 96:16 97:4
  100:3 115:25 125:13
  125:18 126:1 132:8
  153:2,12 168:4 169:5
  177:11 199:1 214:3
  248:18 250:19
**focused** 31:7 54:18
  114:19 126:9 157:17
  248:12
**focusing** 16:19 171:8
  248:19
**folks** 16:21 27:18,24
  30:22 38:5 49:24 59:14
  59:15 76:1 78:15 80:8
  80:12 83:10 87:18 92:1
  92:3 100:8 104:1,23
  120:22 123:17 147:22
  152:20 157:24 204:4
  204:23 240:24
**follow** 48:16 57:16 111:1
  139:4 156:15 196:23
  248:7 249:3
**followed** 26:18
**following** 48:15 151:21
  249:7
**follows** 4:25
**follow-up** 23:10 146:19
  146:20 176:12
**foregoing** 252:13
**form** 38:25 55:7 66:13
  82:20 84:15,24 85:11
  94:18 97:12 98:9 124:1
  125:24 132:13 136:5
  150:5 162:20 163:25
  201:1,14 203:19
  206:16 244:11 245:1
**formal** 27:12 36:2 78:24
  79:6,9 115:14 178:7,11
  178:15
**formalized** 79:3
**formally** 200:10
**format** 117:18
**formerly** 57:22
**forth** 193:11
**forthcoming** 128:20

129:4
**forward** 46:14 205:4
  213:23
**found** 59:22 208:4 217:6
**Foundation** 24:5 39:1
  40:18 56:14 82:21
  84:16,25 93:17 150:6
  150:13 201:2,15
  206:17 244:12 245:1
  245:16 247:14
**founding** 11:5
**four** 18:15 23:5 26:13
  33:3,6 115:6 117:7
  127:6 151:22 160:3,9
**fourth** 220:22
**Fox** 27:3 105:11
**Frank** 13:20
**frankly** 34:22 35:11
  36:11 43:9 44:2 148:3
  187:4 196:5
**freedom** 238:22
**freedoms** 42:4 88:24
  89:5 132:1
**Freese** 13:19,20
**Frequent** 55:2
**frequently** 138:1
**Friday** 1:17 2:4 4:1
**FRIEND** 2:6
**friends** 43:4
**front** 8:1 45:25 227:6
  228:6 236:14,25
  237:17
**frontline** 28:1
**frustration** 134:10,14
  172:2
**frustrations** 47:24
**full** 27:16 33:5 41:8
  47:20 48:19 56:25 57:1
  76:5 79:12 81:18 124:6
  137:13 141:7 142:13
  144:19 148:11 153:10
  160:10 172:12 197:19
  203:16,24 242:8
  252:14
**fully** 41:12 102:11 160:7

242:13,17
**full-time** 108:14 110:17
**functioning** 72:22 76:7
  96:14 104:21
**functions** 109:10
**funding** 18:21 38:9
**furniture** 50:20
**further** 3:5 60:13,16
  68:23 96:20 171:9
  235:24 239:13
**furthest** 116:5
**future** 97:6 211:23

---

**G**

**gain** 82:6
**gained** 48:11
**Gamble** 1:5 4:11
**gather** 31:11 117:22
**general** 2:17 4:21 47:21
  54:19 85:9 98:13
  127:17,17 133:9
  138:22 160:17 166:15
  168:1 172:7 174:21,24
  175:21 186:19 207:7
  209:19 220:10,21
  249:20
**generalized** 225:13
**generalizing** 226:24
**generally** 15:25 32:21
  46:18 52:15 55:14
  75:22 85:4 91:20 94:5
  96:23 116:4 120:1,11
  121:3,8,11 130:14
  132:22 136:12,20
  142:12 149:17 169:5
  174:9 192:16,20 193:8
  205:22 243:9 249:6
**General's** 4:22
**generated** 157:12
**geriatric** 156:7
**getting** 41:6 70:20
  103:11 104:7 107:2
  110:17 115:22 123:8
  133:25 134:16 138:6,8
  143:7 148:11 160:16

163:19 170:1 176:16
178:14 183:20 184:12
200:21,22 203:9
212:14 221:7 245:8
**give** 6:5 10:5 15:10 23:21
33:8 67:7,19,23 95:24
100:20 114:25 120:6
143:25 146:18 167:4,9
183:14 185:20 224:23
230:5 234:20 235:5
237:10
**given** 27:16 36:2 76:16
80:11,19 83:9,16,18
85:23 95:21 96:1 97:16
101:10 102:8 118:25
148:10 151:1,14
156:17 159:23 166:8
167:1,14 189:21 195:8
196:9 197:18 199:4
204:7 252:15
**gives** 90:14 94:3 124:21
152:15 185:1 225:10
**giving** 66:25 97:5 98:14
101:14
**Gluek** 2:10 4:19
**go** 5:24 21:1 25:8 33:11
38:7 53:9 57:25 60:12
63:17 84:5,8 86:10
99:15 113:3 123:13
125:10 130:25 131:7
136:16 143:3,3 146:10
154:1,13 156:1,12
157:18 164:9,12
172:11 176:18 178:19
188:14 196:15 197:11
198:7 204:18 212:12
215:12 234:1 235:8
236:8 238:14 246:21
251:11,16
**goal** 39:8,24 40:1 161:15
219:9,11,14 222:18,20
223:7,12,12 228:15
**goals** 85:25 129:18 136:2
183:2 213:22
**goes** 90:13 101:2 149:11

213:10
**going** 5:17,22 9:5 11:21
24:16,19,20,25 25:18
25:19 26:4 28:4,16
29:9,20 48:3 49:15
53:8 54:10 62:18 65:10
87:22 90:9 91:9,17
92:8 98:24 99:10 100:7
108:16 117:15 120:2,7
120:11,11 140:18
148:8 154:14,14 166:5
166:13 167:10 168:13
168:18,19 169:16
173:7 174:18 176:2
180:20 184:16 185:23
191:2 201:12 204:4
212:25 215:10 220:2
222:18 229:19 230:18
234:17,22 236:1 237:9
237:10 239:11 244:22
244:24 246:7,19,20
248:1 250:20
**goings** 188:2
**gold** 137:1
**good** 5:3 31:20 35:5 87:8
107:15 110:19 116:25
131:10 158:17 181:21
187:6 190:3 207:4
209:23
**Goodwin** 2:11 3:3,5 4:18
4:18 5:2,4 8:1 20:25
24:8 39:3 40:19 41:5
41:22 45:22,24 52:17
52:18,20 55:10 56:15
56:22 57:14,17 65:9,12
65:20 66:15 73:1 82:24
84:18 85:3,13 90:13
93:2,22 94:20 97:15
98:19 106:22 107:16
110:18 111:1 113:3
132:15 136:8 137:4,12
142:10 150:7,14 151:3
162:21 164:2 167:16
167:23 192:22,24
196:14,22 201:5,19

202:24 203:21 206:21
206:24 208:12 210:12
210:22 211:3 213:5
217:9,14,17,20,22
230:20 231:16 232:7
235:12 237:10,10,12
239:6,8,11,14 244:16
245:7,20,23 246:14
247:6,16 250:24 251:8
251:11,18,22,24
**Goodwin's** 223:4 237:4
251:6
**gotten** 244:21
**government** 30:20 37:12
**governmental** 9:24
**grade** 184:12
**grading** 184:19
**gradual** 54:1 129:14
**graduated** 10:8
**grandfathered** 240:24
241:3
**granted** 52:13 73:15
**great** 80:10 101:16
141:14 147:16 158:8
**greater** 138:2
**ground** 5:24
**grounded** 91:15,16 92:1
126:15,19 153:22
174:19 184:24
**grounds** 44:16 92:17,18
**group** 18:9,24 28:14 29:1
30:17,22 34:21 37:11
41:16 47:18 53:14,15
57:9 59:1,2 60:20 62:4
68:22 72:5,9,13 83:17
92:15 110:10 117:14
118:12 119:15,24
120:2,3,9,12,12 124:3
127:4 128:22,22 129:6
135:10 141:2 148:21
153:10,10,10,10 155:11
165:23 170:18 179:19
180:9,19 188:8 198:14
198:16 228:25 229:1,9
**groups** 28:9,13 30:18

44:7 72:3 104:2 118:8
118:11 119:8,8,10,19
119:20 151:21,23,25
170:20 179:12 188:15
222:4 242:2
**growing** 148:13
**grows** 190:12 191:13
**growth** 56:1,1 147:23
148:10
**guess** 6:25 11:21 35:6
39:5 43:22 58:8 59:7
84:4 92:4 97:21 99:9
102:25 109:24 117:24
136:20 147:13 151:22
160:16 163:8 168:7
196:11 201:18 209:22
223:2 245:5 251:6
**guessed** 210:3
**guessing** 36:15 67:21
161:2 164:9 167:11
210:10
**guideline** 13:5
**guidelines** 208:1,6
209:16
**guides** 209:7
**Gustafson** 2:10 4:18

---

**H**

**Haaven** 1:15 2:3 4:5,7,8
4:9,10,23 5:3,8 207:4
212:8,20 214:24 216:7
218:5 223:22 227:6
228:6 233:18 236:14
236:25 237:15 251:3
252:5
**Haley** 27:3 105:11
**half** 32:15,21,22 33:5,6
65:13 168:2
**halfway** 46:20 55:2 66:6
88:16 104:10 114:1
118:6
**hand** 141:8 199:11
252:19
**handcuffs** 141:9
**handled** 158:13

hands 35:1
Hang 232:2
happen 7:20 69:16 103:3
 147:12 233:4
happened 41:3 43:18
 80:16 103:15 105:9
 123:1,22 129:9 146:12
 173:17 180:6 210:20
happening 38:10 99:19
 103:21,22 106:3
 145:19 146:14,22
 147:2 154:25 158:2
 180:15
happens 42:8 79:10 84:4
 103:7 133:17 233:5
hard 55:22 102:18,20
 103:4,6 109:22 140:12
 146:9 198:10
Hare 19:8,11
hash 62:10
Haven 4:7
head 6:6 222:3
heading 113:9 124:5
health 15:22 34:21 78:12
 81:22 91:15,19 92:4,12
 95:7 109:8 149:15,15
 157:15,15 168:15
 169:13 187:21,22
 192:6,19 227:23
 241:23 242:16
healthy 192:9
hear 43:22
heard 5:4 43:5
held 56:4 151:23,25
help 131:13 144:22
 193:25 195:22 234:24
helpful 87:9 174:7
helping 129:14
Hey 136:25
high 34:19 57:7,24 58:10
 75:20 94:14 124:8
 156:5 184:10 200:13
 227:22 229:12,13
 230:21 231:12 241:21
 241:21 242:7

higher 37:21 64:11,11
 73:13 218:12
highest 63:20,21,22
highlight 126:22
highlighted 76:17 138:17
highly 47:19 157:11
 158:5 160:14
high-level 64:19
high-needs 57:9
high-risk 65:1,6 159:4
high-secure 89:23
hired 108:14
hiring 108:9 198:9 232:5
HIROMI 2:18
histories 198:21 250:22
history 71:2,7 199:13
hit 71:15
hoc 74:18 75:6
hold 63:22 104:12,15
 176:21 177:3 239:11
holding 79:2 149:4
homes 81:5
homework 74:14,17
 124:2
Hoover 2:3 252:2,24
hopeful 108:15
hopefully 108:9 211:13
 226:11
hopeless 134:8
hopelessness 134:16
 135:4
hospital 5:21 7:11 16:8
 16:15,24 17:5,8,13
 34:24 43:11 90:19
 111:19 112:5 169:13
 188:7
hospitals 7:10 33:18,20
 169:14 187:23 192:17
hostility 132:16,19,22
hour 2:5 62:6,7,8 65:12
hours 53:14,25 54:2 60:5
 60:14,20 61:1,1,7,10,12
 61:12,14,21 64:1,18
 110:13,16 111:19
 128:16,19,22,23 129:3

129:6 180:3,3,4 229:1
house 44:23
housed 42:23 44:4,20,21
 44:25 45:4
housing 51:12 240:6,10
Hucker 19:7
huh-uh 6:7
Human 60:17,18
hundred 75:18 244:3,20
H-A-R-E 19:9,10
Hébert 9:3 144:4 174:2
 230:6

## I

idea 84:4,5 220:20
Ideally 181:12
identifiable 137:19
identified 18:3 32:7 40:8
 64:17 65:6 102:18
 103:3,9 116:22 117:3
 117:19 164:10 167:3
 171:5 174:11 210:17
 210:22 224:15 228:24
 230:23 237:18 238:3
identify 71:6 99:14
 100:24 103:18 105:5
 130:4 147:6 167:6
 213:20 250:23
identifying 99:3 213:22
identity 227:2
Ikeda 2:18 3:4 4:20,20
 24:5 38:25 40:17 41:18
 52:16 55:7 56:13,20
 57:12,15 66:13 72:25
 82:20 84:15,24 85:11
 92:23 93:16 94:18
 97:12 98:9 106:18
 132:13 136:5 150:3,5
 150:12,25 162:20
 163:25 201:1,14
 202:20 203:19 206:16
 207:3,5 217:13,16,18
 217:21,24 227:6 228:6
 236:8,14 237:7,13,15
 239:3,10 240:13

244:11 245:1,3,16
 246:10 247:1,13,23
 249:4 251:2,5,16
ill 100:14
illness 77:16 78:12 156:6
 162:11
immediately 142:7
impact 56:7 89:18,19,20
 90:7 131:18 137:25
 138:19,22 141:20
 148:16,25 149:1,9
 180:5 185:24
impacted 105:14
impactful 186:16
impacts 191:9
impaired 227:24 241:24
 242:19
impartiality 194:11
 195:22
impeded 136:3
impediment 206:1
implementation 187:10
 223:7 242:5
implemented 77:24 83:3
 96:5 147:12 228:15
implementing 89:7
important 32:16 69:16
 70:8 147:1 221:1 225:8
 226:19,21 235:6
impossible 208:19 246:8
impressed 63:8 181:18
impressive 158:15
improve 150:8
improved 42:3 67:13,25
 135:17 184:22
improvement 67:15
 108:13 127:9 161:25
 162:4 163:9 185:3
 212:6,11 223:16,19
inappropriate 47:7
 175:13
inartfully 215:20
incapacitated 95:6
incentives 147:21
incident 91:1 93:12

136:14
**incidents** 103:13 159:7
**inclined** 56:7
**include** 175:4
**included** 234:17
**includes** 193:10
**including** 38:3 183:11
   215:1
**Incomplete** 82:21
**inconsistencies** 122:3
**inconsistency** 127:11
**increase** 54:2 128:18,21
   129:3 134:2,6 139:24
   177:20 218:1
**increased** 42:4 98:16
   110:16 129:23,23
   132:8 140:24 161:17
   178:5
**increases** 120:5
**increasing** 139:21
**indefinitely** 198:18
   199:8,16
**independent** 150:10
**independently** 177:1
   182:5
**INDEX** 3:1,9
**indicate** 138:12 175:12
**indicated** 66:24 135:11
   170:19 182:25
**indication** 93:11
**individual** 30:4 43:8
   45:6,8,15 53:16,18
   54:4,12,15 70:23 82:5
   82:23 84:23 86:11
   94:21 95:9 98:12
   100:13 108:10 119:21
   119:24 120:15,19,21,25
   121:11 122:4,7 157:17
   159:22 163:5 175:10
   175:20 182:25 198:18
   199:21 204:25 243:14
   248:16
**individualization** 141:24
**individualized** 97:24
   98:3,7 159:13

**individually** 28:12 33:2
**individuals** 26:7 28:23
   65:6 81:13 82:16 87:20
   89:9 98:5,20 99:13
   115:12,14,17 116:12
   117:9,10 120:18
   143:16 149:12 151:4
   160:13 172:4 174:8
   176:22 177:5 199:12
   199:15,25 200:10
   232:8 242:13,21 250:9
**influence** 92:5 168:14
**influenced** 211:5
**informal** 31:10 44:15
   78:25 155:10
**informally** 178:12
   200:11
**information** 15:10 27:17
   28:17,22 29:5,11,21
   30:4 31:12 50:1 63:1
   73:25 74:25 75:3
   103:19 110:5 114:24
   151:7 153:14,16 182:3
**informational** 11:23
**infrequent** 144:1 170:21
   171:2
**infrequently** 171:16
**inherent** 177:19
**inherently** 90:8
**inherited** 16:17 57:19
**inhibit** 51:24
**inhibited** 192:21
**inhibiting** 164:11
**initial** 17:19 19:20
   104:19 185:22 186:21
**initially** 16:11 24:18 25:5
   45:5 86:10
**initiate** 130:8
**initiated** 14:7 17:19
   23:25 71:1,5 243:4,5
**initiating** 131:14 249:10
**inordinate** 138:8,14
**inpatient** 60:11,22
**input** 143:8,10,25
**inquiry** 208:15

**insanity** 112:10
**insight** 35:10 151:11
   173:3,8
**insights** 151:17
**instance** 28:5,10 30:6
   32:4 50:9 51:10 58:24
   64:8 68:21 74:12 90:2
   91:3 96:10 108:23
   109:18 120:18 171:25
   174:1 191:22 201:19
   211:17,21
**instances** 57:3 58:15
   211:15
**instituted** 78:15,21 92:8
   110:16
**institution** 111:13
   131:11 135:3
**institutional** 15:9 48:23
   49:13 127:22 128:5
   129:15 133:10 139:12
   169:19,21 188:22
   192:14 205:25 225:2
**instructional** 63:3
**instrument** 13:15
**intact** 145:16
**integrate** 26:10
**integration** 115:7 116:1
   131:4 190:20
**integrity** 211:18 212:18
**intellectual** 12:4,20 14:4
   15:21 16:20 81:21 95:7
   100:6 104:20,25 105:6
   107:1 111:7 163:14
   174:25
**intellectually** 100:14
   175:4
**intelligence** 162:10,16
**intense** 64:13,15 107:24
**intensity** 34:19 51:9
   63:21 64:11,19 65:1
   91:21 152:13 187:24
**intensive** 58:5 64:1
   111:20
**intent** 50:7 71:6,6 83:25
   92:10 179:22 180:12

249:1
**interact** 44:16 87:5
   130:25 193:17
**interaction** 50:23 87:8
   130:9 149:19
**interactions** 175:8
**interactive** 87:3 181:5
**interest** 69:22,25 70:19
   71:9,10,17
**interesting** 225:24
**internal** 9:25 34:6,9
**international** 207:25
**interpreted** 175:6,17
**interrogatories** 252:8
**interrupting** 77:17
**intervention** 174:7
   235:11
**Interventions** 168:3
**interview** 28:22
**interviewed** 115:6,13
   151:6 200:11
**interviewing** 101:17
   108:11
**interviews** 115:14
   155:10 170:18
**introduce** 55:21 89:17
   160:12
**introduced** 14:21 51:4
   90:6,7 107:8 235:11
**introducing** 173:15
   174:5
**introduction** 173:18
**invite** 235:4
**invited** 18:7 20:8,13
   24:15
**inviting** 39:13
**involve** 244:15
**involved** 7:4 17:17,21
   19:20 21:19 23:12
   33:13 34:22 45:12
   48:25 49:8 53:4 58:23
   61:16 67:10 80:22
   87:17 109:19 117:1
   145:9 151:16 175:12
   181:19 182:21 185:12

206:10 214:22 225:5
249:20
**involvement** 7:3,6 14:8
49:18 129:25 175:11
248:16
**in-person** 181:14
**IQ** 227:24 241:24 242:19
**IQs** 99:4
**Irwin** 2:25
**isolated** 158:1 160:8
**issue** 10:1 15:1 36:15
38:21 42:8 52:5,10
57:6 62:19 64:6,8
66:25 76:17 78:12
83:14 85:17 86:25 95:8
101:8 102:1,10,15
103:8 104:18 105:5
110:13 116:17 118:15
119:7 124:7 131:6
132:6 133:1,16 138:3
145:11,12 146:13,15
149:8 159:9 163:16
164:21 165:24 177:16
180:11 181:12 185:6
202:6,6,8 203:11
211:22 232:22 233:2,7
239:16 241:7 250:8,23
**issues** 8:16,20 12:5,12,13
12:21 14:5 15:22 16:11
16:12,22 17:2 18:21
28:21 30:10 32:25 41:2
43:21 46:8,9 47:25
55:19 56:23,25 62:10
73:18,19 78:4,7,11,13
91:6 92:1 95:7 96:3,12
101:13 105:13,18
111:8 114:18 116:23
116:25 119:11 120:20
122:1 123:12 126:13
132:20 133:2,5 137:18
138:11,11 145:13,22
148:21 150:22 157:13
157:15 162:9,11 167:6
169:16 171:25 172:6,7
172:7 174:17 176:10

178:12 183:13,16
198:21,22 199:21
206:11 210:22 227:19
227:24 235:8 241:23
242:16
**issue's** 122:6
**issuing** 194:9
**items** 32:4
**ITV** 181:4
**it'd** 55:8

### J

**James** 1:15 2:2 4:7,10,23
5:8 252:4
**Jannine** 9:3 144:4 174:2
**January** 142:23 223:24
238:19,20,24
**JCAHO** 33:17,22 34:1
**Jesson** 1:9 4:12 8:13
**job** 147:20 148:5 158:15
181:21
**jobs** 198:11
**Johnston** 27:8 144:5
174:2 230:13
**Joint** 33:18 34:17,24
61:17 208:13 210:8
**Joseph** 13:19
**Jr** 1:5 4:11
**judging** 220:6
**judgment** 65:8
**jump** 82:12 212:25
**justice** 57:23 230:22
**justification** 206:12,14
**juvenile** 198:15,22
**juvenile-only** 250:8

### K

**Kansas** 21:8,20 23:13
36:3,16
**Karsjens** 1:4 4:11 8:12
**keep** 6:2 51:7 91:11
159:2 197:19
**keeping** 56:25 75:24
91:11 94:13 206:14
**kept** 94:14,22

**Kevin** 1:4 4:10
**key** 222:20 228:17
**kids** 175:24
**kind** 8:18 25:5 28:15
30:20 34:20 40:7 48:4
51:8 52:6 58:22 59:10
62:18 69:16 81:4,6
87:24 93:21 102:2
103:10 104:3 107:14
117:15 119:1 131:25
135:1 138:18,19
143:21 153:3,14
156:14 161:2 169:17
171:7 179:23 189:3
196:6,8,9 206:1 212:10
220:10,24 226:3
235:10
**kinds** 30:10 55:20 58:24
105:13 153:12 236:1
**Kingdom** 14:22
**knew** 71:5 154:13 188:11
198:2,3
**know** 5:23 6:17,19 7:17
9:20 11:20,20 14:11,14
14:24 15:2 18:16,17,20
19:5 20:19,23 23:6,6,9
23:16 24:24 29:8 31:22
32:12 33:23,24 34:7
35:22 36:6,8,17,19,22
36:25 38:8 40:10,19
41:3,20 42:25 43:6,7
43:19,19 44:3,4,20,22
44:24 45:10 53:21 54:7
55:16,22,24 56:11,15
58:9,9,14,14,17 59:13
61:3,11,23,24 62:10
67:20,22 68:10 69:25
70:10,13,13,22 71:5
72:15 73:15,17 74:5,11
74:12,20 75:12,14,14
76:12,20 77:3 78:22
80:19 81:11,17 82:22
83:6,8,9,24 85:1,2
86:11 91:4,5,9,10 96:4
96:18 97:7,13,20,20,22

97:23 98:11,13,22,23
99:10 100:4,15 102:8
105:21 106:22,24
108:7,8,14,14,24 110:7
111:5 114:14 116:22
116:22 117:2 118:14
119:21 120:25 121:13
122:6 123:21 124:21
125:6,9,20 127:5
128:24 129:25 131:10
132:5 133:8 136:13
137:7 138:21 139:11
139:15 140:13,22
141:18 144:9 145:22
148:3 149:22 150:15
153:19 154:4,5,8,9,16
156:17 159:20 161:4
166:23 168:15 173:17
175:12,23,23 176:7,9
177:2,6 178:1 179:2,14
179:18 182:18 183:7
184:17 185:20,24
186:13 187:4,9,12,18
187:19 188:14,25
189:23 191:4,4,6,20
196:1 197:2 199:14
200:15 202:21 203:13
203:23 204:13 206:8
207:5 208:18,25 209:1
210:2,23 211:25 215:3
218:24 228:2 229:7
232:20 235:8,10 240:5
240:20,23 243:13,22
244:8,14 245:5 247:18
248:25 249:19,22
250:12
**knowing** 249:23
**knowledge** 95:10 224:7
**known** 19:24
**knows** 18:20

### L

**lack** 55:3 94:11 116:16
133:24 136:2 137:17
147:25 148:22 183:17

189:6 222:2
**lacked** 57:21
**lacks** 94:21
**Lake** 20:20,24 27:4 33:4
  53:17 57:1 63:12,14
  117:7 121:9,12,15,22
  122:4 147:23 148:10
  148:15 155:2,9,21
  157:7 178:21 183:5,23
  183:25 184:4,16,20
  186:20 197:1,14
  198:12 221:17 222:15
**language** 73:9,20 94:10
  227:17 228:13 229:23
  241:19
**large** 38:16 52:21 62:21
  63:4,7 104:21 105:7
  116:8,24 189:6
**largely** 182:5
**larger** 148:22 153:10
  199:21 235:25
**late** 7:23
**lawsuit** 14:1,2 46:9
**layout** 51:12,14
**leadership** 9:25 55:3,12
  55:13,25
**leading** 179:12
**leads** 133:18
**learn** 45:14 46:22,23
  48:11 79:17,22 120:4
**learned** 88:21 153:16
  225:11
**learning** 99:4 104:11
  214:19 224:5 226:10
  227:25 229:2 241:24
  242:20 248:6
**leave** 119:22 237:9
**leaves** 33:3 141:6
**led** 210:12
**Lee** 5:8
**left** 26:15 37:1 68:7
  106:8
**legal** 9:5 41:6 61:8 84:17
  84:25 200:8,21 201:13
  206:17 244:12 245:17

247:4,14
**legislative** 114:5 230:16
  231:2 240:12
**legislatively** 133:23
**legislator** 46:1
**leisure** 111:21
**lend** 37:20
**length** 185:6 229:9,14
**lengthy** 131:8,9
**Leroy** 1:5 4:11
**lesser** 42:11
**let's** 4:6 10:7 20:16 69:6
  82:9 122:17 169:14
  194:2 195:18 206:9
  207:20 223:20 236:8
  251:16
**level** 32:11 58:2,21,23,25
  59:14 60:3 64:11 69:12
  73:13 82:14 84:11,22
  91:21 96:13 107:4
  132:23 140:17 169:25
  177:17 189:2 220:18
  231:8,10
**levels** 27:24 28:3 37:12
  47:9 179:1 222:2 226:7
**liberty** 222:2,7,12
**LICENSE** 252:25
**licensed** 109:8,9 231:19
  231:20 240:18,18
**licenses** 10:17
**licensing** 183:12
**licensure** 32:11 34:8,9
  139:11
**lied** 237:13
**life** 131:11,14 172:6,7,7
  225:4,7 244:25
**light** 162:15
**Likert** 67:8,16,17,18
  185:1 219:10
**Limbrick** 13:20
**limit** 161:5
**limitation** 192:7
**limitations** 40:10 80:9
**limited** 26:4 32:14 35:2
  54:17 135:10 148:13

179:18 182:24 191:15
**limiting** 52:3 147:17
  148:18
**Lindsay** 13:18
**line** 75:9 136:14 160:23
  160:24 190:20,21
  204:9,15,17
**lines** 106:11 117:6
  151:20,22 216:7
  222:19 247:25
**lining** 188:13
**linked** 129:18 172:8
**links** 222:20 228:16
**listening** 223:3
**lists** 113:14,18 114:3
**literature** 63:20 64:9,16
  64:16 118:23 127:17
  127:17,18,21 128:12
  168:25 171:6,18 172:9
  176:5 213:18 219:24
  219:25 220:1,9
**litigation** 8:12,13,19
**little** 30:18 59:21 60:12
  65:21 93:23 111:9
  118:5,14 122:13
  155:13 168:6 179:3
  182:6 212:25
**live** 45:19 177:1 198:9
  222:8 238:11
**lives** 174:9 222:9
**living** 43:14 45:15 47:22
  81:5,6 129:16 160:3,4
  176:22 189:21 249:14
**located** 210:23
**location** 197:21 198:3
**logical** 224:4
**logistical** 10:1 27:2
**logistics** 25:7 87:17 88:1
  180:17 197:9
**long** 160:24 185:15
  196:3
**longer** 42:9 79:16,21
  161:6 195:3,18,21
  210:23
**longest** 195:7,15

**long-term** 134:1
**look** 20:6 25:3,22,25
  26:2,6 39:14 41:25,25
  43:24 52:12 55:22
  57:18 58:20,22 60:7
  61:13,15 64:14,15 66:6
  68:13,13 79:11,24 81:1
  81:18 95:15 96:23
  97:21 99:16 100:23
  102:25 103:11,23
  104:7 107:22 111:10
  112:22 115:20 116:11
  117:17 119:5 120:15
  123:18 124:1 138:18
  141:2 142:8 146:4
  150:19 153:6 154:13
  166:19 168:19 170:15
  186:15 188:16 189:25
  190:7 192:18 193:8,9
  204:24 209:1,12,14
  218:4,7 220:11,15,20
  223:20 224:2 227:16
  228:12 231:1,6,15
  238:3 250:20,22
**looked** 44:1 61:7 68:1
  69:17 73:22 81:11
  82:23 93:20 112:10
  138:4,10,20 162:1
  171:14 183:15 201:17
  202:5,6 203:14 204:4
  219:19 248:13 249:25
**looking** 18:2,3 26:17
  30:5 32:3 42:5,16,17
  43:21 49:15,16 55:18
  58:19 68:3 76:18 79:24
  81:9 83:25 84:1 96:16
  96:17 102:4 103:20
  114:15 116:18 117:19
  118:20,22 119:15
  130:18 138:11,21,25
  151:3 159:5 161:3
  167:24 171:22 175:15
  184:3,4 186:24 193:25
  197:21 199:20 200:16
  202:9 205:1,8 206:3

213:23 219:23 220:4
220:17 223:2 237:20
241:7
**looks** 68:17,17 142:17
155:1 194:1,19
**loosening** 86:7
**lost** 89:11 137:5
**lot** 38:6,8 49:12,23 59:4
68:14 77:25 80:6,24
101:14,19 102:8
104:23 105:4 107:6
119:14 126:17 141:16
153:18 187:22 188:16
**low** 99:4
**lower** 59:24 60:2,10
63:24 64:25 227:24
241:24 242:19
**lowest** 72:21 76:7
**low-functioning** 83:4
84:10 94:11
**Lucinda** 1:9 4:12
**Lunch** 110:23
**Lundquist** 27:4
**Lutheran** 10:14

_____

**M**

**Mahowald** 20:18
**maintain** 58:20 180:1
**major** 9:22
**majority** 118:25 119:5
240:8
**major/minor** 136:15
**making** 61:9 74:3 78:9
105:25 125:3 136:20
154:17 182:4 197:25
206:24,24 225:22
**male** 42:24 45:19
**malingering** 102:16
103:1
**manage** 27:25 48:17
172:2,2 189:2
**managed** 63:9 88:24
94:13
**management** 12:19 13:5
15:6 91:13 172:1

177:10
**manages** 248:20
**managing** 235:14,22
**manual** 118:4,7 125:13
125:19,21 126:8,10,21
126:21 219:3,6
**manualized** 74:1,7 75:1
75:5 100:7 123:10,17
124:1
**manualizing** 123:4
**March** 3:13 114:5
**Marilynn** 2:3 252:2,24
**marked** 7:25 8:2 45:23
113:2,24 142:9 192:23
192:25 227:5,7 228:5,7
236:13,15
**markers** 66:21 161:25
**marketable** 226:11,25
**master's** 10:13 58:2
59:14 231:10,19
240:17,21
**material** 73:5,13 100:2
105:24 106:25
**materials** 96:15 98:15
114:2 122:12,15,21,23
163:16
**matrix** 65:22,25 66:7,17
66:21 67:4,12 68:6,7
68:21 69:2,18 77:4
161:15,17,22 184:11,20
205:15,16,17,20 206:4
206:8,9,15 219:9,11,14
222:18,20 223:7,12,12
228:15
**matrixes** 135:19
**matter** 4:10 207:8
**maxed** 83:11
**maximum** 80:2,12 99:16
**McGrath** 19:3 23:11
113:14 142:18 144:12
144:12 207:16 221:4
**mean** 29:22 34:20 41:21
43:20 49:12 52:25
55:21 60:6 61:24 64:15
67:20 70:11 92:10

109:13 119:8,21 121:9
130:10,11 134:6 156:2
164:23 168:8 172:21
174:15 200:15 211:17
226:13 244:2
**meaningful** 225:24,25
**means** 61:23 110:8
134:22 152:9 157:9
169:22 171:14 180:4
201:4 202:22 204:6
**meant** 73:21 168:20
171:11
**measure** 12:18 69:25
70:5 206:7
**measured** 64:1 71:16
76:23
**measurement** 67:9 71:17
**measures** 65:22 67:3
69:20 205:11
**measuring** 32:6 42:14
70:3 71:12 246:6
**mechanism** 78:5,14,20
78:23,25 80:4 147:5
191:14 243:18,23
247:7,11,19,19
**mechanisms** 77:24
**medical** 110:4 141:4
**meet** 26:24 27:18,19,22
27:23,24,25 28:1,2,5,10
28:11,12 29:1,3 30:11
30:15 31:1,2,22 61:10
61:17,22 100:25
103:25 127:9 155:14
201:21
**meeting** 24:17 26:23
34:11 62:20 80:5 99:3
99:20 144:14 155:19
181:14 221:8
**meetings** 27:12 29:13
62:4,22 107:3 132:24
133:4 137:11 155:8,9
178:13
**member** 11:9,14
**memory** 5:18 26:4 54:11
62:18 98:24 99:5 161:2

164:9
**men** 45:15 227:1 249:14
**mental** 15:22 34:21
77:16 78:11,12,12
81:22 82:16 91:14,19
92:4,12 95:7 109:8
149:15,15 156:5
157:15 162:10 168:15
169:13 187:21,22
192:6,19 227:23
241:23 242:15
**mentality** 132:7
**mentally** 100:14
**mention** 88:6
**mentioned** 21:19 32:20
33:11 38:20 49:17
54:24 83:14 99:13
112:14 235:23 240:13
252:6
**merging** 91:12
**met** 13:21,22 44:9,11
149:12 205:12,15
225:7
**methods** 167:25
**Mexico** 14:1,17
**Mick** 2:25
**microphone** 89:12,14
137:4
**microscope** 61:8
**midway** 88:10 161:14
**mike** 13:19 137:5
**mind** 41:24 75:24 91:11
91:11 111:11 157:21
181:13 202:24 205:21
212:9
**minimum** 60:14
**Minneapolis** 2:13
**Minnesota** 1:2 2:13,17
2:20,21 4:14,21 15:2
18:11 19:14 21:20
23:24 34:7 37:5,8,18
38:22 40:14 46:1 49:19
90:18 133:24 149:14
215:6,24 243:22 244:8
245:9,13 246:9,24

247:12
**minute** 33:10 196:16
**Mischaracterizes** 40:17
**misinterpreted** 175:19
**misleading** 65:7
**missed** 107:24
**misstates** 136:5 203:20
**mix** 26:12 31:6
**model** 12:2,3 64:10
111:3 112:1 128:1,8,21
145:16 170:9,13
183:18 213:6 224:15
225:17,20
**modeled** 128:3
**models** 87:8 169:10
**modifications** 106:1
**modified** 28:19 77:2,2
151:24 152:5,8,22,25
153:5,19 154:3,14,19
154:24
**modify** 77:20 99:12
**modifying** 98:15
**module** 75:5 129:5
**modules** 73:21 74:12
99:12 123:5 128:21
**moment** 10:20 56:8
**money** 196:4 211:10
**monitoring** 177:7
**Moose** 20:20,24 27:4
33:4 53:17 57:1 63:12
63:14 117:7 121:9,12
121:15,22 122:3
147:23 148:10,15
155:2,9,21 157:6
178:21 183:5,23,25
184:4,15,20 186:20
197:1,14 198:12
221:17 222:15
**morning** 5:3 114:11
118:5 122:14 203:14
237:8
**motivated** 214:22
**motivating** 101:22,25
**motivation** 101:6,9
102:13,15 162:10

213:22 214:18 248:15
**motivational** 101:17,18
102:5 126:13 153:12
**move** 36:24 37:19,22
46:14 47:9,24 65:21
80:8,20 87:12 95:4
108:1 138:25 145:17
148:8 164:16 170:16
180:3 198:11 203:5
204:5 205:3,4 214:20
229:19 247:21 248:18
**moved** 60:3 69:10 80:15
111:22
**movement** 37:14 39:20
42:4 59:13 80:24 85:19
96:25 97:2 100:21
101:23,24 102:12
106:4 110:15,17
115:20 116:16,20
117:1,2 124:18 133:22
134:12 135:1 140:17
140:24,25 145:7,11,14
145:18 161:7 162:5
163:20,23 164:4
165:12,22 177:16,19
178:6 184:10 185:7
186:8,17 187:2 189:17
200:18 202:7 206:4
238:22
**moving** 15:7 38:15,16
78:3,4,6 79:1 88:20
96:20 108:2 126:25
136:1 140:25 161:8
166:15,17,23 177:24
190:25 214:2 215:10
**MPET** 216:19,25 217:1
217:10
**MSI** 115:9,13,18
**MSOP** 9:15,24 17:16
19:4,15,18,20 20:2,13
21:2 24:12 25:11,25
26:2,6 28:19,24 35:14
39:9,12,13,24 40:1,9,15
40:20 41:1,9,11 42:10
42:21 44:16 45:16 46:2

46:11,20 47:2 48:6,13
50:5 51:11 52:21 53:10
53:13 55:23 58:11
59:22 60:9 61:3,18
63:22 65:4,23 67:2
68:11 70:11,23 73:10
73:17 75:18 76:10
78:23 79:17,22 80:5,10
80:19 82:1,16 83:6,9
84:7,11,21 85:8,15
89:1 90:21 91:16,23
93:23 94:8,11,15,22
95:10 96:1,4 97:7,24
97:25 98:2,7,20 99:2
100:25 101:10,12
104:17,21 105:2,19
107:17 108:4 109:7
110:11 112:17 119:23
120:25 124:21 125:6
129:19 131:9,14
132:17 135:14 136:10
136:19,24 137:23
138:21 139:4,8,8
144:20 145:2,10,25
147:3,5 150:11 151:8
153:5 154:13 156:20
157:2 158:12 159:5
160:17 162:12,17
163:4 164:22 165:3
166:13 167:2 168:8
170:10 176:7 177:4,5
178:1 182:14 185:14
187:8 188:23 189:24
191:4,18,24,25 192:5
194:15 195:19 196:25
197:14 198:9 199:16
199:25 200:8 202:4,9
202:18,19,25 203:15,23
205:14 206:12,14
208:4,21 209:24 211:6
212:21 213:6,10,14
214:5 216:8 217:5
218:2,13 219:4,6,12
221:15 222:4,7 224:25
225:20 227:21 229:7

229:15 231:9,18,25
232:8 233:17 234:1,7
234:24 236:19 238:8
238:16 239:16,22
240:16,21 241:20
242:1,6,7,12,16,20
243:4,7,9 244:17
245:25 247:20 248:9
248:25 249:6,14,24
250:2,4,9,13
**MSOP's** 46:15 55:4 68:5
72:21 80:17 94:12
115:7 222:22 228:19
232:5 233:5,8
**multiple** 68:20 133:23
181:25 240:6
**Murphy** 19:4 113:15
142:18 198:22 207:17
221:4
**M-P-E-T** 217:3

| N |
|---|

**name** 4:4 5:6 13:21
215:14
**named** 9:2
**names** 30:3 143:15
**Nancy** 27:8 144:4 174:2
230:13
**National** 11:12
**natural** 116:13
**nature** 19:23 25:9 37:20
38:4 47:19 50:2 51:24
86:9,13 92:6 93:7
100:3 107:2 118:9
156:17 169:15 175:25
222:13
**near** 211:4
**nearing** 79:16
**necessarily** 27:1 29:7
30:8 38:12 48:16 60:25
61:6 87:16 126:14
148:3 185:13 187:19
189:19 191:15 197:7
209:17 210:8 214:19
223:11 246:6

**necessary** 42:2 89:25
140:23 202:18
**need** 26:18 32:16 34:12
34:12 64:24 66:20 78:7
84:11 95:14 110:13
152:20 156:15 167:8
167:14 176:22 181:2
196:3
**needed** 18:3 69:10 73:9
106:1 183:14 184:6
**needs** 8:20 15:20 16:24
17:1 18:5 19:18,21
20:1 21:9 22:21 31:7
31:12 52:4 74:1 75:24
78:5,15 88:17,25 95:8
95:17 99:3 100:1,13,16
100:25 102:17 103:2
108:3 120:20,22 122:1
122:22 123:14 140:1,1
141:4 152:21 157:24
165:11,21 168:4,18
174:19 221:7 224:5
225:6,7 242:2
**negative** 131:17 136:21
137:14,18 148:25
**negatively** 191:9
**neglect** 159:4,8
**never** 13:21 59:7,14
144:15 189:1 196:9
197:23,23 200:14
**new** 12:14 14:1,16,17,20
21:7,20 22:23 23:6
35:23 36:3,8,14 51:10
51:15 55:18 73:7 97:4
116:17 122:15,20
126:16 166:22 210:4
231:18 240:17
**newspaper** 43:1
**nine** 11:21 54:1 60:5
61:1 64:18
**nobody's** 145:6
**nodding** 6:6
**nonmotivating** 104:8
**nonstop** 152:14
**norm** 141:17

**normal** 188:1
**normalize** 134:21
**normalizing** 134:22
**normally** 190:22 249:21
**normative** 225:13
**note** 72:11 157:5 218:11
224:3,11 227:17
**noted** 56:24 218:1
**notes** 57:2 233:20
**noticeable** 86:22 139:24
140:21
**noticed** 86:22 88:5
209:22
**notwithstanding** 210:21
210:24
**NOVA** 156:5
**nuances** 107:13
**number** 4:14,15 14:15
39:18 43:14 46:9 50:18
52:24 53:5 55:17 56:24
58:20 61:5 66:19 68:19
69:1 72:4,7 75:12 77:8
87:19,21 92:1 96:7
116:8 117:25 119:9,25
124:8,9 128:18,22
129:3,6 130:12 133:8
140:14 143:18 145:10
145:25 153:20 160:10
183:10 187:9 189:2
205:3 209:24 241:13
**numbers** 36:19,25 52:14
87:21 88:8 143:17
**numerical** 67:23
**nurse** 109:9,14

---

**O**

**oath** 4:24 6:8,9 252:7
**Object** 38:25 55:7 66:13
82:20 84:15 85:11
94:18 97:12 98:9
132:13 136:5 150:3,5
162:20 163:25 201:1
203:19 206:16 244:11
247:13
**objection** 24:5 40:17

41:18 56:13 72:25
92:23 93:16 106:18
150:12 202:20 245:1
245:16 247:13
**objections** 56:20 84:24
150:25 201:14 246:10
247:1
**objective** 39:8 67:3
69:19 106:16 151:10
205:11
**objectivity** 161:17,22
211:19
**obligation** 139:4
**observation** 161:10
170:22 179:11
**observations** 170:18
171:15 220:23
**observe** 38:19 180:19
**observed** 74:4 105:22
181:22 214:8
**observing** 179:19
**obstacle** 192:9
**obstacles** 202:8
**obtain** 240:21 243:14
**obvious** 99:5
**obviously** 63:15 88:7
104:19 107:21 110:2
235:25
**occur** 154:8
**occurred** 128:24
**occurring** 123:6
**October** 1:17 2:5 4:1
252:20
**offend** 214:20
**offender** 11:2,16 15:3
17:2 21:23 33:21 34:3
41:23 44:22 45:20 48:4
48:25 49:24 53:15
60:15,23 61:25 63:19
64:2 108:18 114:4
125:7 128:14 169:2
170:5 173:24 198:15
208:21 210:10 213:16
214:3,10 216:10
222:22 226:13,16

228:18 248:1,5,8,13,14
248:18,24 250:14
**offenders** 34:19 42:24
44:1 63:20,23,24 112:7
120:13 198:15 218:16
227:23 241:22 242:11
250:9
**offending** 12:5,21 14:5
16:12,22 111:8 172:10
248:20,24
**offense** 72:5,9,12
**offenses** 71:2 250:16
**offer** 120:25 121:3
**offered** 248:8,25
**offers** 60:23
**office** 2:17 4:22 46:1
114:4 149:14,19
150:18
**officially** 77:14,22
**oftentimes** 70:2 109:21
120:19 157:25
**Oh** 31:16 52:18 89:15
206:23 216:17,22
217:13 235:23 238:25
239:7 241:15
**okay** 5:22 6:21 7:9 10:3
15:2,12 24:8 26:23
29:24 36:16 45:22 46:7
46:13 52:8 53:9 54:3
56:22 59:18 60:7 65:9
65:14,20 68:2 69:18
70:22 71:8,19 72:18
76:4 79:11,19 84:21
88:9,14 93:22 97:23
99:1 102:14 104:9
108:1 109:5 110:18,20
112:13 113:3,8,10
115:3 117:5 122:19,19
125:10 135:5 139:17
142:3,10 144:18
149:10 151:18 152:7
154:22 161:12 162:7
164:12 165:18 167:16
167:18,23 170:1,16
172:11 173:10 176:13

177:7 178:17 182:22
185:4 190:5 191:17
196:14,22 205:10
206:21,23 208:17
210:2 213:3 217:2,23
218:6 231:1,5,11
235:21 237:3,13 239:5
240:11 241:4,10,16,17
245:20 246:14 247:21
249:2 251:4,16,22
**old** 157:1
**older** 156:19
**ombudsman** 149:13,14
149:20
**ombudsman's** 150:18
**omega** 157:6,7,9,15
158:13 159:8,21,23
160:19,20,25
**once** 26:5 27:10 28:18
70:15 143:13 200:23
**ones** 21:4 60:2 69:2
195:1 205:5 214:8
**one-tier** 37:17
**one-year** 194:20
**ongoing** 23:19 66:23,25
100:12,18 184:20
229:25
**on-campus** 90:20
**Oops** 241:15
**open** 29:25 186:8
**openly** 29:5 30:5
**operate** 212:9
**operates** 207:22 211:1
220:5
**operating** 39:14 182:5
208:5
**opine** 229:10
**opinion** 38:23 41:15
51:23 82:18 92:20
129:19 150:8,16
192:12 198:17 200:4
207:21 210:25 214:4
214:15 219:14,15
224:20 228:3,22
**opinions** 35:11 196:13

**opportunities** 111:21
129:20 130:25 131:15
131:18,20 132:1
134:23
**opportunity** 30:23 87:5
121:10 134:13 152:16
153:25 186:1 225:11
226:9
**opposed** 6:6 94:23
119:24 159:22 170:10
**option** 177:3 246:24
**options** 41:9 95:15
121:10
**oral** 252:8,16
**order** 217:10,15
**ordinary** 130:3
**Oregon** 2:4,7 4:1 5:20
7:11 10:19 16:14,14
17:4,13 34:24 49:5
112:4 188:7 235:15
252:3,19
**organization** 11:14
155:14 190:6 208:25
209:9 229:22
**organizationally** 9:23
**organizations** 11:10
**organize** 10:2
**organizing** 27:5
**oriented** 173:8
**original** 19:2
**outcome** 7:17 51:5,6
**outer** 161:5
**outings** 129:13,17,21
130:8 233:3,4
**outlet** 192:10
**outpatient** 16:10 22:1
**outside** 9:7 10:16 11:9
14:2 21:1 26:23 31:3
59:16 60:18 77:11 80:9
80:16 81:14 108:6
111:14 115:12 131:1
139:8 141:1 150:1
151:5 177:5 200:6
217:12,14 248:6
**outweighs** 85:16

**overall** 32:17 39:21
51:11 182:4 186:7
189:5 191:17 194:5
197:4 224:3
**overarching** 103:8,11
133:13
**overcome** 149:8 215:18
**overlapping** 69:3
**overly** 66:8,17 164:16
**overplay** 173:7
**override** 38:23

**P**

**pace** 129:25
**Pacific** 10:14
**packet** 11:23
**page** 3:2,10 46:10,15
52:13 53:9,9 54:22
55:2 57:18 59:19 60:8
63:17,18 65:22 66:6
68:2 72:18 76:4 82:25
82:25 84:9 88:12 94:9
99:1 100:24 106:9
108:1 113:8,23,24
115:3,5 118:2,2 122:12
125:11 133:19 135:5
139:18,19 142:16
144:18 149:10 152:2,3
155:7 161:12,13,15
164:12,14 165:17
166:11 167:23 172:11
176:18 178:19,19
181:24 182:23 190:7
218:7,8 223:20,22
224:2,2 227:16 228:12
230:16 231:3,17
237:20 240:13 241:7
241:11,18
**paid** 10:21 157:6 194:6
211:6,10 226:1
**panel** 215:15,16 216:2,3
216:10
**paper** 77:3 217:12
**papers** 11:15,19
**paperwork** 152:17

**paragraph** 46:21 53:11
57:18 63:18 69:20
71:19,22 75:8 76:5
79:12 88:11 102:14
104:9,11 106:10 109:6
118:3,6 124:6,16
128:15 129:12 133:19
144:20 164:14 167:25
170:17 172:12 173:11
176:1 177:8,23 178:22
179:7,10 181:1 227:17
229:11 238:4 241:8,11
**parallel** 16:18 122:22
**parent** 157:19 158:24
**part** 7:14,19 14:1,5 18:7
21:9,15 24:10,23 25:14
26:1 27:5,11 30:12
31:21,23 33:3,12 34:16
36:14 37:24 39:7 42:10
42:11,16 43:10 44:6
50:12,19 64:24 68:13
70:8,16 71:3 72:13
73:24 76:14 78:1 83:13
83:14 86:18 101:15
103:17 105:9 111:23
112:14,18 114:13,14,19
116:1 120:12,16
125:17 126:4,6,24
127:1 128:9 129:1
130:14 132:25 135:16
138:6 145:16 148:24
149:18 150:2,10
155:25 156:9 158:16
171:8 173:8 196:17,25
197:1 199:22 202:14
206:3 225:10 226:13
226:19 227:3 230:10
233:11 234:6 247:5
248:13
**participate** 101:5 244:23
246:20
**participating** 101:1
244:2,10,18 245:10,15
**participation** 48:18
218:1,21 220:18

245:25 246:5
**particular** 7:14 10:23
13:8 25:1 28:8,21 30:3
30:7 39:16,17,19 40:25
40:25 43:22,23 51:5
55:23 57:1 76:16 81:2
83:9 85:21 92:15 94:4
98:14 101:15 105:21
109:22 111:12 112:6
115:25 117:20,24
119:4 123:14 129:23
138:11 142:4 143:16
150:19,22 153:11
156:16 157:6,21
158:19 169:11 171:7
176:19 178:3 183:21
185:21 186:4 193:19
200:15 221:22 225:20
249:20 250:23
**particularly** 31:6 96:19
130:23 162:16 178:21
225:1
**partly** 133:22
**parts** 59:6 87:15 102:25
139:16 188:1 234:16
**partway** 179:9
**path** 83:4,8
**patient** 40:16,21 41:9,12
42:21 97:8,17,25 136:3
141:6 149:5 153:4
191:25 203:17,25
242:6
**patients** 36:7,9 37:8
41:17 45:19 51:13
52:21,24 53:1 54:16
96:19,19 98:3 116:3
121:14 130:24 132:9
160:17 166:16 200:7
204:20 239:16 243:10
244:1 245:10,12,13
250:13
**pattern** 72:5,9,12 248:20
**patterns** 248:24
**Paul** 2:21
**pay** 10:23 211:13

**payment** 193:4
**PCL-R** 19:13,14
**peace** 51:7,8
**peanuts** 196:4 211:11
**penile** 69:24 71:12
**Pennsylvania** 14:16
**people** 13:6 16:24 18:9
18:24 19:1,6 27:15,23
28:11 30:9 31:14 38:15
38:16,17 41:16 48:6
50:22 57:3,5 58:10
61:13 74:6 75:17,18,20
75:23 76:6 77:20 79:7
80:14,15 82:7,9 83:22
90:15 92:16 93:3,10
96:24 105:6 106:6
107:23 108:2 111:22
115:22 116:9,13 120:3
120:6,7 121:1,4,15
123:7 131:1,7,10,13,21
134:8,12 138:7 140:18
141:1,3 143:15 145:17
147:21 152:12,14,16
153:15,25 154:1
155:18 156:6,8,18
158:9,17,18,23 159:23
160:19 161:6,8 162:18
166:23 175:8 176:16
177:4,24 180:21
182:13,16 188:8 189:2
189:18,20 196:1
197:11 198:9,11 199:7
200:10 203:5,9 214:9
216:19 223:7 230:9
239:25 244:1,3,21
**percent** 75:23 125:12,15
125:18 126:8 127:1,14
217:6 218:14,14,21
243:10,25 244:4
245:10,24
**percentage** 75:20 218:12
**perception** 186:10
**perfect** 192:14 212:5
**perform** 9:14 109:10
**performance** 3:14,15

113:5
**performing** 25:11
**perimeter** 131:1
**period** 117:16 153:17
178:9
**periodically** 145:23
**periods** 25:8 153:1,1
195:3
**persists** 165:5
**person** 7:14 28:8 34:18
35:6 37:3 41:1 42:2
43:11,13,22 45:4 55:19
69:6,8 78:2,9,11 79:1,2
80:20 81:20 82:14 90:2
95:16 99:14 101:4
106:24,25 107:8
130:15 160:5,7,12,24
172:25 179:25 181:19
184:12 186:13 194:9
194:10 200:11,23
201:10,12,21 204:17
206:7 213:20,22 214:1
214:21 238:12 242:23
243:20 244:17 247:7
**personal** 86:12 132:22
**personally** 252:5
**personnel** 87:1
**persons** 11:12 12:3,20
13:7,10 14:4 15:7,20
15:22 16:20 26:8,11
27:17 28:4 43:25 59:12
75:3 86:10 91:8 96:13
100:5 104:24 107:23
111:7 112:7,9 120:20
151:15 157:11,14
158:5 160:9 174:8
182:20 200:18
**person's** 48:2 70:19 95:3
137:1
**perspective** 8:20 20:7
70:15 88:4 91:17,23,25
92:12 101:16 119:13
139:2 150:1 153:22
172:16,17,22 226:8,9
226:10

**Peter** 19:19 53:19 54:5
54:14 63:15 90:15,16
93:4,7 115:7 117:7
121:16,22 130:23
151:24 152:6 154:15
155:10,24 173:12
175:7 181:24 182:2,13
182:25 183:4 221:16
222:16
**Peter's** 20:19,22 27:3
33:4 43:10 91:15 92:3
121:8 122:5 183:15
190:10 197:2
**petition** 97:10 201:7
203:15,24 243:3,4,6
246:20
**petitioned** 98:21 242:8
242:16 243:21
**petitioning** 242:12,20
**phase** 46:21 47:2 52:10
52:22 53:1,19 54:5,13
54:14,16,20 67:10
70:15,16 71:3 78:19
90:21 112:18,25 116:9
116:12 121:7,8,9,12,15
121:16,21 122:3 124:8
124:9 130:24 131:19
131:21 138:5 147:9
161:16 162:2 164:7
166:13,17,17,19,22,23
177:11,12,12 213:5,10
213:14,21 214:5,11,17
214:20,21 216:13
217:4 221:25,25,25
222:1,7,15,15 247:22
247:25 248:9,19,25
**phases** 46:19 60:16
101:24 112:23 164:16
168:18 177:25 178:6,9
182:19 222:22 228:16
228:19
**phasing** 228:19
**phrased** 215:19
**physical** 82:17 111:4
192:1 197:21 221:20

physically 156:7 187:16
pick 117:14
picked 118:1
picture 71:14 86:19
piece 37:23 42:12 47:11
  63:6 126:3 148:5
  202:12 205:3 220:25
  221:1 225:8 235:7
pieces 38:6
place 26:21 37:11 38:3
  78:5,23 90:5 107:19,25
  109:12,14,16 117:18
  133:14 140:19 154:24
  157:16 160:7 177:4
  185:16 186:2 187:3
  197:11 202:4 209:12
  209:14 229:25 252:6
placed 106:16 176:21
placement 38:1,2 81:16
  82:4 96:9 177:3 217:5
  250:1
placements 96:17
places 35:3 81:10 127:11
  158:16 197:22 198:8
plaintiffs 1:7,16 2:15
  4:19 5:5
plan 199:17
planning 25:10 173:14
plans 32:4,7 97:24
  182:25
plant 221:20,23
playing 172:13,15
plea 112:10
please 4:16 5:6,25 6:5
  46:10 79:11 230:17
pleased 186:17,22 187:4
plethysmograph 69:24
PLLC 2:10
plus 19:19 246:10
pod 160:1
Pods 51:21
point 13:14 31:1,13
  33:24 35:21 54:3 55:1
  57:12 60:8 66:7 72:21
  79:6,16 82:17 83:1

84:9 88:15 99:2 108:4
  109:6 115:22 116:13
  125:23 126:20 130:15
  136:20 138:24 141:6
  146:17,21 149:6 151:2
  152:4 162:7 170:1
  178:18 181:3 185:4
  191:16 203:9 204:12
  206:6 209:7 210:3
  231:2,7,16,22 240:14
  240:24 241:19 244:22
  245:7
pointed 210:14 225:17
points 124:19 171:12
policies 150:20 217:6
policy 93:13 129:17
  140:23 141:23 232:5
  233:8
politics 37:25 38:20,22
  38:23
polygraph 69:21 70:17
  70:21,22,25 71:22
pool 90:19 91:3,9 148:13
popular 31:18
population 19:21 81:2
  81:24 156:20 160:15
  166:13,15 169:11
  176:5 187:9,11,14
  229:15
populations 15:20,25,25
  31:12 128:14 157:24
portion 81:25 113:11
  126:10 131:10 142:20
Portland 2:7 4:1 252:19
position 189:1 212:20
positions 57:21 58:17
  147:19 148:14
positive 99:18 110:15
  137:14,19 186:7
  233:16,19,22 237:25
  238:6,7
posse 196:7
possible 123:7 131:17
  134:15 145:5 202:25
  204:14 243:14

possibly 27:3
potential 69:5 177:1,21
  202:11
potentially 84:16 212:16
  212:17
powerful 120:10 235:10
PPG 69:23 70:12
PPGs 69:21 70:10
practice 15:13,14 16:4
  39:15,20 59:17 118:8
  118:10,21 119:1,4
  125:16 126:17 127:2
  127:15 141:11 170:14
  170:20 181:7 192:19
  208:1,6 209:16,20
  212:13 220:9,12
  249:10
practices 45:18 59:24
  207:22 209:2 211:1
  212:10,23 213:16
  219:15 220:5 231:21
  233:9 240:19 249:5,7
  249:17
practicing 171:19
practitioner 109:10,14
praise 224:11
precautions 160:11
precursor 88:18
predictive 13:11,12,15
predominant 133:16
preface 118:24 127:20
preferable 119:20
  181:14,16
preparation 8:23 48:22
  82:1,3 213:20 214:18
preparatory 213:19
  214:1 247:25
prepare 9:10 234:2
prepared 59:14 214:22
  227:14
preparedness 225:8
preparing 133:20 182:16
prescribed 95:4
prescriptive 61:14
  174:21

presence 30:25
present 2:25 4:16 18:2
  28:15 29:2 82:19
  155:19 163:5 173:2
  178:16
presented 105:16 124:13
  206:8
Presently 108:7 190:9
preserve 195:22
pressure 29:6,7
presumably 48:10 93:11
presupposes 239:19
pretty 9:25 15:19 26:21
  31:18 38:14 39:22 46:9
  84:6 116:25 128:10
  134:11 146:9 147:20
prevent 6:13
previous 85:22 153:17
previously 16:16
primarily 8:14 15:6
  16:20 18:4 53:14
  102:10 119:3 127:21
  137:15 168:4
primary 12:13 51:1
  60:15 86:20 94:6 184:7
  202:8 206:4 250:19
principle 63:19 64:9,17
  64:25
principles 169:17
prior 16:3 22:16,17
  125:7 136:6 143:2,7
  144:1 185:16 191:23
  197:17 203:20 210:13
prison 48:7,10 49:1,6,9
  50:6 51:5,14,22 112:8
  124:23 131:8 170:4
  186:14
prisoner 186:14
prisons 16:1 49:3,14,15
prison-like 187:16
private 15:13,14
privilege 91:2 92:19
  93:14
privileges 88:25 90:20
  93:9 131:24 133:10

**pro** 201:25
**proactive** 190:3
**probably** 31:18 113:25
**probes** 32:8,18
**problem** 30:7 37:25
    107:14 132:12,16
    138:9 148:1,24 164:22
    167:15 171:7 177:16
    184:7 213:3 234:19,24
    234:25 250:23
**problematic** 34:16 87:23
    130:5 152:15 166:10
    184:18 203:10
**problems** 13:8 26:11
    69:6 77:16 99:5,6
    102:11 110:6 148:11
    169:15 219:3
**procedural** 79:9
**procedure** 2:2 115:4
    158:21 252:4
**procedures** 92:7 114:2
    139:21 141:16 149:11
    150:20 151:19
**proceeding** 6:12 201:13
**proceedings** 252:16
**process** 7:15 8:21 13:6,8
    14:6 23:20 24:9,16
    25:4,15 27:5,11 29:20
    29:25 30:3,21 31:24
    32:2 33:16 36:12 37:1
    37:17,17,18 38:10
    39:23 40:1,13,24 41:2
    41:7 42:6,10 48:19
    49:16 50:13 56:1 59:1
    59:2 61:15 62:20 63:2
    63:10 66:21 70:16 74:9
    77:5 78:2 79:1,4,7,9
    80:10 83:15 90:2 92:6
    95:5 99:11 100:18
    101:18,22 106:21
    107:11 108:9,12
    115:23 116:22 118:8
    118:11 119:1,8,8,10,14
    119:19,20 120:2,4,5,8
    120:10,12 123:6

128:14,22,22 129:6,14
130:16 134:9 138:6,15
141:3 143:12 177:21
178:10 187:20 191:10
191:11 193:5 196:8
199:22 200:7,19,24
201:23 202:1,4 203:7
209:4 214:1,2,22 221:2
221:7 225:6 227:4
246:21 248:1,17
**processes** 11:7 229:25
**proclivity** 206:13
**producing** 237:3
**profession** 226:25
**professional** 10:17 11:10
    92:20 150:7 181:13
    211:18 214:15 219:15
**professionalization** 58:3
**professionals** 109:8
**program** 5:15 7:14,19
    8:15,20 12:2,3 15:3
    16:9,15,16,19 17:16
    18:1,10,11,13,17 19:14
    19:18 20:2,14 21:9,24
    22:1 23:24,25 26:9
    31:3,4 32:18 33:8,12
    33:14 34:3,15,23 35:18
    35:20,23 36:1,3,8,10,17
    36:22 37:5,6 40:21,23
    41:15,24,25 42:1,14,14
    42:17,21 43:25 45:9,20
    46:2,16,18,20 48:6
    49:10,25 52:22 53:19
    54:6,13 55:1,4,11,13,14
    56:5,10,12,19 58:1,6,15
    60:11,17,22 63:25 64:4
    66:4 70:24 72:20,23
    74:23,23 75:8,11,18,19
    75:21 76:7,8,10,21,22
    76:24 77:9,12,15,18,20
    77:22 79:14,15,21,25
    82:1,6 83:2,4 84:10,23
    85:16 87:25 88:10,20
    88:23 89:24 90:17
    92:21 93:4,5,6,8 94:12

94:22 95:3 96:20,21
97:9,17,18,25 98:4,5,6
98:20 100:11,13
101:11 102:22 103:15
103:20 104:23 105:2,7
105:11 106:5,7,8,11,13
106:17,23 108:3,24
111:6,10,12,13,15,15
111:18,22,24 112:2,2,6
112:8,15,16 115:13,15
115:18,21 116:1,5,14
117:11 118:4,7 121:1,4
121:7 122:12,15,21
124:6,9,10 125:12,18
125:20 128:18 129:2
130:2,9,22 131:9,19
132:20 133:20,23
134:17 136:4 138:5,17
145:17 149:1,5 150:2,9
151:5,11,16 152:5
153:5 154:19 155:16
156:1,19,23 158:12
159:6 160:17 162:18
162:19 163:4,5,6,7,11
163:13,21,22,24 164:13
164:15 165:10,12,20,21
166:24 168:9,11,16
172:14 173:12 174:22
175:9 176:2,17,25
177:7,9 178:21 179:23
182:2,5,14,17 185:10
187:10,14 189:6,7
190:6,12 191:13
194:12,16,17 195:8
197:1,1,4,18 199:16
200:22 201:11,20,22
202:10,18,19,23,25
203:2,4,17,25 204:1,3
204:14,19,21 205:13,21
205:24 206:5,7 207:20
207:21,25 208:5,21
209:18 210:10 211:1
212:3,4,5,9,16 213:10
213:14 214:6,11
215:10 218:12 219:3

219:12 220:5 221:15
222:22 224:1,3,12,15
224:16,17,25 225:6,17
225:20,23 226:12,14,17
227:18 228:14,18
229:5,22 232:8 233:5
235:10 241:9 242:25
243:2,14,15,16,17,21
244:1,3,9,17,18,21
245:12,14 246:4,8,18
249:24,25 250:5,13
**programming** 17:20
    18:5 34:7 38:11,12,13
    38:17 49:14 76:19 82:8
    82:10 119:6 121:25
    124:20,22 125:7
    126:14 127:22,23
    128:5,11 151:25 152:5
    152:8,13,14,22,25
    153:5,7,19,21 154:3,15
    154:18,20,24 155:2
    162:24 169:21,24
    178:16 205:6 212:18
    248:14
**programs** 14:11 16:14
    16:19 17:22,23 20:6
    21:1,17 22:7,18 23:17
    23:18,20 33:17,22
    34:18,20 35:25 39:21
    44:23,24 45:2 48:25
    53:4,16 55:22 56:2
    60:6,24 61:11,16,25
    64:22 75:25 94:6 98:3
    100:5 102:10 108:19
    109:13,23 111:17
    112:10,22 120:14,15,23
    128:7 130:6,7,12,12,19
    141:12,14 150:24
    156:22,24 162:8 168:2
    168:7,22 169:4,6,9,15
    170:5 173:24 180:22
    180:23 181:8,9 190:20
    195:6 198:7 205:8
    212:1 214:7 218:16,22
    218:23 220:16,18,24

221:3,8 225:21 227:21
235:7 240:2,6 241:21
242:2,6 245:10 246:1
**program's** 129:16
**progress** 32:6 65:23
66:23 95:5 100:21
103:12 116:14 123:2
135:10,11,14,17 136:3
137:10 145:20 146:6
147:6 149:5,9 164:5,11
177:11 178:9 233:20
**progressing** 56:5 138:7
**progression** 67:10 70:12
78:19 138:5 147:9
162:2 164:7 165:8
167:13 214:25 216:13
221:25
**project** 100:12
**prominent** 103:14
**prominently** 44:2
**promote** 58:2
**promoted** 57:20
**proper** 198:17
**property** 86:12
**proportion** 52:21
**proposal** 193:23
**propounded** 252:8
**protocol** 158:21 161:3
**provide** 14:3 42:1 51:4
59:10 81:12 83:16 88:2
97:24 110:4 153:24
157:16,22 170:14
172:14 180:3 209:18
225:4
**provided** 53:16 54:12
105:24 117:22 120:20
159:17 221:21
**provides** 60:19 125:6
139:8 176:4
**providing** 39:19 50:1
65:1 92:9 98:2,7
109:17 129:20 134:20
144:21 145:2 151:10
153:2,14,23 180:2
191:14

**provision** 201:21
**provisional** 41:8 97:10
98:21 190:13 200:24
203:6,6,16,24 204:24
215:1 242:8,24
**provisionally** 97:19
215:5,23 216:9 242:13
242:17
**psychiatric** 15:23 19:12
108:3 109:9,14,21
110:6,13 181:2,4
**psychiatrist** 18:25 108:5
108:6,20,25 109:9,11
109:15,17,19 110:10,17
181:15
**psychiatry** 110:6
**psychodrama** 172:16,21
172:23
**psychodynamic** 119:2,13
166:8 172:24 183:19
219:1
**psychoeducation** 170:20
**psychoeducational**
58:24 73:8,21 75:5
118:17 123:5 128:21
129:5 151:23 152:13
**psychological** 110:4
**psychologist** 18:25 19:8
19:8 109:13
**psychology** 10:11
**psychopathy** 162:10
227:22 241:22 242:7
**psychosexual** 26:8
**psychosexuals** 26:7
**public** 139:14
**published** 11:15 12:10
12:11
**pull** 35:17 148:4
**purpose** 39:11 47:4,8
**purposes** 223:22
**pursuant** 2:1 8:8 237:4
252:3
**put** 25:18 38:8 45:24
78:23 80:9 83:20
102:20 103:6 141:9

147:15 152:10 158:8
158:21 177:3 193:23
220:19 229:20 236:24
**puts** 50:20
**putting** 50:21 115:25
**P.M** 251:25

**Q**

**quality** 103:22 225:4
**quarter** 72:4,8
**quarterly** 137:11 154:10
154:11 178:13 233:23
**quarters** 160:3
**question** 6:1,19 26:6
35:5 43:16 44:5 58:8
62:14 64:6,12,20,23
90:4,5 123:16,18,19
144:10 160:16 162:22
165:18 203:22 211:19
215:19 223:18 230:18
230:20 232:2,11 246:3
246:13 247:17
**questioned** 123:11
228:25 250:1,4
**questioning** 211:4
247:23
**questions** 20:3 26:10,12
34:13 137:22,23
196:23 223:4 234:18
**quick** 161:7
**quickly** 71:15 147:23
148:8
**quite** 5:11 29:25 34:22
35:11 36:11 43:9 44:2
44:3,4 53:5 61:9 62:25
87:19 102:6 105:7
129:22 144:1 148:3
158:4 169:22 175:12
181:18 183:10,18
187:4,4 196:4 201:3
246:12

**R**

**raise** 64:22 107:4 146:13
177:17 199:19,19

**raised** 8:21 43:16 46:8
59:15 62:14,19 85:5,20
86:9 107:18 110:10,12
114:18 122:1 123:18
132:5 145:23 159:7,10
165:23 174:1 177:16
178:2 185:22 199:5
203:13 205:25
**raises** 181:2
**ran** 112:2
**ranch** 51:8
**range** 14:13 29:10 43:24
59:23 62:23 76:1 81:1
81:10 102:7 104:1
109:20 112:24 171:24
189:21 220:7,19
**ranged** 133:7
**rare** 146:9 226:17
**rarely** 179:11
**rate** 217:6 218:2,21
246:5
**rationale** 176:4
**reach** 99:15 221:13
**reached** 80:1 82:5
208:10 222:25
**reaching** 221:11
**reacting** 134:9
**reaction** 71:11,13,16
157:13 186:3,21
**reactive** 71:12
**read** 9:12,12 42:25 64:2
71:20 218:17 228:20
231:17,22 251:18
**readability** 100:2
**reading** 194:1 252:13
**ready** 213:21
**realized** 43:2
**really** 8:18 14:6,24 15:10
29:18 32:10,15 33:2
34:11 35:1,6 36:11,12
36:15 39:5 47:15 48:1
61:12,21 64:5 75:14
80:24 81:9 82:13 86:1
96:22 102:8 105:13
151:1,14 158:15

180:16 188:3 189:3
192:1 198:20 204:10
208:18 215:17 216:21
220:24,25 225:24
226:3 245:11 246:12
250:18
**reason** 15:5 32:2 91:1
125:25 180:8 188:23
**reasonable** 74:3 76:2
107:25 148:23 178:8
193:14
**reasoning** 18:21
**reasons** 23:18,22 55:18
117:3 120:1 250:18
**recall** 6:24 19:15 22:3,23
25:24 27:22 29:12
59:22 117:9 133:1
144:3,7 154:12 155:18
164:20 174:4 188:8
199:10,11 243:3
249:16
**receive** 48:23 63:21 80:3
226:3
**received** 63:25 80:12
124:22 211:10
**receives** 109:7
**receiving** 18:18 75:3
138:1
**recess** 65:17 110:23
167:20 196:19 236:10
251:15
**recognize** 8:3 31:14
113:6,11 142:20 227:8
228:8 236:16
**recognized** 137:15
220:14
**recognizes** 31:16
**recognizing** 137:13
**recollection** 79:8
**recommend** 125:11
128:18 129:2 146:5
176:3 178:6
**recommendation** 146:18
177:13,14 197:24
198:1 212:11

**recommendations** 96:4,5
97:16 127:3 139:3
146:11,16 147:11,15
159:1 164:6 167:1
189:11 196:13 197:20
210:16 212:6 218:25
**recommended** 147:8
177:9 200:23
**record** 4:17 5:7 6:2
65:15,19 72:2 110:21
110:25 139:14 167:19
167:22 196:15,18,21
198:19 234:10 236:8,9
236:12 239:10 251:9
251:10,12,14,17 252:15
**records** 117:6,14 135:8,9
137:16,17 170:18
183:24 184:1,15 234:4
**recourse** 247:3,4
**recreation** 224:11,24
**recreational** 61:14
134:23
**recruit** 147:21,22
**recruiting** 198:4
**recurrent** 164:22
**recurring** 145:22
**recycling** 161:8
**redefining** 77:10
**redirection** 136:15
**reduce** 144:22 187:11
**reduced** 229:9
**reduces** 180:22,23
**reducing** 99:18 188:4
**reduction** 140:22 174:14
176:24
**reductions** 179:1
**refer** 168:8,10
**reference** 57:17 72:12
113:25
**referenced** 72:16
**references** 72:4,8
**referencing** 132:14
**referred** 115:9 239:22
**referring** 118:12
**reflect** 119:12 136:21

185:13
**reflected** 50:9 52:1 63:6
135:22 183:20 200:19
**reflection** 162:1
**reflective** 32:4 213:15
**reflects** 135:21 136:24
143:14
**refuel** 154:1
**regard** 14:19 15:6 29:6
32:9 51:9 66:24 67:15
68:15 75:16 77:25
80:25 86:22 88:7 97:2
105:8 122:2 125:1
158:10 162:4 163:10
167:10 185:3 190:3
200:20 202:11 243:2
247:20
**regarding** 12:12 25:25
135:11 238:15 248:23
**regards** 5:14,20 13:13
47:5 58:18 60:2 66:21
76:18 101:19 116:19
150:21 193:4 202:12
232:18
**regular** 153:6 155:2
189:14
**regularly** 145:23
**regulations** 140:14
**reinforcing** 187:1
**reintegrate** 131:14
144:23 158:24
**reintegrated** 145:6
**reintegration** 112:14,17
112:24 190:11 191:9
191:11
**related** 11:10 21:23 32:6
68:16 154:19 165:12
165:14,22,25 166:4
171:10 172:3
**relates** 24:12 174:14
188:4
**relating** 170:5
**relation** 56:2 85:24
102:9 116:23 162:16
163:3 171:16

**relationship** 149:7
191:21 195:7
**relationships** 191:20
**relatively** 74:23 116:8
118:9 130:1 153:1
166:20 188:7
**release** 36:7,9,18 37:7
41:17 83:3 200:7
**released** 37:2 40:16,20
40:22,22 101:11 136:3
202:18
**reliable** 70:5,18
**relied** 70:7
**remaining** 126:10
**remarkable** 55:24 56:9
148:5
**remember** 19:23 20:12
26:15 73:6 113:22
114:12,21 115:19
144:9 149:23 154:16
160:9 208:15 210:5,7
210:18 211:7 213:6,12
216:6,14,25 217:7,19
218:2 229:3 230:24
232:9,11 235:15 240:5
250:21
**REMEMBERED** 2:1
**reminder** 217:21
**removed** 131:24 160:13
198:8
**renew** 195:25
**reoffend** 82:19 144:22
165:12,22 166:1,4
**reoffending** 174:14
**report** 3:13,14,15,17,18
3:19 21:18 40:8 46:2,8
52:10 53:23 54:11 57:2
57:15 59:21 65:21 73:7
77:13 78:19,24 85:5
88:6 99:23 110:12,14
113:5,15 114:3,4,13,18
114:19 122:10 126:23
127:7 129:24 130:5
132:6 135:23 136:9
137:8,24 142:4,7,14,23

143:2,5,7,8,13,14 144:3
148:19 149:11 152:11
159:10 162:2 164:5
165:7,8 166:5 171:9
177:9 190:9,11 191:7
203:14 210:15 216:14
216:19 217:14 218:8
219:18 223:21,24
227:11 228:11,25
230:16 231:2 234:15
234:17,18 236:19,21
237:16 238:20 239:1
240:12 241:5
**reporter** 2:4 6:3 20:21
89:13 251:9,23 252:3
**reports** 9:12 21:24 26:17
36:5 42:15 50:20 51:25
52:1,12 53:7 56:25
73:6 76:15,17 78:1,18
79:25 85:22 87:23 94:7
101:9 103:10 114:23
116:15 118:24 124:14
127:6,20 132:4 133:15
139:14 143:21 145:9
145:24 146:1 147:9
148:17 159:20 164:25
165:2 184:14 200:20
203:12 207:13,24
208:4 209:22 210:13
210:24 211:16 215:2
217:24 222:19 223:2
224:10,14 233:24
234:2 245:23
**represent** 207:8
**representation** 9:6 47:2
155:15
**representative** 30:20
155:9
**request** 20:21 154:17
242:23
**requests** 26:1,14 28:24
221:22
**require** 157:20 240:21
**required** 58:5,25 59:11
85:2 89:22 102:21

133:23 187:24 231:8
231:18 240:17
**requirement** 24:3
**requirements** 34:6,8
139:12 205:12
**requires** 107:11
**research** 128:12 172:9
192:13 213:15
**reserve** 252:12
**reserved** 90:20
**residential** 12:2,3,3 28:2
111:6,13
**resistance** 68:22,24 69:7
69:12
**resolved** 122:7
**resources** 81:10
**respect** 125:4 130:3
182:3 190:4 219:9
221:24 224:1 229:21
233:2,7
**respecting** 175:4
**respond** 20:4 21:13 26:3
71:14,15 139:9 143:20
167:7 192:13 234:19
**responded** 116:19
158:25 178:1
**responding** 171:4,24
**responds** 28:24
**response** 71:12 78:8,9
84:20 128:10 142:22
147:7 179:21 198:20
211:9,13 223:3 247:24
**responses** 73:12
**responsible** 144:20
**responsive** 145:25
146:16 224:4
**responsivity** 98:17
127:24 162:8,9 163:16
227:19 241:9,18
**rest** 11:23 244:24
**restate** 163:1
**restraints** 141:8
**restricted** 81:12 140:19
**restriction** 90:8 91:7,7
**restrictions** 86:8,12,13

89:8,18,22,25 90:1
139:22 140:23
**restrictive** 83:12,21
99:15 160:2,6 188:21
238:21
**result** 42:7 101:1 194:16
**resulted** 96:19 140:3
**results** 42:17 83:20,23
95:23 187:7
**retaining** 198:4
**rethink** 152:17
**retracted** 131:20
**return** 20:9 108:17
187:15
**returning** 24:16
**review** 9:18,20 28:22
31:22,23 37:19 39:22
40:13 62:16 77:3 85:14
107:4,7,24 115:4
137:25 143:11 144:1,5
144:11 151:10 156:11
161:3 164:8 170:17
177:18,21 178:8
182:24 183:3,5 185:17
190:9 194:11,17
215:12,13 218:12
233:11,12 234:13
**reviewed** 22:20 117:6
137:10 151:4 169:12
183:4,9 202:13 217:4
221:15
**reviewers** 125:11
**reviewing** 108:17 114:12
114:17,23 138:24
151:13 158:12 177:11
234:22
**reviews** 8:15 9:12 21:12
62:15 135:10 137:10
229:18 230:4 250:22
**Ridge** 18:1
**right** 21:3 35:2 36:6 47:3
51:17,21 62:5 68:8
72:20 82:12 104:10
106:20 114:10 118:20
122:11 126:5,6,7,18

129:7 131:12 142:15
147:4 152:7,7,24 155:1
155:4 160:5 162:5,25
170:6 194:20 197:15
208:7,10 209:10 211:1
211:11,14 216:5,5,11
219:19 221:17 224:12
226:24 229:16 231:23
233:12,24 236:4,23,24
237:11,25 238:22
239:20 241:12 247:9
250:24
**rights** 5:19 36:24 150:21
150:22 251:20
**risk** 12:14,19 14:4 15:6
63:19,20,22,24 64:9,11
64:17,24,25 68:4,8,10
68:11,15,20 82:19
91:21 93:12 125:14,19
126:2,9 127:24 144:22
165:12,15,22 166:1,4
172:5 174:14 176:23
177:10 191:2 222:20
228:17
**risk-needs-responsivity**
64:10
**risk/needs** 128:9
**roadblocks** 176:16 200:6
**Robert** 19:3,7 23:11
113:14 142:18 144:12
221:4
**role** 27:23 51:1 57:4
86:20,21 87:3,8 139:23
172:12,14
**roles** 27:23
**room** 29:9 187:15 239:25
**roommate** 160:18
**roommates** 238:5 239:17
239:20
**rose** 183:13
**roughly** 6:24 7:20 75:12
75:17,18 115:8 199:25
243:9,25 244:3,6
**route** 106:24
**routine** 153:25

routinely 21:3
row 21:6
RPR 252:24
rule 140:23 248:6
rules 2:2 5:24 46:22 47:4
   47:10 48:16 68:22,24
   68:24 69:7,12 72:1
   140:14 213:11,25
   222:8,13 248:7 252:4
ruling 201:8
run 89:22 200:24
running 57:9 105:6
   195:7 231:12

**S**

S 2:12 12:15,16,17 13:17
   15:3 19:25
safe 50:10 91:8 243:20
safety 50:10 160:11
Saint 155:21
sand 17:25 173:13,15
   174:5,10,10
sat 108:11 153:20 155:20
   155:21
satisfactory 205:18,19
satisfied 161:21 201:10
   206:7,9,15
satisfy 145:3
saw 43:2 62:23 67:14
   73:24 75:6 105:4 106:2
   106:2 107:25 116:23
   130:12 159:16 161:11
   164:7,10 171:16
   178:14 191:12 226:4,7
   230:4
saying 63:12 77:6 91:25
   92:5 103:21 131:23
   136:25 146:4 171:11
   186:13 193:13 220:4
   246:20
says 30:6 46:21 65:8 75:9
   76:7 79:14 83:2 88:21
   99:2 106:11 109:6
   117:6 124:20 151:22
   165:20 173:14 183:4

186:7 190:8 227:18
   229:24 231:17 240:16
scale 67:9,16,17,18 185:1
   219:10
Scandinavian 14:21
SCAP 216:4
schedule 28:19 154:6
scheduled 60:20 154:5
scheduling 154:13
school 57:7,24 58:11
   230:21 231:12
science 10:8,14
scope 34:12 172:24
   175:15
score 67:23 69:10 77:21
scored 223:8
scores 184:20
scoring 69:15 77:4 185:2
   205:17,20 206:3
Scotland 49:7
Scott 1:4 2:18 4:11,20
   207:5 251:1
scrutinized 61:20
se 32:10 47:11 76:23
   77:24 117:17 191:16
search 141:8
second 62:16 75:9 79:12
   88:11,15 104:9 109:6
   113:23 118:3 126:25
   129:12 149:10 162:8
   164:14 168:1 178:22
   218:7 225:10 227:16
   238:4 241:8,11
secondary 38:18
secondly 47:21 55:19
   174:15 250:21
section 46:11,15,17
   56:23 72:20 88:9 117:5
   129:11 151:19 155:7
   161:14 166:6 167:25
   170:17 176:13 190:5
   237:19 238:20 240:12
secure 86:2,2 131:1
security 28:2 50:23,25
   51:1 57:3,23 84:11,22

85:6,8,15,20,24 86:4,17
   86:21,25 87:1,4,13
   88:3 90:19 91:6,14
   92:7,9 94:14 132:8
   134:2,6 139:21,22
   140:1,8 141:15,21
   168:18,19 178:23
   186:5 187:1 200:13
   229:12,13
see 7:22 10:7 13:11 20:16
   26:20 28:20 30:9,19
   38:12 39:14 40:6,9
   46:24 52:13 55:1 56:3
   59:15 62:17 75:22,23
   78:24 79:8,18 87:22
   91:6,18,18,19,22 94:5
   97:22 102:9 103:7,16
   107:18 111:17 114:6
   115:21 117:23 119:11
   120:1,2,11,12,19,21
   122:17 123:15 130:2
   130:15 131:2,17
   132:11,16,22 138:5
   141:19 143:24 146:11
   147:1,12 148:7 152:1
   153:21 154:25 155:3
   156:15,21 163:11,18
   169:2,3 175:13 177:15
   179:3 183:13 184:5,6
   186:2,22 187:4 188:23
   191:15 192:5,16,20
   194:2,3 200:9 219:2,11
   221:22 225:11,15,21
   226:15 227:19 231:11
   233:4 236:25 238:6,7
   240:2 249:10 250:23
seeing 68:18
seen 32:25 33:1 46:3
   53:6 61:6 67:2 68:14
   92:11 101:13 102:22
   102:23 104:17 107:17
   109:12,19 156:14
   158:13,15 159:6
   160:25 165:6 172:8
   181:7 190:23 223:16

223:18 224:16 225:25
segment 154:2
select 28:8,9 115:17
selected 13:25 30:15
   117:10
selects 28:6
self-management 47:6
self-regulation 47:10
Seling 5:16 6:23
send 143:5 193:24
sense 34:22 43:15 48:17
   64:12 78:16 83:11
   105:25 134:12 180:17
   180:21 182:14 213:21
   213:23 215:17 224:23
   225:3 226:20 248:17
sensitive 61:4,9 158:4,4
   175:18 227:18
sensitivity 105:5,15,18
sent 46:5 114:24
sentence 46:24 54:4 72:6
   75:7 79:12 100:23
   109:7 126:4,24 127:1
   135:9 162:8 164:14
   165:10,17,20 168:1
   173:21 174:23 178:5
   178:23 182:24 186:6
   224:3 238:4
sentences 210:15,23
separate 94:2 146:15
   159:25,25 160:1 173:6
separating 145:19
sequence 124:6 164:13
   224:1,4
series 136:15
served 83:12 153:15
serves 247:25
service 115:24 135:6
   153:23 182:23 190:15
   220:18
services 16:10 20:1 42:2
   60:4,17,18 63:25 80:3
   81:1,19 82:2,3 88:17
   88:25 98:16 108:22
   109:3,20,22 110:2,2,4

111:24 128:19 129:4
149:3 170:14 180:5,6
181:2,4 193:4,4 224:12
224:25 225:16,19
serving 81:2
sessions 20:17 155:11
229:1
set 24:17 25:5,6 26:21,22
48:16 55:18 160:24
200:17
setting 48:23 58:22
62:21 80:3 81:8 82:13
83:13 92:2 95:19 99:15
111:20 129:16 133:10
139:12 140:18 159:18
185:24 198:7
settings 15:8,9 16:2,2
27:17 44:25 49:1 50:25
51:22 76:3 91:19 92:4
92:14 156:13,14 158:3
158:18 192:6,15,19
225:2
settled 7:18
settlement 7:19
seven 21:6 26:14 37:2
129:11 144:16 195:11
221:14
seven-year 195:11
several-day 22:21
sex 11:2,16 15:2 17:2
21:23 33:21 34:3,19
41:23 42:24 44:22
45:19 48:4,25 49:24
53:15 60:15,23 61:25
63:19 64:1 108:18
114:4 125:7 169:2
170:5 173:23 208:21
210:10 213:16 214:3
214:10 216:9 218:16
222:21 226:13,16
228:18 248:1,5,7,12,14
248:17,23 250:8,13
sexual 11:5 12:4,20 14:5
16:12,21 69:22,25 70:3
70:5,9,19 71:7,8,10,17

71:17 111:7 120:13
192:7,9,10 209:10
220:13 248:20
sexuality 192:15,20
sexually 144:22 191:19
shackles 141:8
shaking 6:6
share 29:5,20 30:3,4
35:12 54:9 74:21,25
85:18 179:21 192:12
235:2
shared 20:4 30:4 42:15
42:18 53:7 73:5 78:18
85:21 87:22 98:13
100:19 125:2 133:15
144:10 145:9 148:18
148:20 165:1 167:10
180:7 232:23
sharing 153:15 161:25
175:21 182:3 192:11
Sharon 20:17
sheet 74:17
sheets 74:14
shift 9:23 86:1,22 88:3,7
139:21
shifted 85:7
shortage 180:1
shortages 179:24
Shorthand 2:4 252:2
show 47:16 68:20 69:2
136:16
shown 174:16
shows 68:23 77:13
166:14,16
show-and-tells 153:15
side 19:19 20:19,20,22
20:24 27:21 43:11
72:21 104:11 197:12
sides 155:5
sign 251:19
significant 9:25 15:10
50:24 56:2 76:16 77:6
77:16 84:6 96:14
100:21 108:13 140:17
147:20 156:23 157:14

162:5 163:18,19 173:9
184:23 185:3 192:2
219:3,8 223:10 227:3
227:23 238:12 241:23
242:15
significantly 67:13,24
88:24 184:23
signing 252:13
similar 30:10 51:22
68:17 87:20 111:16,18
127:8 188:24 192:5
205:14 243:23 246:4
single 190:20,21 240:10
sir 4:3 89:13 137:6
218:20
sit 28:6 47:18 154:17
155:23 181:10 224:7
224:20
site 3:17,18,19 12:25
21:2 24:21,21 25:20
33:6 49:12,23 50:4,4
113:15 139:24 141:3
223:21 227:11 228:11
228:14 234:2 236:19
sites 170:19
sitting 29:8
situation 28:25 34:21
59:12 80:21 107:5
146:17 158:7 184:8
193:19 200:12 244:15
247:3 249:20
situations 28:23 45:1
59:15 127:12 158:1,2,6
201:10 204:4
six 18:14 21:5,6 22:16
26:14 53:14 117:7
122:18,19 194:7
221:14
Sixth 2:12
Sixty-one 231:4
size 65:4,5 189:5,12
235:21
sizes 148:21
Skadalin 13:19
skeptical 186:22 187:3

237:23
skill 48:16 94:4 118:10
118:16 119:4,17
125:16 127:2 128:20
129:5 166:9 168:3
170:19 171:2,8,13,19
171:20 172:1,3,6,7,7,16
173:4,8 218:25 226:4,5
226:9
skilled 118:25 159:15
skills 48:11 59:4 93:25
127:15 171:21,24
214:19 225:11 226:11
226:22,25
skip 124:5
sleep 51:13
slightly 218:12
slow 116:20 117:3,4
124:18 133:22 145:11
small 13:14 30:17 36:20
36:23 63:11,12,14
74:23 111:15 124:9
130:2 144:13 160:14
160:15 235:23 236:3
smaller 62:24 63:16
snapshot 23:21
snippet 231:17
snoop 235:4
SNS 89:6 92:16 93:4
104:23
socialize 189:18
society 130:9
sociology 10:12
soften 52:5
softened 50:17 88:5
140:15,15
softening 50:13,14,17
85:23 86:13 188:21
238:15,17
solicit 143:20
solve 234:24
somebody 191:21 206:14
235:3 246:24
someone's 136:14,16
206:13

someplace 50:21 94:23
something's 146:12
somewhat 13:13 28:18
  53:22 63:5 66:8 75:25
  85:17 87:23 90:11
  91:18 104:22 111:16
  121:6 136:11 178:25
  186:21 190:23 192:21
  202:2
sophisticated 47:9
sophistication 105:8
  107:11
sorry 4:3,9 22:5 40:18
  52:8,18 88:13 89:15
  122:18 123:23 139:18
  140:7 165:17 194:2
  216:17 232:3 239:7,8
  241:14
sort 7:15 10:17 11:1 16:1
  17:22 18:6,6 19:24
  23:18 24:2 26:4 29:6
  30:20 31:8 32:3,25
  43:24 48:15 57:10 59:9
  61:7,23 62:23 65:4,5
  68:12 72:12 74:14 78:2
  82:12 83:11 87:8 91:13
  93:12 96:23 98:13
  99:16 100:7 103:21,23
  104:7,23,25 105:1
  115:23 118:23,24
  120:7 121:23 124:24
  127:20 131:11 132:6
  133:7,12 135:2 136:23
  136:24 152:19 154:1
  157:16 158:6,21 161:1
  161:4,5 167:7 169:4
  174:13 175:13 183:13
  188:21 192:18 197:12
  198:25 200:15 205:9
  208:24 209:6 215:2
  223:6 225:3,22 226:19
  238:14 239:19 248:21
  248:23 250:19
sound 216:20 222:24
  224:18

sounds 24:1 35:13 45:13
  66:2 137:15 161:16
  223:4,5
source 151:7
speak 21:10 29:18 30:24
  56:6 77:23 79:23 83:23
  95:12,13,24 97:1 98:18
  109:24 114:21,25
  121:23 124:24 125:5,8
  130:10 139:16 141:13
  141:18 147:13 149:6
  161:1 188:3 189:4
  194:18 195:13 206:2
  209:17 220:3 232:13
  232:15 233:1
speaking 85:4 121:11
  126:23 140:25 218:24
  219:2 236:2
speaks 225:4
special 15:20 16:24 17:1
  18:5 19:18,21 20:1
  21:9 22:21 31:7,12
  53:17 75:24 88:17,25
  100:16,25 102:17
  103:2 120:20,22
  122:22 157:24 221:7
specific 8:19 16:11 20:3
  20:12 25:21,24 26:2,15
  34:19 47:12 48:4 49:13
  51:6 54:9 55:9 62:1
  67:7 75:16 79:23 83:8
  90:14 91:1 93:3 95:12
  95:17,21,22 96:1 97:21
  99:25 105:23 106:20
  107:15 119:16 127:18
  128:13 137:7 140:13
  147:7 151:15 153:14
  164:3,6 167:14 172:14
  175:22 201:17,18,20
  205:7 210:9 214:3,19
  220:11 225:12 227:21
  234:18 241:20 242:2
  242:22 248:1,5,8,13,18
  248:19,24 250:21
specifically 11:2 15:18

20:13 23:24 24:13
  29:13 31:2 32:3 33:23
  36:12 38:9 46:16 55:23
  56:6 58:12,19 59:8,21
  60:22 71:4 76:25 77:23
  81:17 83:16 86:24
  95:13 96:22 97:1 98:4
  105:12,19 108:23
  109:25 114:22 115:19
  119:16 124:24 125:8
  125:22 126:22 130:11
  132:4 133:2 138:13
  141:13 149:6 162:24
  163:1,15 164:10
  171:15 181:24 185:7
  192:13 200:14 202:5
  202:13 206:2 209:15
  209:17 210:13 214:3
  217:11 221:5 232:14
  232:15,21 233:1 240:3
  245:21 250:17
specificity 110:7
specifics 91:4 95:24
  98:12,18 115:1 139:11
  139:13 171:10 204:11
specified 226:15
spectrum 134:24
speculation 39:1 56:14
  70:21 84:25 93:17
  201:15 206:17 245:3
  245:17 247:14
Speculative 84:16 150:6
  150:12 164:1 201:2
  244:12
spelled 171:12
spend 92:13 178:24
  221:16
spending 131:7
spent 37:4 48:9,10 114:9
  127:15 128:17 131:10
  198:13 200:9
split 191:8
spoke 125:22
spot 32:18
St 2:21 19:19 20:19,22

27:3 33:4 43:10 53:19
  54:5,14 63:15 90:15,16
  91:15 92:3 93:4,7
  115:7 117:7 121:8,16
  121:22 122:5 130:23
  151:24 152:6 154:15
  155:10,24 173:12
  175:7 181:24 182:2,13
  182:25 183:4,15
  190:10 197:2 221:16
  222:16
stabilization 48:2
stabilized 157:18
stable 166:20
staff 26:25 28:2,2 30:25
  31:10 50:23,25 57:20
  57:23 86:17 87:4,10,13
  87:19,21 88:3 105:3,4
  108:5,14,20 109:1
  110:11,17 122:14,20
  132:10,17,23 134:1
  139:22 140:20 148:13
  148:20 149:2 159:15
  170:18 178:18 179:12
  180:1 181:25 182:1,4
  186:5,7 190:9,11,14
  198:4 229:25 235:2
  238:5
staffing 54:23 56:24 57:1
  58:1 148:23 159:12
  179:1,24 180:10
  181:12 183:22 184:1,5
  197:19
stage 12:23 248:14,15
stages 182:13
stance 86:21
stand 109:14,16
standalone 137:8
standard 112:23 128:3
  128:10 173:23 210:9
standards 33:18 34:25
  35:2 39:15 59:17 61:17
  61:22 66:8 118:22
  192:19 208:1,6,20
  209:16,20 210:8,9

220:12,14,15 221:9
249:11
**star** 137:1
**start** 4:6 17:9 30:8 82:9
114:15 130:16 132:16
134:9,13 214:2
**started** 16:11 17:11
25:15 104:22 115:25
242:1
**starters** 43:21 50:7,14
104:20
**starting** 50:13 71:1 81:9
85:13 99:7 133:19
178:4
**starts** 46:18 63:18
102:15 104:10 112:18
118:7 139:19
**state** 2:17 4:16 5:6,19,21
7:8,11 9:6 10:19 14:1
16:8,14,14,23 17:4,13
33:23 34:9,24 49:5
60:11 63:23 81:2 95:16
96:22 127:11 138:13
169:14 187:23 188:7
192:17 193:3 241:1
**stated** 78:20 103:9
116:16 117:1 127:5
147:18 148:17 159:19
164:9 165:7 174:18
181:17 203:9
**statement** 60:1 66:12
72:24 84:14 85:9 99:24
102:24 104:14 127:8
134:3 144:25 172:19
214:12 223:14
**states** 1:1 4:13 12:24
14:15 17:8 21:19,22
34:5,6 40:14 49:4,13
64:6,7 179:10 209:8
212:1
**statewide** 14:3
**stating** 29:7 127:20
168:11
**stations** 47:7
**statute** 112:9

**statutory** 24:2 38:9
**stay** 34:10 229:14
**stayed** 93:6
**staying** 166:24
**stenotype** 252:11
**step** 18:16 48:24 112:16
139:2 202:18
**stepdown** 129:14
**Stephen** 19:7
**steps** 95:5 133:24 177:4
191:5 200:8 204:18
**step-down** 38:4
**sterile** 191:19
**stimuli** 71:13,14
**strategies** 13:7 248:19
**strategy** 174:6,13,22
175:16,22 220:11
**Street** 2:12,20
**strength** 30:1
**strengths** 39:17
**strict** 107:12,12
**strides** 133:20
**strike** 62:12 75:19
141:25
**stringent** 164:17
**strip** 141:7
**strong** 229:24 230:10
**strongest** 224:16
**struck** 72:6 133:6
**structural** 48:12
**structure** 24:20 51:22,24
52:2,7 55:14,25 66:3
111:4,16 128:16 190:6
190:8,22 194:22 197:4
200:17 209:17 223:11
223:12 229:22,24
230:11 248:7
**structured** 128:20 129:4
163:12,22
**structures** 159:25
**studies** 13:13,14
**stuff** 175:24
**style** 229:2
**styles** 224:5
**stymied** 43:15 200:18

**subject** 141:7
**subjecting** 141:20
**subjective** 66:9,18
**subjectivity** 77:5
**submit** 143:2
**submitted** 204:23
**subpoena** 3:11 8:6,9
237:4 251:7
**substantial** 156:19
**substantively** 237:14
**success** 40:4
**successful** 41:16,21,23
174:16
**successfully** 37:7 40:16
40:20,24 88:24 97:9,18
98:2 101:11
**sudden** 92:19
**suggest** 105:3 135:24
189:4
**suggested** 52:4 61:19
73:25 79:3,25 80:15
95:14,16 96:6 127:10
**suggestion** 146:7 190:18
**suggestions** 146:11 167:9
189:22
**suggests** 63:20
**suit** 5:20 7:16 13:25
16:17 17:18 34:23
**Suite** 2:7,12
**summary** 144:19
**super** 27:25
**supervised** 90:19 115:7
160:14
**supervises** 190:14
**supervision** 68:22,25
69:7,13 178:18 179:9
179:19 180:4,9
**supervisors** 28:1,14 29:1
29:3,14,16,17,19,21
179:8,11 180:19
**support** 13:7 81:4,13,19
129:16 157:17 164:5
178:18 203:15,24
**supported** 81:5,6 84:1
125:14 126:2,19

176:22 180:13
**supporting** 176:4
**suppose** 105:9
**supreme** 215:13,15,25
216:2,10
**sure** 10:22 11:20 18:14
29:21,23 33:5 35:21
56:21 57:14,14,17 58:4
58:7 61:9,13 65:11
73:7 98:25 100:1,12
103:7 109:2,4,25
117:24 126:25 129:22
132:3 136:7 139:13
142:6 143:14 144:9
152:10 154:9,16
155:20 158:9 163:3
180:2 183:18 188:25
193:12 196:16 200:2
201:3 204:2 210:6
215:14 216:23 232:21
237:11,12 240:23,25
241:2 245:4 251:11
**surface** 246:5
**surprise** 35:14,16 41:12
41:14 52:25 57:8 60:21
97:15 156:25 157:3
199:24
**surprised** 45:14 200:3
249:13,15
**surprising** 53:3
**surveys** 220:17,19
**suspect** 102:19 103:5
**Suspicion** 103:1
**Suspicions** 102:16
**sworn** 4:24 252:7
**syndromes** 100:16
**system** 14:3 34:18 36:14
37:13 49:9,25 55:21
64:18 67:13 78:6 81:22
81:23 89:23 91:15
96:10 105:14 107:15
107:17,19 120:13
123:17 136:9,19,23
137:13,22 147:6
161:22 178:7,15

181:20 184:11 185:8
185:16,18 186:11,19
187:2,6 189:3 200:17
205:15,16 214:25
215:11 221:6,10
**systems** 13:7 33:19 34:9
35:4,9 49:6 59:10
91:12 107:6 169:12,14
187:22 202:12 205:2,4
209:5 236:1
**S-K-A-D-A-L-I-N** 13:19
**S.W** 2:6

**T**

**T** 2:3 252:2,24
**table** 68:3 69:20 83:19
166:12
**Tacoma** 10:15
**take** 6:16 7:14 30:8 38:3
38:5 39:13 64:14 65:9
71:20 93:13 107:22,24
110:19 112:8 132:18
138:18 142:8 146:4
167:16 180:3 187:3
191:22 198:11 200:25
201:6
**taken** 1:16 2:3 5:10,23
26:21 90:19 93:9
105:19 139:25 141:2
143:17 177:4 191:5
252:10
**talk** 9:7 29:9 30:21 46:7
54:3 100:16 119:7
124:19 142:3 168:6,22
207:20 238:20
**talked** 46:16 78:14
101:23 112:13 116:7
118:23 155:8 162:15
168:5,20 176:15
180:14 181:3 208:17
213:5 216:13 219:9
223:17 226:23 233:11
235:17 238:15 239:15
241:19 249:4
**talking** 46:18 51:15

59:19 69:19 75:23 76:6
79:13 82:7 88:16,22
93:2 102:15 104:1
106:10 110:1 111:17
114:2 115:3 118:4
119:11 122:12 126:5
128:15 129:1 130:1
132:21 135:7 147:3
151:20 157:4 162:23
162:23 163:15 168:23
172:6 173:11 176:19
179:8 181:24,25 186:4
198:13 210:14 213:11
219:7,8 247:8,22
**talks** 46:19 53:10,12
54:23 56:23 60:13,16
65:22 69:21 71:22
88:21 90:17 93:3 115:5
124:17 161:15 172:12
176:20 177:23 178:19
181:1
**target** 127:14 241:17
**targets** 67:12 117:18
161:14 184:25
**teaches** 226:22
**teaching** 170:19 171:2
**team** 18:1,8 20:6,9,11
35:8 79:1 95:21 107:3
107:3 173:22 196:6
201:17 215:14
**teams** 23:22
**technique** 172:23 174:24
176:3
**telecom** 108:11
**Telephone** 2:14,22
**television** 181:5
**tell** 5:13 8:11 110:8
**telling** 71:23
**ten** 11:22 53:2 117:10
**tended** 182:2
**term** 136:18 169:7,8
189:7 222:2 235:20
**terms** 9:4 78:14 86:7
99:9 101:23 107:6
110:1 118:21 119:11

170:12 184:25 200:16
202:22
**test** 12:22 13:3,24
**tester** 71:25
**testified** 207:12 211:25
237:22
**testify** 3:11 4:25 8:6
217:11
**testifying** 6:14
**testimony** 136:6 203:20
207:11 210:2,18 211:7
212:20 218:20 223:3
233:3 234:3 242:1
249:12,17 250:11
252:10,15
**testing** 69:22 70:17
104:19 109:18
**Texas** 21:25 22:6,14,15
**thank** 89:16 137:6
206:22 239:4,5 241:16
243:8 251:3,23,24
**Thanks** 217:16,18,19,21
**theme** 30:9 186:15 230:3
238:14
**themes** 30:6 99:16
186:15 199:21
**theoretical** 170:13
**theory** 126:21 172:24
219:6
**therapeutic** 38:24 47:4
50:11,15 51:2,24 57:10
58:23 61:6,15 62:13,20
63:3,7,10 85:7,25 86:3
86:14,20 87:7,9,11,14
88:4 89:9,20 90:2,11
92:21 93:15 101:16,21
131:17 153:22 169:5
176:2 178:24 190:2
226:8
**therapies** 96:12
**therapist** 185:2
**therapists** 59:11 72:3,7
186:5
**therapy** 50:12 53:14,15
53:16,18 54:4,12,15

57:22 60:20 72:3,13
85:16 86:4 118:12
119:3,21,24,24 120:9
120:12,15,19 121:1,4
121:11 157:8 173:3,13
173:15 174:5,10
179:20 180:10 229:11
**thereof** 252:18
**they'd** 25:2
**thing** 10:2 18:5 23:14
35:5 36:21 43:1 69:16
74:2 80:23 103:10,23
131:25 133:12 158:20
180:16,21 220:22
237:14 246:6
**things** 6:7 25:8 26:2,3
27:2 32:5,7 34:10 38:4
39:16 47:19 50:1 61:5
69:17 86:12 96:8 98:13
100:2 102:7 107:2
119:9 130:8 133:8
134:23 136:16 143:15
145:8,10,21 146:5,10
153:9,9,16 167:13
169:14 173:1 175:24
176:11 184:13 196:10
208:12 210:24 211:3
213:4,8,12 219:1,10
220:7,19 222:13 225:1
228:24 229:21 230:23
233:14,16,19,22 235:12
237:18 238:2
**think** 5:15,22 7:5,24 12:1
16:16 17:10,24,25
18:14 19:22 20:1,9,9
20:10,17,17,19 22:2,2
23:11 26:6,18 28:16
30:1 32:16 34:7 38:18
39:25 40:3,7,24 41:2,2
43:3,18 45:18 47:3,10
47:11 48:5,9 49:8,11
49:16,23 50:2,3 51:25
52:11 53:8,11,24,25
54:10,15,17,19,20 56:4
56:7 60:1 61:8 62:2,6

62:16,17,18 63:4,5
64:3,5,5,7 65:7,7 66:11
66:16 67:2 72:24 73:1
78:19 80:7,8 84:13,21
85:9,14,15 86:16 87:6
87:12 88:2,4,6 89:7,10
94:25 99:7 101:3,4,14
102:6,23 104:4,5,14
105:13 106:15 110:14
110:18 112:13 115:8
116:4,15,19 117:4,12
118:12,16,23 125:22
127:5,10,10 128:25
131:25 132:3,5 133:14
135:23 136:17 137:24
142:1,8 144:10,11
145:2 146:17,22,25
147:5 148:6,12,16,18
149:7,25 150:8,15
155:12,14,22,22 156:6
156:7 157:7 158:4
159:9,10 160:2,2
161:24 162:3,12
167:14 168:5 170:2
171:12 181:16 182:19
185:5,19,19 187:13,23
189:13 190:19 191:12
192:3 193:14 194:5
195:9,9,12,15,17,21
196:12,14,16,17 197:8
198:6 200:4,20 203:11
203:19 204:7,16
207:12 209:3 210:3
211:9,9,11 213:11,24
214:16 215:3 217:25
222:3 224:14 230:10
230:19,22 233:7
234:23 235:1,19,24
237:16 238:11 240:8,9
241:1
**thinking** 63:13 77:7
245:6
**third** 60:8 177:8 179:7
220:15
**thirdly** 51:3

**thought** 26:19 38:13
109:3 151:2,15 184:7
236:4
**three** 13:12 18:4 32:15
32:21,22 33:5,5 46:19
67:25,25 78:1 85:18
106:11 116:2 127:6
139:1 151:20 160:9
193:22 196:2,3 199:2
208:9 210:25 212:21
215:17,18 216:14
217:25 219:18 229:10
229:23 232:25 234:1
234:12
**three-year** 195:19
**threshold** 37:21 76:18
77:1,8 85:2 127:10
184:10 194:5
**thresholds** 77:10 99:14
**threw** 34:25
**throat** 95:1
**ticket** 32:3
**tied** 183:1,2
**tight** 187:1
**till** 5:25 201:7
**time** 20:2,11,15,24 22:15
25:8 30:18 32:14 33:7
37:4 43:9 44:15 48:10
48:10 61:17 62:13,16
65:18 66:14,17 71:11
71:20 72:25 80:7 83:19
84:5 85:12 89:21 94:19
107:5 108:24 110:19
110:24 117:16 119:16
122:25 123:14 125:15
125:23 127:2,15 131:8
131:9,19 132:14
152:18 153:1,1,17
154:24 155:3 156:13
159:14 160:23,24
167:21 168:3 178:24
179:25 181:17 182:15
187:5 191:16 195:1,2
195:10 196:3,20
198:13 200:9,25 201:7

201:7,9 204:10 206:22
221:15 229:9 233:4
235:1 236:11 239:4
246:15 251:13 252:5
**timely** 102:18 103:3
144:21 147:7 158:23
177:25
**times** 5:11 72:4,8,11
147:16 183:10 188:12
198:7 221:14
**time-out** 152:19 157:16
**titles** 143:16
**today** 6:12,14 8:24 99:22
116:7 185:6 198:14
213:5 224:7,21 228:3
228:22 231:9 232:5
249:12 250:8
**today's** 9:11
**told** 16:16 24:15
**Tom** 27:4
**tool** 12:15,19 13:9,11
14:9 15:7 69:25 70:8
70:18 120:10
**tools** 14:6,25 70:2,6
**top** 83:1 113:24 115:5
122:11,14 125:10
178:19 218:11 222:3
**topic** 135:7 189:5
**Toronto** 14:7
**total** 42:11 117:21 235:5
**totally** 26:22 139:6
148:23 160:13 173:6
**touch** 28:3 155:6
**touched** 118:5 122:13
155:13 179:2
**touches** 46:8 54:23
**tour** 221:21
**Tower** 2:19
**track** 72:3,7,16
**tradition** 91:19 152:24
**trained** 105:12
**training** 11:1,6 14:23
15:17 17:21 19:18,21
21:14 22:17,22 49:12
57:6 58:21 101:17,19

105:9 111:21 118:16
118:17 152:24 172:14
178:18 226:2,19
240:14
**trainings** 14:18 21:16
**transcribed** 252:11
**transcript** 251:19 252:14
**transcription** 252:12
**transfer** 80:7 176:20
**transferred** 107:9
**transition** 83:17 111:24
129:15 130:16
**transitions** 111:23
**transported** 141:2,3
168:17
**trauma** 100:15 174:9,17
**traveling** 33:3
**tray** 173:13,15 174:5,10
**treat** 36:7,9,17 37:7
63:22 186:14
**treated** 40:16,20 175:14
**treating** 41:16
**treatment** 11:2,5,11,16
12:12 13:6 31:4 34:4
39:20 41:23 42:2 44:23
46:12,15,23 47:2,8,12
47:14,17,25 48:19,22
48:25 49:13 51:5,6
53:10,12,13,16 54:2,16
55:4 58:5 59:20,23
60:4,4,9,11,15,16,23,23
61:2,4,4,7,21 62:1
63:19,21 64:1,2,12,19
64:23 66:3,7 67:12
68:6,6 70:12,14 71:24
72:23 74:6 76:9 77:18
79:17,22 83:11 86:19
91:25 94:3,6,12 96:15
96:16 97:24 98:3,7
101:2,5,6 102:18 103:4
104:3 107:7 108:18
111:6,18,19 113:1
117:18 120:8 121:20
123:8 125:7,13,15,19
126:21 127:2,22 128:4

128:16,19 129:3,18
131:3 135:9 137:16,17
140:1,9 144:21 145:3,7
145:15,16,19 148:15
149:1 151:21,23 153:2
153:13 155:11 156:3
157:18 159:17 161:14
168:3 169:2,9 170:9,13
170:17 171:3,25
173:23 174:7 179:9
180:2 182:25 183:2,24
184:25 185:5 191:17
197:3,22 202:10
203:17 204:1,19 205:2
208:21 209:10 213:9
213:10,16,21 214:2,5,6
214:10,11 218:1,13,21
220:11,13 222:22,23
224:5 225:5,12,12,15
226:13,14,16 228:18,19
232:10 233:24 237:19
243:11,16,21 244:2,10
244:18,23 245:11
246:8 248:2,5,8,23
**treatments** 33:22 170:6
**trend** 103:8 166:15,16
**trends** 99:17,17 104:7
**triaging** 14:4
**trial** 3:12
**tried** 96:8,9 101:20
  232:24
**trigger** 29:2
**triggered** 13:24 93:12
**trip** 108:9
**true** 76:15 204:22 233:18
  252:14
**trust** 30:2 32:12
**truth** 71:23
**truthfully** 6:14
**try** 6:19 28:3 29:10 31:5
  31:5 34:10 102:5
  103:19 135:4 156:12
  167:5 189:1,18 235:9
  244:22 246:15
**trying** 10:1 13:11 17:24

31:11 32:14 39:24 40:1
  49:22 50:2 99:11 104:6
  110:3 115:20 117:12
  117:17 125:3 134:20
  147:21 153:24 160:2
  171:23 175:24 180:1
  186:15,25 189:4,25
  203:8 213:19 240:8
  247:16 250:22
**Turay** 5:15 6:23
**turn** 46:10 52:12 59:18
  68:2 72:18 76:4 82:25
  94:9 113:8,23 118:2
  122:11 135:5 139:17
  142:16 161:12 166:11
  182:22 230:15,16
  239:15
**turned** 237:24
**turning** 54:22
**tweaking** 68:13
**Twenty-eight** 236:6
**twice** 22:15
**two** 5:11 6:22 9:13 13:22
  13:22 16:13 18:24 19:4
  19:5 22:17,20 35:8,9
  39:18 43:14 50:24 59:6
  62:15 67:19,21 76:15
  77:8 78:18 85:18 97:6
  99:23 112:10 121:25
  139:1 145:8 147:8
  155:24 159:20 173:6
  184:10,23 190:24
  195:19 197:5 201:6
  205:3 207:16 221:16
  221:16 227:14 229:1
  234:16 236:22 237:23
  239:25 248:22
**two-hour** 228:25
**two-tier** 37:18
**type** 14:25 47:25 52:1
  53:10,12 66:3 81:2,24
  82:13 111:19 118:17
  120:25 121:3 128:4
  141:20 144:17 158:1
  175:16 185:23 192:20

213:9 226:6
**types** 13:8 15:23 24:21
  45:1 50:24 78:12
  105:15 143:19 157:14
  158:3 166:3 169:16
  171:21 174:17 225:13
  225:14 249:7
**typical** 152:24
**typically** 120:16 194:22
**typo** 144:17

———————
**U**

**uh-huh** 6:6
**ultimate** 215:22
**ultimately** 80:16
**Um-hum** 41:10 46:25
  52:19 114:7 194:21,25
  197:16 218:10 219:20
  244:7
**unable** 102:21
**unaddressed** 235:9
**unanimously** 208:10
**undefined** 66:8
**undermine** 92:21 93:15
**undermined** 87:6
**underneath** 69:20 88:15
  109:5
**understaffing** 159:19
**understand** 6:9,18 15:12
  39:11 112:20 119:23
  143:23 160:19 162:21
  163:6 173:1 180:8
  202:17 205:18 207:9
  212:19 216:8 237:8
  246:12,13,23
**understanding** 37:6
  56:18 70:25 88:18
  90:22 106:5 112:17
  116:25 121:14,18
  130:20 136:12 150:17
  203:18 214:24 215:2,4
  215:8,9,22,25 231:7,14
  231:25 232:4 243:1,6
  243:24 249:1
**understates** 64:8

**understood** 214:17
**unique** 34:21,21 78:11
  100:4,13 235:3,6
**unit** 16:13 42:24 43:25
  51:11,20 62:21,21
  87:18,18,20 115:7
  155:11 156:5,5,6 157:9
  158:13 159:8 160:4,19
  173:16 229:12,12,14
  235:14,21 249:14
**United** 1:1 4:13 12:24
  14:22 209:8 212:1
**units** 26:12 31:9 51:12
  51:16,20 62:9,11,24
  63:4,8,11,12,14,15
  86:11 87:2 156:2,3,4
  157:6,7,8,15,19 158:19
  158:25 159:16,21,22
  160:15,20 161:9
  173:20 235:23,25
  236:3,3
**University** 10:14
**unstructured** 118:9
**unwilling** 102:20 103:6
**updated** 12:6
**upset** 29:17
**upsetting** 29:19
**use** 14:11,13,15 54:17
  70:19 90:18 91:3 119:7
  119:23 124:25 128:8
  170:13,19 171:2
  172:12 173:12 174:18
  174:20,20,21 176:2,5,6
  185:10,12 229:11
  235:13 240:4
**useful** 15:10 31:11 35:12
  110:5 150:24 209:7
  237:24
**user-friendly** 189:16
**uses** 15:3
**usually** 24:17 26:3,15
  30:17 37:20 48:23 71:3
  112:25 115:1 117:13
  143:25 158:3 161:3
  167:5 194:25 198:21

198:22 226:15
**utilize** 220:12
**utilized** 121:12 139:15
**utilizes** 94:2
**U.K** 35:5,10 209:5 221:3
221:6

___

**V**

**v** 1:8
**vacancies** 178:20
**vague** 55:7 56:13 66:13
72:25 85:11 93:16
94:18 97:12 98:9
106:18 132:13 162:20
163:25 202:20 206:16
246:10
**vaguely** 43:8 75:15 210:7
**valid** 62:12 64:3 69:25
124:11,13
**validity** 13:12
**value** 151:17 153:24
224:24 227:2
**variables** 37:15 93:20
145:8
**variance** 109:7 141:15
141:16 204:6
**variations** 59:4
**varies** 120:17,18 121:6
**variety** 16:2 28:15
**various** 8:16 14:18 30:16
30:17 47:7 67:12 81:19
102:25 105:23,24
152:12
**vary** 153:8
**verbal** 6:5
**versus** 4:12 5:15 6:23
8:13 37:18 50:8 59:3
61:1 69:11 71:17 91:16
92:2 107:15 118:16
119:1,20 121:22 132:7
166:8 168:21 173:3,8
199:21
**VIDEO** 1:15
**videographer** 2:25 4:2,6
4:9 65:15,18 89:11,16

110:21,24 137:5
167:19,21 196:18,20
236:9,11 251:1
**videotaped** 4:3 6:4
**view** 150:2 182:4 186:19
226:12
**viewing** 184:15
**views** 86:21
**violence** 206:13
**violent** 206:10
**Virginia** 22:1,6,19,20
**visit** 3:17,18,19 25:7
54:10,10 86:11 139:24
141:10 151:24 156:16
181:11 223:21 227:11
228:11,14 236:19
**visited** 173:20
**visiting** 154:23
**visitors** 113:15
**visits** 24:21,22 32:9
113:19 155:11 234:2
**visual** 71:11,13,16
**vocational** 111:20
134:24 224:12,15,24
225:16,19 226:4,12,18
**vulnerable** 157:25,25

___

**W**

**wait** 5:25 112:23
**waive** 251:20
**walk** 24:9
**walking** 114:11
**walks** 90:20
**WALTER** 2:6
**want** 6:16 23:18,20
24:23 25:7,8 26:16,20
27:24 28:9,11,13,14,22
29:1,2,4,14 55:20 65:9
75:1,2,3 81:18 87:24
103:23 143:13,15,18
152:18 156:16 157:5
167:11,16 177:20
179:3 182:19 185:7
196:16 206:22 225:2
234:19 237:14 249:3

**wanted** 18:1 46:7 54:3
111:1 115:21 124:19
142:3 154:17,25 155:6
155:13 185:20 188:20
198:14
**wanting** 157:13
**wants** 40:5
**warrants** 190:8
**Washington** 5:16,17
10:15 17:18 21:9,21
35:18,20 36:4,5,21,22
36:23 45:4 49:8
**wasn't** 44:2 87:25 122:9
127:13 210:6 250:15
250:17
**way** 24:14 29:9 31:11
40:4 57:6 60:8 61:14
62:25 63:1,8,9 67:22
80:25 83:25 95:6 98:16
100:10 102:18 103:3
103:12,19,24 104:8
107:2 115:2 117:22
119:12 123:21 135:3
138:7 144:15 150:21
153:3 158:23 163:5,20
171:18 172:25 175:6
178:14 181:20 185:25
186:25 187:24 189:20
193:7 196:12 200:17
201:12 212:16,17
226:2 244:9 245:12,14
**ways** 14:14 28:15 29:11
30:17 47:7 48:21 50:18
81:12 87:11 96:12
107:7 109:20 111:16
117:13 119:14 146:3
153:8,18,20 189:18
232:23
**Web** 12:25
**week** 14:19 32:23 60:15
60:20 62:7 64:2,18
151:25 152:5,8 153:5,7
154:15,20 193:8
**weeks** 154:4 161:4
**went** 22:15 43:3 49:22

53:24,25 62:17 73:22
91:5,10 171:9
**weren't** 181:12 183:17
**Western** 16:8,23 17:8
**we'll** 28:13,23 59:20 84:4
132:15 216:25
**we're** 21:2 24:15,15,16
25:18,19 28:16 30:5
32:2,14,17,22 33:6
42:5,16 43:20 70:20
78:16 92:12 97:5
100:15 103:20 104:6
111:17 116:18 117:15
117:16,17,21 118:20,21
119:15 120:2 127:16
127:16 130:1 132:21
154:23 158:4,4,7,8
168:23 169:8,10,23
171:4 172:5 175:15,18
175:21 186:15,24
188:14,15 191:12
193:15 196:6,7 199:20
200:15 205:1 206:3
212:25 219:23,24
221:21,23 234:17,22
237:20 247:8 250:20
**we've** 21:4,5 30:16 32:24
32:25 40:8 42:15 53:6
65:10 68:17 76:17
77:24 78:18 86:21 88:5
95:15 116:7,16,21
117:1,3 118:5 122:13
124:13 127:5 133:14
138:16,23,25 144:15
145:9,12 146:7 147:8
147:18 148:7 153:20
156:14 159:10,16
162:15 165:6 176:14
179:2 180:14 181:3
183:9 184:13 185:5
189:13 191:6 196:9
202:6 203:8 227:7
235:1 246:23
**wheelchair** 141:22
**who've** 204:21

**wide** 27:18 100:9
**widgets** 225:22
**wife** 191:23,24
**William** 13:18 19:3
  113:15 142:18 198:22
  221:4
**Wisconsin** 17:25 18:10
  18:12 19:2 21:6,20
  36:1,3,6 37:5,6 38:11
  108:23 195:11,12
  201:20 240:3,9,10
  243:12,17 245:9,12
  246:4,7,18,19 247:8
**Wisconsin's** 37:17
**wish** 251:18
**witness** 4:5,8,24 20:22
  24:6 39:2 41:20 52:19
  55:8 56:21 65:11,14
  82:22 85:1 89:15,17
  92:25 93:19 97:13
  98:11 106:19 110:20
  136:7 137:7 150:4
  151:1 167:18 201:3,16
  202:21 206:19,23
  207:1 217:23 239:5,7,9
  244:14 245:2,4,19,21
  246:11 247:2 251:4,20
  252:7,10,12,16,19
**woman** 45:15 249:13,23
  250:5
**women** 44:23 45:19
**women's** 45:5
**word** 169:20 208:19
  216:11
**words** 39:16,22 43:24
  47:5,18 48:15 61:5
  78:8 79:1 124:1 131:22
  138:7 205:2,14
**work** 10:22 16:4,11 18:9
  91:20 102:20,21 103:6
  104:4 120:21 127:19
  148:20 168:24 190:3
  193:21 196:6 199:2
  225:25 226:6
**worked** 16:7 35:7 40:24

41:3 100:11 170:4
  181:20 187:22 219:25
  221:5,6
**workforce** 227:3
**working** 16:11 27:7
  31:12 32:6 59:16 73:11
  74:24 104:5,24 105:12
  107:20 115:23,24
  120:13 128:14 134:21
  147:22 157:23 158:17
  169:10,15 170:12
  171:7 181:17 187:6
  188:7 189:11 226:1,18
  227:1
**works** 24:10 64:16 84:3
  118:22 127:21,23
  143:12 168:25 169:20
  219:25
**world** 192:14 212:2
**worried** 211:22
**worth** 227:2
**wouldn't** 93:15 182:12
  182:14,15 183:23,23
  188:23 200:3 205:6
  226:18
**wrap-around** 59:10
**write** 234:15,17
**written** 12:2 39:8 66:16
  78:9 145:24 176:3,8
**wrong** 136:13 223:5
  241:25 242:25
**wrote** 9:13 111:3,5
  122:25 167:12

### Y

**yard** 235:5
**yardstick** 76:23
**yeah** 21:24 26:1 31:5
  39:2,5 42:22 45:12
  51:21,21 55:8 56:17,21
  64:21 70:7 76:1 79:19
  82:22 83:15 84:20 95:2
  96:7 97:13 98:11
  106:19 112:6 118:20
  128:2,25 136:11 137:3

140:21 142:12 149:2
  150:15 157:10 193:7
  193:22 195:2,13 201:3
  201:16 202:2 206:19
  211:12 216:4 223:9
  235:18 238:23,25
  241:15 244:7 245:2,4
  246:11,16 247:2
**year** 7:5 9:18,19,21,22
  10:21 18:22 19:23
  22:24 23:14,15 24:15
  25:12,21 26:16 53:23
  73:16 147:10 156:15
  162:3 172:13 178:7
  186:2 194:24 195:1,2,4
  195:24,25 229:18
**yearly** 21:3,7,7,12,15
  22:25 30:2
**years** 9:14 11:8 16:7,15
  16:18 17:7 18:14,15
  21:5,6,13 22:12,16,17
  22:20 23:5 26:14 30:1
  31:14 33:17 37:2 41:17
  50:1 53:2,5 54:25
  58:16 61:19 67:25
  68:18 78:1 84:7 85:3
  85:19 92:14 97:6 99:23
  112:3 116:2 117:2
  130:13,21 139:1,20
  144:16 145:25 157:1
  158:12 159:6 161:17
  166:20 179:1 184:24
  194:7,7 198:24 201:6
  211:17 223:17 228:2
  232:25
**York** 14:16 21:7,20
  22:23 23:7 35:23 36:3
  36:8,14 210:4
**young** 156:4 198:15
  227:22 241:22 242:11

### Z

**Zealand** 14:20

### $

**$35,000** 194:4
**$9,000** 193:7 194:6

### 0

**04-0387** 252:25
**04/15/2009** 3:17
**09** 66:23

### 1

**1** 3:11 7:25 8:2 46:21
  47:2 52:10,22 53:1
  54:16 113:9 116:9,12
  124:8 161:16 166:12
  166:17,23 171:12
  213:10,14 214:11,17
  221:25 222:7,15
  228:16 247:22,25
  248:9,25
**10** 66:22,22 75:23 139:18
**10/08/2010** 3:18
**10:40** 65:16
**10:54** 65:18
**100** 244:6
**1001** 2:6
**11** 66:22,22
**11-3659** 1:8 4:15
**11:56** 110:22
**113** 3:14
**12** 22:12 60:14,25 61:12
  137:24 155:22,23
  159:11,11 219:19,21,23
  220:4 237:20
**12th** 113:19
**12/27/2012** 3:19
**12:46** 110:24
**120** 2:12
**1200** 2:7
**13** 137:24 159:11 237:20
  239:2
**14** 61:12
**1400** 2:19
**142** 3:15
**15** 10:10 75:23 244:4
**16th** 113:19
**17** 1:17 2:5 4:1

JAMES HAAVEN 10/17/2014

**18** 16:18
**19** 17:14
**192** 3:16
**1966** 10:9
**1972** 17:10
**1973** 10:12
**1975** 10:13
**1980** 7:22 17:11
**1980s** 7:23
**1987** 7:23
**1990** 12:2,6
**1994** 17:19
**1995** 19:22

**2**

**2** 3:13,16 45:23,25 54:14
   70:15,16 71:3 113:24
   121:8,9,12,15,16,21
   122:3 130:24 131:19
   131:21 161:16 166:17
   166:22 177:12 210:14
   221:25 222:15 228:16
   230:15
**2:05** 167:19
**2:14** 167:21
**2:56** 196:18
**20** 41:17 236:4
**20.5** 60:19
**2000** 85:13
**2002** 7:1
**2003** 7:1
**2004** 7:6 17:14
**2005** 14:8 19:19,25 20:10
**2006** 9:17 20:10 53:8
   55:11 124:15 195:11
   207:13 249:25
**2008** 9:18 85:5 231:18
   240:16
**2009** 67:14 227:12
   229:19 241:5,10 242:5
**2010** 52:16,18 53:24
   75:10 228:11
**2011** 3:13,14 46:2 52:14
   53:20,24 66:15,16 73:2
   73:6 76:12,13 83:2,6

84:13,14 99:7,8,19
   102:24 113:4,19 114:5
   125:24 126:22 129:24
   159:10 166:14 185:19
   185:19 217:25
**2012** 14:10 53:25 135:23
   166:14 185:19 236:20
   237:16
**2013** 3:15 53:25 73:17
   122:10 123:25 124:4
   124:11 129:24 130:5
   135:23 144:3 162:3
   165:8 166:14 179:4
   194:2 239:1
**2014** 1:17 2:5 4:1 73:16
   142:24 223:24 238:20
   238:23 252:20
**207** 3:4
**227** 3:17
**228** 3:18
**23rd** 252:19
**236** 3:19
**239** 3:5
**24** 16:15 87:20 112:3
**25** 33:17
**250** 100:15
**2600** 2:12
**28** 236:6
**28-bed** 111:15

**3**

**3** 3:14 53:19 54:5,13
   90:21 112:18 113:2,4
   121:7 124:9 161:16
   166:19 177:11,12
   210:14 218:4,8 222:1
   222:15 228:16
**3.1** 68:3
**3:03** 196:20
**30** 161:4 236:5,7
**30-bed** 236:3
**32** 236:7
**35** 113:8 142:16 223:20
**36** 152:2,3 155:7 218:8
**38** 161:13

**39** 164:12 165:17,19
   224:2

**4**

**4** 3:15 118:3 142:9
   210:14 223:20 227:16
   228:12 241:7,11,18,19
**4:06** 236:9
**4:17** 236:11
**4:35** 251:13
**4:38** 251:25
**40** 167:23 224:2
**41** 172:11
**43** 178:19 181:24
**44** 182:23 190:7
**445** 2:20
**45** 3:13

**5**

**5** 3:3,16 124:6 192:23,25
   193:2
**50** 125:15 127:1,14
   199:25
**51** 46:10
**55** 46:15
**55101** 2:21
**55402** 2:13
**57** 53:10
**58** 54:23

**6**

**6** 3:17 122:12 227:5,7
   241:4,14,15
**61** 57:18 230:17 231:17
   240:13
**612-333-8844** 2:14
**62** 59:19
**63** 63:17
**651-296-3353** 2:22
**68** 51:20
**68-bed** 51:20 62:21

**7**

**7** 3:12,18 125:11 171:13
   228:5,7

**7th** 142:24 223:24
**700** 75:17 244:3,4
**700-person** 244:21
**72** 17:11
**75** 65:22 218:14
**79** 72:19

**8**

**8** 3:19 236:13,15 237:17
**80** 88:12 125:12,18 126:8
**81** 76:4
**82** 82:25 84:9 88:13
**83** 94:9 99:2
**84** 218:14,20
**85** 243:9,25 245:9,24
**88** 7:24 217:6

**9**

**9** 135:5 139:19 241:13
**9:17** 2:5
**90-bed** 51:16
**91** 157:1
**94** 5:16
**96** 87:18
**96-bed** 51:16 62:21
**98** 75:10