UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Kevin Scott Karsjens, David Leroy Gamble, Jr., Kevin John DeVillion, Peter Gerard Lonergan, James Matthew Noyer, Sr., James John Rud, James Allen Barber, Craig Allen Bolte, Dennis Richard Steiner, Kaine Joseph Braun, Christopher John Thuringer, Kenny S. Daywitt, Bradley Wayne Foster, Brian K. Hausfeld, and all others similarly situated,

        Plaintiffs,

v.

Lucinda Jesson, Dennis Benson, Kevin Moser, Tom Lundquist, Nancy Johnston, Jannine Hébert, and Ann Zimmerman, in their official capacities,

        Defendants.

Civil No. 11-3659 (DWF/JJK)

**ORDER**

In the Court's Findings of Fact, Conclusions of Law, and Order (Doc. No. 966), filed on June 17, 2015, the Court respectfully directed the parties, and urged select non-parties, including state legislative and executive leadership, to participate in a Remedies Phase pre-hearing conference on August 10, 2015 to present and discuss the relief that they find appropriate with respect to both Counts I and II, in light of the Court's ruling and recommendations. In advance of the August 10, 2015 conference, and in response to inquiries the Court has received since the filing of its Findings of Fact, Conclusions of Law, and Order, the Court hereby enters the following:

# ORDER

1. The August 10, 2015 conference will take place in the Fifth Floor Conference Room, Warren E. Burger Federal Building and United States Courthouse, 316 North Robert Street, St. Paul, Minnesota.

2. Similar to other Rule 16 scheduling conferences, and to plan and discuss pending issues, the August 10, 2015 conference will be closed to the public to allow the Court to hear and assess remedy proposals in advance of the public Remedies Phase hearing.

3. The August 10, 2015 conference will be presided over by the undersigned, United States Magistrate Judge Jeffrey J. Keyes, and former Chief Justice Eric J. Magnuson, who will be serving as Special Master in a pro bono capacity to oversee the injunctive relief imposed by the Court with respect to Counts I and II.

4. Following the August 10, 2015 conference, the Court will establish a schedule regarding next steps in this proceeding.

Dated: July 29, 2015
s/Donovan W. Frank
DONOVAN W. FRANK
United States District Judge