UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Kevin Scott Karsjens, David Leroy Gamble, Jr., Kevin John DeVillion, Peter Gerard Lonergan, James Matthew Noyer, Sr., James John Rud, James Allen Barber, Craig Allen Bolte, Dennis Richard Steiner, Kaine Joseph Braun, Christopher John Thuringer, Kenny S. Daywitt, Bradley Wayne Foster, Brian K. Hausfeld and all others similarly situated,<br><br>      Plaintiffs,<br><br>v.<br><br>Emily Johnson Piper, Kevin Moser, Peter Puffer, Nancy Johnston, Jannine Hébert, and Ann Zimmerman, in their individual and official capacities,<br><br>      Defendants. | Court File No. 11-cv-03659 (DWF/TNL)<br><br>**NOTICE OF APPEAL** |

  PLEASE TAKE NOTICE that Plaintiffs Kevin Scott Karsjens, David Leroy Gamble, Jr., Kevin John DeVillion, Peter Gerard Lonergan, James Matthew Noyer, Sr., James John Rud, James Allen Barber, Craig Allen Bolte, Dennis Richard Steiner, Kaine Joseph Braun, Christopher John Thuringer, Kenny S. Daywitt, Bradley Wayne Foster, and Brian K. Hausfeld, hereby appeal as to all Defendants to the United States Court of Appeals for the Eighth Circuit from an order of the United States District Court for the District of Minnesota entered on August 23, 2018, dismissing with prejudice Counts III, V, VI and VII of Plaintiffs' Third Amended Complaint and granting Defendants' Motion for Summary Judgment on Counts VIII, IX and X of Plaintiffs' Third Amended

Complaint. ECF No. 1108. Plaintiffs' appeal of this order is limited to the District Court's dismissal of Counts III, V, VI and VII.

Dated:  October 24, 2018  s/Daniel E. Gustafson
Daniel E. Gustafson (#202241)
Karla M. Gluek (#238399)
David A. Goodwin (#386715)
Raina C. Borrelli (#392127)
**Gustafson Gluek PLLC**
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN  55402
Telephone: (612) 333-8844

***Attorneys for Plaintiffs***