

**MINNESOTA OFFICE**
CANADIAN PACIFIC PLAZA
120 S. 6TH ST., STE 2600
MINNEAPOLIS, MN 55402

**CALIFORNIA OFFICE**
600 B STREET
17TH FLOOR
SAN DIEGO, CA 92101

**DANIEL E. GUSTAFSON**
dgustafson@gustafsongluek.com
TEL (612) 333-8844 • FAX (612) 339-6622
MINNESOTA OFFICE

February 25, 2021

**VIA ECF**

The Honorable Donovan W. Frank
U.S. District Court Judge, District of Minnesota
United States District Court
316 North Robert Street
St. Paul, MN 55101

**Re:   Karsjens, et al. v. Minnesota Department of Human Services, et al.
        Case No. 0:11-cv-03659 (DWF/TNL)**

Dear Judge Frank:

 As you know, the Eighth Circuit Court of Appeals issued an order in the above-referenced matter vacating the dismissals of Courts 5, 6, and 7, and remanding the case back to the District Court for further proceedings.

 I write on behalf of the Plaintiffs to request a status conference to discuss the steps necessary to move the case forward. Plaintiffs' counsel can be available any day that is convenient for the Court and Defense counsel.

 I suggest that prior to the status conference, the parties meet and confer to discuss possible agenda items. If acceptable to the Court, both sides would submit a letter setting forth their respective positions on the issues one week before the status conference.

Page 2
February 25, 2021

    Please call me if you have any questions.

                                            Respectfully,

                                            GUSTAFSON GLUEK PLLC

                                            Daniel E. Gustafson

DEG/sam

cc:    Counsel of Record (via ECF)