**The Office of Minnesota Attorney General Keith Ellison**
helping people afford their lives and live with dignity and respect   •   www.ag.state.mn.us

February 26, 2021

**Via NextGen ECF with Permission**
The Honorable Donovan W. Frank
Senior U.S. District Judge, District of Minnesota
United States District Court
724 Warren E. Burger Federal Building
and U.S. Courthouse
316 North Robert Street, Suite 724
St. Paul, MN  55101

      Re:    *Karsjens, et al. v. Harpstead, et al.*
              **Court File No. 0:11-cv-03659**

Dear Judge Frank:

I write in response to Plaintiffs' February 25, 2021 letter (Doc. 1135).

Defendants do not object to Plaintiffs' request for "a status conference to discuss the steps necessary to move the case forward," and also do not object to the parties submitting a letter setting forth their positions on that subject matter, as well as proposed agenda items, one week before the status conference.  *See id*.

                              Sincerely,

                              **s/ Aaron Winter**
                              AARON WINTER
                              Assistant Attorney General
                              Atty. Reg. No. 0390914
                              (651) 757-1453 (Voice)
                              (651) 282-5832 (Fax)
                              aaron.winter@ag.state.mn.us

                              *Attorney for Defendants*

cc:      Counsel of Record *(via ECF)*

|#4914990-v1