# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Kevin Scott Karsjens, et al., | Civil No. 11-3659 (DWF/TNL) |
| Plaintiffs, | |
| v. | **ORDER FOR REASSIGNMENT OF RELATED CASES** |
| Emily Johnson Piper, et al., | |
| Defendants. | |

| | |
|---|---|
| Daniel Larsen, et al., | Civil No. 21-0568 (PJS/HB) |
| Plaintiffs, | |
| v. | |
| State of Minnesota, et al., | |
| Defendants. | |

Case No. 11-CV-3659 (DWF/TNL) having been assigned to Judge Donovan W. Frank and Magistrate Judge Tony L. Leung, and Case No. 21-CV-0568 (PJS/HB) having later been assigned to Judge Patrick J. Schiltz and Magistrate Judge Hildy Bowbeer, said matters being related cases,

**IT IS HEREBY ORDERED** that Case No. 21-CV-0568 (PJS/HB) be assigned to Judge Donovan W. Frank and Magistrate Judge Tony L. Leung, nunc pro tunc, by use of a space on the appropriate list of the automated case assignment system, and the Clerk of

2

Court is directed to void and reuse a card on the same list pursuant to this Court's Assignment of Cases Order filed January 10, 2020.

      **IT IS FINALLY ORDERED** that a copy of this order shall be filed in each of the above respective files.

Dated: February 26, 2021                      s/Donovan W. Frank
                                                  Donovan W. Frank
                                                  United States District Court

Dated: February 26, 2021                      s/Patrick J. Schiltz
                                                  Patrick J. Schiltz
                                                  United States District Court