## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Kevin Scott Karsjens, David Leroy Gamble, Jr., Kevin John DeVillion, Peter Gerard Lonergan, James Matthew Noyer, Sr., James John Rud, James Allen Barber, Craig Allen Bolte, Dennis Richard Steiner, Kaine Joseph Braun, Christopher John Thuringer, Kenny S. Daywitt, Bradley Wayne Foster, Brian K. Hausfeld and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Tony Lourey, Kevin Moser, Peter Puffer, Nancy Johnston, Jannine Hébert, and Ann Zimmerman, in their individual and official capacities,<br><br>Defendants. | Court File No. 11-cv-03659 (DWF/TNL)<br><br>**PLAINTIFFS' NOTICE OF WITHDRAWAL OF MOTION** |

Plaintiffs hereby notify the Court and counsel that Plaintiffs' Motion for Review

of Clerk's Cost Judgment (Dkt. 1126) is hereby withdrawn, without prejudice.


Dated:  March 24, 2021          s/Daniel E. Gustafson
                                Daniel E. Gustafson (#202241)
                                Karla M. Gluek (#238399)
                                David A. Goodwin (#386715)
                                Raina C. Borrelli (#392127)
                                **Gustafson Gluek PLLC**
                                Canadian Pacific Plaza
                                120 South Sixth Street, Suite 2600
                                Minneapolis, MN  55402
                                Telephone: (612) 333-8844

                                *Attorneys for Plaintiffs*