UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Kevin S. Karsjens, et al., | Civil No. 11-3659 (DWF/TNL) |
| Plaintiffs, | |
| v. | **SIXTH AMENDED ORDER** |
| Emily Johnson Piper, et al., | |
| Defendants. | |
| _____ | |
| Daniel Larsen, et al., | Civil No. 21-568 (DWF/TNL) |
| Plaintiff, | |
| v. | |
| State of Minnesota, et al., | |
| Defendants. | |
| _____ | |
| Brad Ronald Stevens, | Civil No. 21-733 (PAM/HB) |
| Plaintiff, | |
| v. | |
| Minnesota Department of Human Services, et al., | |
| Defendants. | |

---

During the pendency of the case in *Karsjens et al. v. Piper, et al.*, Civil No. 11-3659 (DWF/TNL), the Court has issued orders either staying cases or lifting stays in

cases brought by individuals or groups of individuals who has or have been civilly committed to the Minnesota Sex Offender Program ("MSOP"), based on the claims raised in the cases and the status of the *Karsjens* litigation.[1] Now, based on the current status of the *Karsjens* case, including the remand of the case from the Eighth Circuit, and based on the primary claims raised in the above-captioned cases, the Court concludes that the above-captioned cases (Civil No. 21-568 and Civil No. 21-733) should be stayed, and any newly filed cases sufficiently related to *Karsjens* and the issues remanded after appeal should be stayed.

The undersigned, in his capacity as Chief United States District Judge for the District of Minnesota, in order to secure the just, speedy, and inexpensive resolution of the above-entitled actions pending before the Court, has consulted with the judges and magistrate judges assigned to the above-entitled matters. The entry of this order does not preclude any of the parties from pursuing settlement of these cases.

Based on the status of the above-entitled matters, and the Court being otherwise duly advised in the premises, the Court hereby enters the following:

## ORDER

**1. Stay of Cases Pending Resolution of Civil No. 11-3659 (DWF/TNL)**

All current and future civil rights and/or habeas cases brought by an individual or

---

[1]  For a recount of the various stay orders, *see, e.g.*, *Greene v. Benson et al.*, Civil No. 11-979 (JRT/TNL), Doc. Nos. 82, 83, 100, 101, 102, 103. Also, for detail regarding Phase I and Phase II in the *Karsjens* matter, *see* 11-3659, Doc. No. 647, Final Pretrial Order at 2.

group of individuals who has or have been civilly committed to the Minnesota Sex Offender Program that are sufficiently related to *Karsjens et al. v. Piper, et al.*, Civil No. 11-3659 (DWF/TNL) and the remand from the Eighth Circuit, as determined by the Court, are hereby **STAYED** in all respects, pending the litigation in *Karsjens*, or until further order of the Court stating otherwise.

DATED: May 4, 2021
at Minneapolis, Minnesota.

_____
JOHN R. TUNHEIM
Chief Judge
United States District Court