UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Kevin Scott Karsjens, David Leroy Gamble, Jr., Kevin John DeVillion, Peter Gerard Lonergan, James Matthew Noyer, Sr., James John Rud, James Allen Barber, Craig Allen Bolte, Dennis Richard Steiner, Kaine Joseph Braun, Christopher John Thuringer, Kenny S. Daywitt, Bradley Wayne Foster, Brian K. Hausfeld, and all others similarly situated, | Civil No. 11-3659 (DWF/TNL) |
| Plaintiffs, | |
| v. | **ORDER** |
| Jodi Harpstead[1], Kevin Moser, Peter Puffer, Nancy Johnson, Jannine Hébert, and Ann Zimmerman, in their individual and official capacities, | |
| Defendants. | |

The above-entitled matter was certified as a class action with appointed counsel on July 24, 2012. (Doc. No. 203 ("Class Cert. Order").) The Class consists of "[a]ll patients currently civilly committed in the Minnesota Sex Offender Program pursuant to Minn. Stat § 253B." (Doc. No. 203 at 11.) Gustafson Gluek PLLC serves as Class Counsel. (*Id.* at 12.)

Due to the complex history of this case, the Court has issued several orders either staying cases or lifting stays in cases brought by individuals or groups of individuals who

---

[1] Pursuant to Fed. R. Civ. P. 25(d), Jodi Harpstead, in her official capacity as the current commissioner of the Department of Human Services, is automatically substituted for former commissioner Emily Johnson Piper. Fed. R. Civ. P. 25(d).

have been civilly committed to the Minnesota Sex Offender Program. Most recently, and in large part due to the Eighth Circuit's recent remand, the Court issued a Sixth Amended Order staying all current and future civil rights and/or habeas cases sufficiently related to the pending litigation in this matter. (Doc. No. 1163.)

The Court continues to receive numerous letters from class members about pending case and certain stayed matters. Multiple class members have also filed *pro se* motions regarding various issues. Because Class Counsel has been appointed in this case, and in order to manage this litigation efficiently and fairly, the Court hereby orders that no further letters, motions, or other submissions from class members will be addressed by the Court unless filed through class counsel.

Accordingly, **IT IS HEREBY ORDERED** that:

1. Any future letters, motions, or other submissions on the behalf of class Members shall be filed through Class Counsel. To be clear, individual class members or groups of class members shall not file any further *pro se* motions unless granted permission by the Court; and

2. If individual class members or groups of class members send letters, Motions, or other submissions to Chambers or to the Clerk's Office for filing in violation of this Order, the Clerk of Court is directed to return such letter, motion, or submission to the sender with a copy of this Order.

Dated: June 30, 2021
                                         s/Donovan W. Frank
                                         DONOVAN W. FRANK
                                         United States District Judge