# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

July 26, 2021

Scott S. Harris
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Eighth
Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Room 24.329
St. Louis, MO  63102-1125

    Re:   Kevin Scott Karsjens, et al., Individually and on Behalf of All
           Others Similarly Situated
           v. Tony Lourey, et al.
           No. 21-101
           (Your No. 18-3343)

Dear Clerk:

      The petition for a writ of certiorari in the above entitled case was filed on July 22, 2021 and placed on the docket July 26, 2021 as No. 21-101.

      Sincerely,

      **Scott S. Harris**, Clerk

      by

      Jeffrey Atkins
      Deputy Clerk