UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Kevin Scott Karsjens *et al.*, | Case No. 11-cv-3659 (DWF/TNL) |
| Plaintiffs, | |
| v. | **ORDER** |
| Jodi Harpstead[1] *et al.*, | |
| Defendants. | |

This matter comes before the Court on an "informal request," ECF No. 1183, by Chester Grauberger, Austin Black Elk, Guy Greene, Brad Stevens, David Hamilton, and Cornell Williamson, individuals confined to the Minnesota Sex Offender Program ("MSOP") and self-described members of the certified class in this matter. *See generally* ECF No. 203 (order certifying class).

To the extent Grauberger, Black Elk, Greene, Stevens, Hamilton, and Williamson seek to intervene in this matter, such request is denied as they are already part of this action by virtue of their status as class members.

Further, as class members, Grauberger, Black Elk, Greene, Stevens, Hamilton, and Williamson are represented by the law firm of Gustafson Gluek PLLC. ECF No. 203 at 9, 12 (appointing class counsel). Because Grauberger, Black Elk, Greene, Stevens, Hamilton, and Williamson are represented by counsel in this matter, they are directed to communicate

---

[1] Pursuant to Fed. R. Civ. P. 25(d), Jodi Harpstead, in her official capacity as the current commissioner of the Department of Human Services, is automatically substituted for former commissioner Emily Johnson Piper. Fed. R. Civ. P. 25(d).

any concerns regarding the appointed class representatives to counsel. Grauberger, Black Elk, Greene, Stevens, Hamilton, and Williamson are similarly directed to communicate any thoughts and positions regarding settlement to counsel in advance of the January 6, 2022 settlement conference so that they may be communicated to the Court in the appropriate manner.

**IT IS SO ORDERED.**

Date: December  14  , 2021

*s/ Tony N. Leung*
Tony N. Leung
United States Magistrate Judge
District of Minnesota

*Karsjens et al. v. Harpstead et al.*
Case No. 11-cv-3659 (DWF/TNL)