# UNITED STATES DISTRICT COURT

## District of Minnesota

Kevin Scott Karsjens, Kevin John DeVillion, Peter Gerard Lonergan, James Matthew Noyer, Sr., James John Rud, James Allen Barber, Craig Allen Bolte,

Dennis Richard Steiner, Kaine Joseph Braun, Christopher John Thuringer,

Kenny S. Daywitt, Bradley Wayne Foster,

David Leroy Gamble, Jr., Brian K. Hausfeld,

Plaintiff(s),

v.

Emily Johnson Piper, Kevin Moser, Peter Puffer, Ann Zimmerman, Nancy Johnston, Jannine Hebert,

Defendant(s).

**JUDGMENT IN A CIVIL CASE**

Case Number: 11-cv-3659 DWF/TNL

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Based upon not only the findings and conclusions of this Court, but also the entire record of this case, it is hereby ordered that Plaintiffs' remaining claims (Counts V, VI, and VII) are **DISMISSED WITH PREJUDICE**.

Date: 2/24/2022

KATE M. FOGARTY, CLERK