# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 22-1459

Kevin Scott Karsjens, and all others similarly situated, et al.

Appellants

v.

Jodi Harpstead, et al.

Appellees

------------------------------

United States

Amicus on Behalf of Appellant(s)

------

Appeal from U.S. District Court for the District of Minnesota
(0:11-cv-03659-DWF)

------

**MANDATE**

In accordance with the opinion and judgment of July 13, 2023, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

September 19, 2023

Clerk, U.S. Court of Appeals, Eighth Circuit