# UNITED STATES DISTRICT COURT
## District of Minnesota

Kevin Scott Karsjens, Kevin John
DeVillion, Peter Gerard Lonergan, James
Matthew Noyer, Sr., James John Rud,
James Allen Barber, Craig Allen Bolte,
Dennis Richard Steiner, Kaine Joseph
Braun, Christopher John Thuringer,
Kenny S. Daywitt, Bradley Wayne Foster,
David Leroy Gamble, Jr., Brian K.
Hausfeld, and all others similarly situated,

**JUDGMENT IN A CIVIL CASE**

Plaintiff(s),

v.

Case Number: 11-cv-3659 DWF/TNL

Jodi Harpstead, Kevin Moser, Peter
Puffer, Ann Zimmerman, Nancy Johnston,
and Jannine Hébert, in their individual
and official capacities,

Defendant(s).

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
1. Plaintiffs' objection to Defendants' Bill of Costs (Doc. No. [1207]) is SUSTAINED.
2. Defendants' Bill of Costs (Doc. No. [1203]) is respectfully DENIED.
3. Defendants are not entitled to costs. The clerk shall enter the cost judgment accordingly.

Date: 8/15/2024

KATE M. FOGARTY, CLERK