Kevin Scott Karsjens
1111 highway 73
Moose Lake, MN. 55767

Date: February 17th 2026

Honorable Judge Franks
United States District Court,
Clerk of Courts
Fourth Division
100 Federal Building
316 North Robert Street
St.Paul,Mn.55101

Re: Karsjens, et al. v. Harpstead, et al.
Case No. 11-cv-03659-DWF-TNL

Dear Honorable Judge Franks

I am writing for a purpose known to this court. It was recently issued in an order from the 8th circuit for the 14 class representatives of the named above case to pay half of the fees for the 706 experts which is $366,000.

I am going to be direct on this ruling while I do appreciate your ruling that we were and are broke and cannot pay this amount. But now we have the 8th circuit reversing your ruling and saying we have to pay half of this cost for the 706 experts.

Here is a clear picture of what comes to mind when I think about this cost, and that is: Gustafson Gluek was given total rein on this class action lawsuit approximately in the year September 18th 2012. The reason you gave them the rein on the case was many people were writing you with their own ideas of what should be done in this case. Therefore because many letters were sent to you. You ruled that no more letters would be excepted by class action patients. And that they would be sent back to class action people without being opened and that was told to the court administration to do this. This in turn made it not possible for the 14 to notify, the court of the 14 and the class counsel when in disagreement.

Your order was also for anyone wanting to put their info in on the case we had to write to the class attorneys Gustafson Gluek. And it was ordered that Gustafson Gluek now had total rein over the class action lawsuit and did not have to confer with the 14 anymore with any decisions they chose to do.

How this first played out was yes Gustafson Gluek would have meetings with us the 14 class representatives but if we disagreed with what they wanted to do they would make it clear they did not need our input or ok to do it. They even said when we disagreed with the 706 experts they want to use we said we did not want people from another treatment center like we are in because I really believed that the 706 experts would be biased because of where they were from (*treatment centers similar or alike MSOP*) and we also wanted psychiatrist to be the 706 experts.

The Gustafson Gluek team said to us when we disagreed with them on who was going to be as 706 experts, they said we do not have to listen to you the 14 because we have total rein over the class action lawsuit and we will call on the experts we want.

Therefore, if the Gustafson Gluek team had total rein over the lawsuit and we the 14 had no say, it is the lawyers choice for the 706 experts and it should be their cost being we had no say whatsoever. We would like a hearing on this matter before the 8th circuit has you rule on this matter because as Gustafson Gluek lied and said we agreed to pay half of the cost for the 706 experts when in fact we did not.

We also did not get notified of the appeal to the 8th circuit and only found out about it when the 8th circuit ruled and our ombudsman notified us of this ruling against us. I don't know why our class counsel failed to notify us of this appeal but it makes me think when I see the ruling said the Gustafson Gluek team agreed that we would pay half when in fact we never did! Why without money to pay and not wanting these 706 experts would we agree to pay half of the costs?

We had no money to pay this...and we did not want these psychologist from another treatment center we wanted psychiatrist experts.

Fraud fraud fraud!!!!

Class counsel had total rein because they could and did choose to not make it know to the court what we did not want!

Sincerely,

*[signature]*

Kevin S. Karsjens